UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------

FRANK EGAN,

                    Plaintiff,

        -against-             16-cv-1479

NEW YORK CITY POLICE OFFICER
MELVIN CHITTUM and POLICE OFFICER
CESAR POLANCO, individually and in
their capacity as members of the
NEW YORK CITY POLICE DEPARTMENT,

                    Defendants.

-----------------------------------------

Deposition of RICHARD MARDARELLO

New York, New York

April 5, 2017

Reported by:

Joseph Danyo V

Job No. 18550

Page 2

April 5, 2017
11:27 a.m.

Deposition of RICHARD MARDARELLO, taken by Plaintiff, pursuant to Notice, held at the offices of Peterson Dellecave LLP, 233 Broadway, New York, New York, before Joseph Danyo V, a Shorthand Reporter and Notary Public within and for the State of New York.

Page 3

APPEARANCES:

PETERSON DELLECAVE LLP
Attorneys for Plaintiff
233 Broadway
18th Floor
New York, New York 10279

By:  MALCOLM ANDERSON, ESQ.
malcolm@petersondellecave.com

NEW YORK CITY LAW DEPARTMENT
OFFICE OF THE CORPORATION COUNSEL
Attorneys for Defendants
100 Church Street
New York, New York 10007

By:  OMAR J. SIDDIQI, ESQ.
osiddiqi@law.nyc.gov

Page 4

Mardarello
R I C H A R D   M A R D A R E L L O, having been first duly sworn by Joseph Danyo V, a Notary Public, was examined and testified as follows:
EXAMINATION BY MR. ANDERSON:
Q.  Good morning, Detective Mardarello. I appreciate your time this morning.  My name is Malcolm Anderson.  I'm the attorney for the plaintiff in this case.
I'm going to be asking you some questions today.  To give you a rough idea of the kind of three parts to it, first I'm going to ask you just some brief questions about your education and employment background.  Second part, I want to ask you questions about your role in the NYPD.  And lastly, I'll be asking you questions about the incident that's the subject of this lawsuit.
A.  Okay.
Q.  A couple of preliminary issues, if you just make sure all your responses to my questions are verbal rather than any nods or gestures, so that the court reporter can get a clear record.
For the same reason, even if you can

Page 5

Mardarello
predict where my question is going, if you just make sure you wait until I've completed asking it before you answer, and I will try and do the same, let you answer fully, so again, we have a clear record for the court reporter.
If you don't understand any of my questions, please just let me know, I'll try to rephrase.
A.  Okay.
Q.  If you need a break at any time, that's fine, just let me know.
Lastly, any reasons this morning why you can't give full, honest and accurate answers to all of my questions?
A.  No.
Q.  Good.  Detective Mardarello, what is the highest level of education you've obtained?
A.  I've obtained a master's.
Q.  Okay.  From where did you obtain the master's?
A.  Centenary College in New Jersey.
Q.  Okay.  And when did you obtain that?
A.  I don't know the date, exact date. It was probably maybe four years ago.

2 (Pages 2 to 5)

Page 6

Mardarello

Q. Okay.
A. Approximate.
Q. What was the subject of your master's?
A. MBA.
Q. Okay.
A. Master's of business.
Q. Okay. And do you have an undergraduate degree?
A. Yes.
Q. From where did you get the undergraduate degree?
A. The undergraduate was William Paterson University.
Q. Okay. When did you obtain that?
A. Rough estimate, 2006.
Q. Okay. And what was the first full-time employment that you have had?
A. The first full time, I don't understand. What was it or the job title you're talking about?
Q. Yes.
A. First full time, I think it was warehouse worker.

Page 7

Mardarello

Q. Okay. When would that have been?
A. Again, this is going to be approximate. Maybe 1986.
Q. Okay. And how long were you employed as a warehouse worker?
A. That's going to be approximate.
Q. Yes. That's fine.
A. About one year.
Q. Okay. And after you left that position, did you go into other employment or --
A. Yes.
Q. What employment did you go into at that time?
A. I have to -- let's see. After that, I think I went to, oh, boy, a courier, maybe.
Q. Okay.
A. A courier job.
Q. Okay. How long were you working as a courier?
A. Again, this is going to be very approximate. Maybe nine months or so.
Q. Okay. And after that, was there other employment?
MR. SIDDIQI: I object. Are we going

Page 8

Mardarello

from 1986 to present? He's a witness, he's not a defendant. You want to just get to PD?
MR. ANDERSON: All right.
MR. SIDDIQI: Maybe the last job before PD?
MR. ANDERSON: We'll skip through it.
Q. All right. Let me ask this. How many jobs did you have between being a warehouse employee and joining the New York Police Department?
A. I don't know the answer to that.
Q. Roughly?
A. I have to really think about that.
Q. Okay. Well, let me ask you this. When did you join the New York City Police Department?
A. 1999.
Q. '99, okay.
A. Yes.
Q. What was it that made you want to join the Police Department?
A. My father was a police officer, a state trooper.

Page 9

Mardarello

Q. Okay. And did you go to the police academy?
A. New York City Police Academy?
Q. Yes.
A. Yes.
Q. How long were you at the police academy for?
A. Again, this is going to be approximate. I think it was from July of '99, July 7th of '99 to sometime mid-February of 2000. Approximate. I was -- yes.
Q. Okay. So when you came out of the police academy, which was sometime around the start of the year 2000, what was your first assignment?
A. 41 Precinct.
Q. What was your role at the 41st Precinct?
A. Patrol.
Q. And where is the 41st Precinct located geographically?
A. Bronx.
Q. Okay. How long were you on patrol at the 41st Precinct?

3 (Pages 6 to 9)

Page 10

Mardarello

A. I'm going to give you an approximate answer on that one.

Q. That's fine.

A. When I graduated in 2000 to sometime mid-July 2006.

Q. Okay. Where were you then assigned in roughly mid-July 2006?

A. Aviation unit.

Q. Okay. And where is the aviation unit based?

A. Brooklyn.

Q. What was your role with the aviation unit when you were first assigned there in 2006?

A. When I was first assigned I was going through training, so I don't know what you would call it, but I was training, pilot training.

Q. Okay. How long were you in the pilot training for?

A. Again, it's going to be approximate. Maybe a year and a half or so. I don't know the exact time.

Q. What was the reason for you joining the aviation unit?

MR. SIDDIQI: Objection to form.

Page 11

Mardarello

You can answer the question.

A. Because I was -- say it again, please.

Q. What was the reason for you joining the aviation unit?

A. The reason, I love flying.

Q. Okay. Had that always been an ambition of yours to --

A. Yes.

Q. -- join the aviation unit?

A. No. Say the question again, please.

Q. Okay. Was it always an ambition of yours to join the aviation unit?

A. No.

Q. Okay. When did you first decide you wanted to join the aviation unit?

A. It's going to be approximate, but when I was already on the Police Department. I had known a friend that I had previously worked with as a flight instructor, and I had seen him at an airport, and he was in the aviation unit at the time, and he asked -- he said why don't you put in for it.

Q. Okay. And you said earlier that you

Page 12

Mardarello

love flying. Prior to joining the aviation unit, had you done any private flying yourself?

A. Yes.

Q. What kind of private flying had you done?

A. Different -- flight instructor. I flew for a charter company, private individuals. It's --

Q. Sorry I interrupted.

A. Okay. I'm done.

Q. Was that a job or a hobby?

A. Job.

Q. That was a job?

A. Yes.

Q. Roughly when was that period of employment?

A. It varies because I did it full time before I got on the job, and I was doing it part time while I was on the job.

Q. Okay. And did you hold any licenses or permits?

A. Yes. Federal licenses, yes.

Q. Did you have to go through a training program to obtain those licenses?

Page 13

Mardarello

A. Yes. For the federal aviation licenses, yes.

Q. Okay. And just checking, when you said that you had flown in employment, was that aircrafts that you were flying?

A. Yes.

Q. Okay. So you joined the aviation unit roughly around July of 2006.

A. Yes.

Q. And did you say the training was a year and a half?

A. I said it was approximately around a year and a half, yes.

MR. ANDERSON: Off the record.

(Discussion off the record)

MR. ANDERSON: Let's go back on the record.

Q. So just to clarify, during the pilot training, what type of aircraft were you training on?

A. What pilot training are you talking about?

Q. During the pilot training with the aviation unit was commenced around about

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 14

Mardarello
July 2006.
A. That was helicopters and helicopters aircraft.
Q. Exclusively?
A. Yes.
Q. Okay. And after the training was complete, where were you then assigned?
A. Floyd Bennett Field in the aviation unit.
Q. And what did your assignment there encompass?
A. Well, it's law enforcement. Okay, so just clarify that.
Q. Give me an example of what you actually --
A. There is multi roles down there.
Q. Sorry?
A. There is multi roles down there.
Q. Okay.
A. There is patrol and there's air-sea rescue.
Q. Okay. What was your first role?
A. Patrol.
Q. Patrol, okay. And what does it

Page 15

Mardarello
encompass to be in the role of patrol at Floyd Bennett Field?
A. Well, basically we assist the Police Department on the ground. I mean there is multi roles, but to make it short, we assist the Police Department.
Q. Okay. And is the aviation unit based exclusively at the Floyd Bennett Field?
A. Yes.
Q. Okay. Now you say you assist the Police Department. Would you be going up in a helicopter every single day?
A. Yes.
Q. Okay. And would you always have a co-pilot?
A. Yes.
Q. Did you have a set co-pilot or did it vary?
A. What do you mean?
Q. Would it be the same co-pilot that you'd go up with every day?
A. It might be, and it might be someone else.
Q. Okay. So it could vary day to day?

Page 16

Mardarello
A. Yes.
Q. And would you specifically be assigned to the role of pilot or co-pilot?
A. When are you talking?
Q. So when you were placed at Floyd Bennett Field in patrol, are you there as a specific pilot?
A. Well, what date are you talking about?
Q. Well, just in general, in generic terms.
A. Well, it depends. When I first got there it would be co-pilot.
Q. Okay. So that's what I was getting at.
A. Okay.
Q. So when you started, you were specifically a co-pilot?
A. Right.
Q. How does the role differ between co-pilot and pilot?
A. Well, the roles can vary, and it could vary on many different occasions and the many different things, but to simplify that

Page 17

Mardarello
answer would be the pilot flies the aircraft and speaks to aviation like the control towers, and the co-pilot does the police work like the police radios and everything else that encompasses that side. Now that can vary, so it's not set in stone exactly.
Q. Okay. I understand.
A. Safety and other things take priority.
Q. Okay. Now going back to I think what I was asking earlier, when you first arrived at Floyd Bennett Field you were a co-pilot in patrol, is that correct?
A. When I first arrived I was training, yes.
Q. Yes.
A. And working as a co-pilot.
Q. Can you give me a rough idea of a sort of daily routine in that role?
A. There is hardly any daily routines, but -- it's hard to say there is a specific daily routine because it's a very varied role that you do.
Q. Okay. Let me ask more specifically

5 (Pages 14 to 17)

Page 18

Mardarello

then. Did you have a set time assignment that you were on when you first started there?

A. Clarify that.

MR. SIDDIQI: You mean tour of duty?

MR. ANDERSON: Correct. Thank you.

Q. Did you have a tour of duty?

A. A tour of duty, like a schedule, a work schedule?

Q. Yes.

A. Yes. We rotate. Rotate.

Q. Okay. What were the different tours?

A. Well, there is three different tours.

Q. Okay.

A. The first -- there is one tour that works from 6:45 in the morning to 1510, which is 3:10. The second one works from 2:35 in the afternoon to 11:10. And then there is a midnight that works, let's see, 10:35 to 7:10 in the morning. I think that's the shift.

Q. Okay. Now in that tour of duty, how much of that would be spent up in the air in a helicopter?

A. It all varies. It depends on if the day is busy, if the weather keeps you down or

Page 19

Mardarello

not. I can't answer that.

Q. Okay. So let me go into that in a little bit more detail. When you got there on your tour of duty, would you have a certain point where you'd go up into the air or do you only go up into the air once there's a particular call that --

A. No. Not necessarily.

MR. SIDDIQI: Objection to form. You can answer the question.

THE WITNESS: Okay.

A. Not -- just say it again so I can understand it one more time.

Q. Okay. So when you got there to start your tour of duty, would you ordinarily go up into the air at a certain point or do you wait until you're particularly requested to go up into the air to assist with a specific job?

MR. SIDDIQI: Objection to form. You can answer the question.

A. There is no straight answer to that because it could depend on many different variables. How many helicopters are being fixed, do we have a helicopter available, weather.

Page 20

Mardarello

There is so many different variables. It changes day to day. So I mean I can't answer.

Q. That's fine. That is an answer. That's fine.

A. Okay.

Q. Okay. So once you're up in the air, I think you said the co-pilot would be -- sorry. Did you want to say something?

A. But we shoot for -- we could shoot for going up once in the first part of tour and once in the second part of tour. We could -- we try to shoot for that, but that's it. That's not set in stone.

Q. Okay. So you said once you're up in the air, the co-pilot is mainly responsible for communicating with the NYPD and the pilot communicates with the aviation authorities, is that correct?

A. You want -- in theory, yes, but again, workload, safety could change that.

Q. Sure. Now talk me through what happens when you're in the air and you get called to assist with some specific task that has been requested.

Page 21

Mardarello

MR. SIDDIQI: Objection to form. You can answer the question.

A. Say it one more time, please.

Q. So explain to me what the process would be once you're up in the air and you've had a call asking you to go and assist with a specific task.

MR. SIDDIQI: Same objection. You can answer.

A. What would happen?

Q. Yes.

A. We would answer the call.

Q. Okay. And once you've completed dealing with that call, what was the process then?

A. Once we completed the call, could you clarify that?

Q. So once you've completed the call, the task that you were there assigned to help with, would you return back to Floyd Field?

A. It depends.

Q. Okay. What would it depend on?

A. Well, many different factors. Do we have enough fuel, do we have to return back due

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 22

Mardarello

to weather or do we have to turn back -- is it busy? Do we get another call? It's just there is too many factors.

Q. There is not a set protocol as to what the rules are in that circumstance?

MR. SIDDIQI: Objection to form.

You can answer the question.

A. Well, the protocol could change on many different factors. I mean, again, like I said, if you're running short of fuel, you have to go back. Do you have a -- if there's another call, can you take it, you'll take it. It's just -- so it varies.

Q. Okay.

MR. SIDDIQI: Off the record.

(Discussion off the record)

MR. ANDERSON: Let's go back on the record.

Q. So Detective Mardarello, can I ask you, do you have to complete specific paperwork relating to incidents that you've been involved with during your tour?

A. Yes.

Q. Okay. When would you complete the

Page 23

Mardarello

paperwork?

A. It all depends how busy we are. Optimally you'd like to complete it when you're done with your patrol flight. That doesn't happen all the time.

Q. Do you ever complete the paperwork while you're up in the air?

A. Absolutely not.

Q. Absolutely not. So it's always when you get back?

A. Paperwork?

Q. Yes.

A. Oh, goodness, yes.

Q. Okay.

A. Would you want your pilot completing paperwork when he's flying you or your wife?

Q. Probably not. What paperwork would you have to complete once you get back to base?

MR. SIDDIQI: Objection to form.

You can answer the question.

A. What paperwork?

Q. Yes.

A. Paperwork, we call it a form. It's paperwork on what we did for that flight.

Page 24

Mardarello

Q. And would you complete that every day?

A. Yes.

Q. Even if there had been no incidents to report, you still had to fill out the AU-2 form?

A. Only if we flew.

Q. So if you're grounded because of the weather, then obviously you wouldn't -- any time you go up in the air, you fill out that form?

A. Right.

Q. And would it just be one form covering the whole tour?

A. No. One form covering the flight.

Q. Okay. One form covering the flight. If you answered numerous calls during that flight, it would all be --

A. On that one form.

Q. Just let me finish.

-- they would all be encompassed into one form?

A. Yes.

Q. Okay. Now in your role in the aviation unit, did you ever make arrests?

Page 25

Mardarello

A. Negative, no.

Q. Okay. How big is the aviation unit in terms of active police members at any one time?

MR. SIDDIQI: Objection to form.

You can answer.

A. I don't know the exact numbers.

Q. Yes. Roughly?

A. You have to understand, this is a very rough guess, very rough, and it could not be exactly what -- it depends. Pilots, I believe there is around maybe 45 or so. Mechanics, I believe maybe around that same number.

Q. Okay. When you say pilots, does that mean pilots and co-pilots?

A. Yes. Pilots and co-pilots, correct.

Q. Okay. When you first joined the aviation unit after your year and a half of training, you were placed in patrol. How long were you in patrol for?

A. Until this day.

Q. You're still in patrol?

A. Yes.

Q. Has your role changed at all since

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 26

Mardarello

you first started in patrol?

A. Yes. It has, yes.

Q. Can you describe to me how it's changed?

A. I'm one of the flight instructors down there, so I'll teach the guys how to fly, the new guys.

Q. When did you become a flight instructor?

A. When are you talking about? In the aviation unit?

Q. Yes.

A. Okay. Approximately, I believe it's three years or three and a half years.

Q. Ago?

A. Yes. Ago. As a flight instructor.

Q. And how does your role change as a flight instructor?

A. To teach new guys how to fly the aircraft that come in and recurrency stuff.

Q. And during that time as a flight instructor are you still going up yourself on patrol?

A. Oh, yes. Yes.

Page 27

Mardarello

Q. Still as regularly as you were before?

A. It depends if I have a student or not. If I have a student it might be less because I'm training more.

Q. So you didn't always have students at any given time?

A. Just clarify that.

Q. So you're saying if you had a student, when you say a student, do you mean a person completing the one and a half year training that you yourself completed?

A. Right. So I might train that guy and fly patrol. I might just train that guy. I might not train that guy.

Q. Okay. And are there times when there is nobody in the unit who is training at that time?

A. Well, there is always people training. There is always people, recurrent training, so there is always training.

Q. Okay. And at some point you were promoted to being a detective, is that correct?

A. Correct.

Page 28

Mardarello

Q. When did that take place?

A. Oh, boy. I think that was three to four years ago.

Q. Okay. And at that point did your role change in any way?

A. No. I was still doing the same thing.

Q. All right. Bear with me two seconds.

MR. SIDDIQI: What model helicopter does NYPD fly?

THE WITNESS: We fly three models.

MR. SIDDIQI: What helicopter were you flying on -- what's the date of the incident?

THE WITNESS: A Bell 429 on that day.

MR. SIDDIQI: Bell 429?

THE WITNESS: 429, correct.

Q. What are the other types of helicopters?

A. We have a training helicopter, rescue helicopter, which is a Bell 412.

Q. Okay. Are there big differences between the three models?

A. Well, the roles are different. I

Page 29

Mardarello

don't want to say this -- yes. It could be, yes. In the role that we put them, yes. Once one is training, one -- the four we have are --

THE WITNESS: Is this on or off the record?

MR. SIDDIQI: On.

Q. We're on the record.

A. Okay. So there's four that are primarily patrol, but we could still use them for air-sea rescuing.

Q. Okay.

A. And then there's the primary Bell 412. We have two of them that are primary used for air-sea, but we could use it for patrol. We could, but that's -- it's not the primary role.

Q. Okay. All right. So let's move on to the incident that's the subject of this lawsuit. The day in question is I believe March 9th, 2015. Do you remember, Detective Mardarello, what assignment you were in on that date?

A. I believe it was -- I was patrol.

Q. Okay. Do you know what your tour was that day?

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 30

Mardarello

A. Yes. I believe it was 1430 -- okay, so it was 2:35 by 11:10.

Q. Were you a pilot or a co-pilot on that date?

A. I was a pilot.

Q. Do you know who your co-pilot was?

A. Yes, I do.

Q. Who was your co-pilot that day?

A. Roy Charles.

Q. Okay. And had you flown with him before?

A. Yes.

Q. How many times had you flown with him before?

A. I don't know.

Q. Many times?

A. Quite a few times.

Q. And were you training him at that time?

A. No, I wasn't.

Q. Okay. Do you remember what time you went up into the air on that particular date?

A. I do not.

Q. Do you remember the weather

Page 31

Mardarello

conditions?

A. No.

Q. And can you remember any of the events preceding the incident that involved the plaintiff on that day?

A. No. Clarify that.

Q. Do you remember any events other than the incident --

A. No.

Q. -- on that date?

A. No.

Q. Okay. How were you first alerted about the incident involving the plaintiff?

A. I believe it was through central.

Q. Can you explain what you mean by that?

A. She's the radio dispatcher for the Police Department.

Q. Okay. And what unit is this radio dispatcher part of?

A. What unit? Central. We call it central. It's central communications, I think.

Q. Okay. So not specifically part of the aviation unit?

Page 32

Mardarello

A. Yes. She was SOD central.

Q. What do you mean by SOD?

A. SOD is -- SOD central, oh, boy. Operations division. SOD, oh, yes. Special operations division.

Q. Okay. And what does that mean?

A. Well, I don't know if -- it encompasses the special units in the Police Department, a certain number of special units.

Q. Aviation being one of those units?

A. Aviation being one of them, correct.

Q. Do you know what the other units are?

A. I know ESU is also part of that. I know harbor is part of that.

Q. Which one is ESU?

A. Emergency services unit.

Q. Okay. So you got the call from the dispatcher at the special operations unit?

A. Right, yes.

Q. Is that where you normally get your calls from?

A. Yes, correct, but understand that they all are in the same building. Like the precinct, operators, SOD operator. It's a

Page 33

Mardarello

complex system.

Q. Okay.

A. I don't know exactly how it works down there.

Q. Sure. This particular call, when you received it, were you already up in the air or were you on the ground?

A. I believe I was in the air, up in the air. Yes, I was up in the air.

Q. Okay. And you were the pilot that day?

A. I was the pilot.

Q. Okay. Now was that call received by yourself?

A. It came over the radio.

Q. So when it comes over the radio, does that mean both yourself and the co-pilot hear it?

A. I might be able to hear it. My primary job is to fly the aircraft.

Q. Okay.

A. We have four radios. It depends on how busy the day is. If I'm talking to air traffic control, it could be -- this is one of the busiest airspaces in the world, so we're

9 (Pages 30 to 33)

Page 34

Mardarello

operating around LaGuardia, Kennedy, Teterboro, Newark, Westchester, all the other aircraft that's going up and down the Hudson River, any other aircraft involved, aircraft on the East River, heliports, so it depends on the workload.

Q.   Okay.  Now you said you have four radios.  Can you explain what those four radios are?

A.   One -- okay.  So each radio, understand, has different channels.

Q.   Okay.

A.   One is primary for the air.  One is primary going back to the base to the aviation unit.  One is division, which is the precincts and whatnot on the ground.  And one we'll use to speak to like ESU.  We can talk directly to them, harbor.  We can talk to Coast Guard, New Jersey.  Our radios encompass many, many different frequencies, and we can set them up differently.

Q.   Okay.

A.   But again, I'm just telling you what we optimally use for.

Q.   Okay.  So excuse my ignorance, but when you say radios, can you explain to me, does

Page 35

Mardarello

that mean you have four different physical radio sets in the helicopter?

A.   Yes.  One, two, three and four, yes.

Q.   Okay.  And how do you physically operate the radio?

A.   With our hands.

Q.   Okay.

A.   We have radios in front of us and we have radios down, as a pilot, to my left.

Q.   And then to communicate into the radio, how do you do that?

A.   Just a number of different ways.  We could -- there is like a trigger switch on the side click, and then there is another switch like a button switch on the console.

Q.   And by pressing those switches, that allows you to then communicate through your headset, is that correct?

A.   Through our helmet, yes.

Q.   Through your helmets, okay.

A.   Right.

Q.   And when you receive a call on the radios, does that call go out into the whole of the helicopter?

Page 36

Mardarello

A.   It depends.  I can shut off different radios.  I can keep different radios on.  It depends on the workload on that night.  Do I isolate radios?  Am I listening to all the radios?  It all depends.  There is no set -- it depends on the safety of the flight, so how many radios I can listen to.  Can I absorb a little more that day?  Is it so busy that I listen to just one?

Q.   Okay.  Can you set one of the radios to come into the helmet of the pilot and not into the co-pilot and vice versa?

A.   Well, we both can set -- I can set -- I could control what radios I listen to, and he controls what radios he can listen to.

Q.   Okay.  So the call that you received relating to the incident involving Mr. Egan, remind me which radio that came over?

A.   That call initially came over to us from central.

Q.   Okay.  And you specifically remember hearing the call yourself?

A.   Vaguely.

Q.   Okay.  Can you remember --

Page 37

Mardarello

A.   I don't remember words.

Q.   Can you remember what the basic subject was from the call?

A.   That there was a laser -- from what I remember vaguely, there was a laser that was lasering commercial airline aircraft going into and departing from LaGuardia.  I think that's what it was.

Q.   Okay.  And what did you do once you got that call?

A.   Started heading to that area.

Q.   Where were you when you received the call?

A.   I think, I'm not a hundred percent sure, but I think I was over Manhattan somewhere.  Or maybe the Hudson River.

Q.   Once you start heading there, do you communicate with central before heading there?

A.   Well, we acknowledge her call.

Q.   And what happened next?

A.   I started heading in that direction, and -- yes, I started heading in that direction.

Q.   Okay.  Did you say it was LaGuardia?

A.   No.  It was -- what was LaGuardia?

10 (Pages 34 to 37)

Page 38

Mardarello

Q. Well, you said you started heading in that direction. What direction were you heading in?

A. Well, heading into the area that there was a reported laser.

Q. Okay. What happened when you reached that area?

A. Well, I had called LaGuardia tower.

Q. Okay. What was the communication with LaGuardia tower?

A. I don't remember the exact communication, but they said that they saw the laser and they were directing me towards the laser that they saw and the airlines -- where the airlines would report it.

Q. When you say LaGuardia tower, is that a physical structure at the airport?

A. Yes.

Q. Okay. And the people that you communicate with there, who are those people?

A. The control tower operators.

Q. Okay. And they said that they were physically seeing the laser?

A. I believe they said yes, they

Page 39

Mardarello

actually seen it too. Their control tower sits up.

Q. Sits up?

A. Yes.

Q. Okay.

A. And they have binoculars.

Q. Okay. And they were directing you?

A. They were directing me to where he saw it and to where -- and also where the aircrafts stated that they were hit with it.

Q. Okay. Did you communicate with any of the aircraft pilots?

A. No.

Q. What happened next?

A. From which point?

Q. You said that you were being directed by the people in the tower.

A. Yes. So they directed us over that area.

Q. Okay. And what happened when you reached that area?

A. We started looking for a laser.

Q. Okay. Did you see it?

A. At that point, no.

Page 40

Mardarello

Q. Okay. Did there come a time when you saw it?

A. Yes, there did.

Q. Okay.

MR. SIDDIQI: Can I get a question in while you're --

MR. ANDERSON: Yes.

MR. SIDDIQI: What agency do the tower people work for?

THE WITNESS: Federal Aviation Administration.

MR. SIDDIQI: Thank you.

Q. Okay. So you said there came a time when you did then see the laser?

A. Yes.

Q. How far away were you when you first saw the laser?

A. These are approximate distances. Maybe -- oh, boy, maybe a mile and a half, two miles maybe.

Q. Do you remember what color it was?

A. Green.

Q. And what happened when you first saw the laser?

Page 41

Mardarello

A. What do you mean what happened when I first saw the laser?

Q. So you saw the laser from about one and a half miles away. What happened once you had seen the laser?

A. It lit up the aircraft, the back of the aircraft.

Q. The back of your helicopter?

A. Yes. It lit up the inside of it.

Q. Okay. And what happened at that point?

A. I turned towards it at that point.

Q. When you first saw it like that, was it coming as a thin strip beam? Just describe to me what you actually saw.

A. Okay. So it depends. You can see -- you have pictures there, right, of the incident? Do you have pictures of the incident?

Q. Well, we have -- I have pictures --

A. I seen -- yes, there was pictures of the incident, so you could probably see -- from the picture, you could probably see like a thin little line, right?

Q. Okay.

11 (Pages 38 to 41)

Page 42

Mardarello

A. And you could see it dancing around.

Q. Is that what you remember seeing?

A. Yes. And then when it hits you, you don't see nothing about green because it just disperses from the windshield, and you don't see that little line no more. All you see is like green. You can't see nothing, so it depends on where it is. Is it hitting you? If it hits you, you don't see nothing but green, and you're like blinded, but if it's not hitting you directly, you can see it dancing around.

Q. Okay. We'll go back to the impact, when it hits you, as you were describing there. I think at this stage it might be a good idea to have a look at the video to put it in context, because I think that's about the point we're at.

MR. ANDERSON: So let's go off the record.

(Discussion off the record)

MR. ANDERSON: Let's go back on the record.

Q. So Detective Mardarello, I'm going to show you a video recording. It's 39 seconds long. I'm going to show it to you on my laptop.

Page 43

Mardarello

It is part of the disclosure that was previously provided marked as Defendants' 196. For the purposes of the deposition it's going to be Exhibit A. Okay?

(Plaintiff's Exhibit 1, Video recording, was so marked for identification, as of this date.)

Q. So I'll bring it around, and I'll come around as well so I can see while you're watching it, and why don't we just watch it through. Since it's only 39 seconds, so let's just watch it through once fully.

A. Now this is of the incident?

Q. Okay.

A. That's it?

Q. Yes.

A. Okay. That's of us that night, right?

Q. Well, hold on. First of all, have you seen that recording before?

A. Have I seen that video recording before? As a recording? No. Not that I know of.

Q. Okay.

Page 44

Mardarello

MR. SIDDIQI: Can we go off the record for a second.

(Discussion off the record)

MR. ANDERSON: Back on the record.

Q. Do you want to clarify your answer there?

A. Yes. I've seen this before.

Q. Recently?

A. Yes. Recently.

Q. When did you see it before?

A. When we were debriefing.

Q. Okay. With your attorney?

A. Correct.

Q. Okay. But you hadn't seen it before then?

A. No.

Q. Okay.

A. Not before.

Q. Do you know who took this video?

A. That would have been Roy. If that was that night, that would have been Roy --

Q. Okay.

A. -- who took that video.

Q. So that's the video recording coming

Page 45

Mardarello

from your helicopter?

A. Correct.

Q. Okay. Now as we viewed the video there, you could see the green light that you described to me earlier, is that correct?

A. Right.

Q. And you said earlier when you first saw it, you were about one and a half miles away?

A. It was about one and a half to two. I don't know the exact distance. I'm just giving a rough estimate.

Q. Is that video that we're seeing there depicting roughly the moment when you first saw the --

A. I don't know. I would probably have seen it first before he put it on there because I was the first one to see it first, so that was probably after the fact, after I seen it. It's not just going to lock on that laser.

Q. Are you at the same distance?

A. I don't know how long it took Roy to get that film.

Q. Okay.

A. I don't know. I don't know where

12 (Pages 42 to 45)

Page 46

Mardarello

he -- like when -- at what point he took that. I don't know.

Q. Okay. Now when you said Roy took the video, how did he physically go about taking the video?

A. I didn't watch him, but I mean if you want me to answer how to operate that, I mean that's a whole different story of how he did it. I don't know. I'm --

Q. Well, hold on. Let me ask you this. Are you ordinarily video-recording while you're up in the helicopter?

A. Ordinary is a hard thing to say. It's not -- it depends. Is something happening or are we just testing equipment? You know, it just all depends.

Q. So I mean it's not always on when you're up in the helicopter?

A. No. It was not like we video-record as soon as we're airborne and as soon as we land.

Q. Got it. Now is the video recording equipment built into the helicopter?

A. Yes. It's built -- put onto the helicopter, correct.

Page 47

Mardarello

Q. Okay. And do you have to operate it manually?

A. Yes.

Q. And is that always the job of the co-pilot?

A. Co-pilot.

Q. Got it. Now you saw the green flashes on the video. Just to clarify, that was the same green flashes you were seeing at that time?

A. Yes.

Q. Okay. All right. So Detective Mardarello, after you first seen the green lights like that and saw the video recording, what happened next?

MR. SIDDIQI: Objection to form. You can answer the question.

A. After I -- I didn't see the video. I just seen the green light.

Q. Right.

A. I started -- I turned around and I faced it.

Q. Okay. Were you contacting anybody over the radio at that point?

Page 48

Mardarello

A. You know, if anything, I would have contacted LaGuardia, but I don't remember.

Q. Okay. What happened once you turned and faced the light?

A. I started heading towards it.

Q. Okay. And you said earlier it was a beam of light until it hit into -- or it hit you, I think you described it as?

A. Well, it depends. So you got to understand. It hitting the camera lens is different from it hitting the windshield and a human eye.

Q. Okay.

A. So if you seen --

Q. Sorry. Did you say different from hitting the windshield of the helicopter or you --

A. Yes. The windshield of the helicopter.

Q. Okay.

A. Because what it does is I believe it disperses that. How the windshield works, it disperses that light, I believe. Like I'm not an engineer or anything.

Page 49

Mardarello

Q. Okay.

A. But it kind of like disperses the light around, so basically, to answer your question, when you're -- oh, boy, now I lost your question.

Q. Yes. That's fine. I'll follow up. So did there come a time when the laser did hit the windscreen of the helicopter?

A. Yes.

Q. Okay. And was that before you turned to face it?

A. No, because I was hit -- I was away from it the first time or maybe turned a little bit, and then I had to look, because something was hitting the helicopter, and I could tell like that something is hitting.

Q. Okay.

A. I turned to look, and then I could see the laser. Then I turned towards it.

Q. And at that point it was hitting the side of the helicopter?

A. I would imagine it was hitting the side of the helicopter. I would imagine. I don't know. I seen that we were being hit by

13 (Pages 46 to 49)

Page 50

Mardarello

something.

Q. At that point the light hadn't come into the helicopter?

A. Well, it could have come into it because I'm facing that way. We have windows in the back and stuff like that, so it could have, yes, very well come into the helicopter.

Q. At what point did the light then hit the windscreen?

A. After I turned towards it, located it, like you were seeing the flashing, and turned towards it.

Q. When you say located it, do you mean specifically located it?

A. Well, as you seen from the video there, yes. Just as you seen from the video, just by looking at it.

Q. Sure. How far away were you when it first hit the windscreen?

MR. SIDDIQI: Objection to form. Go ahead.

A. When it hit the windscreen, I don't know. I can't -- I don't -- it would be me guessing. I mean when I turned towards it, I

Page 51

Mardarello

don't know exactly when it hit the windscreen.

Q. But are you talking like still roughly a mile out or a matter of feet?

A. It hit from way out to all the way until when I got there, so it didn't stop.

Q. Okay. Now let's go a little bit with the effects. Once it hits the windscreen what is the effect?

A. Well, the best that I can explain to you is if you're driving down a highway, it's all dark, there is no lights, and a guy in front of you has the high beams on and they are very bright high beams, really high, and yours are on low, and you're staring at the high beams, staring, staring, so you have to look like -- you can't -- you just get blinded. You can't see anything.

And then when he leaves, you got that blindness. You can't see after he goes away, and now you're just like blind, temporarily blinded, and you can't see. That's the best I can explain it to you. I don't know how else to explain it to you.

Q. That's a good explanation. Did it

Page 52

Mardarello

have any effects on your person physically?

A. Yes. I was temporarily blinded. I did -- temporarily, but I could still see. It's not like -- I could still see like lights and stuff like that, and definitely I could see the laser but it causes like a temporary blindness.

Q. Okay. Is there pain associated with that?

A. Boy, it almost feels like a -- I don't know, it almost feels like a burning sensation.

Q. Okay. How long does the burning sensation last for?

A. It will last for like, I don't know, just like minutes or so. Like it depends.

Q. Would you say it's just a minor irritation or more serious?

A. Well, yes. It's more -- right, more like a minor irritation. It's not like a big painful irritation. It's a minor irritation.

Q. Okay. But for the burning?

A. Yes. It's hard to explain, but yes, for the burning, right.

Q. Okay. And then how long does the

Page 53

Mardarello

blindness last?

A. Oh, boy. It could last for quite some time. For me it lasted a few hours. When you say blindness, it's not total blindness.

Q. Yes. I understand.

A. Do you understand?

Q. So is there a period -- as you were describing with the flashlights, is there --

A. You could still --

Q. Hold on. Let me ask. So is there a period, even just for a couple of seconds, where it's total blindness?

A. No. Not like total, total, total blindness.

Q. Okay. But there is a --

A. You can still see, obviously.

Q. Okay. And then that's when the laser hits. Is there then a period afterwards where your vision is still slightly affected? I think you said there for about two hours it affected?

A. Well, no. It's -- when you get hit -- it's hard to explain. It depends on how bad it was. I don't remember that night typically like how long it affected me. I felt

14 (Pages 50 to 53)

Page 54

Mardarello

it for a while. I don't know exactly. Like I can't tell you it was like three or four hours or half an hour. Again, it's not total blindness.

Q. No.

A. I still landed the aircraft.

Q. Sure.

A. I was still able to fly.

Q. Okay.

A. But it's that -- I don't know where they call it.

MR. SIDDIQI: Is it like you get spots?

THE WITNESS: Something like that. Like when you look at it, and they pull that light away from you, and if you look at a real strong light, and pull that away from you.

A. You know what I mean? Something like that.

Q. Yes. After you had landed the aircraft did it continue?

A. It gets better as time goes on, so as time goes on, it gets better and better and better, so I can't tell you. You know, it slowly

Page 55

Mardarello

improves, slowly improves, slowly improves.

Q. Okay. Did you get any treatment?

A. Yes. We went to New York City Eye and Ear Infirmary. I think that's the name of it.

Q. Okay. When did you go there?

A. After we landed.

Q. How did you get there?

A. We were driven there by another cop.

Q. Okay. What kind of treatment did they provide you?

A. I don't know what they did, but they dilated our eyes. They looked into our eyes, shined stuff in our eyes, and I don't know what kind of stuff, but we were there for maybe a couple of hours, I think.

Q. Okay. Did they give you any drops or anything to put in afterwards?

A. I don't believe so, no. I don't believe so. They put drops in, first off, but I don't believe they gave us any drops to put in afterwards, no. I don't remember that.

Q. Okay. When would you say your eyes had fully recovered?

Page 56

Mardarello

A. That's hard to say. I don't know. I wasn't paying attention, like when they -- do I still see like -- I don't know.

Q. For example, the next morning were your eyes okay?

A. I felt okay the next morning, yes. Definitely.

Q. Okay. Had you ever been hit by a laser like this before?

A. Yes.

Q. How many times before?

A. This was the hardest hit.

Q. That was the hardest one?

A. Yes. I've been hit before in the past.

Q. Are we talking like 15 times or a couple of times?

A. No.

Q. A couple of times?

A. Yes.

Q. Did you ever get the treatment before for --

A. I don't know. I don't know if I got treatment on the other times or not.

Page 57

Mardarello

Q. Ever been hit by a laser since?

A. No. Not that I remember, no. I don't remember. A lot of times -- sometimes you think it's the laser but it's like the subways sparking, but I don't remember.

Q. This was the worst one out of all of them?

A. Yes. This was definitely the worst one.

Q. All right. So in the chronological incident that we were dealing with, the chronology of the incident, I think we reached the point where you turned the helicopter and you were heading towards the location, and I think you said you got hit pretty regularly as you were heading in there?

A. It was -- yes. I remember seeing it. Dancing around a little bit, then hit. Dancing around a little bit, then hit. Dancing around a little bit, then hit. Stuff like that.

Q. And every time it hit would it cause the kind of --

A. Yes.

Q. -- symptoms you were explaining

15 (Pages 54 to 57)

Page 58

Mardarello

earlier?

A. Yes.

Q. What happened next?

A. Then we located the building.

Q. Okay.

A. Because we -- yes, we located the building at that point.

Q. How did you go about locating it?

A. Just followed the laser. It was easy.

Q. Did there come a time when the laser stopped shining?

A. After we were like -- we located and it was obvious that we were there.

Q. So you said once you were there it stopped shining?

A. Once we got there, once we arrived there, it stopped, but we had been there already.

Q. Okay.

A. We were there.

Q. And do you know what time it was that you arrived there?

A. No.

Q. Do you keep like a logbook as part of

Page 59

Mardarello

the paperwork you do?

A. No, but you have to understand that you're not doing any writing when you're there.

Q. Sure. Do you keep anything like a logbook afterwards?

A. Well, we do that AU-2.

Q. Okay.

A. The paperwork.

Q. That's the AU-2?

A. Right.

Q. So would you have completed one of them when you landed that night?

A. Probably Roy would have done that, but I think the co-pilot -- usually the co-pilot does it. No set rules, but in-house rule, usually the co-pilot does that, sure.

MR. ANDERSON: Omar, can you --

MR. SIDDIQI: Sure. Just put it in writing.

MR. ANDERSON: Yes. We'll follow up in writing.

Q. Now as you were making your way there, which, if any, of your four radios were you communicating on?

Page 60

Mardarello

A. I don't remember. I'd have to take a guess on that, but I don't -- for me, it was most likely the air traffic control.

Q. Okay. Did there come a time where you communicated with any police officers?

A. I don't remember doing that. I don't remember. I could do that if I -- but Roy was mostly communicating with the police officers.

Q. So Roy was communicating with the police officers?

A. He was definitely communicating with the police officers, yes. I don't know if I got in at any time. I don't think I did.

Q. Okay.

A. But I don't remember exactly if I had said a few words. I don't remember.

Q. Okay. And what happened once you arrived on the scene?

A. We stayed on the scene.

Q. How close?

A. That's hard to say. I'd have to approximate it.

Q. Sure.

A. Across the street.

Page 61

Mardarello

Q. How high up would you be?

A. How high up was I?

Q. Yes.

A. I don't know if it was 3 or 400 feet. You know, you could go up a little.

Q. Is there a limit to how low you can take a helicopter?

A. No.

Q. But you think it was like 300, 400 feet?

A. It wasn't a thousand feet, so it was more like 3 or 400 feet or so.

Q. Okay.

(Plaintiff's Exhibit 2, Photograph, was so marked for identification, as of this date.)

Q. So Detective Mardarello, if you take a look here at what we're marking Exhibit 2. It's clearer on the computer.

MR. SIDDIQI: I just want to make -- part of the production on CD, Defendants' 196, right?

MR. ANDERSON: Correct.

MR. SIDDIQI: Okay.

16 (Pages 58 to 61)

Page 62

Mardarello

Q.   I'm wondering, have you ever seen this photograph before?

A.   Have I ever seen this photograph before?  No.  I don't think I seen the photograph.

Q.   Okay.  You weren't involved in marking the yellow arrow on it?

A.   No.

Q.   Okay.  I just wanted to clarify that.

(Plaintiff's Exhibit 4, Photograph, was so marked for identification, as of this date.)

Q.   Have a quick look at these pictures. While you're looking at what has been marked as Plaintiff's Exhibit 4, I think that's the one in your hand at the moment.

A.   Um-hum.

Q.   Do you recognize the scene depicted in that picture?

A.   Now you're understanding, I'm in the air so it's a little hard to recognize street level scenes.

Q.   Okay.

A.   This looks like it could have been

Page 63

Mardarello

the house or the apartment building that it came from.

Q.   Sure.

A.   Right here, but again, I'm in the air.

Q.   I understand.

A.   Things look different.

Q.   I understand.  As we're looking at number 4, would the helicopter at the point where you stopped at location, would it be in view in this picture?

MR. SIDDIQI:  Objection to form. You can answer the question.

A.   All right.  So I don't understand what you're asking.

Q.   As we're looking at Exhibit 4, the airspace, particularly in the top right here, at the point where you --

A.   Wait.  In the airspace where?  In here?

Q.   In this picture.  All in this area here.  So as we're looking at it, you said there came a point where you got to the location in the helicopter.  As we're looking at this picture,

Page 64

Mardarello

when you were there in the helicopter, would it be anywhere on this picture?

A.   I don't know.  I don't know because things are different from the air that I'm looking on the ground.  You know, it's hard to say.  I mean I'd have to be guessing at stuff.  I mean I --

Q.   That's fine.  We don't want you to guess.

MR. SIDDIQI:  So to the best of your ability, within this photograph, do you think it depicts the altitude level that the helicopter was at or it was higher?

THE WITNESS:  Well, that could go up.

MR. SIDDIQI:  So you can't do it from this photo?

THE WITNESS:  No.

MR. SIDDIQI:  Okay.

Q.   That's fine.  I understand.  I'm not experienced in helicopters so I don't know.

A.   Right.  Mars could be up there, so I mean it's hard to --

Q.   I understand.

A.   It goes to space.

Page 65

Mardarello

Q.   Okay.  So we've reached the point where you've arrived at the location in the helicopter, and you said when you first arrived there the laser was still shining, is that right?

A.   To the best of my recollection, yes, and it was soon thereafter that it stopped.

Q.   Okay.  What were you able to see at that point while it was still shining?

A.   We were able to see, you know, that it was coming from that building, and be sure of it.

Q.   Okay.  Could you identify anything more specific than just coming from that building?

A.   Okay.  So what you're saying -- one more time.

Q.   So you said you were able to work out it was coming from that building.

A.   Yes.

Q.   Could you be any more specific than that or is that as far as you can identify?

A.   I believe it was coming from one of the top windows from one in.  As far as -- understand that I'm still flying the aircraft,

17 (Pages 62 to 65)

Page 66

Mardarello

and I could still look out and look briefly.
    Q.  Okay.
    A.  So to the best of my recollection.
    Q.  Okay.
    MR. ANDERSON:  So let's mark this as another exhibit, we're at Exhibit 5.  Plaintiff's 5.
    (Plaintiff's Exhibit 5, Photograph, was so marked for identification, as of this date.)
    Q.  Okay.  So have a look there at what's been marked as Plaintiff's Exhibit 5.  Now can you just describe what this picture is depicting?
    A.  It appears to be the building.
    Q.  Okay.  Now you see that one of the windows is circled?
    A.  Right.
    Q.  Do you know if that was yourself who circled it?
    A.  If that --
    MR. SIDDIQI:  Listen to the question.  Did you make that circle?
    A.  I did not make the circle.
    Q.  You did not make the circle?

Page 67

Mardarello

    A.  No.
    Q.  Okay.  All right.  Now you were saying that when you were flying there, you thought you could pinpoint down to the fact it was coming from a window on the second floor, is that correct?
    A.  I believe so.
    Q.  Okay.  Do you know, looking at that picture, which window it was coming from?
    MR. SIDDIQI:  Objection to form.  And don't guess.
    Q.  If you know.  Don't guess.
    A.  Okay.  Then I'm not going to say, no.
    Q.  Okay.  That's fine.  And could you see what was causing the laser to come out of the window?
    A.  Can I see what was causing it?  No.
    Q.  No, okay.  What happened next?
    A.  Roy would -- got on the radio, spoke to the central for I think it was the 45 Precinct.
    Q.  Okay.  Was it dark outside at this point?
    A.  Yes, it was.

Page 68

Mardarello

    Q.  Okay.  Could you see into the apartment at all?
    A.  I couldn't see into the apartment.
    Q.  Okay.  What happened next?
    A.  So he called central for the 45 Precinct.
    Q.  Okay.  At some point did police officers then arrive at the scene?
    A.  They had arrived, correct.
    Q.  How many officers?
    A.  I don't know.  I was -- I wasn't -- I was flying the aircraft at that point.
    Q.  Okay.  At any time did you communicate directly with officers on the ground?
    A.  To the best of my knowledge, Roy was doing most of that communication.
    Q.  Okay.
    A.  I don't remember, like I said before, I don't think I did though.  I think it was mostly with air traffic control.
    Q.  Okay.
    A.  Or trying to listen.
    Q.  What happened once the officers arrived at the scene?

Page 69

Mardarello

    A.  I think, again, Roy was mostly talking to them.  I think that they had -- went into the apartment.
    Q.  Okay.  And what happened once they went into the apartment?
    MR. SIDDIQI:  Objection to form.  You can answer.
    A.  I don't know what happened when they went into the apartment, but -- because I'm in the helicopter.
    Q.  And you've got no communication with them while they're in the apartment?
    MR. SIDDIQI:  Objection to form.  You can answer.
    A.  We --
    Q.  You specifically.  Did you have any communication with the officers once they were inside?
    A.  Was I talking to the specific officers?  No.
    Q.  Okay.  Do you know if Roy was?
    A.  I don't know.
    Q.  Okay.  And did there come a time when they emerged from the apartment?

18 (Pages 66 to 69)

Page 70

Mardarello

A. I believe so, yes. I believe so.

Q. What happened at that point?

A. I believe that they had arrested -- or I don't know if they had arrested. I believe they had somebody.

Q. Okay.

A. I believe they had somebody. I'm not a hundred percent sure, but I believe at that point they might have had somebody.

Q. Okay. And what happened next?

A. I'm in the helicopter, so I really don't know.

Q. Yes, but with yourself, what happened in --

A. Oh, with myself?

Q. Yes.

A. So we stay up there for a little while and -- until it was pretty much cleared up, and then we're off.

Q. So were you still there when the police officers on the ground left?

A. You know, there might have been some on the ground, I don't know. I don't know how many were left or --

Page 71

Mardarello

Q. When the initial officers went into the apartment, did more police officers arrive on the scene?

A. I don't know.

Q. Okay.

A. I don't know.

Q. When they emerged with the individual, were you still there at the point that they had left?

A. I don't know.

Q. Okay. That's fine. Obviously there came a point when you then left the scene?

A. Yes.

Q. What happened at that point?

A. I don't know. I think we flew back to the base at that point.

Q. Okay. Did you have any communication yourself on the way back with anybody over the radio?

A. Just air traffic control.

Q. What was the basis of those communications?

A. I have to get my clearances to fly through the airspace and go back.

Page 72

Mardarello

Q. Okay. How were your eyes at that point?

A. I don't remember at that point. Obviously it was good enough to fly.

Q. Sure. But giving you some irritation?

A. I believe, yes. The irritation, it just -- like that little, you know, when you pull a flashlight away, headlights away, that kind of sensation.

Q. Okay.

A. It was slowly -- you know, it slowly clears up in time.

Q. Okay. And you said the police officers came out with an individual.

A. I think. I don't know.

Q. Okay. Are you able to describe --

A. I thought they had come out with an individual. I don't see any -- like I didn't -- I can't watch them come -- I could look down there and see for a little bit, but it's -- I look down, my view tends to be limited because I'm flying the helicopter, so -- but I could look down, but from the way I was facing, Roy was

Page 73

Mardarello

facing them.

Q. Okay.

A. And I'm on the other side.

Q. Okay.

A. So once I put it into a hover, I kind of like put it into a hover, so Roy could have a good view. It's not important that I have a good view myself of that situation, guiding cops this, that and the other thing. It's not important. My primary responsibility is to safely fly that aircraft.

Q. Okay.

A. Okay? It's to safely fly the aircraft. And from what I remember, I had put it so Roy faced them, and now I'm on the other side. I'm on the right side of the helicopter, so at that point when I'm hovering, it tends to be a little hard because I'd have to look over at that point once I put it into a hover. I have to safely put that aircraft into a hover.

Q. Sure. I understand.

A. And watch for trees and this and that and the other thing. So it's at that point, once I get on the scene, I put him facing that way.

19 (Pages 70 to 73)

Page 74

Mardarello

Once I'm there, once I'm there, I get there.  I park it, put him so he can see, so he can use a searchlight so he can use whatever equipment he has, and you know, it's 6,000 pounds of stuff over your head.

Q.  Yes.  I understand.  Did he use a searchlight, do you remember?

A.  I don't remember.  You have to ask him.

Q.  Okay.  What happened when you got back to base?

A.  We filled out paperwork for our eyes.

Q.  Sure.

A.  You know, because we were hurt in the line of duty.  And then we went to the hospital.

Q.  Okay.  Did you communicate with any other NYPD officers that evening?

A.  How?  Like when I got -- I mean I don't know what --

Q.  So after you landed --

A.  Because there were cops all over the place.

Q.  Sure.  I'll withdraw that question.  I'll be more specific.  Did you communicate with

Page 75

Mardarello

any NYPD officers relating to the individual who they took from the building?

A.  We had passed by on the 45 Precinct on the way back from the hospital.

Q.  Okay.

A.  But I don't know who --

Q.  You stopped off at the precinct?

A.  Yes.  We had made a stop.

Q.  Why did you make a stop?

A.  I don't remember what that was for, if it was for paperwork or something.

Q.  Okay.

A.  I don't remember.

Q.  When you say paperwork, it would be --

A.  I don't remember.

Q.  Do you ordinarily or --

A.  This is not like an ordinarily incident.

Q.  Okay.

A.  So it's not like we go through this all the time.

Q.  Okay.

A.  I don't know what paperwork might

Page 76

Mardarello

have been dropped off or anything.  I think there was some kind of paperwork that had to be dropped off.

Q.  Okay.

A.  Because we were hurt -- see, I don't know.  I don't know what paperwork.

Q.  Other than the stuff for your own injuries, because you were saying you were doing the paperwork.

A.  Right.

Q.  Was there a reason for going to the 45th Precinct --

A.  It would probably have --

Q.  Hold on.  Let me finish really quick.

A.  Okay.

Q.  Was there a reason for going to the 45th Precinct directly --

A.  45.

Q.  45.

A.  Right.

Q.  -- related directly to the arrest made at the location?

A.  I don't remember.

Q.  Okay.

Page 77

Mardarello

A.  I don't remember.

Q.  Did you ever speak to anyone from the FBI?

A.  I spoke to a Port Authority cop that was working with the FBI.

Q.  That night or a later date?

A.  Oh, boy.  I think it was that night.  I think it was that night.

Q.  Okay.  And what did you speak to that person about?

A.  I don't know exactly what had transpired, but I probably spoke about the incident, and he had probably asked me what had transpired.

Q.  Okay.  Did you ever speak to the arresting officer?

A.  No.  I don't think I ever spoke -- no, I don't recall ever speaking to that person.

Q.  Ever speak to anyone from the District Attorney's Office related to this case?

A.  Oh, boy.  I don't know.  I don't know if I did or not.

Q.  Did you ever have to go into the District Attorney's Office to meet with somebody?

20 (Pages 74 to 77)

Page 78

Mardarello

A. I went to someone's office with the guy that I had spoken to that was with the Port Authority.

Q. Hold on. When you first spoke to the guy from the Port Authority, was that over the phone?

A. When I first spoke -- yes.

Q. And then at a later date you went --

A. At a later date I went down.

Q. Where to?

A. You know, I don't remember where it was. It was a while ago.

Q. Okay. When you were with that individual from the Port Authority, meeting them in person, was there anybody else in the meeting?

A. I believe there were other people there, right.

Q. Who were they, do you know?

A. I don't remember.

Q. All right. Where did the meeting take place?

A. I don't remember.

Q. Okay.

A. I don't remember.

Page 79

Mardarello

Q. Did you ever speak to the press related to this situation?

A. Oh, yes, I did.

Q. Who did you speak to in the press?

A. I don't know what press it was.

Q. Journalists?

A. Journalists, correct.

Q. Okay. How did they contact you?

A. They came down to the base.

Q. And when did you speak to the press?

A. I don't know how many days after it was.

Q. A number of days after?

A. I don't know if it was the next day or a couple of days later. I don't remember.

Q. What did they ask you when you met with them?

A. Basically it was -- I think it was a synopsis of what had happened.

Q. Okay.

A. They might have -- yes, I believe it was what had happened.

Q. Okay. Did you make any statements relating to any of the individuals involved in

Page 80

Mardarello

the situation?

A. No. I don't think I made any statements. I don't remember any statement making -- about a specific individual?

Q. Yes.

A. No. I don't remember that.

Q. Did you feature on any TV reports?

A. There was news down there. The media was down there, so I don't know.

Q. Were you interviewed with cameras?

A. Yes.

Q. Do you remember ever seeing yourself on the news?

A. I know I probably had to be on the news.

Q. Okay. And what about newspapers, did you ever read --

A. Yes. There was articles in the newspapers, right.

Q. Okay. Which newspapers, do you remember?

A. I think there were all of them. All the major ones, I think. I believe.

Q. Okay. Did you have any further

Page 81

Mardarello

interaction with the individual arrested, Mr. Egan?

A. No. I never had any interaction with him, no.

Q. So I just want to show you this quickly.

(Plaintiff's Exhibit 6, Aided report worksheet, was so marked for identification, as of this date.)

Q. Detective Mardarello, just have a quick look at that page, which is marked as Plaintiff's 6, and also Defendants' 87.

MR. ANDERSON: Is that right, Omar?

MR. SIDDIQI: Yes.

MR. ANDERSON: Thank you.

Q. When you've had a chance to look at it, can you just explain to me what it is?

A. Sure. It's an aided worksheet.

Q. Okay. And was it yourself who filled this out?

A. No.

Q. Is that your handwriting on the sheet?

A. Hold on. Let me -- no.

21 (Pages 78 to 81)

Page 82

Mardarello

Q. Do you remember giving a statement to somebody else who would have filled out this worksheet?

A. Yes. I would have had to give someone a statement, correct.

Q. Okay. Do you ever fill out aided report worksheets?

A. I have filled them out in the past.

Q. Okay. It's not one of the paperworks that you fill out at the end of every tour?

A. No. Not the ones we fill out at the end of every tour, no.

Q. When would you fill out an aided report worksheet?

A. If you get hurt.

Q. Okay. So that's what you put down if you've received an injury?

A. Right.

Q. Okay.

MR. ANDERSON: All right. I think that's the end. Follow-up, Omar?

MR. SIDDIQI: Yes. I just have one quick question.

MR. ANDERSON: Okay.

Page 83

Mardarello

EXAMINATION BY MR. SIDDIQI:

Q. The video that we saw earlier, Detective, are you sure that that video is from your helicopter or is it possible that it came from another aircraft?

A. All right. So --

MR. ANDERSON: Do you want to look at it again?

MR. SIDDIQI: Yes. Could we look at --

Q. Actually, let's look at the video, and I'd like to show you the last frame of the video.

MR. ANDERSON: That's a good idea.

A. So --

MR. ANDERSON: Take your time. Have a look at it.

Q. I'm going to go right to the end of the video. If you see at the end, you'll see that the camera pans down and certain control panels are made visible.

A. Right.

Q. Do you recognize those as the controls from your helicopter or from a different

Page 84

Mardarello

aircraft?

A. Can I see that one more time?

Q. Sure.

A. It looked like our helicopter. Let's see. Yes. That looks like our -- it's hard to see where those controls are, but that looks --

Q. Do you want to try to listen to the voices and see if you recognize either voice as your voice or Roy's voice?

A. Okay. Could you go back? I mean that's -- that was the area -- that looks -- again, what's he saying?

Q. I don't know. Do you recognize any of those voices as either your voice or the voice of Officer Roy Charles?

A. I mean it's hard to tell.

Q. What I'm asking is are you a hundred percent certain that this video came from the helicopter or is it possible that it came from one of the other aircraft that was affected by the laser on the night in question?

A. Okay. If that was from the night in question, it wouldn't have came from the other aircraft. It would have came from our aircraft.

Page 85

Mardarello

Okay? So if that is from the night, it would have came from our aircraft. I don't know if there were other helicopters in the air.

Q. This couldn't be from the Air Canada flight that was affected?

A. I don't think. Just do it over.

MR. ANDERSON: Play it again? Play it from the start again.

A. You know what? It looks like they are moving kind of fast. Yes. I don't think that's us. I don't think that's ours. No. It's hard to tell, but I don't remember those voices. And he's kind of high, and you can hear a shhh, and I don't think that's ours.

Q. All right.

A. No. I don't think that's ours.

Q. All right.

A. I would say -- is anyone a hundred percent certain in life from anything? But no, I would say that that's not us.

Q. Okay.

A. I will say that that's not us. I don't recognize the voices. It seemed like that aircraft was way up.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 86

Mardarello

MR. SIDDIQI: That's it.

EXAMINATION (Continued)

BY MR. ANDERSON:

Q. Going back though, just to clarify then, do you remember at some point a video being taken from your helicopter?

A. Roy could answer that better than me because he was operating that equipment.

Q. That's for the co-pilot?

A. Yes.

Q. Okay.

A. My primary thing is to fly the aircraft.

Q. Sure, okay.

MR. ANDERSON: I think we're done.

(Time noted: 12:54 p.m.)

Page 87

ACKNOWLEDGMENT

I, RICHARD MARDARELLO, hereby certify that I have read the transcript of my testimony taken under oath in my deposition on April 5, 2017; that the transcript is a true, complete and correct record of my testimony; and that the answers on the record as given by me are true and correct.

_____

RICHARD MARDARELLO

Signed and subscribed to before me this_____day of_____, 2017.

_____

Notary Public

Page 88

ERRATA SHEET

TRANSPERFECT DEPOSITION SERVICES

216 E. 45th Street, Suite #903

New York, New York 10017

(212)400-8845

Name of Case: Egan v New York City

Date: April 5, 2017

Witness: RICHARD MARDARELLO

PAGE   LINE(S)   FROM        TO

_____/_____/_____/_____

_____/_____/_____/_____

_____/_____/_____/_____

_____/_____/_____/_____

_____/_____/_____/_____

_____/_____/_____/_____

_____/_____/_____/_____

_____/_____/_____/_____

_____/_____/_____/_____

_____/_____/_____/_____

_____/_____/_____/_____

_____/_____/_____/_____

_____/_____/_____/_____

_____/_____/_____/_____

_____/_____/_____/_____

_____/_____/_____/_____

_____/_____/_____/_____

Page 89

CERTIFICATION

I, Joseph Danyo V, a Shorthand Reporter and Notary Public, within and for the State of New York, do hereby certify:

That I reported the proceedings in the within entitled matter, and that the within transcript is a true record of such proceedings.

I further certify that I am not related, by blood or marriage, to any of the parties in this matter and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this     day of            , 2017.

JOSEPH DANYO V

23 (Pages 86 to 89)

Page 90

I N D E X

Witness                                                      Page

RICHARD MARDARELLO                                             4


E X H I B I T S

Plaintiff's                                                   Page

Exhibit 1  Video recording                                    43

Exhibit 2  Photograph                                         61

Exhibit 4  Photograph                                         62

Exhibit 5  Photograph                                         66

Exhibit 6  Aided report worksheet                             81

~oOo~

## A

**a.m** 2:2
**ability** 64:12
**able** 33:19 54:8 65:8,10,18 72:18
**Absolutely** 23:9,10
**absorb** 36:8
**academy** 9:3,4,8,14
**accurate** 5:14
**acknowledge** 37:20
**ACKNOWLED...** 87:2
**active** 25:4
**Administration** 40:12
**afternoon** 18:18
**agency** 40:9
**ago** 5:25 26:16,17 28:4 78:13
**ahead** 50:22
**aided** 81:8,19 82:7 82:14 90:13
**air** 18:22 19:6,7,17 19:19 20:7,16,23 21:6 23:8 24:11 30:23 33:7,9,10 33:10,23 34:13 60:4 62:22 63:6 64:5 68:21 71:21 85:4,5
**air-sea** 14:21 29:11 29:15
**airborne** 46:21
**aircraft** 13:20 14:4 17:2 26:21 33:20 34:3,5,5 37:7 39:13 41:7,8 54:6 54:22 65:25 68:13 73:12,15,21 83:6 84:2,21,25,25 85:3,25 86:14
**aircrafts** 13:6 39:11
**airline** 37:7
**airlines** 38:15,16
**airport** 11:22 38:18

**airspace** 63:18,20 71:25
**airspaces** 33:25
**alerted** 31:13
**allows** 35:18
**altitude** 64:13
**ambition** 11:9,13
**Anderson** 3:6 4:5,8 8:5,8 13:15,17 18:6 22:18 40:8 42:18,21 44:5 59:18,21 61:24 66:6 81:14,16 82:21,25 83:8,15 83:17 85:8 86:4 86:16
**answer** 5:4,5 8:13 10:3 11:2 17:2 19:2,11,21,22 20:3,4 21:3,10,13 22:8 23:21 25:7 44:6 46:8 47:18 49:4 63:14 69:8 69:15 86:8
**answered** 24:17
**answers** 5:14 87:9
**anybody** 47:24 71:19 78:16
**apartment** 63:2 68:3,4 69:4,6,10 69:13,25 71:3
**appears** 66:15
**appreciate** 4:7
**approximate** 6:3 7:4,7,22 9:10,12 10:2,20 11:18 40:19 60:23
**approximately** 13:13 26:14
**April** 1:17 2:2 87:6 88:6
**area** 37:12 38:5,8 39:20,22 63:22 84:12
**arrest** 76:22
**arrested** 70:4,5 81:2

**arresting** 77:17
**arrests** 24:25
**arrive** 68:9 71:3
**arrived** 17:12,15 58:18,23 60:19 65:3,4 68:10,25
**arrow** 62:8
**articles** 80:19
**asked** 11:23 77:14
**asking** 4:10,16 5:3 17:12 21:7 63:16 84:18
**assigned** 10:7,14,15 14:8 16:4 21:20
**assignment** 9:16 14:11 18:2 29:21
**assist** 15:4,6,11 19:19 20:24 21:7
**associated** 52:8
**attention** 56:3
**attorney** 4:8 44:13
**Attorney's** 77:21 77:25
**Attorneys** 3:4,9
**AU-2** 24:6 59:7,10
**authorities** 20:18
**Authority** 77:5 78:4,6,15
**available** 19:25
**aviation** 10:9,10,13 10:24 11:6,11,14 11:17,22 12:2 13:2,8,25 14:9 15:8 17:3 20:18 24:25 25:3,19 26:12 31:25 32:11 32:12 34:14 40:11

## B

**B** 90:7
**back** 13:17 17:11 21:21,25 22:2,12 22:18 23:11,19 34:14 41:7,9 42:13,21 44:5 50:7 71:16,19,25 74:12 75:5 84:11

86:5
**background** 4:14
**bad** 53:24
**base** 23:19 34:14 71:17 74:12 79:10
**based** 10:11 15:8
**basic** 37:3
**basically** 15:4 49:4 79:19
**basis** 71:22
**beam** 41:15 48:8
**beams** 51:13,14,15
**Bear** 28:9
**believe** 25:12,14 26:14 29:19,23 30:2 31:15 33:9 38:25 48:22,24 55:20,21,22 65:23 67:8 70:2,2,4,5,8 70:9 72:8 78:17 79:22 80:24
**Bell** 28:16,17,22 29:13
**Bennett** 14:9 15:3,9 16:7 17:13
**best** 51:10,22 64:11 65:6 66:4 68:16
**better** 54:23,24,24 54:25 86:8
**big** 25:3 28:23 52:20
**binoculars** 39:7
**bit** 19:4 49:15 51:7 57:19,20,21 72:22
**blind** 51:21
**blinded** 42:11 51:17,21 52:3
**blindness** 51:20 52:7 53:2,5,5,13 53:15 54:4
**blood** 89:11
**boy** 7:16 28:3 32:4 40:20 49:5 52:10 53:3 77:8,22
**break** 5:11
**brief** 4:13
**briefly** 66:2

**bright** 51:14
**bring** 43:9
**Broadway** 2:6 3:4
**Bronx** 9:23
**Brooklyn** 10:12
**building** 32:24 58:5 58:8 63:2 65:11 65:15,19 66:15 75:3
**built** 46:23,24
**burning** 52:11,13 52:22,24
**busiest** 33:25
**business** 6:8
**busy** 18:25 22:3 23:3 33:23 36:9
**button** 35:16

## C

**C** 3:2 4:2 89:2,2
**call** 10:17 19:7 21:7 21:13,15,17,19 22:3,13 23:24 31:22 32:18 33:6 33:14 35:23,24 36:17,20,23 37:4 37:11,14,20 54:11
**called** 20:23 38:9 68:6
**calls** 24:17 32:22
**camera** 48:11 83:21
**cameras** 80:11
**Canada** 85:5
**capacity** 1:8
**case** 4:9 77:21 88:5
**cause** 57:22
**causes** 52:7
**causing** 67:16,18
**CD** 61:22
**Centenary** 5:22
**central** 31:15,22,23 31:23 32:2,4 36:21 37:19 67:21 68:6
**certain** 19:5,17 32:10 83:21 84:19

85:20
certify 87:4 89:6,10
CESAR 1:8
chance 81:17
change 20:21 22:9 26:18 28:6
changed 25:25 26:5
changes 20:2
channels 34:11
Charles 30:10 84:16
charter 12:8
checking 13:4
CHITTUM 1:7
chronological 57:11
chronology 57:13
Church 3:10
circle 66:23,24,25
circled 66:17,20
circumstance 22:6
City 1:7,9 3:8 8:17 9:4 55:4 88:5
clarify 13:19 14:14 18:4 21:18 27:9 31:7 44:6 47:9 62:10 86:5
clear 4:24 5:6
clearances 71:24
cleared 70:19
clearer 61:20
clears 72:14
click 35:15
close 60:21
co-pilot 15:16,18 15:21 16:4,14,19 16:22 17:4,13,18 20:8,16 30:4,7,9 33:18 36:13 47:6 47:7 59:15,15,17 86:10
co-pilots 25:16,17
Coast 34:18
College 5:22
color 40:22
come 26:21 36:12 40:2 43:10 49:8

50:3,5,8 58:12 60:5 67:16 69:24 72:19,21
comes 33:17
coming 41:15 44:25 65:11,14,19,23 67:6,10
commenced 13:25
commercial 37:7
communicate 35:11,18 37:19 38:21 39:12 68:15 74:17,25
communicated 60:6
communicates 20:18
communicating 20:17 59:25 60:9 60:10,12
communication 38:10,13 68:17 69:12,18 71:18
communications 31:23 71:23
company 12:8
complete 14:8 22:21,25 23:4,7 23:19 24:2 87:7
completed 5:3 21:14,17,19 27:13 59:12
completing 23:16 27:12
complex 33:2
computer 61:20
conditions 31:2
console 35:16
contact 79:9
contacted 48:3
contacting 47:24
context 42:16
continue 54:22
Continued 86:3
control 17:3 33:24 36:15 38:22 39:2 60:4 68:21 71:21

83:21
controls 36:16 83:25 84:7
cop 55:10 77:5
cops 73:9 74:22
CORPORATION 3:9
correct 17:14 18:6 20:19 25:17 27:24 27:25 28:18 32:12 32:23 35:19 44:14 45:3,6 46:25 61:24 67:7 68:10 79:8 82:6 87:8,10
COUNSEL 3:9
couple 4:20 53:12 55:17 56:18,20 79:16
courier 7:16,18,20
court 1:2 4:23 5:6
covering 24:14,15 24:16

**D**

D 4:2,2 90:2
daily 17:20,21,22
dancing 42:2,12 57:19,19,20
Danyo 1:24 2:7 4:3 89:4,19
dark 51:12 67:23
date 5:24,24 16:9 28:14 29:22 30:5 30:23 31:11 43:8 61:17 62:13 66:11 77:7 78:9,10 81:10 88:6
day 15:13,22,25,25 18:25 20:3,3 24:3 25:22 28:16 29:19 29:25 30:9 31:6 33:12,23 36:9 79:15 87:15 89:15
days 79:12,14,16
dealing 21:15 57:12
debriefing 44:12
decide 11:16

defendant 8:3
Defendants 1:10 3:9 43:3 61:22 81:13
definitely 52:6 56:8 57:9 60:12
degree 6:10,13
Dellecave 2:6 3:3
departing 37:8
Department 1:9 3:8 8:12,18,23 11:19 15:5,7,12 31:19 32:10
depend 19:23 21:23
depends 16:13 18:24 21:22 23:3 25:12 27:4 33:22 34:6 36:2,4,6,7 41:17 42:8 46:15 46:17 48:10 52:16 53:23
depicted 62:19
depicting 45:14 66:14
depicts 64:13
deposition 1:15 2:4 43:4 87:6 88:2
describe 26:4 41:15 66:14 72:18
described 45:6 48:9
describing 42:14 53:9
detail 19:4
detective 4:6 5:17 22:20 27:24 29:20 42:23 47:13 61:18 81:11 83:4
differ 16:21
differences 28:23
different 12:7 16:24,25 18:12,13 19:23 20:2 21:24 22:10 28:25 34:11 34:19 35:2,13 36:2,3 46:9 48:12 48:16 63:8 64:5 83:25

differently 34:20
dilated 55:14
directed 39:17,19
directing 38:14 39:8,9
direction 37:22,23 38:3,3
directly 34:17 42:11 68:15 76:18 76:22
disclosure 43:2
Discussion 13:16 22:17 42:20 44:4
dispatcher 31:18 31:21 32:19
disperses 42:6 48:23,24 49:3
distance 45:11,21
distances 40:19
District 1:2,2 77:21 77:25
division 32:5,6 34:15
doing 12:19 28:7 59:4 60:7 68:17 76:9
driven 55:10
driving 51:11
dropped 76:2,3
drops 55:18,21,22
due 21:25
duly 4:3
duty 18:5,7,8,21 19:5,16 74:16

**E**

E 3:2,2 4:2 88:3 89:2 90:2,7
Ear 55:5
earlier 11:25 17:12 45:6,8 48:7 58:2 83:3
East 34:5
easy 58:11
education 4:14 5:18
effect 51:9

**effects** 51:8 52:2
**Egan** 1:4 36:18 81:3 88:5
**either** 84:9,15
**emerged** 69:25 71:8
**Emergency** 32:17
**employed** 7:5
**employee** 8:11
**employment** 4:14 6:19 7:11,13,24 12:17 13:5
**encompass** 14:12 15:2 34:19
**encompassed** 24:21
**encompasses** 17:5 32:9
**enforcement** 14:13
**engineer** 48:25
**entitled** 89:8
**equipment** 46:16 46:23 74:4 86:9
**ERRATA** 88:2
**ESQ** 3:6,11
**estimate** 6:17 45:12
**ESU** 32:14,16 34:17
**evening** 74:18
**events** 31:5,8
**exact** 5:24 10:22 25:8 38:12 45:11
**exactly** 17:7 25:12 33:4 51:2 54:2 60:16 77:12
**EXAMINATION** 4:5 83:2 86:3
**examined** 4:4
**example** 14:15 56:5
**exclusively** 14:5 15:9
**excuse** 34:24
**exhibit** 43:5,6 61:15,19 62:11,16 63:17 66:7,7,9,13 81:8 90:9,10,11 90:12,13
**experienced** 64:21

**explain** 21:5 31:16 34:8,25 51:10,22 51:23 52:23 53:23 81:18
**explaining** 57:25
**explanation** 51:25
**eye** 48:13 55:4
**eyes** 55:14,14,15,24 56:6 72:2 74:13

_____

**F**

**F** 89:2
**face** 49:12
**faced** 47:23 48:5 73:16
**facing** 50:6 72:25 73:2,25
**fact** 45:19 67:5
**factors** 21:24 22:4 22:10
**far** 40:17 50:19 65:22,24
**fast** 85:11
**father** 8:24
**FBI** 77:4,6
**feature** 80:8
**federal** 12:23 13:2 40:11
**feels** 52:10,11
**feet** 51:4 61:5,11,12 61:13
**felt** 53:25 56:7
**Field** 14:9 15:3,9 16:7 17:13 21:21
**fill** 24:6,11 82:7,11 82:12,14
**filled** 74:13 81:20 82:3,9
**film** 45:23
**fine** 5:12 7:8 10:4 20:4,5 49:7 64:9 64:20 67:15 71:12
**finish** 24:20 76:15
**first** 4:3,12 6:18,20 6:24 9:15 10:14 10:15 11:16 14:23 16:13 17:12,15

18:3,15 20:11 25:18 26:2 31:13 40:17,24 41:3,14 43:20 45:8,14,17 45:18,18 47:14 49:14 50:20 55:21 65:4 78:5,8
**fixed** 19:24
**flashes** 47:9,10
**flashing** 50:12
**flashlight** 72:10
**flashlights** 53:9
**flew** 12:8 24:8 71:16
**flies** 17:2
**flight** 11:21 12:7 23:5,25 24:15,16 24:18 26:6,9,17 26:19,22 36:7 85:6
**floor** 3:5 67:6
**flown** 13:5 30:11 30:14
**Floyd** 14:9 15:2,9 16:6 17:13 21:21
**fly** 26:7,20 27:15 28:11,12 33:20 54:8 71:24 72:5 73:11,14 86:13
**flying** 11:7 12:2,3,5 13:6 23:17 28:14 65:25 67:4 68:13 72:24
**follow** 49:7 59:21
**Follow-up** 82:22
**followed** 58:10
**follows** 4:4
**form** 10:25 19:10 19:20 21:2 22:7 23:20,24 24:7,11 24:13,15,16,19,22 25:6 47:17 50:21 63:13 67:11 69:7 69:14
**four** 5:25 28:4 29:4 29:9 33:22 34:7,8 35:2,4 54:3 59:24

**frame** 83:13
**FRANK** 1:4
**frequencies** 34:20
**friend** 11:20
**front** 35:9 51:12
**fuel** 21:25 22:11
**full** 5:14 6:20,24 12:18
**full-time** 6:19
**fully** 5:5 43:13 55:25
**further** 80:25 89:10

_____

**G**

**general** 16:11
**generic** 16:11
**geographically** 9:22
**gestures** 4:23
**getting** 16:15
**give** 4:11 5:14 10:2 14:15 17:19 55:18 82:5
**given** 27:8 87:9
**giving** 45:11 72:6 82:2
**go** 7:11,13 9:2 12:24 13:17 15:22 19:3,6,6,16,18 21:7 22:12,18 24:11 35:24 42:13 42:18,21 44:2 46:5 50:22 51:7 55:7 58:9 61:6 64:15 71:25 75:22 77:24 83:19 84:11
**goes** 51:20 54:23,24 64:25
**going** 4:10,12 5:2 7:3,7,21,25 9:9 10:2,15,20 11:18 15:12 17:11 20:11 26:23 34:4,14 37:7 42:23,25 43:4 45:20 67:14 76:12,17 83:19 86:5

**good** 4:6 5:17 42:15 51:25 72:5 73:8,8 83:15
**goodness** 23:14
**graduated** 10:5
**green** 40:23 42:5,8 42:10 45:5 47:8 47:10,14,20
**ground** 15:5 33:8 34:16 64:6 68:15 70:22,24
**grounded** 24:9
**Guard** 34:18
**guess** 25:11 60:3 64:10 67:12,13
**guessing** 50:25 64:7
**guiding** 73:9
**guy** 27:14,15,16 51:12 78:3,6
**guys** 26:7,8,20

_____

**H**

**H** 4:2 90:7
**half** 10:21 13:12,14 25:19 26:15 27:12 40:20 41:5 45:9 45:10 54:4
**hand** 62:17 89:15
**hands** 35:7
**handwriting** 81:23
**happen** 21:11 23:6
**happened** 37:21 38:7 39:15,21 40:24 41:2,5,11 47:16 48:4 58:4 60:18 67:19 68:5 68:24 69:5,9 70:3 70:11,14 71:15 74:11 79:20,23
**happening** 46:15
**happens** 20:23
**harbor** 32:15 34:18
**hard** 17:22 46:14 52:23 53:23 56:2 60:22 62:22 64:6 64:23 73:19 84:6 84:17 85:13

hardest 56:13,14
head 74:6
heading 37:12,18
    37:19,22,23 38:2
    38:3,5 48:6 57:15
    57:17
headlights 72:10
headset 35:19
hear 33:18,19
    85:14
hearing 36:23
held 2:5
helicopter 15:13
    18:23 19:25 28:10
    28:13,21,22 35:3
    35:25 41:9 45:2
    46:13,19,23,25
    48:17,20 49:9,16
    49:22,24 50:4,8
    57:14 61:8 63:10
    63:25 64:2,14
    65:4 69:11 70:12
    72:24 73:17 83:5
    83:25 84:5,20
    86:7
helicopters 14:3,3
    19:24 28:20 64:21
    85:4
heliports 34:6
helmet 35:20 36:12
helmets 35:21
help 21:20
hereunto 89:14
high 51:13,14,14,15
    61:2,3 85:14
higher 64:14
highest 5:18
highway 51:11
hit 39:11 48:8,8
    49:8,13,25 50:9
    50:20,23 51:2,5
    53:23 56:9,13,15
    57:2,16,19,20,21
    57:22
hits 42:4,9,14 51:8
    53:19
hitting 42:9,11

48:11,12,17 49:16
    49:17,21,23
hobby 12:12
hold 12:21 43:20
    46:11 53:11 76:15
    78:5 81:25
honest 5:14
hospital 74:16 75:5
hour 54:4
hours 53:4,21 54:3
    55:17
house 63:2
hover 73:6,7,20,21
hovering 73:18
Hudson 34:4 37:17
human 48:13
hundred 37:15
    70:9 84:18 85:19
hurt 74:15 76:6
    82:16

**I**
idea 4:11 17:19
    42:15 83:15
identification 43:8
    61:16 62:12 66:10
    81:10
identify 65:13,22
ignorance 34:24
imagine 49:23,24
impact 42:13
important 73:8,10
improves 55:2,2,2
in-house 59:16
incident 4:17 28:15
    29:18 31:5,9,14
    36:18 41:18,19,22
    43:14 57:12,13
    75:20 77:14
incidents 22:22
    24:5
individual 71:9
    72:16,20 75:2
    78:15 80:5 81:2
individually 1:8
individuals 12:8
    79:25

Infirmary 55:5
initial 71:2
initially 36:20
injuries 76:9
injury 82:18
inside 41:10 69:19
instructor 11:21
    12:7 26:10,17,19
    26:23
instructors 26:6
interaction 81:2,4
interested 89:13
interrupted 12:10
interviewed 80:11
involved 22:22 31:5
    34:5 62:7 79:25
involving 31:14
    36:18
irritation 52:18,20
    52:21,21 72:7,8
isolate 36:5
issues 4:20

**J**
J 3:11
Jersey 5:22 34:18
job 1:25 6:21 7:18
    8:6 12:12,13,14
    12:19,20 19:19
    33:20 47:5
jobs 8:10
join 8:17,23 11:11
    11:14,17
joined 13:8 25:18
joining 8:11 10:23
    11:5 12:2
Joseph 1:24 2:7 4:3
    89:4,19
Journalists 79:7,8
July 9:10,11 13:9
    14:2

**K**
keep 36:3 58:25
    59:5
keeps 18:25
Kennedy 34:2

kind 4:12 12:5 49:3
    55:11,16 57:23
    72:10 73:6 76:3
    85:11,14
know 5:8,12,24
    8:13 10:16,21
    25:8 29:24 30:7
    30:16 32:8,13,14
    32:15 33:4 43:23
    44:20 45:11,16,22
    45:25,25 46:3,10
    46:16 48:2 49:25
    50:24 51:2,23
    52:11,15 54:2,10
    54:19,25 55:13,15
    56:2,4,24,24
    58:22 60:13 61:5
    61:6 64:4,4,6,21
    65:10 66:19 67:9
    67:13 68:12 69:9
    69:22,23 70:5,13
    70:23,24,24 71:5
    71:7,11,16 72:9
    72:13,17 74:5,15
    74:20 75:7,25
    76:7,7 77:12,22
    77:22 78:12,19
    79:6,12,15 80:10
    80:15 84:14 85:3
    85:10
knowledge 68:16
known 11:20

**L**
L 4:2,2
LaGuardia 34:2
    37:8,24,25 38:9
    38:11,17 48:3
land 46:21
landed 54:6,21
    55:8 59:13 74:21
laptop 42:25
laser 37:5,6 38:6,14
    38:15,24 39:23
    40:15,18,25 41:3
    41:4,6 45:20 49:8
    49:20 52:7 53:18

56:10 57:2,5
    58:10,12 65:5
    67:16 84:22
lasering 37:7
lasted 53:4
lastly 4:16 5:13
law 3:8 14:13
lawsuit 4:18 29:19
leaves 51:19
left 7:10 35:10
    70:22,25 71:10,13
lens 48:11
let's 7:15 13:17
    18:19 22:18 29:17
    42:18,21 43:12
    51:7 66:6 83:12
    84:5
level 5:18 62:23
    64:13
licenses 12:21,23
    12:25 13:3
life 85:20
light 45:5 47:20
    48:5,8,24 49:4
    50:3,9 54:16,17
lights 47:14 51:12
    52:5
limit 61:7
limited 72:23
line 41:24 42:7
    74:16
LINE(S) 88:8
listen 36:8,9,15,16
    66:22 68:23 84:8
listening 36:5
lit 41:7,10
little 19:4 36:8
    41:24 42:7 49:14
    51:7 57:19,20,21
    61:6 62:22 70:18
    72:9,22 73:19
LLP 2:6 3:3
located 9:22 50:11
    50:14,15 58:5,7
    58:14
locating 58:9
location 57:15

63:11,24 65:3 76:23
**lock** 45:20
**logbook** 58:25 59:6
**long** 7:5,19 9:7,24 10:18 25:20 42:25 45:22 52:13,25 53:25
**look** 42:16 49:15,19 51:16 54:15,16 61:19 62:14 63:8 66:2,2,12 72:21 72:23,24 73:19 81:12,17 83:8,10 83:12,18
**looked** 55:14 84:5
**looking** 39:23 50:18 62:15 63:9 63:17,23,25 64:6 67:9
**looks** 62:25 84:6,7 84:12 85:10
**lost** 49:5
**lot** 57:4
**love** 11:7 12:2
**low** 51:15 61:7

**M**

**M** 4:2
**major** 80:24
**making** 59:23 80:5
**Malcolm** 3:6 4:8
**malcolm@peters...** 3:7
**Manhattan** 37:16
**manually** 47:3
**March** 29:20
**Mardarello** 1:15 2:4 4:1,6 5:1,17 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1,20 23:1 24:1 25:1 26:1 27:1 28:1 29:1,21 30:1

31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1,23 43:1 44:1 45:1 46:1 47:1,14 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1,18 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1,11 82:1 83:1 84:1 85:1 86:1 87:4,12 88:7 90:4
**mark** 66:6
**marked** 43:3,7 61:16 62:12,15 66:10,13 81:9,12
**marking** 61:19 62:8
**marriage** 89:11
**Mars** 64:22
**master's** 5:19,21 6:5,8
**matter** 51:4 89:8,12 89:13
**MBA** 6:6
**mean** 15:5,20 18:5 20:3 22:10 25:16 27:11 31:16 32:3 32:7 33:18 35:2 41:2 46:7,8,18 50:14,25 54:19 64:7,8,23 74:19 84:11,17
**Mechanics** 25:13
**media** 80:9
**meet** 77:25
**meeting** 78:15,16 78:21
**MELVIN** 1:7

**members** 1:8 25:4
**met** 79:17
**mid-February** 9:11
**mid-July** 10:6,8
**midnight** 18:18
**mile** 40:20 51:4
**miles** 40:21 41:5 45:9
**minor** 52:17,20,21
**minutes** 52:16
**model** 28:10
**models** 28:12,24
**moment** 45:14 62:17
**months** 7:22
**morning** 4:6,7 5:13 18:16,20 56:5,7
**move** 29:17
**moving** 85:11
**multi** 14:17,19 15:5

**N**

**N** 3:2 89:2 90:2
**name** 4:7 55:5 88:5
**necessarily** 19:9
**need** 5:11
**Negative** 25:2
**never** 81:4
**new** 1:2,7,9,16,16 2:6,7,9 3:5,5,8,10 3:10 5:22 8:11,17 9:4 26:8,20 34:18 55:4 88:3,3,5 89:6
**Newark** 34:3
**news** 80:9,14,16
**newspapers** 80:17 80:20,21
**night** 36:4 43:18 44:22 53:24 59:13 77:7,8,9 84:22,23 85:2
**nine** 7:22
**nods** 4:22
**normally** 32:21
**Notary** 2:8 4:3 87:17 89:5
**noted** 86:17

**Notice** 2:5
**number** 25:14 32:10 35:13 63:10 79:14
**numbers** 25:8
**numerous** 24:17
**NYPD** 4:16 20:17 28:11 74:18 75:2

**O**

**O** 4:2 89:2
**oath** 87:6
**object** 7:25
**objection** 10:25 19:10,20 21:2,9 22:7 23:20 25:6 47:17 50:21 63:13 67:11 69:7,14
**obtain** 5:20,23 6:16 12:25
**obtained** 5:18,19
**obvious** 58:15
**obviously** 24:10 53:17 71:12 72:5
**occasions** 16:24
**office** 3:9 77:21,25 78:2
**officer** 1:7,7 8:24 77:17 84:16
**officers** 60:6,9,11 60:13 68:9,11,15 68:24 69:18,21 70:22 71:2,3 72:16 74:18 75:2
**offices** 2:5
**oh** 7:16 23:14 26:25 28:3 32:4,5 40:20 49:5 53:3 70:16 77:8,22 79:4
**okay** 4:19 5:10,20 5:23 6:2,7,9,16,18 7:2,5,10,17,19,23 8:16,20 9:2,13,24 10:7,10,18 11:8 11:13,16,25 12:11 12:21 13:4,8 14:7 14:13,20,23,25

15:8,11,15,25 16:15,17 17:8,11 17:25 18:12,14,21 19:3,12,15 20:6,7 20:15 21:14,23 22:15,25 23:15 24:16,24 25:3,15 25:18 26:14 27:17 27:23 28:5,23 29:9,12,17,24 30:2,11,22 31:13 31:20,24 32:7,18 33:3,11,14,21 34:7,10,12,21,24 35:5,8,21 36:11 36:17,22,25 37:10 37:24 38:7,10,20 38:23 39:6,8,12 39:21,24 40:2,5 40:14 41:11,17,25 42:13 43:5,15,18 43:25 44:13,15,18 44:23 45:4,24 46:4 47:2,13,24 48:4,7,14,21 49:2 49:11,18 51:7 52:8,13,22,25 53:16,18 54:9 55:3,7,11,18,24 56:6,7,9 58:6,20 59:8 60:5,15,18 61:14,25 62:7,10 62:24 64:19 65:2 65:8,13,16 66:3,5 66:12,16 67:3,9 67:14,15,19,23 68:2,5,8,14,18,22 69:5,22,24 70:7 70:11 71:6,12,18 72:2,12,15,18 73:3,5,13,14 74:11,17 75:6,13 75:21,24 76:5,16 76:25 77:10,16 78:14,24 79:9,21 79:24 80:17,21,25 81:20 82:7,10,17

82:20,25 84:11,23
85:2,22 86:12,15
**Omar** 3:11 59:18
81:14 82:22
**once** 19:7 20:7,11
20:12,15 21:6,14
21:17,19 23:19
29:3 37:10,18
41:5 43:13 48:4
51:8 58:16,18,18
60:18 68:24 69:5
69:18 73:6,20,24
74:2,2
**ones** 80:24 82:12
**oOo** 90:14
**operate** 35:6 46:8
47:2
**operating** 34:2 86:9
**operations** 32:5,6
32:19
**operator** 32:25
**operators** 32:25
38:22
**optimally** 23:4
34:23
**ordinarily** 19:16
46:12 75:18,19
**Ordinary** 46:14
**osiddiqi@law.ny...**
3:12
**outcome** 89:13
**outside** 67:23

**P**

**P** 3:2,2
**p.m** 86:17
**page** 81:12 88:8
90:3,8
**pain** 52:8
**painful** 52:21
**panels** 83:22
**pans** 83:21
**paperwork** 22:21
23:2,7,12,17,18
23:22,24,25 59:2
59:9 74:13 75:12
75:15,25 76:3,7

76:10
**paperworks** 82:10
**park** 74:3
**part** 4:15 12:19
20:11,12 31:21,24
32:14,15 43:2
58:25 61:22
**particular** 19:7
30:23 33:6
**particularly** 19:18
63:18
**parties** 89:12
**parts** 4:12
**passed** 75:4
**Paterson** 6:15
**patrol** 9:20,24
14:21,24,25 15:2
16:7 17:14 23:5
25:20,21,23 26:2
26:24 27:15 29:10
29:15,23
**paying** 56:3
**PD** 8:4,7
**people** 27:20,21
38:20,21 39:18
40:10 78:17
**percent** 37:15 70:9
84:19 85:20
**period** 12:16 53:8
53:12,19
**permits** 12:22
**person** 27:12 52:2
77:11,19 78:16
**Peterson** 2:6 3:3
**phone** 78:7
**photo** 64:17
**photograph** 61:15
62:3,4,6,11 64:12
66:9 90:10,11,12
**physical** 35:2 38:18
**physically** 35:5
38:24 46:5 52:2
**picture** 41:23 62:20
63:12,22,25 64:3
66:14 67:10
**pictures** 41:18,19
41:20,21 62:14

**pilot** 10:17,18
13:19,22,24 16:4
16:8,22 17:2
20:17 23:16 30:4
30:6 33:11,13
35:10 36:12
**pilots** 25:12,15,16
25:17 39:13
**pinpoint** 67:5
**place** 28:2 74:23
78:22
**placed** 16:6 25:20
**plaintiff** 1:5 2:5 3:4
4:9 31:6,14
**Plaintiff's** 43:6
61:15 62:11,16
66:8,9,13 81:8,13
90:8
**Play** 85:8,8
**please** 5:8 11:4,12
21:4
**point** 19:5,17 27:23
28:5 39:16,25
41:12,13 42:17
46:2 47:25 49:21
50:3,9 57:14 58:8
63:10,19,24 65:2
65:9 67:24 68:8
68:13 70:3,10
71:9,13,15,17
72:3,4 73:18,20
73:24 86:6
**POLANCO** 1:8
**police** 1:7,7,9 8:11
8:17,23,24 9:2,4,7
9:14 11:19 15:4,6
15:12 17:4,4 25:4
31:19 32:9 60:6,9
60:11,13 68:8
70:22 71:3 72:15
**Port** 77:5 78:3,6,15
**position** 7:11
**possible** 83:5 84:20
**pounds** 74:5
**preceding** 31:5
**precinct** 9:17,19,21
9:25 32:25 67:22

68:7 75:4,8 76:13
76:18
**precincts** 34:15
**predict** 5:2
**preliminary** 4:20
**present** 8:2
**press** 79:2,5,6,11
**pressing** 35:17
**pretty** 57:16 70:19
**previously** 11:20
43:2
**primarily** 29:10
**primary** 29:13,14
29:16 33:20 34:13
34:14 73:11 86:13
**Prior** 12:2
**priority** 17:10
**private** 12:3,5,8
**probably** 5:25
23:18 41:22,23
45:16,19 59:14
76:14 77:13,14
80:15
**proceedings** 89:7,9
**process** 21:5,15
**production** 61:22
**program** 12:25
**promoted** 27:24
**protocol** 22:5,9
**provide** 55:12
**provided** 43:3
**Public** 2:8 4:3
87:17 89:5
**pull** 54:15,17 72:9
**purposes** 43:4
**pursuant** 2:5
**put** 11:24 29:3
42:16 45:17 46:24
55:19,21,22 59:19
73:6,7,15,20,21
73:25 74:3 82:17

**Q**

**question** 5:2 11:2
11:12 19:11,21
21:3 22:8 23:21
29:19 40:6 47:18

49:5,6 63:14
66:22 74:24 82:24
84:22,24
**questions** 4:11,13
4:15,17,22 5:8,15
**quick** 62:14 76:15
81:12 82:24
**quickly** 81:7
**quite** 30:18 53:3

**R**

**R** 3:2 4:2,2,2,2 89:2
**radio** 31:18,20
33:16,17 34:10
35:2,6,12 36:19
47:25 67:20 71:20
**radios** 17:5 33:22
34:8,8,19,25 35:9
35:10,24 36:3,3,5
36:6,8,11,15,16
59:24
**reached** 38:7 39:22
57:13 65:2
**read** 80:18 87:5
**real** 54:17
**really** 8:15 51:14
70:12 76:15
**reason** 4:25 10:23
11:5,7 76:12,17
**reasons** 5:13
**recall** 77:19
**receive** 35:23
**received** 33:7,14
36:17 37:13 82:18
**recognize** 62:19,22
83:24 84:9,14
85:24
**recollection** 65:6
66:4
**record** 4:24 5:6
13:15,16,18 22:16
22:17,19 29:6,8
42:19,20,22 44:3
44:4,5 87:8,9 89:9
**recording** 42:24
43:7,21,22,23
44:25 46:22 47:15

90:9
**recovered** 55:25
**recurrency** 26:21
**recurrent** 27:21
**regularly** 27:2
  57:16
**related** 76:22 77:21
  79:3 89:11
**relating** 22:22
  36:18 75:2 79:25
**remember** 29:20
  30:22,25 31:4,8
  36:22,25 37:2,3,6
  38:12 40:22 42:3
  48:3 53:24 55:23
  57:3,4,6,18 60:2,7
  60:8,16,17 68:19
  72:4 73:15 74:8,9
  75:11,14,17 76:24
  77:2 78:12,20,23
  78:25 79:16 80:4
  80:7,13,22 82:2
  85:13 86:6
**remind** 36:19
**rephrase** 5:9
**report** 24:6 38:16
  81:8 82:8,15
  90:13
**reported** 1:23 38:6
  89:7
**reporter** 2:8 4:23
  5:6 89:5
**reports** 80:8
**requested** 19:18
  20:25
**rescue** 14:22 28:21
**rescuing** 29:11
**responses** 4:21
**responsibility**
  73:11
**responsible** 20:16
**return** 21:21,25
**RICHARD** 1:15
  2:4 87:4,12 88:7
  90:4
**right** 8:5,9 16:20
  24:12 27:14 28:9

29:17 32:20 35:22
41:18,24 43:19
45:7 47:13,21
52:19,24 57:11
59:11 61:23 63:5
63:15,18 64:22
65:5 66:18 67:3
73:17 76:11,21
78:18,21 80:20
81:14 82:19,21
83:7,19,23 85:16
85:18
**River** 34:4,6 37:17
**role** 4:15 9:18
  10:13 14:23 15:2
  16:4,21 17:20,23
  24:24 25:25 26:18
  28:6 29:3,16
**roles** 14:17,19 15:6
  16:23 28:25
**rotate** 18:11,11
**rough** 4:11 6:17
  17:19 25:11,11
  45:12
**roughly** 8:14 10:8
  12:16 13:9 25:9
  45:14 51:4
**routine** 17:20,23
**routines** 17:21
**Roy** 30:10 44:21,22
  45:22 46:4 59:14
  60:8,10 67:20
  68:16 69:2,22
  72:25 73:7,16
  84:16 86:8
**Roy's** 84:10
**rule** 59:16
**rules** 22:6 59:16
**running** 22:11

---
**S**
---
**S** 3:2 90:7
**safely** 73:11,14,21
**safety** 17:9 20:21
  36:7
**saw** 38:13,15 39:10
  40:3,18,24 41:3,4

41:14,16 45:9,14
47:8,15 83:3
**saying** 27:10 65:16
  67:4 76:9 84:13
**scene** 60:19,20
  62:19 68:9,25
  71:4,13 73:25
**scenes** 62:23
**schedule** 18:8,9
**searchlight** 74:4,8
**second** 4:14 18:17
  20:12 44:3 67:6
**seconds** 28:9 42:24
  43:12 53:12
**see** 7:15 18:19
  39:24 40:15 41:17
  41:22,23 42:2,5,6
  42:7,8,10,12
  43:10 44:11 45:5
  45:18 47:19 49:20
  51:17,20,22 52:4
  52:5,6 53:17 56:4
  65:8,10 66:16
  67:16,18 68:2,4
  72:20,22 74:3
  76:6 83:20,20
  84:3,6,7,9
**seeing** 38:24 42:3
  45:13 47:10 50:12
  57:18 80:13
**seen** 11:21 39:2
  41:6,21 43:21,22
  44:8,15 45:17,19
  47:14,20 48:15
  49:25 50:16,17
  62:2,4,5
**sensation** 52:12,14
  72:11
**serious** 52:18
**services** 32:17 88:2
**set** 15:18 17:6 18:2
  20:14 22:5 34:20
  36:6,11,14,14
  59:16 89:15
**sets** 35:3
**sheet** 81:24 88:2
**shhh** 85:14

**shift** 18:20
**shined** 55:15
**shining** 58:13,17
  65:5,9
**shoot** 20:10,10,13
**short** 15:6 22:11
**Shorthand** 2:7 89:4
**show** 42:24,25 81:6
  83:13
**shut** 36:2
**SIDDIQI** 3:11 7:25
  8:6 10:25 18:5
  19:10,20 21:2,9
  22:7,16 23:20
  25:6 28:10,13,17
  29:7 40:6,9,13
  44:2 47:17 50:21
  54:12 59:19 61:21
  61:25 63:13 64:11
  64:16,19 66:22
  67:11 69:7,14
  81:15 82:23 83:2
  83:10 86:2
**side** 17:6 35:15
  49:22,24 73:4,16
  73:17
**Signed** 87:14
**simplify** 16:25
**single** 15:13
**sits** 39:2,4
**situation** 73:9 79:3
  80:2
**skip** 8:8
**slightly** 53:20
**slowly** 54:25 55:2,2
  72:13,13
**SOD** 32:2,3,4,4,5
  32:25
**somebody** 70:6,8
  70:10 77:25 82:3
**someone's** 78:2
**soon** 46:21,21 65:7
**sorry** 12:10 14:18
  20:8 48:16
**sort** 17:20
**SOUTHERN** 1:2
**space** 64:25

**sparking** 57:6
**speak** 34:17 77:3
  77:10,16,20 79:2
  79:5,11
**speaking** 77:19
**speaks** 17:3
**special** 32:5,9,10,19
**specific** 16:8 17:22
  19:19 20:24 21:8
  22:21 65:14,21
  69:20 74:25 80:5
**specifically** 16:3,19
  17:25 31:24 36:22
  50:15 69:17
**spent** 18:22
**spoke** 67:20 77:5
  77:13,18 78:5,8
**spoken** 78:3
**spots** 54:13
**stage** 42:15
**staring** 51:15,16,16
**start** 9:15 19:15
  37:18 85:9
**started** 16:18 18:3
  26:2 37:12,22,23
  38:2 39:23 47:22
  48:6
**state** 2:9 8:25 89:6
**stated** 39:11
**statement** 80:4
  82:2,6
**statements** 79:24
  80:4
**STATES** 1:2
**stay** 70:18
**stayed** 60:20
**stone** 17:7 20:14
**stop** 51:6 75:9,10
**stopped** 58:13,17
  58:19 63:11 65:7
  75:8
**story** 46:9
**straight** 19:22
**street** 3:10 60:25
  62:22 88:3
**strip** 41:15
**strong** 54:17

**structure** 38:18
**student** 27:4,5,11
  27:11
**students** 27:7
**stuff** 26:21 50:7
  52:6 55:15,16
  57:21 64:7 74:5
  76:8
**subject** 4:17 6:4
  29:18 37:4
**subscribed** 87:14
**subways** 57:5
**Suite** 88:3
**sure** 4:21 5:3 20:22
  33:6 37:16 50:19
  54:7 59:5,17,19
  60:24 63:4 65:11
  70:9 72:6 73:22
  74:14,24 81:19
  83:4 84:4 86:15
**switch** 35:14,15,16
**switches** 35:17
**sworn** 4:3
**symptoms** 57:25
**synopsis** 79:20
**system** 33:2

**T**

**T** 89:2,2 90:7
**take** 17:9 22:13,13
  28:2 60:2 61:8,18
  78:22 83:17
**taken** 2:4 86:7 87:5
**talk** 20:22 34:17,18
**talking** 6:22 13:22
  16:5,9 26:11
  33:23 51:3 56:17
  69:3,20
**task** 20:24 21:8,20
**teach** 26:7,20
**tell** 49:16 54:3,25
  84:17 85:13
**telling** 34:22
**temporarily** 51:21
  52:3,4
**temporary** 52:7
**tends** 72:23 73:18

**terms** 16:12 25:4
**testified** 4:4
**testimony** 87:5,8
**testing** 46:16
**Teterboro** 34:2
**Thank** 18:6 40:13
  81:16
**theory** 20:20
**thin** 41:15,23
**thing** 28:8 46:14
  73:10,24 86:13
**things** 16:25 17:9
  63:8 64:5
**think** 6:24 7:16
  8:15 9:10 17:11
  18:20 20:8 28:3
  31:23 37:8,15,16
  42:15,17 48:9
  53:20 55:5,17
  57:5,13,15 59:15
  60:14 61:10 62:5
  62:16 64:13 67:21
  68:20,20 69:2,3
  71:16 72:17 76:2
  77:8,9,18 79:19
  80:3,23,24 82:21
  85:7,11,12,15,17
  86:16
**thought** 67:5 72:19
**thousand** 61:12
**three** 4:12 18:13
  26:15,15 28:3,12
  28:24 35:4 54:3
**time** 4:7 5:11 6:20
  6:24 7:14 10:22
  11:23 12:18,20
  18:2 19:14 21:4
  23:6 24:10 25:5
  26:22 27:8,19
  30:20,22 40:2,14
  47:11 49:8,14
  53:4 54:23,24
  57:22 58:12,22
  60:5,14 65:17
  68:14 69:24 72:14
  75:23 83:17 84:3
  86:17

**times** 27:17 30:14
  30:17,18 56:12,17
  56:18,20,25 57:4
**title** 6:21
**today** 4:11
**top** 63:18 65:24
**total** 53:5,13,14,14
  53:14 54:4
**tour** 18:5,7,8,15,21
  19:5,16 20:11,12
  22:23 24:14 29:24
  82:11,13
**tours** 18:12,13
**tower** 38:9,11,17
  38:22 39:2,18
  40:10
**towers** 17:3
**traffic** 33:24 60:4
  68:21 71:21
**train** 27:14,15,16
**training** 10:16,17
  10:17,19 12:24
  13:11,20,20,22,24
  14:7 17:15 25:20
  27:6,13,18,21,22
  27:22 28:21 29:4
  30:19
**transcript** 87:5,7
  89:9
**TRANSPERFECT**
  88:2
**transpired** 77:13
  77:15
**treatment** 55:3,11
  56:22,25
**trees** 73:23
**trigger** 35:14
**trooper** 8:25
**true** 87:7,9 89:9
**try** 5:4,8 20:13 84:8
**trying** 68:23
**turn** 22:2
**turned** 41:13 47:22
  48:4 49:11,14,19
  49:20 50:11,12,25
  57:14
**TV** 80:8

**two** 28:9 29:14 35:4
  40:20 45:10 53:21
**type** 13:20
**types** 28:19
**typically** 53:25

**U**

**Um-hum** 62:18
**undergraduate**
  6:10,13,14
**understand** 5:7
  6:21 17:8 19:14
  25:10 32:23 34:11
  48:11 53:6,7 59:3
  63:7,9,15 64:20
  64:24 65:25 73:22
  74:7
**understanding**
  62:21
**unit** 10:9,10,14,24
  11:6,11,14,17,22
  12:2 13:9,25
  14:10 15:8 24:25
  25:3,19 26:12
  27:18 31:20,22,25
  32:17,19 34:15
**UNITED** 1:2
**units** 32:9,10,11,13
**University** 6:15
**use** 29:10,15 34:16
  34:23 74:3,4,7
**usually** 59:15,17

**V**

**v** 1:24 2:7 4:3 88:5
  89:4,19
**vaguely** 36:24 37:6
**variables** 19:24
  20:2
**varied** 17:23
**varies** 12:18 18:24
  22:14
**vary** 15:19,25
  16:23,24 17:6
**verbal** 4:22
**versa** 36:13
**vice** 36:13

**video** 42:16,24 43:6
  43:22 44:20,24,25
  45:4,13 46:5,6,22
  47:9,15,19 50:16
  50:17 83:3,4,12
  83:14,20 84:19
  86:6 90:9
**video-record** 46:20
**video-recording**
  46:12
**view** 63:11 72:23
  73:8,9
**viewed** 45:4
**visible** 83:22
**vision** 53:20
**voice** 84:9,10,10,15
  84:15
**voices** 84:9,15
  85:13,24

**W**

**wait** 5:3 19:17
  63:20
**want** 4:15 8:3,22
  20:9,20 23:16
  29:2 44:6 46:8
  61:21 64:9 81:6
  83:8 84:8
**wanted** 11:17 62:10
**warehouse** 6:25 7:6
  8:10
**wasn't** 30:21 56:3
  61:12 68:12
**watch** 43:11,13
  46:7 72:21 73:23
**watching** 43:11
**way** 28:6 50:6 51:5
  51:5 59:23 71:19
  72:25 73:25 75:5
  85:25 89:12
**ways** 35:13
**we'll** 8:8 34:16
  42:13 59:21
**we're** 29:8 33:25
  42:17 45:13 46:21
  61:19 63:9,17,23
  63:25 66:7 70:20

86:16
we've 65:2
weather 18:25 19:25 22:2 24:10 30:25
went 7:16 30:23 55:4 69:3,6,10 71:2 74:16 78:2,9 78:10
weren't 62:7
Westchester 34:3
whatnot 34:16
WHEREOF 89:14
wife 23:17
William 6:14
window 67:6,10,17
windows 50:6 65:24 66:17
windscreen 49:9 50:10,20,23 51:2 51:8
windshield 42:6 48:12,17,19,23
withdraw 74:24
witness 8:2 19:12 28:12,16,18 29:5 40:11 54:14 64:15 64:18 88:7 89:14 90:3
wondering 62:2
words 37:2 60:17
work 17:4 18:9 40:10 65:18
worked 11:20
worker 6:25 7:6
working 7:19 17:18 77:6
workload 20:21 34:6 36:4
works 18:16,17,19 33:4 48:23
worksheet 81:9,19 82:4,15 90:13
worksheets 82:8
world 33:25
worst 57:7,9
wouldn't 24:10

84:24
writing 59:4,20,22

**X**

X 90:2,7

**Y**

year 7:9 9:15 10:21 13:12,14 25:19 27:12
years 5:25 26:15,15 28:4
yellow 62:8
York 1:2,7,9,16,16 2:6,7,9 3:5,5,8,10 3:10 8:11,17 9:4 55:4 88:3,3,5 89:6

**Z**

**0**

**1**

1 43:6 90:9
10:35 18:19
100 3:10
10007 3:10
10017 88:3
10279 3:5
11:10 18:18 30:3
11:27 2:2
12:54 86:17
1430 30:2
15 56:17
1510 18:16
16-cv-1479 1:6
18550 1:25
18th 3:5
196 43:3 61:23
1986 7:4 8:2
1999 8:19

**2**

2 61:15,19 90:10
2:35 18:17 30:3
2000 9:11,15 10:5
2006 6:17 10:6,8,14 13:9 14:2

2015 29:20
2017 1:17 2:2 87:6 87:15 88:6 89:16
212)400-8845 88:4
216 88:3
233 2:6 3:4

**3**

3 61:5,13
3:10 18:17
300 61:10
39 42:24 43:12

**4**

4 62:11,16 63:10,17 90:4,11
400 61:5,11,13
41 9:17
412 28:22 29:14
41st 9:18,21,25
429 28:16,17,18
43 90:9
45 25:13 67:21 68:6 75:4 76:19,20
45th 76:13,18 88:3

**5**

5 1:17 2:2 66:7,8,9 66:13 87:6 88:6 90:12

**6**

6 81:8,13 90:13
6,000 74:5
6:45 18:16
61 90:10
62 90:11
66 90:12

**7**

7:10 18:19
7th 9:11

**8**

81 90:13
87 81:13

**9**