UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------

FRANK EGAN,

                              Plaintiff,

          -against-                    16-cv-1479

NEW YORK CITY POLICE OFFICER
MELVIN CHITTUM and POLICE OFFICER
CESAR POLANCO, individually and in
their capacity as members of the
NEW YORK CITY POLICE DEPARTMENT,

                              Defendants.

-----------------------------------------

Deposition of ROYSTON CHARLES

New York, New York

April 5, 2017

Reported by:

Joseph Danyo V

Job No. 18550

Page 2

April 5, 2017
2:07 p.m.

Deposition of ROYSTON CHARLES, taken by Plaintiff, pursuant to Notice, held at the offices of Peterson Dellecave LLP, 233 Broadway, New York, New York, before Joseph Danyo V, a Shorthand Reporter and Notary Public within and for the State of New York.

Page 3

APPEARANCES:

PETERSON DELLECAVE LLP
Attorneys for Plaintiff
   233 Broadway
   18th Floor
   New York, New York 10279

By:  MALCOLM ANDERSON, ESQ.
   malcolm@petersondellecave.com

NEW YORK CITY LAW DEPARTMENT
OFFICE OF THE CORPORATION COUNSEL
Attorneys for Defendants
   100 Church Street
   New York, New York 10007

By:  OMAR J. SIDDIQI, ESQ.
   osiddiqi@law.nyc.gov

Page 4

Charles

R O Y S T O N   C H A R L E S, having been first duly sworn by Joseph Danyo V, a Notary Public, was examined and testified as follows:

EXAMINATION BY MR. ANDERSON:

Q.  My name is Malcolm Anderson.  I represent the plaintiff, Mr. Egan, in this lawsuit.  I'm going to ask you some questions today.  I will split it into three parts, but I will try and move through the first two parts relatively quickly, a little bit about your educational and employment background, a bit about your time in the NYPD, and then main questions about the incident that's the subject of this lawsuit.  Okay?

A.  Sounds good.

Q.  A few preliminary things, just make sure all your responses to my questions are verbal rather than any nods or gestures, so the court reporter can get down a clear record.

A.  Okay.

Q.  For the same reason, even if you can predict where my question is going, if you try and let me finish before you then answer, and I likewise will try and let you complete your

Page 5

Charles

answer before I ask the next question.

A.  Okay.

Q.  If you don't understand any of my questions, please just let me know, I'll try to rephrase.  If you don't know any of the answers, just say you don't know.  I don't want you to guess or speculate if you're not sure.

A.  Okay.

Q.  If you need a break at any time, that's fine, just let me know.  And lastly, is there any reason this afternoon why you can't give full, honest and accurate answers to all of my questions?

A.  No reason for me, no.

Q.  Good.  Officer Charles, what is the highest level of education that you've obtained?

A.  Went to Borough of Manhattan Community College.  I didn't finish up my associate's degree.  I have about 60 college credits.

Q.  Okay.  When did you attend that college?

A.  It was like 2003.  I can't say the exact date, so from 2003 to like 2005-ish.

2 (Pages 2 to 5)

Page 6

Charles

Q. Okay. And did you attend there --
A. Part time.
Q. Part time?
A. Yes.
Q. Okay. Did you graduate from high school?
A. Yes.
Q. When did you graduate from high school?
A. In 2000.
Q. In 2000. Sorry. I didn't get the dates. Did you go straight from there into the part-time college?
A. I took some time off and then I went into college after.
Q. Okay. And after you left college, did you go into other education or employment or something else?
A. I did -- I worked as a medical assistant for about a year and a half, two years, something like that.
Q. Okay. Where was that?
A. That was at Jacobi Hospital.
Q. Okay. And after you left there, did

Page 7

Charles

you go into other employment or something else?
A. After I left there. I left Jacobi, I was unemployed for a little while after Jacobi, and then I started working as an EMT.
Q. Okay. And how long were you working as an EMT?
A. Probably about a year and a half to two years.
Q. Okay. At what point did you join the NYPD?
A. I joined the NYPD in 2008.
Q. 2008?
A. Yes.
Q. Okay. Did you go from being an EMT to joining the Police Department?
A. Yes.
Q. What was it that made you want to join the Police Department at that point?
A. I mean better opportunity, better career advancement, and they had a lot to offer that EMS wouldn't offer.
Q. Okay. And did you go to the police academy?
A. Yes.

Page 8

Charles

Q. When were you at the police academy?
A. I was at the police academy from July 7, '08 to December 31st of 2008.
Q. So you graduated and started as a police officer right at the beginning of 2009, is that correct?
A. Yes, 2009.
Q. Okay. Where was your first assignment?
A. My first assignment was the 75th Precinct.
Q. Which precinct? Sorry.
A. 75.
Q. What was your role at the 75 Precinct?
A. I was an impact officer.
Q. How long were you an impact at the 75 Precinct?
A. In the 75, I was there from 2009 to about 2013.
Q. Okay. And impact all that time?
A. Yes.
Q. Okay. And when you left the impact at the 75 Precinct in 2013, where were you

Page 9

Charles

assigned at that point?
A. I was assigned to the World Trade Center.
Q. What was your role at the World Trade Center?
A. I was a police officer. There's no patrol, so you're just security, security detail.
Q. And that's based somewhere geographically in --
A. Yes, it's at the World Trade Center. Just around the facility of the World Trade Center.
Q. How long were you stationed there?
A. Stationed there for about a year and a half. I don't know the exact dates. I would have to look that up, but just about a year and a half.
Q. Okay. And where did you go once you left the World Trade Center?
A. I went to the aviation unit.
Q. So when did you join the aviation unit?
A. January of this year made three years, so 2014.

3 (Pages 6 to 9)

Page 10

Charles

Q. Beginning of 2014?

A. Yes.

Q. Why did you join the aviation unit at that point?

A. Because it's something I always wanted to do as a pilot.

Q. Okay.

A. And I wanted to be a pilot for that unit.

Q. And prior to joining the aviation unit, had you ever flown any aircrafts before?

A. Yes.

Q. In what capacity had you flown aircrafts before?

A. As a private pilot.

Q. So you had a private pilot's license?

A. Helicopter license and a private airplane license.

Q. How long had you held those for?

A. Just about a year and a half to two years before I joined.

Q. Okay. And did you fly commercially at all?

A. No, I never flew commercially.

Page 11

Charles

Q. Always just as a --

A. As a private pilot.

Q. Okay. What kind of aircraft did you fly as a private pilot?

A. I fly a piston single engine helicopter.

Q. What about airplanes as well or no?

A. Yes. Single engine airplane.

Q. Okay. So it was like prop plane, like a (inaudible)?

A. Yes. It wasn't anything -- I never flew commercially. Just --

Q. Okay.

A. Yes, background.

Q. Okay. So what was your role when you first joined the aviation unit in January of 2014?

A. So once I joined you have to go through their training to get your commercial license, so for a year, to 2014, that entire year, I was training to get my commercial license.

Q. Okay. So you were training for the first year?

Page 12

Charles

A. Yes.

Q. What did the training involve?

A. Training involved the aspects of learning different emergency procedures, just going through the training to get your commercial license.

Q. While you were doing the training were you going up in the air?

A. Yes.

Q. Were you piloting when you were up in the air?

A. I mean piloting in a training aspect.

Q. Okay. So you'd always have somebody there with you?

A. Yes. Someone would -- an instructor would sit next to you, and you would do everything, but not on the patrol aspect, just as a training aspect. The instructor would be next to you.

Q. Okay. And you said that lasted for a year?

A. Yes. It lasted just about a year.

Q. Okay. What role did you then have once you completed the training?

Page 13

Charles

A. Once I completed the training, you become a tactical flight officer, which is you sit on the left side and you work the equipment. You work the mapping system. You help the pilot navigate to the different jobs, and pretty much work like the light. Any mission equipment that we need, you communicate with the guys in the front.

Q. Okay. Would that be referred to as the co-pilot?

A. Yes, you could say the co-pilot.

Q. And how long were you a co-pilot for?

A. Well, after I finished my training, I got right into co-pilot, so as of today, about two years or so give or take.

Q. And you're still in that position as co-pilot?

A. Yes.

Q. Okay. And you said as co-pilot you're responsible for operating the equipment in the helicopter?

A. Yes.

Q. Okay. I know you listed some of them. Can you just remind me what you said the

4 (Pages 10 to 13)

Page 14

Charles

different equipment would be?

A. We have a mapping system, pretty much just like a GPS. It tells you where to go, where the jobs are, and pretty much helps you get around.

We have a Night Sun, which is a bright light. If the cops on the ground need a little lighting, we would use a light to help them use that. And that's pretty much it.

Q. Okay. Did you have video recording equipment in the helicopter?

A. Yes, we have video recording. We have a camera that we could use to see what's going on on the ground, and give guys on the ground different -- whatever they need.

Q. Okay. And I understand that there is a number of different radios in each helicopter?

A. Yes.

Q. Which radio is the co-pilot specifically responsible for using?

A. He's responsible for using the ones that contact like the local precincts, so let's say we're flying over the 73rd Precinct, I would put in that frequency and I can communicate with

Page 15

Charles

the cops in that precinct.

Q. Okay. And that's something the co-pilot would do rather than the pilot?

A. Yes.

Q. Okay. And does the pilot ever communicate with the aviation authorities?

A. When you say aviation authorities, I don't know --

Q. Let me be more clear, I guess. Does the co-pilot ever communicate with the air traffic control or the...

A. Yes. I mean once in a while when there is not a heavy job going on, we might switch, the co-pilot may be flying, which is me, and the guy on the right side, he might be just instructing or just helping me along, because eventually I'm going to go from co-pilot to --

Q. Got it. So they might give you --

A. Yes. So once in a while I might be talking to traffic control like if I'm the one flying.

Q. Okay. Now when you go up as a co-pilot is there a set pilot that you will fly with every day or --

Page 16

Charles

A. No. We switch it up. You fly with different -- just like a precinct. You work with someone different almost every day.

Q. Okay. And just remind me again. You completed your training at the beginning of 2015, is that right?

A. Which training?

Q. So you joined the aviation unit at the beginning of January 2014?

A. '14.

Q. And the training was one year?

A. Yes, just about a year, give or take a couple of months.

Q. So around the start of 2015?

A. Yes.

Q. Do you remember what tour you had once you completed the training?

A. Well, our tour is not steady. One week we might be doing 6:30 to 14 -- 1510, the next we might be doing 1435 to 2310, which is the night shift, so one week you're working the day shift, one week you're working the night shift.

Q. So it changes week --

A. Yes, it changes week to week.

Page 17

Charles

Q. Okay. I might go back to some of this stuff, but let's just move on to the incident that's the subject of this lawsuit.

A. Okay.

Q. Okay?

A. Roger.

Q. So the incident took place I believe on March 9th, 2015. Do you remember what tour you were on on that day?

A. I was working the night tour.

Q. The night tour?

A. Yes.

Q. And when did the night tour start?

A. The night tour started at 1435, which is 2:35 p.m.

Q. And you were a co-pilot that day?

A. Yes.

Q. Who was your pilot?

A. Richard Mardarello.

Q. And had you flown with that pilot before?

A. Yes.

Q. A number of times?

A. Yes, a number of times. He's one of

5 (Pages 14 to 17)

Page 18

Charles

the instructors actually at the unit.

Q. And he'd been one of your trainers?

A. Yes. We train on different aspects of the training.

Q. What kind of aircraft were you in on that night?

A. I was in a Bell 429 helicopter.

Q. So the shift started at 2:35 p.m. Do you remember what time you went up into the air?

A. I would have to look that up. I couldn't tell you the exact time.

Q. What would you have to look at?

A. I would -- I'm not even sure how I would look that up. I would have to go back and re-log, every time -- you log in your logbook when you go up, but there is no time. I mean --

Q. Well, hold on. So when do you complete the logbook?

A. The logbooks is just your personal --

Q. Okay.

A. We document our times every time we fly in.

Q. So for you, yourself, do you complete the logbook as the day is going on while you're

Page 19

Charles

up in the air or at the --

A. No, I do it on my own. It's just something I use to log my time.

Q. Sure. Do you normally complete that at the end of every day?

A. No.

Q. End of every week?

A. It's just when I have time to fill it out.

Q. Okay.

MR. ANDERSON: We might make a request for the logbook. We'll see if --

MR. SIDDIQI: Is it a personal document or is it --

THE WITNESS: It's a personal document.

Q. You're not logging into a book that's issued to you by the NYPD?

A. No. I'm logging it in my personal logbook. Every time I fly as a pilot, every time you fly, you log.

Q. I understand. Okay.

MR. ANDERSON: Well, we can decide after if we think it's relevant or not.

Page 20

Charles

Q. You were on the 2:35 p.m. shift. Is it fair to say at some point you went up in the air with the pilot Detective Mardarello?

A. Yes.

Q. Okay. Prior to events involving plaintiff here, Mr. Egan, do you remember what else happened when you were up in the air that day?

MR. SIDDIQI: Objection to form. You can answer the question.

THE WITNESS: Okay.

A. When you say what else happened?

Q. Was there any specific jobs you can remember --

A. Not from that day. I couldn't remember anything from that day.

Q. Do you remember being alerted to the incident that is the subject of this lawsuit?

A. Yes, I remember that.

Q. Okay. How were you first alerted to it?

A. We were first alerted -- we got a call from our base saying that LaGuardia called and they are having an incident where someone is

Page 21

Charles

shining a laser at planes coming into LaGuardia.

Q. Okay. Who did you receive that call from?

A. If I can remember correctly, I think we got a call from our base.

Q. Where is base?

A. Base is Floyd Bennett Field where you take off from.

Q. Okay. And is that where you ordinarily get your calls to instruct you where you need assistance when you're up in the air?

A. We get our calls from either -- we can get it from the base or we can get it from our SOD division, which is that gives out jobs to different specialized units.

Q. Okay. And is it the co-pilot who would communicate with --

A. The co-pilot would --

Q. So you're really like (inaudible).

A. Yes.

Q. Okay. And you got information you said LaGuardia was having an issue with people shining a laser, is that correct?

A. Yes. Someone shining a laser.

6 (Pages 18 to 21)

Page 22

Charles

Q. You didn't speak to LaGuardia yourself, correct?

A. No.

Q. Do you know if the pilot did?

A. Yes, because to get in that airspace where it was coming from, you would have to speak to LaGuardia to get into that airspace.

Q. Okay.

A. So he spoke to LaGuardia to get in that airspace.

Q. Okay.

A. And then he asked them where to go.

Q. And just so I'm clear, when he's speaking to LaGuardia, obviously you've got helmets and headsets on.

A. Yes.

Q. Are you also listening in to the information or is that just going to --

A. I have an option to listen in or I have an option to shut it off. At that time I was listening in.

Q. You were listening in?

A. So I can see where they directing me to. His job is to fly. My job is to look

Page 23

Charles

outside to see.

Q. Okay. Do you know if he was listening to the call that was coming from base?

A. Yes.

Q. Okay. What happened once you received this report?

A. Okay. So we received the report. We went over to LaGuardia. We asked them where exactly they -- well, he asked them where exactly they're getting the laser from. At one point LaGuardia said, I see the laser now. I see the laser now. So they are trying to direct us in the vicinity of where it's coming from, and --

Q. Was it light or dark outside at that time?

A. It was -- I mean when you say light or dark, you have different parts where it's light and dark, so when you say light or dark, that's like a general --

Q. Well, was it nighttime?

A. It was nighttime.

Q. It was nighttime, okay. Sorry. Thank you.

A. You mean like daylight or nighttime?

Page 24

Charles

Q. Yes.

A. Oh, yes, it was nighttime.

Q. I'm sorry, I didn't ask that very clearly.

A. Okay.

Q. Okay. Cool. And so you were told from LaGuardia at some point they could see the laser, and you went over there. What happened at that stage?

A. Okay. So we went over there. They started directing us where they could -- where they are seeing it and where they -- where we might see it also, so they started directing us. We drive for maybe I'd say 20, 30 minutes, we couldn't see anything, and then eventually he said, I see the light, I see the light. So we started looking around where we think the light might be coming from, and then we saw it like directly, directly in front of us.

Q. Okay. Now you said you saw the light or the pilot saw the light?

A. Yes. We both saw the light. He initially saw the light first, and then eventually it lit up the cockpit.

Page 25

Charles

Q. What color was the light?

A. It was green.

Q. Okay. How far away were you when you first spotted it?

A. I can't give like an exact, when you say how far away, I mean --

MR. SIDDIQI: Don't guess.

THE WITNESS: Yes.

Q. Well, can you give an approximate?

A. Approximate, I couldn't even give you an approximate. A few miles. I couldn't --

Q. And when you said that at some point the laser hit you, but before we get to there, at any point, as the co-pilot, did you use the video equipment in the helicopter to record what was going on?

A. I mean we weren't -- I couldn't say the recording was on because we have an option to hit record. The videocamera is not -- the camera is not going all the time. We have to literally hit record.

Q. Okay. But to operate the camera once you hit record, does it then require your hands or is it attached somewhere?

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 26

Charles

A. No. It requires your -- there is a control that you use to put the camera where you pretty much want the camera.

Q. Okay. Do you remember using it at some point on that night?

A. Yes.

Q. Okay. Why don't we take the opportunity to watch the video. So we're going to show the video that has already been marked as Plaintiff's Exhibit 1, and it is the video that was provided as part of Defendants' 196. So I'm going to show it to you on the laptop.

A. I mean it's not our -- this is not from our helicopter.

Q. Okay. That's fine. I just wanted to clarify that. So just to be clear on the record, the video that you see there is not one that you took on your helicopter?

A. No. It's not the one that we --

Q. Any idea where it was taken from?

A. If I had to guess, I would say an airline, but I'm not sure.

Q. Okay.

A. It sounds like I can hear LaGuardia

Page 27

Charles

in the background saying -- asking them questions, so I'm assuming it's from an airline.

Q. Okay. Had you ever seen that video before?

A. Yes. He showed it to me.

Q. Your attorney, okay. But prior to that, you hadn't seen it?

A. No, I hadn't seen it.

Q. Okay. Thank you for clarifying.

A. Okay.

Q. So you said that you and your pilot eventually at some point spotted the green light.

A. Yes.

Q. What happened at that point?

A. So we spotted the light, and we started flying directly where the -- we started descending. Well, he started descending. He was flying, and we started going directly where the light was.

Q. Did you have any communications with your base at that stage?

A. I can't remember if I called them, but at some point I did let them know, but I couldn't say while we were descending or -- but

Page 28

Charles

at some point we did call them and say, hey, could you notify the precinct, and then we got on the radio. We called the precinct up.

Q. So at some point you called the precinct?

A. Yes. At some point we did call them.

Q. Okay. Do you know what stage that was?

A. That was after we got low enough and we ID'd the building, where the light was coming from.

Q. Okay. So at first you were too far away to ID the building?

A. Yes.

Q. That's right? Okay. Now I think you said the laser actually hit the aircraft?

A. Yes. It lit up the --

Q. It lit up?

A. Yes.

Q. What point was that?

A. Right there.

Q. At what stage in the events that we're describing at the moment, at what stage did it first --

Page 29

Charles

A. Well, while he was looking after we had lit up the aircraft, he starting descending it, and it started -- the light just was lighting up the aircraft as we were going to the light.

Q. Okay. And what do you mean by lighting up the aircraft?

A. When a laser goes through a window it illuminates the cockpit. It makes the cockpit real bright.

Q. Okay. As it comes through the windscreen?

A. As it comes through the windscreen.

Q. Okay. And what effect did that have on you personally?

A. I mean it's just a little tingle in the eye sometimes, and it makes you blinded for maybe like a split second.

Q. Okay. Is it painful?

A. I wouldn't say painful, just uncomfortable.

Q. You said it was like a tingling sensation, is that correct?

A. Yes.

Q. Okay. How many times did it light up

8 (Pages 26 to 29)

Page 30

Charles

the cockpit?

A. I couldn't guess that number. Just a few times. More than three times.

Q. Okay. And each time it temporarily blinds you for a second or two?

A. Yes, because you can't -- it's like a bright light hitting you in the -- it's like high beams, being hit by high beams. You can't see.

Q. And then afterwards is there any dazing effect?

A. No. There is not really any.

Q. No?

A. No.

Q. Any blurriness?

A. I mean everyone's response to it would be different.

Q. What was your specific response?

A. Oh, my response, it just blinded for a split second and not able to --

Q. Okay. Did you require any treatment as a result?

A. I mean we just -- as a precautionary measure we just went to the hospital to get looked at. The eye doctor. What's the eye

Page 31

Charles

doctor called?

MR. SIDDIQI: Ophthalmologist.

A. Ophthalmologist, yes.

Q. What treatment did the ophthalmologist give you?

A. She just put something in our eyes to dilate our pupils and just checked our eyes.

Q. Okay. At that point when you got the treatment were your eyes still bothering you?

A. No, it wasn't.

Q. When did they stop bothering you, would you say?

A. I mean it wasn't really -- like anything I would say hurting. We just went to get checked out as a precautionary.

Q. Okay. You said that you started to head closer to the source of the laser.

A. Yes.

Q. What happened at that point?

A. So we started going towards the source of the laser. As we got closer, obviously the building got a lot bigger, so we were able to pinpoint more precisely where the light was coming from.

Page 32

Charles

Q. Okay. And you said at some point you got contact yourself with the precinct?

A. Yes. With the precinct that covers that area.

Q. Do you know which precinct it is?

A. I would have to look it up.

Q. That's fine. Who did you speak to at the precinct?

A. Who did I speak to once I contact them?

Q. Yes.

A. I can say who I -- I spoke to a sector that -- well, I raised central, and central raised like the sector.

Q. Okay. And at some point did you start communicating with individual police officers on the ground?

A. Yes. Once they got on scene, we pointed out the window that we saw it was coming from.

Q. Okay. How close did you get to the location?

A. Pretty close. I would say we were like at 3 to 500 feet. Probably even a little

Page 33

Charles

bit lower.

Q. Okay. And did you arrive there while the laser was still being used?

A. Once we initially got there, it stopped just before we -- I would say once we started hovering at the building, then it stopped.

Q. Was it ever used again after that point?

A. No.

Q. And did you arrive there before any police officer on the ground arrived there?

A. Yes, we did.

Q. Just take a look. I'm going to hand you what was already marked as Plaintiff's Exhibits 3 and 4. Just take a look at that for a second, particularly if you look at number 4.

If you're looking at what's been marked as 4, do you recognize what's depicted in the picture?

A. I mean I would have to --

MR. SIDDIQI: Don't guess. I mean if you recognize it, you recognize it.

THE WITNESS: Yes.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 34

Charles

A. The building looks familiar, but I couldn't say for -- this is a black and white photo. I couldn't say for sure.

Q. Okay. Does it look like the location where the laser was coming from?

A. It does look like the location.

Q. Okay. So as we're looking here on picture 4, at the point when you started hovering would there be a spot on this picture where you would pinpoint the helicopter?

A. So the helicopter --

MR. SIDDIQI: Objection to form. You can answer the question.

THE WITNESS: Okay.

A. So I mean, as I said, this is a black and white photo, but if the building is facing -- if this is the building, I would say we're a little off this way.

Q. Would you be in the shot or would you be outside of the shot, do you think? Like if I was going to give you a pen, can you mark on there where you think --

A. No. I mean this is a real bad photo of -- I would have to see streets and get a

Page 35

Charles

better bearing of where -- I would have to see a street. I couldn't point it out.

Q. Okay. All right. That's fine. So once you got there and you start hovering, what happened next?

A. So once we start hovering, we located the window that we saw the laser was coming from, and we called central, that precinct. She notified sector. They responded. We directed them to the building, and they went upstairs and...

Q. Okay. So going back a little bit, I'll show you then this is Plaintiff's Exhibit 5. Okay? Take a quick look at that, and do you recognize what's depicted in this image?

A. It's a real bad photo.

Q. I agree it's not the clearest, but...

A. Yes. I mean it looks like the building, but --

Q. Okay. Have you ever seen the picture before?

A. No. I've never seen it.

Q. Okay. You see there is some circlings have been marked around one of the

Page 36

Charles

windows?

A. Yes.

Q. Was that yourself who marked it?

A. No.

MR. SIDDIQI: Objection to form. You can answer the question.

Q. Okay. Now you said that you saw the laser coming from a particular window. Do you know, looking at this picture, which window the laser was coming from?

A. I think -- if I remember right, I think we counted the third window, so it wouldn't be the -- I couldn't remember the exact window.

Q. Okay. That's fine. All right. But you said you were able to pinpoint --

A. The exact window.

Q. -- the window. What were you able to see?

A. I mean we saw the light coming from the window.

Q. Okay. Could you see inside?

A. No, we couldn't see inside.

Q. All right. Did you know at that point what was emitting the light?

Page 37

Charles

A. I mean we knew it was some kind of laser equipment.

Q. But you couldn't see the actual equipment?

A. No.

Q. Okay. And then at some point the police officers arrived on the scene?

A. Yes. At some point they arrived.

Q. Were you communicating with them directly?

A. Yes. Once they got on scene, they asked us where we saw the light, and we directed them to the window.

Q. How did you direct them?

A. They had a flashlight. One of the guys on the ground had a flashlight, and they were shining like different windows, and when they got to the window that we saw it was coming from, we told them that's the window.

Q. Okay. So they were shining a flashlight on each window and then you were able to compare?

A. Yes, and then we were able to compare.

10 (Pages 34 to 37)

Page 38

Charles

Q. How many officers were there at that point?

A. I know two cars showed up, but I couldn't tell you how many officers. Usually it's two officers per car, but I'm not sure if it was. So I would say at least four officers.

Q. Were you communicating to all four or was there one in particular you were communicating with?

A. I couldn't say exactly who I was communicating with, but it was someone on the ground.

Q. Okay. You don't know the name of that officer?

A. No. I don't know the name.

Q. But what I'm trying to establish is was it just one particular officer throughout who you were speaking to or at different times were you communicating with different officers?

MR. SIDDIQI: Objection to form. You can answer the question.

A. I think it was one, but I couldn't tell you.

Q. Okay. So once they shined up the

Page 39

Charles

torch and you identified the window, what happened next?

A. They went inside the building.

Q. Okay. And what happened once they went inside?

A. I couldn't tell you.

Q. From your perspective, what happened with you guys?

A. Well, they were in the building for, I would say 15, 20 minutes. I couldn't -- give or take, and they came outside, and they said they had one in custody.

Q. Okay. Were you communicating with them at all while they were then inside?

A. No.

Q. No communication?

A. I'm trying to think. Oh, actually, once they got inside the building, I think they went to the window, and we said yes, that's the window it's coming from.

Q. How did they indicate that window while they are inside? Can you remember?

A. I think it was a flashlight, but I couldn't -- I can't remember clearly.

Page 40

Charles

Q. Okay. And then you were able to communicate on the radio with the officer inside?

A. Yes.

Q. You said at some point they then came out with an individual?

A. Yes, they came out.

Q. What happened at that point with respect to you guys in the helicopter?

A. So they came out. They had one individual. We couldn't see who it was exactly.

Q. Okay.

A. And --

Q. So when they came out, you weren't able to see who it was?

A. Oh, so when they came out we couldn't recognize if it was male, female.

Q. Okay.

A. We couldn't --

Q. And then what happened?

A. And then they said they have one under arrest and that's it.

Q. Did you guys stay around in the helicopter at that stage?

A. I think we stayed around for maybe

Page 41

Charles

like five, ten minutes. As soon as they left we took off.

Q. They left in a police car?

A. Yes.

Q. When you left were there other police cars still on the scene?

A. I can't remember. I couldn't tell you.

Q. Okay. And what happened once you left?

A. We went back to the base.

Q. Okay. And then when you arrived at the base, what happened at that point?

A. So we arrived at the base, we did what we usually do. Refuel the helicopter, did our paperwork and left.

Q. Okay. What paperwork did you fill out at that stage?

A. So we fill out pretty much what you did. Fill out what is called an AU-2.

Q. Okay. Sorry. You fill that out at the end of every tour?

A. At the end of every flight.

Q. Yes. And you filled it out at that

11 (Pages 38 to 41)

Page 42

Charles

time?

A. No. We fill out a line of duty also. Once you get -- because we had to go get checked out at the hospital.

(Plaintiff's Exhibit 7, Aided report worksheet, was so marked for identification, as of this date.)

Q. Officer Charles, if you could just take a quick look at this form and let me know if that was some of the paperwork that you, yourself, filled out?

A. Yes. This is my handwriting.

Q. It is? Okay.

A. Yes.

MR. SIDDIQI: Which field do you see your handwriting in?

THE WITNESS: I see my handwriting --

MR. SIDDIQI: In the paragraph giving a narrative?

THE WITNESS: Yes. And this is also my handwriting.

Q. Okay.

A. It looks like my handwriting is on here, and then the narrative.

Page 43

Charles

Q. Okay. Just for the record, this is an aided report worksheet?

A. Yes, it is.

Q. And that's what you fill out when you get an injury, is that correct?

A. Yes. Any kind of injury.

Q. All right. And then afterwards, you went to the hospital, is that right?

A. Yes.

Q. Okay. So other than filling in this form and going to the hospital, did you have any follow-up in relation to what happened while you had been on tour that day?

A. When you say follow-up, what do you mean?

Q. So were you ever contacted by the FBI?

A. Yes. I think someone did contact us, but I couldn't say like when.

Q. Okay.

A. Some point in the -- between the incident to the time after, I could -- someone contacted us. I couldn't say who was the name or...

Page 44

Charles

Q. Do you remember was it by telephone or in person?

A. I couldn't recall. I couldn't recall who it was by.

Q. Any other NYPD employees contact you in relation to the incident after it taking place?

A. When you say --

Q. So the FBI guy contacted you. Was there any follow-up from any supervisors or anybody from the NYPD?

A. I mean just a supervisor asking us what happened.

Q. Your direct supervisor?

A. Yes.

Q. Okay. Did anyone from the District Attorney's Office contact you?

A. Yes.

Q. Was that by phone or in person or both?

A. We got contacted I think by phone to go down to the District Attorney's Office.

Q. And then at some point you went in there --

Page 45

Charles

A. Yes. At some point we went there.

Q. And did you give a statement?

A. I told them what happened, but I can't remember if it was an official statement, but we did talk about what happened.

Q. And after that in-person meeting at the District Attorney's Office, was there any follow-up with the District Attorneys?

A. I think at that point it was -- I remember the District Attorney saying it was transferred to the FBI or it was transferred to some other agency or they weren't handling the case anymore, it was transferred to a different agency.

Q. Okay. And was there any more follow-up after that with yourself?

A. I really can't remember.

Q. Okay.

A. I remember the District Attorney. We went down there and then they said it was transferred.

Q. Okay. And last question, did you ever have any contact from the press in relation to the incident?

12 (Pages 42 to 45)

Page 46

Charles
A. Yes.
Q. What contact did you have from the press?
A. Well, we had a contact through DCPI unit, which is their press related, and they had the press come down, and we pretty much told them what happened.
Q. When did that take place?
A. I think a few days after the incident.
Q. Okay. Do you remember seeing yourself on the news?
A. Yes.
Q. And were you in the print media as well?
A. Yes.
Q. After that, was there any more involvement at all with this incident or in any way with the plaintiff, Mr. Egan?
A. Not that I remember.
Q. Okay.
MR. ANDERSON: I'm done. Omar, do you have any follow-up?
MR. SIDDIQI: I have one question.

Page 47

Charles
EXAMINATION BY MR. SIDDIQI:
Q. How were you able to indicate which window you saw the laser come out from? So in other words --
MR. ANDERSON: This is when he's communicating with the officers on the ground?
MR. SIDDIQI: Yes.
Q. Did you use a tool to point out that window or did the officers use a tool to point out that window?
A. I think at one point we did use the light on our -- the Night Sun, and the officer used his flashlight.
Q. And how were you able to specify that that was the window that the laser was pointing out of as opposed to another window?
A. Because the officer flashed his light on the ground, he flashed his light at the window.
Q. Okay. And that was the same window you had seen the laser coming out of, correct?
A. Correct.
Q. Okay.

Page 48

Charles
MR. SIDDIQI: All right, that's it. I don't have any more questions.
MR. ANDERSON: All right. I don't have any more follow-up.
(Time noted: 2:50 p.m.)

Page 49

ACKNOWLEDGMENT

I, ROYSTON CHARLES, hereby certify that I have read the transcript of my testimony taken under oath in my deposition on April 5, 2017; that the transcript is a true, complete and correct record of my testimony; and that the answers on the record as given by me are true and correct.

_____
ROYSTON CHARLES

Signed and subscribed to before me
this_____day of_____, 2017.
_____
    Notary Public

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 50

ERRATA SHEET
TRANSPERFECT DEPOSITION SERVICES
216 E. 45th Street, Suite #903
New York, New York 10017
(212)400-8845

Name of Case: Egan v New York City
Date: April 5, 2017
Witness: ROYSTON CHARLES
PAGE   LINE(S)   FROM        TO
_____/_____/_____/_____
_____/_____/_____/_____
_____/_____/_____/_____
_____/_____/_____/_____
_____/_____/_____/_____
_____/_____/_____/_____
_____/_____/_____/_____
_____/_____/_____/_____
_____/_____/_____/_____
_____/_____/_____/_____
_____/_____/_____/_____
_____/_____/_____/_____
_____/_____/_____/_____
_____/_____/_____/_____
_____/_____/_____/_____
_____/_____/_____/_____
_____/_____/_____/_____

Page 51

C E R T I F I C A T I O N

I, Joseph Danyo V, a Shorthand Reporter and Notary Public, within and for the State of New York, do hereby certify:
That I reported the proceedings in the within entitled matter, and that the within transcript is a true record of such proceedings.
I further certify that I am not related, by blood or marriage, to any of the parties in this matter and that I am in no way interested in the outcome of this matter.
IN WITNESS WHEREOF, I have hereunto set my hand this     day of            , 2017.


JOSEPH DANYO V

14 (Pages 50 to 51)

Page 52

I N D E X

Witness                                                    Page

ROYSTON CHARLES                                              4

E X H I B I T S

Plaintiff's                                                Page

    Exhibit 7  Aided report worksheet              42

~oOo~

**A**

able 30:20 31:23 36:16,18 37:22,24 40:2,15 47:3,16
academy 7:24 8:2,3
accurate 5:13
ACKNOWLED... 49:2
actual 37:4
advancement 7:21
afternoon 5:12
agency 45:13,15
agree 35:18
aided 42:6 43:3 52:9
air 12:9,12 15:11 18:10 19:2 20:4,8 21:12
aircraft 11:4 18:6 28:17 29:3,5,7
aircrafts 10:12,15
airline 26:23 27:3
airplane 10:19 11:9
airplanes 11:8
airspace 22:6,8,11
alerted 20:18,21,23
Anderson 3:6 4:5,6 19:12,24 46:23 47:6 48:4
answer 4:24 5:2 20:11 34:14 36:7 38:22
answers 5:6,13 49:9
anybody 44:12
anymore 45:14
approximate 25:10 25:11,12
April 1:17 2:2 49:6 50:6
area 32:5
arrest 40:22
arrive 33:3,12
arrived 33:13 37:8 37:9 41:13,15
asked 22:13 23:9

23:10 37:13
asking 27:2 44:13
aspect 12:13,18,19
aspects 12:4 18:4
assigned 9:2,3
assignment 8:10,11
assistance 21:12
assistant 6:21
associate's 5:20
assuming 27:3
attached 25:25
attend 5:22 6:2
attorney 27:7 45:11 45:20
Attorney's 44:18 44:23 45:8
Attorneys 3:4,9 45:9
AU-2 41:21
authorities 15:7,8
aviation 9:21,22 10:4,11 11:17 15:7,8 16:9

**B**

B 52:7
back 17:2 18:15 35:13 41:12
background 4:12 11:15 27:2
bad 34:24 35:17
base 20:24 21:6,7,8 21:14 23:4 27:22 41:12,14,15
based 9:9
beams 30:9,9
bearing 35:2
beginning 8:6 10:2 16:6,10
believe 17:8
Bell 18:8
Bennett 21:8
better 7:20,20 35:2
bigger 31:23
bit 4:11,12 33:2 35:13
black 34:3,16

blinded 29:17 30:19
blinds 30:6
blood 51:11
blurriness 30:15
book 19:18
Borough 5:18
bothering 31:10,12
break 5:10
bright 14:8 29:10 30:8
Broadway 2:6 3:4
building 28:11,14 31:23 33:7 34:2 34:17,18 35:11,20 39:4,10,19

**C**

C 3:2 4:2 51:2,2
call 20:24 21:3,6 23:4 28:2,7
called 20:24 27:23 28:4,5 31:2 35:9 41:21
calls 21:11,13
camera 14:14 25:20,23 26:3,4
capacity 1:8 10:14
car 38:6 41:4
career 7:21
cars 38:4 41:7
case 45:14 50:5
Center 9:4,6,11,13 9:20
central 32:14,15 35:9
certify 49:4 51:6,10
CESAR 1:8
changes 16:24,25
Charles 1:15 2:4 4:1 5:1,16 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1

27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1,9 43:1 44:1 45:1 46:1 47:1 48:1 49:4,12 50:7 52:4
checked 31:8,16 42:4
CHITTUM 1:7
Church 3:10
circlings 35:25
City 1:7,9 3:8 50:5
clarify 26:17
clarifying 27:10
clear 4:20 15:10 22:14 26:17
clearest 35:18
clearly 24:5 39:25
close 32:22,24
closer 31:18,22
co-pilot 13:11,12 13:13,15,18,20 14:20 15:4,11,15 15:18,24 17:17 21:17,19 25:15
cockpit 24:25 29:9 29:9 30:2
college 5:19,20,23 6:14,16,17
color 25:2
come 46:7 47:4
comes 29:11,13
coming 21:2 22:7 23:4,14 24:19 28:11 31:25 32:20 34:6 35:8 36:9,11 36:20 37:19 39:21 47:23
commercial 11:20 11:22 12:6
commercially 10:23,25 11:13
communicate 13:8 14:25 15:7,11

21:18 40:3
communicating 32:17 37:10 38:8 38:10,12,20 39:14 47:7
communication 39:17
communications 27:21
Community 5:19
compare 37:23,25
complete 4:25 18:19,24 19:5 49:7
completed 12:25 13:2 16:6,18
contact 14:23 32:3 32:10 43:19 44:6 44:18 45:24 46:3 46:5
contacted 43:17,24 44:10,22
control 15:12,21 26:3
Cool 24:7
cops 14:8 15:2
CORPORATION 3:9
correct 8:7 21:24 22:3 29:23 43:6 47:23,24 49:8,10
correctly 21:5
COUNSEL 3:9
counted 36:13
couple 16:14
court 1:2 4:20
covers 32:4
credits 5:21
custody 39:13

**D**

D 52:2
Danyo 1:24 2:7 4:3 51:4,19
dark 23:15,18,19 23:19
date 5:25 42:8 50:6

**dates** 6:13 9:16
**day** 15:25 16:4,22 17:10,17 18:25 19:6 20:9,16,17 43:14 49:15 51:15
**daylight** 23:25
**days** 46:10
**dazing** 30:11
**DCPI** 46:5
**December** 8:4
**decide** 19:24
**Defendants** 1:10 3:9 26:12
**degree** 5:20
**Dellecave** 2:6 3:3
**Department** 1:9 3:8 7:16,19
**depicted** 33:20 35:16
**deposition** 1:15 2:4 49:6 50:2
**descending** 27:18 27:18,25 29:3
**describing** 28:24
**detail** 9:8
**Detective** 20:4
**different** 12:5 13:6 14:2,16,18 16:3,4 18:4 21:16 23:18 30:17 37:18 38:19 38:20 45:14
**dilate** 31:8
**direct** 23:13 37:15 44:15
**directed** 35:10 37:13
**directing** 22:24 24:12,14
**directly** 24:20,20 27:17,19 37:11
**District** 1:2,2 44:17 44:23 45:8,9,11 45:20
**division** 21:15
**doctor** 30:25 31:2
**document** 18:22 19:15,17

**doing** 12:8 16:20 16:21
**drive** 24:15
**duly** 4:3
**duty** 42:3

**E**

**E** 3:2,2 4:2 50:3 51:2 52:2,7
**education** 5:17 6:18
**educational** 4:12
**effect** 29:14 30:11
**Egan** 1:4 4:7 20:7 46:20 50:5
**either** 21:13
**emergency** 12:5
**emitting** 36:25
**employees** 44:6
**employment** 4:12 6:18 7:2
**EMS** 7:22
**EMT** 7:5,7,15
**engine** 11:6,9
**entire** 11:21
**entitled** 51:8
**equipment** 13:4,7 13:21 14:2,12 25:16 37:3,5
**ERRATA** 50:2
**ESQ** 3:6,11
**establish** 38:17
**events** 20:6 28:23
**eventually** 15:18 24:16,25 27:13
**everyone's** 30:16
**exact** 5:25 9:16 18:12 25:6 36:14 36:17
**exactly** 23:10,10 38:11 40:11
**EXAMINATION** 4:5 47:2
**examined** 4:4
**Exhibit** 26:11 35:14 42:6 52:9
**Exhibits** 33:17

**eye** 29:17 30:25,25
**eyes** 31:7,8,10

**F**

**F** 51:2
**facility** 9:12
**facing** 34:17
**fair** 20:3
**familiar** 34:2
**far** 25:4,7 28:13
**FBI** 43:18 44:10 45:12
**feet** 32:25
**female** 40:17
**field** 21:8 42:16
**fill** 19:9 41:18,20 41:21,22 42:3 43:5
**filled** 41:25 42:12
**filling** 43:11
**fine** 5:11 26:16 32:8 35:4 36:15
**finish** 4:24 5:19
**finished** 13:14
**first** 4:2,10 8:9,11 11:17,25 20:21,23 24:24 25:5 28:13 28:25
**five** 41:2
**flashed** 47:19,20
**flashlight** 37:16,17 37:22 39:24 47:15
**flew** 10:25 11:13
**flight** 13:3 41:24
**Floor** 3:5
**flown** 10:12,14 17:21
**Floyd** 21:8
**fly** 10:23 11:5,6 15:24 16:2 18:23 19:21,22 22:25
**flying** 14:24 15:15 15:22 27:17,19
**follow-up** 43:13,15 44:11 45:9,17 46:24 48:5
**follows** 4:4

**form** 20:10 34:13 36:6 38:21 42:10 43:12
**four** 38:7,8
**FRANK** 1:4
**frequency** 14:25
**front** 13:9 24:20
**full** 5:13
**further** 51:10

**G**

**general** 23:20
**geographically** 9:10
**gestures** 4:19
**getting** 23:11
**give** 5:13 13:16 14:15 15:19 16:13 25:6,10,11 31:6 34:22 39:11 45:3
**given** 49:9
**gives** 21:15
**giving** 42:19
**go** 6:13,18 7:2,15 7:23 9:19 11:19 14:4 15:18,23 17:2 18:15,17 22:13 42:4 44:23
**goes** 29:8
**going** 4:8,23 12:6,9 14:15 15:14,18 18:25 22:19 25:17 25:21 26:9,13 27:19 29:5 31:21 33:15 34:22 35:13 43:12
**good** 4:16 5:16
**GPS** 14:4
**graduate** 6:6,9
**graduated** 8:5
**green** 25:3 27:13
**ground** 14:8,15,16 32:18 33:13 37:17 38:13 47:8,20
**guess** 5:8 15:10 25:8 26:22 30:3 33:23

**guy** 15:16 44:10
**guys** 13:8 14:15 37:17 39:9 40:9 40:23

**H**

**H** 4:2 52:7
**half** 6:21 7:8 9:16 9:18 10:21
**hand** 33:15 51:15
**handling** 45:13
**hands** 25:24
**handwriting** 42:13 42:17,18,22,24
**happened** 20:8,13 23:6 24:9 27:15 31:20 35:6 39:3,5 39:8 40:8,20 41:10,14 43:13 44:14 45:4,6 46:8
**head** 31:18
**headsets** 22:16
**hear** 26:25
**heavy** 15:14
**held** 2:5 10:20
**helicopter** 10:18 11:7 13:22 14:12 14:18 18:8 25:16 26:15,19 34:11,12 40:9,24 41:16
**helmets** 22:16
**help** 13:5 14:9
**helping** 15:17
**helps** 14:5
**hereunto** 51:14
**hey** 28:2
**high** 6:6,9 30:8,9
**highest** 5:17
**hit** 25:14,20,22,24 28:17 30:9
**hitting** 30:8
**hold** 18:18
**honest** 5:13
**hospital** 6:24 30:24 42:5 43:9,12
**hovering** 33:7 34:9 35:5,7

**hurting** 31:15

**I**

**ID** 28:14
**ID'd** 28:11
**idea** 26:21
**identification** 42:8
**identified** 39:2
**illuminates** 29:9
**image** 35:16
**impact** 8:17,18,22
8:24
**in-person** 45:7
**inaudible** 11:11
21:20
**incident** 4:14 17:4
17:8 20:19,25
43:23 44:7 45:25
46:11,19
**indicate** 39:22 47:3
**individual** 32:17
40:6,11
**individually** 1:8
**information** 21:22
22:19
**initially** 24:24 33:5
**injury** 43:6,7
**inside** 36:22,23
39:4,6,15,19,23
40:3
**instruct** 21:11
**instructing** 15:17
**instructor** 12:16,19
**instructors** 18:2
**interested** 51:13
**involve** 12:3
**involved** 12:4
**involvement** 46:19
**involving** 20:6
**issue** 21:23
**issued** 19:19

**J**

**J** 3:11
**Jacobi** 6:24 7:3,4
**January** 9:24 11:17
16:10

**job** 1:25 15:14
22:25,25
**jobs** 13:6 14:5
20:14 21:15
**join** 7:10,19 9:22
10:4
**joined** 7:12 10:22
11:17,19 16:9
**joining** 7:16 10:11
**Joseph** 1:24 2:7 4:3
51:4,19
**July** 8:4

**K**

**kind** 11:4 18:6 37:2
43:7
**knew** 37:2
**know** 5:5,6,7,11
9:16 13:24 15:9
22:5 23:3 27:24
28:8 32:6 36:10
36:24 38:4,14,16
42:10

**L**

**L** 4:2
**LaGuardia** 20:24
21:2,23 22:2,8,10
22:15 23:9,12
24:8 26:25
**laptop** 26:13
**laser** 21:2,24,25
23:11,12,13 24:9
25:14 28:17 29:8
31:18,22 33:4
34:6 35:8 36:9,11
37:3 47:4,17,23
**lasted** 12:21,23
**lastly** 5:11
**LAW** 3:8
**lawsuit** 4:8,15 17:4
20:19
**learning** 12:5
**left** 6:17,25 7:3,3
8:24 9:20 13:4
41:2,4,6,11,17
**let's** 14:23 17:3

**level** 5:17
**license** 10:17,18,19
11:21,23 12:7
**light** 13:7 14:8,9
23:15,17,19,19
24:17,17,18,21,22
24:23,24 25:2
27:13,16,20 28:11
29:4,5,25 30:8
31:24 36:20,25
37:13 47:14,19,20
**lighting** 14:9 29:4,7
**likewise** 4:25
**line** 42:3
**LINE(S)** 50:8
**listed** 13:24
**listen** 22:20
**listening** 22:18,22
22:23 23:4
**lit** 24:25 28:18,19
29:3
**literally** 25:21
**little** 4:11 7:4 14:9
29:16 32:25 34:19
35:13
**LLP** 2:6 3:3
**local** 14:23
**located** 35:7
**location** 32:23 34:5
34:7
**log** 18:16 19:4,22
**logbook** 18:16,19
18:25 19:13,21
**logbooks** 18:20
**logging** 19:18,20
**long** 7:6 8:18 9:14
10:20 13:13
**look** 9:17 18:11,13
18:15 22:25 32:7
33:15,17,18 34:5
34:7 35:15 42:10
**looked** 30:25
**looking** 24:18 29:2
33:19 34:8 36:10
**looks** 34:2 35:19
42:24
**lot** 7:21 31:23

**low** 28:10
**lower** 33:2

**M**

**main** 4:13
**Malcolm** 3:6 4:6
**malcolm@peters...**
3:7
**male** 40:17
**Manhattan** 5:18
**mapping** 13:5 14:3
**March** 17:9
**Mardarello** 17:20
20:4
**mark** 34:22
**marked** 26:10
33:16,20 35:25
36:4 42:7
**marriage** 51:11
**matter** 51:8,12,13
**mean** 7:20 12:13
15:13 18:17 23:17
23:25 25:7,18
26:14 29:6,16
30:16,23 31:14
33:22,23 34:16,24
35:19 36:20 37:2
43:16 44:13
**measure** 30:24
**media** 46:15
**medical** 6:20
**meeting** 45:7
**MELVIN** 1:7
**members** 1:8
**miles** 25:12
**minutes** 24:15
39:11 41:2
**mission** 13:7
**moment** 28:24
**months** 16:14
**move** 4:10 17:3

**N**

**N** 3:2 4:2 51:2 52:2
**name** 4:6 38:14,16
43:24 50:5
**narrative** 42:20,25

**navigate** 13:6
**need** 5:10 13:8 14:8
14:16 21:12
**never** 10:25 11:12
35:23
**New** 1:2,7,9,16,16
2:7,7,9 3:5,5,8,10
3:10 50:3,3,5 51:6
**news** 46:13
**night** 14:7 16:22,23
17:11,12,14,15
18:7 26:6 47:14
**nighttime** 23:21,22
23:23,25 24:3
**nods** 4:19
**normally** 19:5
**Notary** 2:8 4:3
49:17 51:5
**noted** 48:6
**Notice** 2:5
**notified** 35:10
**notify** 28:3
**number** 14:18
17:24,25 30:3
33:18
**NYPD** 4:13 7:11,12
19:19 44:6,12

**O**

**O** 4:2,2 51:2
**oath** 49:6
**Objection** 20:10
34:13 36:6 38:21
**obtained** 5:17
**obviously** 22:15
31:22
**offer** 7:21,22
**Office** 3:9 44:18,23
45:8
**officer** 1:7,7 5:16
8:6,17 9:7 13:3
33:13 38:15,18
40:3 42:9 47:14
47:19
**officers** 32:18 37:8
38:2,5,6,7,20 47:7
47:11

offices 2:6
official 45:5
**Oh** 24:3 30:19
  39:18 40:16
**okay** 4:15,21 5:3,9
  5:22 6:2,6,17,23
  6:25 7:6,10,15,23
  8:9,22,24 9:19
  10:8,23 11:4,10
  11:14,16,24 12:14
  12:21,24 13:10,20
  13:24 14:11,17
  15:3,6,23 16:5
  17:2,5,6 18:21
  19:11,23 20:6,12
  20:21 21:3,10,17
  21:22 22:9,12
  23:3,6,8,23 24:6,7
  24:11,21 25:4,23
  26:5,8,16,24 27:4
  27:7,10,11 28:8
  28:13,16 29:6,11
  29:14,19,25 30:5
  30:21 31:9,17
  32:2,16,22 33:3
  34:5,8,15 35:4,13
  35:15,21,24 36:8
  36:15,22 37:7,21
  38:14,25 39:5,14
  40:2,12,18 41:10
  41:13,18,22 42:14
  42:23 43:2,11,21
  44:17 45:16,19,23
  46:12,22 47:22,25
**Omar** 3:11 46:23
**once** 9:19 11:19
  12:25 13:2 15:13
  15:20 16:18 23:6
  25:23 32:10,19
  33:5,6 35:5,7
  37:12 38:25 39:5
  39:19 41:10 42:4
**ones** 14:22
**oOo** 52:10
**operate** 25:23
**operating** 13:21
**ophthalmologist**

31:3,4,6
**opportunity** 7:20
  26:9
**opposed** 47:18
**option** 22:20,21
  25:19
**ordinarily** 21:11
**osiddiqi@law.ny...**
  3:12
**outcome** 51:13
**outside** 23:2,15
  34:21 39:12

**P**

**P** 3:2,2
**p.m** 2:2 17:16 18:9
  20:2 48:6
**Page** 50:8 52:3,8
**painful** 29:19,20
**paperwork** 41:17
  41:18 42:11
**paragraph** 42:19
**part** 6:3,4 26:12
**part-time** 6:14
**particular** 36:9
  38:9,18
**particularly** 33:18
**parties** 51:12
**parts** 4:9,10 23:18
**patrol** 9:8 12:18
**pen** 34:22
**people** 21:23
**person** 44:3,20
**personal** 18:20
  19:14,16,20
**personally** 29:15
**perspective** 39:8
**Peterson** 2:6 3:3
**phone** 44:20,22
**photo** 34:4,17,24
  35:17
**picture** 33:21 34:9
  34:10 35:21 36:10
**pilot** 10:7,9,16 11:3
  11:5 13:5 15:4,6
  15:24 17:19,21
  19:21 20:4 22:5

24:22 27:12
**pilot's** 10:17
**piloting** 12:11,13
**pinpoint** 31:24
  34:11 36:16
**piston** 11:6
**place** 17:8 44:8
  46:9
**plaintiff** 1:5 2:5 3:4
  4:7 20:7 46:20
**Plaintiff's** 26:11
  33:16 35:14 42:6
  52:8
**plane** 11:10
**planes** 21:2
**please** 5:5
**point** 7:10,19 9:2
  10:5 20:3 23:11
  24:8 25:13,15
  26:6 27:13,15,24
  28:2,5,7,21 31:9
  31:20 32:2,16
  33:10 34:9 35:3
  36:25 37:7,9 38:3
  40:5,8 41:14
  43:22 44:24 45:2
  45:10 47:10,11,13
**pointed** 32:20
**pointing** 47:17
**POLANCO** 1:8
**police** 1:7,7,9 7:16
  7:19,23 8:2,3,6
  9:7 32:17 33:13
  37:8 41:4,6
**position** 13:17
**precautionary**
  30:23 31:16
**precinct** 8:12,13,16
  8:19,25 14:24
  15:2 16:3 28:3,4,6
  32:3,4,6,9 35:9
**precincts** 14:23
**precisely** 31:24
**predict** 4:23
**preliminary** 4:17
**press** 45:24 46:4,6
  46:7

**pretty** 13:6 14:3,5
  14:10 26:4 32:24
  41:20 46:7
**print** 46:15
**prior** 10:11 20:6
  27:7
**private** 10:16,17,18
  11:3,5
**Probably** 7:8 32:25
**procedures** 12:5
**proceedings** 51:7,9
**prop** 11:10
**provided** 26:12
**Public** 2:8 4:3
  49:17 51:5
**pupils** 31:8
**pursuant** 2:5
**put** 14:25 26:3 31:7

**Q**

**question** 4:23 5:2
  20:11 34:14 36:7
  38:22 45:23 46:25
**questions** 4:8,14,18
  5:5,14 27:3 48:3
**quick** 35:15 42:10
**quickly** 4:11

**R**

**R** 3:2 4:2,2 51:2
**radio** 14:20 28:4
  40:3
**radios** 14:18
**raised** 32:14,15
**re-log** 18:16
**read** 49:5
**real** 29:10 34:24
  35:17
**really** 21:20 30:12
  31:14 45:18
**reason** 4:22 5:12,15
**recall** 44:4,4
**receive** 21:3
**received** 23:7,8
**recognize** 33:20,24
  33:24 35:16 40:17
**record** 4:20 25:16

25:20,22,24 26:17
  43:2 49:8,9 51:9
**recording** 14:11,13
  25:19
**referred** 13:10
**Refuel** 41:16
**related** 46:6 51:11
**relation** 43:13 44:7
  45:24
**relatively** 4:11
**relevant** 19:25
**remember** 16:17
  17:9 18:10 20:7
  20:15,17,18,20
  21:5 26:5 27:23
  36:12,14 39:23,25
  41:8 44:2 45:5,11
  45:18,20 46:12,21
**remind** 13:25 16:5
**rephrase** 5:6
**report** 23:7,8 42:6
  43:3 52:9
**reported** 1:23 51:7
**reporter** 2:8 4:20
  51:5
**represent** 4:7
**request** 19:13
**require** 25:24
  30:21
**requires** 26:2
**respect** 40:9
**responded** 35:10
**response** 30:16,18
  30:19
**responses** 4:18
**responsible** 13:21
  14:21,22
**result** 30:22
**Richard** 17:20
**right** 8:6 13:15
  15:16 16:7 28:16
  28:22 35:4 36:12
  36:15,24 43:8,9
  48:2,4
**Roger** 17:7
**role** 8:15 9:5 11:16
  12:24

**ROYSTON** 1:15 2:4 49:4,12 50:7 52:4

**S**

**S** 3:2 4:2,2 52:7
**saw** 24:19,21,22,23 24:24 32:20 35:8 36:8,20 37:13,19 47:4
**saying** 20:24 27:2 45:11
**scene** 32:19 37:8,12 41:7
**school** 6:7,10
**second** 29:18 30:6 30:20 33:18
**sector** 32:14,15 35:10
**security** 9:8,8
**see** 14:14 19:13 22:24 23:2,12,12 24:8,14,16,17,17 26:18 30:9 34:25 35:2,24 36:19,22 36:23 37:4 40:11 40:15 42:16,18
**seeing** 24:13 46:12
**seen** 27:4,8,9 35:21 35:23 47:23
**sensation** 29:23
**SERVICES** 50:2
**set** 15:24 51:15
**SHEET** 50:2
**shift** 16:22,23,23 18:9 20:2
**shined** 38:25
**shining** 21:2,24,25 37:18,21
**Shorthand** 2:8 51:4
**shot** 34:20,21
**show** 26:10,13 35:14
**showed** 27:6 38:4
**shut** 22:21
**SIDDIQI** 3:11 19:14 20:10 25:8

31:3 33:23 34:13 36:6 38:21 42:16 42:19 46:25 47:2 47:9 48:2
**side** 13:4 15:16
**Signed** 49:14
**single** 11:6,9
**sit** 12:17 13:4
**SOD** 21:15
**somebody** 12:14
**soon** 41:2
**sorry** 6:12 8:13 23:23 24:4 41:22
**sounds** 4:16 26:25
**source** 31:18,22
**SOUTHERN** 1:2
**speak** 22:2,7 32:8 32:10
**speaking** 22:15 38:19
**specialized** 21:16
**specific** 20:14 30:18
**specifically** 14:21
**specify** 47:16
**speculate** 5:8
**split** 4:9 29:18 30:20
**spoke** 22:10 32:13
**spot** 34:10
**spotted** 25:5 27:13 27:16
**stage** 24:10 27:22 28:8,23,24 40:24 41:19
**start** 16:15 17:14 32:17 35:5,7
**started** 7:5 8:5 17:15 18:9 24:12 24:14,18 27:17,17 27:18,19 29:4 31:17,21 33:7 34:9
**starting** 29:3
**State** 2:9 51:6
**statement** 45:3,5
**STATES** 1:2

**stationed** 9:14,15
**stay** 40:23
**stayed** 40:25
**steady** 16:19
**stop** 31:12
**stopped** 33:6,8
**straight** 6:13
**street** 3:10 35:3 50:3
**streets** 34:25
**stuff** 17:3
**subject** 4:14 17:4 20:19
**subscribed** 49:14
**Suite** 50:3
**Sun** 14:7 47:14
**supervisor** 44:13 44:15
**supervisors** 44:11
**sure** 4:18 5:8 18:14 19:5 26:23 34:4 38:6
**switch** 15:15 16:2
**sworn** 4:3
**system** 13:5 14:3

**T**

**T** 4:2 51:2,2 52:7
**tactical** 13:3
**take** 13:16 16:13 21:9 26:8 33:15 33:17 35:15 39:12 42:10 46:9
**taken** 2:4 26:21 49:5
**talk** 45:6
**talking** 15:21
**telephone** 44:2
**tell** 18:12 38:5,24 39:7 41:8
**tells** 14:4
**temporarily** 30:5
**ten** 41:2
**testified** 4:4
**testimony** 49:5,8
**Thank** 23:24 27:10
**things** 4:17

**think** 19:25 21:5 24:18 28:16 34:21 34:23 36:12,13 38:23 39:18,19,24 40:25 43:19 44:22 45:10 46:10 47:13
**third** 36:13
**three** 4:9 9:24 30:4
**time** 4:13 5:10 6:3 6:4,15 8:22 18:10 18:12,16,17,22 19:4,9,21,21 22:21 23:16 25:21 30:5 42:2 43:23 48:6
**times** 17:24,25 18:22 29:25 30:4 30:4 38:19
**tingle** 29:16
**tingling** 29:22
**today** 4:9 13:15
**told** 24:7 37:20 45:4 46:7
**tool** 47:10,11
**torch** 39:2
**tour** 16:17,19 17:9 17:11,12,14,15 41:23 43:14
**Trade** 9:3,5,11,12 9:20
**traffic** 15:12,21
**train** 18:4
**trainers** 18:3
**training** 11:20,22 11:24 12:3,4,6,8 12:13,19,25 13:2 13:14 16:6,8,12 16:18 18:5
**transcript** 49:5,7 51:9
**transferred** 45:12 45:12,14,22
**TRANSPERFECT** 50:2
**treatment** 30:21 31:5,10
**true** 49:7,9 51:9

**try** 4:10,23,25 5:5
**trying** 23:13 38:17 39:18
**two** 4:10 6:21 7:9 10:21 13:16 30:6 38:4,6

**U**

**uncomfortable** 29:21
**understand** 5:4 14:17 19:23
**unemployed** 7:4
**unit** 9:21,23 10:4 10:10,12 11:17 16:9 18:2 46:6
**UNITED** 1:2
**units** 21:16
**upstairs** 35:11
**use** 14:9,10,14 19:4 25:15 26:3 47:10 47:11,13
**usually** 38:5 41:16

**V**

**v** 1:24 2:7 4:3 50:5 51:4,19
**verbal** 4:19
**vicinity** 23:14
**video** 14:11,13 25:15 26:9,10,11 26:18 27:4
**videocamera** 25:20

**W**

**want** 5:7 7:18 26:4
**wanted** 10:7,9 26:16
**wasn't** 11:12 31:11 31:14
**watch** 26:9
**way** 34:19 46:20 51:12
**We'll** 19:13
**we're** 14:24 26:9 28:24 34:8,18
**week** 16:20,22,23

16:24,25,25 19:8
**went** 5:18 6:15 9:21
  18:10 20:3 23:9
  24:9,11 30:24
  31:15 35:11 39:4
  39:6,20 41:12
  43:9 44:24 45:2
  45:21
**weren't** 25:18
  40:14 45:13
**WHEREOF** 51:14
**white** 34:3,17
**window** 29:8 32:20
  35:8 36:9,10,13
  36:14,17,18,21
  37:14,19,20,22
  39:2,20,21,22
  47:4,11,12,17,18
  47:21,22
**windows** 36:2
  37:18
**windscreen** 29:12
  29:13
**Witness** 19:16
  20:12 25:9 33:25
  34:15 42:18,21
  50:7 51:14 52:3
**words** 47:5
**work** 13:4,5,7 16:3
**worked** 6:20
**working** 7:5,6
  16:22,23 17:11
**worksheet** 42:7
  43:3 52:9
**World** 9:3,5,11,12
  9:20
**wouldn't** 7:22
  29:20 36:13

**X**

**X** 52:2,7

**Y**

**Y** 4:2
**year** 6:21 7:8 9:15
  9:17,24 10:21
  11:21,22,25 12:22

12:23 16:12,13
**years** 6:21 7:9 9:25
  10:22 13:16
**York** 1:2,7,9,16,16
  2:7,7,9 3:5,5,8,10
  3:10 50:3,3,5 51:6

**Z**

**0**

**08** 8:4

**1**

**1** 26:11
**100** 3:10
**10007** 3:10
**10017** 50:3
**10279** 3:5
**14** 16:11,20
**1435** 16:21 17:15
**15** 39:11
**1510** 16:20
**16-cv-1479** 1:6
**18550** 1:25
**18th** 3:5
**196** 26:12

**2**

**2:07** 2:2
**2:35** 17:16 18:9
  20:2
**2:50** 48:6
**20** 24:15 39:11
**2000** 6:11,12
**2003** 5:24,25
**2005-ish** 5:25
**2008** 7:12,13 8:4
**2009** 8:6,8,20
**2013** 8:21,25
**2014** 9:25 10:2
  11:18,21 16:10
**2015** 16:6,15 17:9
**2017** 1:17 2:2 49:6
  49:15 50:6 51:16
**212)400-8845** 50:4
**216** 50:3
**2310** 16:21

**233** 2:6 3:4

**3**

**3** 32:25 33:17
**30** 24:15
**31st** 8:4

**4**

**4** 33:17,18,20 34:9
  52:4
**42** 52:9
**429** 18:8
**45th** 50:3

**5**

**5** 1:17 2:2 35:14
  49:6 50:6
**500** 32:25

**6**

**6:30** 16:20
**60** 5:20

**7**

**7** 8:4 42:6 52:9
**73rd** 14:24
**75** 8:14,15,18,20,25
**75th** 8:11

**8**

**9**