\*\*\*\*\*\*\*\*\*\*\*\*DIRECTING A LASER POINTER INTO AN AIRCRAFT\*\*\*\*\*\*\*\*\*\*

TPO: on or about and between 3/9/15, inside of 2801 Coddington Avenue, Apt. 3 (2nd floor), Bronx County, 8:05 PM through 9:20 PM.

TPA: 3/9/15 at approximately 9:27 PM, inside of 2801 Coddington Avenue, Apt. 3 (2nd floor), Bronx County

At TPO (3/9/15, at approximately 8:05 PM), Shuttle America flight # 5954 was descending into Laguardia Airport (LGA) from Chicago O'Hare (ORD) heading southwest at an altitude of 1,000 feet, when the Captain observed an irradiance of light in the cockpit of the plane, and then further observed a green laser beam of light illuminating the inside of the cockpit. First Officer and Captain of this flight alerted the LGA control tower, but neither officer was injured.

At TPO (3/9/15, at approximately 8:05 PM), American Airlines flight # 1152 was descending into LGA from Dallas Fort-Worth (DFW) heading northeast at an altitude of 4,000 feet (2 miles east of LGA), when the Captain (████████ ████████ and First Officer ████████ observed a green beam of light irradiate into the cockpit. Captain of this flight alerted the LGA control tower, but neither officer was injured.

At TPO (3/9/15, at approximately 8:06 PM), Shuttle America flight # 5921 was descending into LGA from Intercontinental Airport Houston (IAH) heading southbound at an altitude of 1,200 feet, approximately 3.4 miles from LGA runway. First Officer ████████) observed an irradiance of light in the cockpit and then observed a green laser beam penetrate the cockpit. The laser beam struck the First Officer in his right eye, causing pressure and pain in the right eye and causing him to have a severe headache for approximately 30 minutes. The Captain ████████ alerted the LGA control tower.

At TPO (3/9/15, at approximately 8:56 PM), Air Canada flight # 727 was departing from LGA to Toronto and was at 3,000 feet altitude when the First Officer ████████ ████████ observed an irradiance of light from a laser beam which penetrated the cockpit and illuminated the entire cockpit. The beam of light struck the First Officer approximately 2-3 times in his face, and caused the First Officer to receive flash blindness for approximately 3-5 seconds in his right eye. The Captain (████████ alerted the LGA control tower. The Captain continued en route to Toronto, at which point the First Officer was treated for eye irritation and burning to his right eye at a local Toronto hospital.

On 3/9/15, at approximately 8:56 PM, ████████ Federal Aviation Administration LGA Tower Supervisor, changed departing and arriving runways due to continuous laser activity as well as the two reported eye injuries.

Circumstances of arrest: LGA control tower alerted the Federal Aviation Administration (FAA) regarding the reports of laser beam incidents. The FAA was able to use the airplane navigation system to pinpoint the direction the laser beam was coming from. The FAA determined that the beam could be tracked to a location at Dudley Avenue and East Tremont Avenue in the Bronx in the confines of the 45 precinct. The FAA then notified NYPD Aviation and the 45 PCT, and also notified Transcon which then notified the FBI (including the Joint Terrorism



004001254

DEF000101

then notified the FBI (including the Joint Terrorism TaskForce).

NYPD Aviation 17, Bell helicopter # 429, aircraft ID 917PD, was canvassing the area when the pilots (Richard Mardarello and Royston Charles) observed a green laser beam emanating from a window of an apartment on Coddington Avenue and notified the 45 police officers via police radio. While the NYPD helicopter was flying in that areal, both the officers were struck by the laser beam approximately one dozen times in their eyes and both their eyes began burning and were irritated for the next 5-6 hours. Both NYPD officers were treated at a local Bronx hospital for injuries to their eyes.

PO Chittum and Sgt. Polanco arrived in the vicinity of Dudley Ave. and East Tremont Avenue and begin canvassing for any witnesses to a laser beam incident. PO Chittum then asked Aviation for a better location, and then Aviation 17 stated to PO Chittum to head toward Coddington, toward the South and then make a left turn toward the stop sign and to turn onto Coddington from Mayflower. PO Chittum arrived at a building that NYPD Aviation 17 had shined a spotlight on, and PO Chittum pointed his flashlight up to the window to confirm with aviation it was the right window. NYPD Aviation 17 pointed the spotlight at a 2nd floor window from which they observed a green laser beam coming out of.

The officers went to the building and observed a resident of the building who allowed them to enter the building and directed them toward another apartment down the hall (there were only two apartments on that floor - 2nd floor). PO Chittum and Sgt. Polanco then went to the door and defendant's mother answered the door wearing black sweatpants, and looked visibly like she had been sleeping and was woken up. Defendant's mother stated in s/s: there are two other people in the apartment. Sgt. Polanco and PO Chittum then asked defendant's mother if anyone was in the apartment and she went to the back bedroom and someone in the bedroom closed the door. Defendant's mother then pushed the door open and stated in s/s: Frank come out the police are here.

Defendant then exited the bedroom with his hands on top of his head, and PO Chittum observed the spotlight from the helicopter shining at the area of the window that was approximately 5 feet from the bedroom. As the defendant exited the room, PO Chittum observed a laser pointer in plain view on top of a refrigerator next to the window. Sgt. Polanco then held up the laser pointed and the defendant stated in sum and substance: OH THAT'S MINE. Defendant arrested.

SILA: PO Chittum recovered one laser pointer from on top of the refrigerator and it emitted a green beam of light, which emitted a light beam up to 17,000 feet.



004001254

**DEF000102**