ARREST Report - B15614267                                                    Page 1 of 3



# New York City Police Department
## Omniform System - Arrests

| RECORD CONTAINS SEALED INFORMATION. |
|---|
| THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON |
| OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT. |

| *RECORD STATUS: SEALED* | **Arrest ID: B15614267 - M** |
|---|---|
| **Arrest Location: INSIDE OF 2801 CODDINGTON AVENUE APT: 3** | **Pct: 045** |

**Arrest Date: 03-09-2015**     Processing Type: **ON LINE**     Current Location of Perpetrator:

**Time: 21:37:00**     DCJS Fax Number: **BO009907**     Borough: **Bronx**

Sector: **E**     Special Event Code: **NO -**     Type:

Strip Search Conducted: **NO**     DAT Number: **0**     Location: **045 PRECINCT**

Viper Initiated Arrest: **NO**

Stop And Frisk: **NO**     Return Date: **0000-00-00**

Serial #: **0000-000-00000**

| COMPLAINTS: | | Arrest #: B15614267 |
|---|---|---|

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2015-045-01316 | 2015-03-10 | Valid, No Arrests | 2015-03-09 | 21:20 |

| SEALED | SEALED |
|---|---|

| CHARGES: | Arrest #: B15614267 |
|---|---|

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 120.05 01 F | D | | 1 | ASLT 2: SERIOUS INJURY |
| #02 | No | PL 120.25 F | D | | 1 | RECKLESS ENDANGERMENT-1ST |
| #03 | No | PL 120.14 01 M | A | | 1 | MENACING-2ND:WEAPON |
| #04 | No | PL 265.01 02 M | A | | 1 | CRIM POSS WEAP-4TH:INT TO USE |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

| SEALED | SEALED |
|---|---|

| DETAILS: | Arrest #: B15614267 |
|---|---|

AT T/P/O REPORTER STATES WHILE ATTEMPTING TO LAND EBM 190 AIRCRAFT FLIGHT #727 AT LAGUARDIA AIRPORT UNKNOWN LASER BEAM GREEN IN COLOR DID PASS THROUGH THE COCKPIT FOUR TO FIVE TIMES CAUSING A BRIGHT FLASHING LIGHT SEVERLY BURNING THE RETINA OF THE RIGHT EYE OF HIS RADIO OPERATOR. C/V WAS FLOWN TO TORONTO CANADA FOR TRETMENT.

| SEALED | SEALED |
|---|---|

| *DEFENDANT:* EGAN, FRANK J | NYSID #: 12999815P | Arrest #: B15614267 |
|---|---|---|

| Nick/AKA/Maiden: | Height: **5FT 10IN** | Order Of Protection: **NO** |
|---|---|---|
| Sex: **MALE** | Weight: **230** | Issuing Court: |
| Race: **WHITE** | Eye Color: **BLUE** | Docket #: |
| Age: **36** | Hair Color: **BROWN** | Expiration Date: |
| Date Of Birth: **02/21/1979** | Hair Length: **NORMAL** | Relation to Victim: **STRANGER** |
| U.S. Citizen: **YES** | Hair Style: **CLOSE CUT** | Living together: **NO** |
| | | Can be Identified: **YES** |

**DEF000001**

ARREST Report - B15614267

| | | |
|---|---|---|
| Place Of Birth: **USA** | Skin Tone: **LIGHT** | |
| Is this person not Proficient in English?: **NO** | Complexion: **CLEAR** | |
| If Yes, Indicate Language: | | Gang/Crew Affiliation: **NO** |
| Accent: **NO** | Soc.Security #: **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** | Name: |
| | Occupation: **UNKNOWN** | Identifiers: |
| Identification ID: | | |
| Identification #: | | |
| Physical Condition: **APPARENTLY NORMAL** | Lic/Permit Type: | |
| Drug Used: **NONE** | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 2801 CODDINGTON AVENUE | BRONX | NEW YORK | 10461 | 3 | 045 |

Phone # and E-Mail Address: **CELL: 718-915-4770**

N.Y.C.H.A. Resident: **NO**  N.Y.C. Housing Employee: **NO**  On Duty: **NO**
Development:           N.Y.C. Transit Employee: **NO**

**Physical Force: USED**

Gun:
Weapon Used/Possessed: **NONE**            Make:            Recovered: **NO**
  **Non-Firearm Weapon: OTHER WEAPON**     Color:     Serial Number Defaced:
**Other Weapon Description: LASER POINTER**  Caliber:         Serial Number:
                                           Type:
                                    Discharged: **NO**

Used Transit System: **NO**
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | I WAS SLEEPING |
| METHOD OF FLIGHT | IN HOUSE |
| MODUS OPERANDI | ASSAULT 2 |
| ACTIONS TOWARD VICTIM | LASER POINTER |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | OUTERWEAR - SWEATER OR VEST - BLUE |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

| SEALED | SEALED |
|---|---|

| JUVENILE DATA: | Arrest #: B15614267 |
|---|---|

Juvenile Offender:    Relative Notified:  Personal Recog:
Number Of Priors: **0**         Name:
School Attending:        Phone Called:
Mother's Maiden Name:     Time Notified:

| SEALED | SEALED |
|---|---|

**DEF000002**

| ASSOCIATED ARRESTS: | Arrest #: B15614267 |
|---|---|
| **ARREST ID  COMPLAINT #** | |
| SEALED | SEALED |

| No Vehicles for Arrest # | |
|---|---|
| SEALED | SEALED |

| DEFENDANTS CALLS: | Arrest #: B15614267 |
|---|---|

**CALL #  NUMBER DIALED  NAME CALLED**
1        - -              REFUSED,REFUSED

| SEALED | SEALED |
|---|---|

| INVOICES: | Arrest #: B15614267 |
|---|---|

**INVOICE#    COMMAND  PROPERTY TYPE  VALUE**
2000409451  045        ALL OTHER      UNKNOWN

| SEALED | SEALED |
|---|---|

| ARRESTING OFFICER: POM MELVIN CHITTUM | Arrest #: B15614267 |
|---|---|

| Tax Number: **941547** | On Duty: **YES** | **Force Used: NO** |
|---|---|---|
| Other ID (non-NYPD): **941547** | In Uniform: **YES** | Type: |
| Shield: **7373** | Squad: **C3** | Reason: |
| Department: **NYPD** | Chart: **25** | Officer Injured: **NO** |
| Command: **045** | Primary Assignment: | |

| SEALED | SEALED |
|---|---|

| Arresting Officer Name:<br>**POM CHITTUM, MELVIN** | Tax #:<br>**941547** | Command:<br>**045** | Agency:<br>**NYPD** |
|---|---|---|---|
| Supervisor Approving:<br>**SGT LARKINBLENNAU** | Tax #:<br>**945902** | Command:<br>**045** | Agency:<br>**NYPD** |
| Report Entered by:<br>**POM CHITTUM, MELVIN** | Tax #:<br>**941547** | Command:<br>**045** | Agency:<br>**NYPD** |

| END OF ARREST REPORT<br>B15614267 |
|---|

**DEF000003**