UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

No. 16-CV-1479

-----------------------------------)

FRANK EGAN,

        Plaintiff,

      vs.

NEW YORK CITY, POLICE OFFICER

MELVIN CHITTUM and POLICE OFFICER

CESAR POLANCO, individually and

in their capacity as members of

THE NEW YORK CITY POLICE DEPARTMENT,

        Defendants.

-----------------------------------)


         DEPOSITION OF

      POLICE OFFICER MELVIN CHITTUM

        New York, New York

         March 16, 2017



Reported by:

Linda Salzman, RPR

Job No. 18425B

Page 2

March 16, 2017
2:30 p.m.

Deposition of POLICE OFFICER MELVIN CHITTUM, a Defendant herein, held at the offices of PetersonDelleCave LLP, 233 Broadway, New York, New York, pursuant to Agreement, before Linda Salzman, a Notary Public of the State of New York.

Page 4

STIPULATIONS
IT IS HEREBY STIPULATED AND AGREED by and among counsel for the respective parties hereto, that the sealing and certification of the within deposition shall be and the same are hereby waived;
IT IS FURTHER STIPULATED AND AGREED all objections, except as to the form of the question, shall be reserved to the time of the trial;
IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before the Court.

Page 3

APPEARANCES:

On Behalf of Plaintiff:
    Peterson DelleCave LLP
    233 Broadway, Suite 1800
    New York, New York 10279
    (212) 240-9075
    BY:  MALCOLM ANDERSON, ESQ.
        malcolm@petersondellecave.com

On Behalf of Defendants:
    NEW YORK CITY LAW DEPARTMENT
    Office of the Corporation Counsel
    100 Church Street
    New York, New York 10007
    (212) 356-2381
    BY:  OMAR J. SIDDIQI, ESQ.
        osiddiqi@law.nyc.gov

Page 5

POLICE OFFICER MELVIN CHITTUM, called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:
EXAMINATION BY
MR. ANDERSON:
    Q.   Do you pronounce it "Chit-tum"?
    A.   Yes.
    Q.   Officer Chittum, my name is Malcolm Anderson.  I represent the plaintiff, Mr. Egan, in this lawsuit.
        I'm going to be asking you some questions today.  I am going to try to split it into three parts; a little bit about your employment and educational history, some questions about your time in the NYPD in general, and then lastly the main questions will be about an incident that is the subject of this lawsuit.
    A.   Okay.
    Q.   A few preliminary matters.  Just make sure all your responses to my questions are verbal rather than any nods or gestures so we can get a clear record.

2 (Pages 2 to 5)

Page 6

M. Chittum

For the same reason, if you make sure you let me finish all my questions before you answer, even if you can predict where the question is going. If you don't understand any of my questions, please just let me know. I will try and rephrase. And if you're not sure of any answers, please just say. We don't want you to guess or speculate without explaining the situation.

Lastly, is there any reason today why you can't give full, honest and accurate answers to all of my questions?

A. No.

Q. Good.

Officer Chittum, what's the highest level of education you attained?

A. Some college and high school diploma.

Q. When did you graduate from high school?

A. 1998.

Q. And which college did you then attend?

Page 7

M. Chittum

A. Camden County College.

Q. And did you graduate from there?

A. No.

Q. When you left college, did you go into employment or education or something else?

A. I was in the military, and then I got out and went to school. And then --

Q. How long were you in the military for?

A. Total of eight years.

Q. Eight years?

A. Uh-huh.

Q. So you left the military -- what year did you leave the military?

A. 2001.

Q. When did you join the military?

A. Right out of high school, 1998.

Q. So did you then serve again in the military at a later time?

A. Yes. Once I went back to duty, I went to the National Guard.

Q. And National Guard is a full-time position?

Page 8

M. Chittum

A. It's one weekend a month and two weeks out of the year.

Q. And were you employed somewhere else when you were with the National Guard?

A. Yes, I was, but I got activated, so I quit my job.

Q. What was it you were doing before you got activated?

A. Construction work.

Q. Where was that based?

A. It was out of Morristown, New Jersey.

Q. And then you said you got activated. What does that mean?

A. With the Iraq war going on, they activated my National Guard unit, so I quit my job and was working full-time with the military again.

Q. How long were you with the military for that period?

A. Additional four years.

Q. So when was it that you left? What year was it you then left?

Page 9

M. Chittum

A. I don't recall the exact year.

Q. Roughly?

A. Could have been 2007, '8.

Q. And when you then left the military around that time, what did you go into at that point?

A. I was employed by the NYPD.

Q. That's when you joined the NYPD?

A. I was already employed by the NYPD.

Q. When did you start with your employment with the NYPD?

A. 2006.

Q. And that was -- so hold on. When you started with the NYPD, were you still with the military at that time?

A. Yes.

Q. And what was your role with the NYPD?

A. Police officer.

Q. And at that point, were you -- you were no longer full-time in the military?

3 (Pages 6 to 9)

Page 10

M. Chittum

A. That's correct, yes.

Q. When did you stop being full-time in the military?

A. Had to be 2006, because I was full-time with the NYPD.

Q. So when you decided to join the NYPD, you were still with the National Guard but no longer full-time; is that correct?

A. Correct.

Q. What made you want to join the NYPD?

MR. SIDDIQI: Objection to form.

You can answer.

A. I wanted to be a police officer.

Q. Okay. And you went to the police academy?

A. Yes.

Q. How long were you at the police academy for?

A. Six months.

Q. And that was sometime in 2006?

A. July of 2006.

Q. What was your first assignment

Page 11

M. Chittum

when you came out of the police academy?

A. 45th Precinct.

Q. What was your role at the 45th Precinct?

A. I was under the FTO Program. It was a Field Training Program.

Q. What's the FTO Program stand for?

A. Field Training Unit. FTU, Field Training Unit.

Q. What do you mean by the Field Training Unit?

A. You have a field training officer that goes out with you to train.

Q. And how many officers are part of that unit?

A. When I graduated, I don't know exact how many, but it was a class full of us that went. I don't know the exact number. We graduated, but we got sent to the 45 and we all fell under the FTU Program.

Q. You said you would go out with another officer. Was that a set partner

Page 12

M. Chittum

that would go out with you every day?

A. It was an experienced officer, whoever the FTU -- whoever the officer that was assigned to that, and we had a sergeant assigned to us as well.

Q. When you say "an experienced officer," what do you mean by that?

A. An officer that had over ten years' experience.

Q. Would you be out on foot patrol or in a squad car?

A. Mainly on foot patrol.

Q. Was there a particular neighborhood or geographical area of the precinct that you were to patrol?

A. They placed us in various locations. It wasn't the same. It was different locations.

Q. And were you making arrests while you were part of the FTU?

A. Yes.

Q. What kind of things would you make arrests for?

A. DWI, assault, drug possession,

Page 13

M. Chittum

511 suspended license, things like that.

Q. Is that a uniform position?

A. Yes.

Q. How long were you in the FTU Program for?

A. I'm not sure exactly how long.

Q. Roughly?

A. Maybe six months maybe.

Q. Where was your assignment when you left the FTU Program?

A. I was assigned to the 45th Precinct patrol.

Q. So what year would that have been, when you were first assigned to the patrol?

A. 2007.

Q. What does it mean to be assigned to patrol?

A. Can you clarify?

Q. What does your role with patrol entail?

A. Answering radio runs.

Q. And that would be in a car?

A. Yes.

4 (Pages 10 to 13)

Page 14

M. Chittum

Q. And were you part of a team when you were with patrol?

A. You were assigned to another partner.

Q. You had a steady partner?

A. It depends. Not necessarily, no. When I first came out, no.

Q. You would have a different partner every day?

A. Yes.

Q. From a smaller group or could it have been anyone in patrol?

A. Whoever they assigned me to that day on roll call.

Q. When you were out in the car, would you be responding to 911 calls?

A. Yes.

Q. But you'd also be observing for crimes in situations that you would see when you were out in patrol?

MR. SIDDIQI: Objection to form. You can answer the question.

A. Yes.

Q. How long were you with patrol at

Page 15

M. Chittum

the 45th Precinct?

A. I've been there almost 12 years. I don't know the exact amount of years I've been doing patrol.

Q. Still in that unit?

A. No, I'm not.

Q. When did you leave the patrol at the 45th Precinct?

A. I don't know the exact date of patrol, but I left to go to -- I was a summons auto, traffic auto. I did Traffic Enforcement. I left Traffic Enforcement and went to Conditions.

Q. When did you go to Traffic Enforcement?

A. I don't know the exact dates.

Q. Roughly?

A. I'm not sure.

Q. Where was Traffic Enforcement based?

A. In the 45.

Q. In the 45?

A. Yes.

Q. What does it mean to work in

Page 16

M. Chittum

Traffic Enforcement?

A. The enforcement of the VTL traffic laws.

Q. Was that stationed in the precinct?

A. What do you mean, "stationed in the precinct"?

Q. Withdrawn. Where were you geographically when you were part of the Traffic Enforcement?

A. In the compounds of the 45th Precinct.

Q. You would be out in a patrol car?

A. Yes.

Q. How long were you with traffic enforcement?

A. I don't recall how many.

Q. Where did you go after Traffic Enforcement?

A. I went to Conditions, Conditions Unit.

Q. Is that in the 45th Precinct?

Page 17

M. Chittum

A. Yes.

Q. What did your role entail with the Conditions Unit?

A. Addressing Conditions within the compounds of the 45th Precinct.

Q. What kind of Conditions?

A. Qualify of life.

Q. Such as?

A. Urinating in public, drugs. Same enforcement that I would do on patrol.

Q. How many officers would there be in the Conditions Unit?

A. In mine, I don't recall how many exact.

Q. Roughly?

A. Maybe eight.

Q. Is that a uniform position?

A. Yes.

Q. Where did you go after you left the Conditions Unit at the 45th Precinct?

A. I went back to traffic.

Q. Back to traffic?

A. Yes.

5 (Pages 14 to 17)

Page 18

M. Chittum

Q.   And how long were you at traffic when you went back there?

A.   I don't recall how long I was there.

Q.   Where did you go when you left traffic?

A.   Back to patrol.

Q.   Back to patrol at the 45th?

A.   Yes.

Q.   Same role as you had when you were there in 2007?

A.   That's correct.

Q.   Do you remember when you started back at patrol in the 45th Precinct?

A.   No, I don't.

Q.   Did there come a time you left patrol at the 45th Precinct?

A.   Yes.

Q.   Where did you go when you left patrol?

A.   Back to traffic again.

Q.   Back to traffic?

A.   Yes.

Q.   How long were you at traffic

Page 19

M. Chittum

for?

A.   I started October of last year.

Q.   So October 2016?

A.   Yes.

Q.   And that's your current assignment?

A.   Yes.

Q.   So the incident that is the subject of this lawsuit today, just let me check -- took place on March 9, 2015. Can you just confirm which of your assignments you were in at that time?

A.   I don't recall what my assignment was for the day.

Q.   No, which unit you were in at that point?

A.   Patrol.

Q.   Have you ever sat for any sergeants, detectives or lieutenant tests?

A.   No.

MR. SIDDIQI:  Malcolm, can we take a break.

MR. ANDERSON:  Yes.

(Thereupon, a recess was taken,

Page 20

M. Chittum

and then the proceedings continued as follows:)

MR. ANDERSON:  Mark this Plaintiff's Exhibit 6.

(Plaintiff's Exhibit 6, Document, marked for identification, as of this date.)

BY MR. ANDERSON:

Q.   Officer Chittum, I'm going to ask you some questions about your disciplinary history with the NYPD.  I'm going to hand to you what's been marked as Plaintiff's Exhibit 6.  Take a look at that, and we will go through it.

So starting with what are Internal Affairs investigations, I just want to ask you about some of the details from some of these cases.

So looking at what's been marked Defendants' page 157, at the top under IA No. 09-34408, there was a abuse of department regulations claim that was substantiated.

What were the details behind

Page 21

M. Chittum

that allegation?

A.   Me and my partner were driving up the New England Thruway, and we turned around in the Toll Plaza, New Rochelle, without notifying the desk sergeant or the platoon commander, so we were deemed that we were out of borough.

Q.   And then the case below that, which is 0959358, which looks like it was a violation of department rules and traffic processes.  It was also substantiated.

What were the details behind that allegation?

MR. SIDDIQI:  Objection to form. To the extent that you know.  Go ahead.

A.   What's the case number again?

Q.   At the top there, 59358.  It's listed as a corruption case.

A.   Is this all one and the same?

MR. SIDDIQI:  These are two different cases.  If you know what this is about, you can answer the

6 (Pages 18 to 21)

Page 22

M. Chittum
question. If you don't know what it's talking about, then you can't answer the question.

A. I don't --

Q. Not sure about that one?

A. No.

Q. Then at the bottom of that page listed as IA No. 11-21532, there was a number of abuse of department regulations, allegations that were substantiated. What were those allegations related to?

MR. SIDDIQI: Objection to form. To the extent you know what this is talking about, you can answer the question.

A. I went to court and didn't have a summons. Traffic Court, and didn't have a summons.

Q. What do you mean by that, sir?

A. I went to Traffic Court. The cases get rescheduled so many times I misplaced the summons and wasn't able to find it, so when I went to court, I didn't have the summons.

Page 23

M. Chittum

Q. You mean the hard copy of the summons?

A. Yes.

Q. Then, on what's marked as Defendants' page 158, down at the bottom there, IA No. 12-18101, it was a misconduct case that was substantiated. What were the allegations in that case?

MR. SIDDIQI: Objection to form. You can answer to the extent you're aware of what the allegations were.

A. I missed Traffic Court.

Q. Same as the one before -- sorry, you missed Traffic Court?

A. Yes.

Q. Can you elaborate a little bit?

A. I missed the appearance.

Q. Going over the page on to Defendants 159, under IA No. 12-35641, that was a misconduct case that was substantiated, abuse of department regulations, and the allegation was a

Page 24

M. Chittum
nonappearance.

Is that the same as previously, did you miss Traffic Court on that occasion?

MR. SIDDIQI: Objection to form. You can answer to the extent you're aware of what this specific charge was.

A. States that I missed Traffic Court.

Q. You missed Traffic Court again?

A. Yes.

Q. When you say you missed Traffic Court, were you due to appear as a witness?

A. Not appearance for not -- I didn't show up for Traffic Court.

Q. When you say you didn't show up, were you supposed to be showing up in Traffic Court as a witness?

A. I was there for a summons that I wrote a motorist.

Q. Then, the bottom of that page, still on page 159, there is another

Page 25

M. Chittum
misconduct case, No. 12-41974. It was an abuse of department regulations also substantiated.

What were the allegations in that case?

MR. SIDDIQI: Objection to form. You can answer to the extent you are aware of what with the allegations were in this specific case.

A. I didn't bring a copy of a summons to court.

Q. Was that Traffic Court as well on that occasion?

A. Yes.

Q. And the same, you didn't have Is the hard copy of the summons?

A. This states I didn't have the copy of the summons.

Q. Where would you normally keep the copy in the summons?

A. In a file that I keep all my summonses in.

Q. At the precinct?

A. Yes.

7 (Pages 22 to 25)

Page 26

M. Chittum

Q. Had you mislaid it in the file or you forgot to take it with you to Traffic Court?

A. I wrote thousands of summonses, so when they get rescheduled multiple and multiple times, they get misplaced sometimes.

Q. On Defendants' 160, at the top there, Case 12, I think it's 43175, again substantiated abuse of department regulations.

What were the facts concerning that allegation?

MR. SIDDIQI: Objection to form. To the extent you actually remember this. Not just seeing what the charges, but if you remember what this was about, you can answer the question.

A. It just says, "No memo book. Unprepared. No copy of summons."

Q. Let's move on to what is marked as Defendants' page 162. Halfway down the page, there is a case, I believe it's

Page 27

M. Chittum

number 2014-21433. And that's titled, "Dispute of arrest."

Do you know what the facts were concerning that allegation?

MR. SIDDIQI: Objection to form. You can testify to the extent you are aware of any IA investigation stemming from any incident that occurred on June 4, 2014.

MR. ANDERSON: I'm not sure if that was particularly the date --

MR. SIDDIQI: It says log occurrence date.

MR. ANDERSON: Okay.

A. I don't have any recollection of this.

Q. You don't remember that one?

A. No.

Q. What about the one below it, 2014-4523?

MR. SIDDIQI: Same objection. You can testify if you know anything about an incident coming from February 5, 2014.

Page 28

M. Chittum

A. No, I don't. I don't recall.

Q. Okay.

Moving on to the page marked Defendants' 164, at the top, "Command discipline B," there was an allegation that while assigned to the 45th Precinct between February 25, 2009 and June 14, 2009, on 24 occasions you were off post without permission or authority. And it was five days of leave forfeited.

Can you explain the details behind those allegations?

MR. SIDDIQI: Objection to form. You can answer to the extent you remember the details behind the specific allegation.

A. I went up to the New England Thruway and turned around. I was technically out of The Bronx.

Q. Okay. But that happened on 24 occasions?

A. That's correct.

Q. And each occasion that was what happened?

Page 29

M. Chittum

A. I'm sorry?

Q. You're saying on each occasion you've gone up technically to The Bronx before you turned?

A. I went up to the New Rochelle toll and turned around and came right back to The Bronx.

Q. At what point did you discover that you weren't supposed to be doing that?

A. When they came to me and told me that I wasn't allowed to. The exact time of day, I don't recall.

Q. At that point, that was the point you realized you were not allowed to was after you had already done it?

A. Yes.

Q. 24 times?

A. Yes.

Q. If you look at Defendants' page 166, the top paragraph, there are various allegations that resulted in forfeiture of 10 vacation days.

Can you explain what the various

8 (Pages 26 to 29)

Page 30

M. Chittum

allegations were that resulted in the forfeiture of 10 vacation days?

MR. SIDDIQI: Objection to form. You can answer to the extent you are aware of these specific allegations and the facts underlying them.

A. It says it states I was missing two summonses and I failed to bring a copy of my memo book.

MR. SIDDIQI: If you remember the actual thing, you can testify. If you're just reading from this, then --

A. I don't recall.

Q. You don't recall?

A. I don't recall.

Q. All right. Officer Chittum, let's move on to the incident that's the subject of this particular lawsuit. Do you remember being involved in the arrest of Mr. Frank Egan on March 9, 2015?

A. I don't recall the date to be exact, but Mr. Egan, yes.

Page 31

M. Chittum

Q. And at that time, just to clarify, I think you said before, is it correct you were with patrol at the 45th Precinct?

A. Yes.

Q. Now, on that day in question, do you recall what your tour was?

A. I was working a 1500 by 2335, which is 11:35 p.m.

Q. So you started at 3 p.m. that afternoon?

A. Yes.

Q. And what was your particular assignment that day?

A. I was assigned to patrol.

Q. Did you have a partner?

A. Yes, I did.

Q. Who was your partner that day?

A. Officer Lopez.

Q. Had you been Officer Lopez's partner before?

A. I don't recall if I have or --

Q. Okay. And you were out in a patrol car with Officer Lopez?

Page 32

M. Chittum

A. That day in question, yes.

Q. So on that day in question, how were you first alerted about an incident involving Mr. Egan?

A. I received a radio transmission from the Aviation, NYPD Aviation Unit directing me to the location of a vicinity of Harrington Avenue and East Tremont Avenue.

Q. When you say you received that, was that a radio call?

A. Yes, it was received from Aviation to us.

Q. What do you mean by "from Aviation"?

A. They came across air frequency and requested a unit to the location.

Q. Who was the individual making that request?

A. The name, no, I don't know.

Q. In what capacity were they making the request?

MR. SIDDIQI: Objection to form. You can answer.

Page 33

M. Chittum

A. They came over as Aviation.

Q. Did you speak to them directly over the radio?

A. Yes.

Q. And what information were you provided at that time?

A. The exact radio transmission I don't recall what was being said. They directed me to a house over on -- apartment house on Coddington Avenue.

Q. What were you told, if anything, about what was going on at that location?

A. There was a laser device being pointed out the window.

Q. And who was it who told you that?

A. One of the pilots from Aviation.

Q. What kind of vehicle were the Aviation individuals contacting you from, do you know?

A. Say that again.

MR. SIDDIQI: Objection to form. Go ahead.

BY MR. ANDERSON:

9 (Pages 30 to 33)

Page 34

M. Chittum

Q.    You said you were being contacted by individuals from Aviation. Just to clarify, Aviation part of the NYPD?

A.    Yes.

Q.    So these were police officers?

A.    I know they're Aviation pilots.

Q.    Where were they contacting you from?

A.    The helicopter they were flying from.

Q.    So they were flying a helicopter?

A.    Yes.

Q.    Thank you for clarifying.
      When did you first see the helicopter?

A.    I didn't see the helicopter. I could hear it flying above. But I couldn't physically see it.

Q.    Remind me what location they gave you.

A.    Harrington and East Tremont Avenue.

Page 35

M. Chittum

Q.    What happened when you arrived at that location?

A.    They gave me a route to follow.

Q.    How did they do that?

A.    They were telling me to either turn left or turn right.

Q.    When you say "they," who was "they"?

A.    Aviation was directing me to which streets to turn down to.

Q.    They were directing you over the radio?

A.    That's correct.

Q.    When you say "directing" you, were you on foot or in the car this time?

A.    It was in the car.

Q.    Did you eventually reach a location?

A.    Yes.

Q.    Where was that location?

A.    The exact location, I'm not sure.

Q.    Do you know what streets it was on?

Page 36

M. Chittum

A.    Coddington Avenue.

Q.    How did you discover that was the particular location?

A.    Aviation flew down and pointed the spotlight exactly where the laser was coming from and the building that it was coming from.

Q.    And where were you at that time?

A.    I exited my vehicle.

Q.    You exited your vehicle?

A.    Yes.

Q.    So you were standing outside the building?

A.    Where exactly I don't know, but I was standing at the location.

Q.    Were you still communicating to it the helicopter by radio at that time?

A.    Yes.

Q.    And what were they saying to you at that point?

A.    They advised myself and my partner that there was a laser beam pointed from the window of that location.

Q.    Did you see the laser beam

Page 37

M. Chittum

yourself?

A.    No.

Q.    How far away was the helicopter from you at this point?

A.    I don't recall the distance. I don't know the exact distance.

Q.    Close enough that you could see the individuals in the helicopter?

A.    No, you can't see them. You can only see the underneath of the helicopter.

Q.    And what happened at that point?

A.    My supervisor showed up to the scene.

Q.    Who was that?

A.    Sergeant Polanco.

Q.    And what happened when Sergeant Polanco showed up at the scene?

A.    They went inside the building.

Q.    You said -- going back, you said, I think, that the helicopter had indicated to you on the radio.
      Did they indicate to you in any other way to identify the particular apartment?

10 (Pages 34 to 37)

Page 38

M. Chittum

A. Yes.

Q. What other way did they use to identify it?

A. A spotlight from their helicopter.

Q. Where did they shine the spotlight?

A. One of the windows inside the building.

Q. Did you communicate or do anything to acknowledge confirmation of them shining the light on the window?

A. Yes.

Q. How did you confirm?

A. We told them we were going inside, into the building.

Q. So I just want to show you what's already been marked as Plaintiff's Exhibit 2. If you could just take a look at that picture for me briefly.

Officer Chittum, do you recognize that picture?

A. Yes.

Q. What is it depicting?

Page 39

M. Chittum

A. The residence of the building that the Aviation had pointed out to us.

Q. Do you know who took the photograph?

A. No.

Q. You see that it's been marked with pen around one of the windows. Do you know who marked it?

A. No.

Q. Is the window that's been marked, is that the one that the aviation helicopter was shining its light on?

A. I don't recall.

Q. You don't know?

A. No.

Q. You said you then entered the premises. What happened at that point?

A. Myself, Officer Lopez and Sergeant Polanco went up inside the building.

Q. What happened when you went upstairs?

A. We knocked on the door.

Q. And who answered?

Page 40

M. Chittum

A. I don't recall who answered the door.

Q. Okay. What happened at that point?

A. The door was open. Somebody opened the door. All three of us had went inside the building.

Q. When you were outside, just to go back for a second, was it dark outside or light outside at that point?

A. It was dark.

Q. Did you, yourself, see anybody at the window when they shined the light from the helicopter on the window?

A. No.

Q. Do you remember if the curtains were drawn or if they were not drawn?

A. I don't recall.

Q. So you said that you went inside with Officer Lopez and Sergeant Polanco. What happened when you went inside?

A. All three of us had walked inside. Frank Egan came out from the

Page 41

M. Chittum

living room area, and then my supervisor was engaged in conversation with Mr. Egan.

Q. Can I interrupt you for a second? Can you just describe to me the layout of the apartment as you go inside?

A. When you first walk in, it was the living room, then to the right was the kitchen. And to the far back right was Mr. Egan's bedroom, and to the far back left is where the other residents of the house were.

Q. How many residents were in the house at that time, or how many individuals were in the house at that time other than yourself and your two colleagues?

MR. SIDDIQI: Objection to form. You can answer to the extent you know.

A. Four.

Q. Who were those individuals?

A. I remember Mr. Egan. There were two other females in the house and one other gentleman.

11 (Pages 38 to 41)

Page 42

M. Chittum

Q. And you said Mr. Egan was in the bedroom; is that correct?

A. I don't know if he was at the time, but he was in the living room at that time.

Q. What about the other individuals, where did they --

A. They came from the far back left bedroom.

Q. All of them?

A. Yes.

Q. So was everybody in the living area at the same time?

A. Yes.

Q. What happened at that point?

A. I did see -- there was a laser device that was positioned on his refrigerator, sitting on the top. It was a very short refrigerator.

Q. While you were inside, did the helicopter continue shining the light on the particular window?

A. I'm not sure if they did or they didn't.

Page 43

M. Chittum

Q. You said there was a laser on top of the fridge, is that correct?

A. Yes.

Q. Where was the fridge positioned?

A. It was, as soon as you walked into the room, it was to the right. The common kitchen area, the refrigerator was to the left.

Q. Did you say you saw the laser on the top of the fridge?

A. Yes, I saw it.

Q. What did you do at that point?

A. I'm not sure what I did. I'm not sure if I grabbed it. I don't recall.

Q. Do you remember operating the laser?

A. Yes, I did, yeah.

Q. How did you operate it?

A. I'm not sure exactly, but I know I engaged the green light that came.

Q. I will just show you again what's been marked here as Plaintiff's Exhibit 3. Could you just take a look at that? Can you just confirm that is the

Page 44

M. Chittum

laser in question that you're referring to?

A. I'm not sure to be exact, if this is the exact one or not.

Q. You said that you operated the laser. How did you go about operating it?

A. I don't recall how I engaged, turned it on.

Q. You say you saw a green light?

A. A green light emitted from the laser, yes.

Q. While you were holding it?

A. Yes.

Q. Which direction did the green light go in?

A. Rephrase the question.

Q. Did you point the green light at the window, into the ceiling, into the floor across the apartment?

A. I don't recall exactly where.

Q. What happened after that?

A. I had spoke to the other gentleman, the mom -- let me rephrase. I don't know if that was Frank

Page 45

M. Chittum

Egan's mom. The two females that were there and the male gentleman that was there.

Q. Did you say your sergeant, Polanco, spoke to Mr. Egan?

A. Yes.

Q. What did they say? What was the conversation?

A. I don't know what the conversation was between those two.

Q. Were you in the same room at the time, though?

A. Yes.

Q. But you didn't hear what they said?

A. That's correct.

Q. What about yourself, who did you speak to?

A. I spoke to the other gentleman that was inside.

Q. What did you say to him?

A. I asked him about the -- where the laser came from, and he said that he bought it in Florida when he was down in

12 (Pages 42 to 45)

Page 46

M. Chittum

Florida.

Q. He stated that to you in the apartment?

A. Yes.

Q. Any other conversation that you had?

A. I spoke to the other two females.

Q. What did they say?

A. The mom was emotionally upset because of her health condition, and her daughter, she was like totally out of it. She was very irresponsive when I tried to speak to her. She wasn't responsive to questions.

Q. What happened next?

A. At that time, I was engaged in conversation with Mr. Egan. My supervisor did tell him to put on some shoes and socks. He explained to my supervisor that he was watching a TV show and then he gave a precise time -- the exact time I don't know, but he gave the exact time he fell asleep. At that time, I was instructed by

Page 47

M. Chittum

my supervisor to place Mr. Egan into custody.

Q. What happened after that?

A. Mr. Egan was removed from the premises.

Q. I will just show you what's been marked as, four pages that have been marked as Plaintiff's Exhibit No. 4. If you could just take a quick look at these pictures.

If I direct you to look at the one that's been marked with an A, that's depicting the street outside of the location. As you look at that picture, is there anywhere in that picture where the helicopter was located when you first arrived on the scene?

A. When were the pictures taken?

Q. I don't know the exact date the pictures were taken.

A. Yes, that's the location.

Q. Would the helicopter have been in the shot as you're looking at picture A?

Page 48

M. Chittum

A. The helicopter would be in the location, yes.

Q. And then --

MR. SIDDIQI: Would you have seen it in the area depicted in this picture, the helicopter?

THE WITNESS: Yes, I would have seen it, yes.

BY MR. ANDERSON:

Q. Then looking at what's been marked with a B, I think you said that you found the laser on top of a fridge.

Is depicting the fridge where you found the laser?

A. I don't recall if that's the exact fridge I was on.

Q. Is that roughly the location where you discovered it?

A. Yes.

Q. And the same for what had been marked as picture C and D?

A. Yes.

Q. Going back quickly to look at picture B, that door in the back left of

Page 49

M. Chittum

the picture, which individuals -- which door is that door?

A. When I came in, that would be to my right, and that's Frank Egan's bedroom.

Q. So what happened after you -- withdrawn.

Did you place handcuffs on Mr. Egan?

A. I'm not sure if I did.

Q. Was he handcuffed at some point?

A. Yes.

Q. Where was he handcuffed?

MR. SIDDIQI: Objection.

MR. ANDERSON: You want me to rephrase?

BY MR. ANDERSON:

Q. Where was he located at the point the handcuffs were put on him?

A. Upstairs in the house.

Q. What happened at that point?

A. He was brought outside.

Q. Then what happened?

A. Aviation was still over the location. And they pointed him, Mr. Egan

13 (Pages 46 to 49)

Page 50

M. Chittum

out, as the one operating the laser.

Q. How did they go about doing that?

A. They informed us over the radio that he was the -- it was confirmed of him having the laser.

Q. Were you on the radio at that time?

A. Clarify.

Q. You said that it was confirmed over the radio. So was it yourself that spoke to them over the radio?

A. They were instructing us that he was the one with the laser.

Q. They were instructing you he was the one they had seen with the laser?

A. They just confirmed that -- we had Mr. Egan and that he was the one in question.

Q. Where were they at that point?

A. They were still hovering over.

Q. Did they shine a light on Mr. Egan when he was standing outside?

A. Yes.

Page 51

M. Chittum

Q. And over the radio they had confirmed he was the one they had seen?

A. Yes.

Q. What happened at that point?

A. He was taken back to the 45th Precinct.

Q. Did you take him back yourself?

A. I don't recall who removed Mr. Egan back.

Q. What happened when you got to the precinct?

A. The desk officer had made the proper notifications to several units up to allow them to know what was going on. The proper procedures were conducted as far as notifying different units.

Q. What different units were notified?

A. I know the FBI was notified. Intelligence unit was notified. JTTF was notified.

Q. What's JTTF?

A. Joint Terrorism Task Force. There were several other units that were

Page 52

M. Chittum

there, but I don't recall exactly the names.

Q. Did you speak to any of these -- anyone from these units yourself?

A. To the FBI, yes.

Q. Who was it from the FBI that you spoke with?

A. I don't recall the gentleman's name.

Q. One individual?

A. I know there was one gentleman from the FBI that I spoke with.

Q. Did he arrive at the precinct?

A. Yes.

Q. Did you speak to him on the phone at all?

A. No.

Q. Just when you were at the precinct?

A. Yes.

Q. What did you say to him when you arrived at the precinct?

A. He asked me what happened, and I explained to him. At which time he then

Page 53

M. Chittum

instructed me to remove Frank Egan from the holding cell area and bring him into the juvenile room for questioning.

Q. And did you do that?

A. Yes.

Q. And who then did the questioning of Mr. Egan?

A. The FBI, the Intel unit and JTTF.

Q. Were you present during that interview?

A. Yes.

Q. What did Mr. Egan say, if anything, during the interview?

A. He stated that he wasn't the one who had the laser.

Q. At any point, did anyone in the interview encourage him to confess that it was him who had the laser?

MR. SIDDIQI: Objection to form. Can you just rephrase that question?

BY MR. ANDERSON:

Q. At any time during the interview, did anybody in there tell

14 (Pages 50 to 53)

Page 54

M. Chittum

Mr. Egan that he should just confess that he was the one who pointed the laser?

A. Not that I recall.

Q. Who was leading the questioning during the interview?

A. The FBI.

Q. That one individual?

A. Yes.

Q. How long did the interview go on for?

A. I don't recall the exact time.

Q. Did you stay present during the whole interview?

A. Yes.

Q. Did you say anything yourself?

A. No.

Q. What happened when the interview concluded?

A. Mr. Egan was brought back to the holding cell.

Q. Did you have any more interaction with Mr. Egan after that point?

A. Only for pedigree information.

Page 55

M. Chittum

Q. What does that mean?

A. Name, Social Security number, date of birth.

Q. What happened once you obtained that information?

A. That's it. I wouldn't have had any other conversation.

Q. Did you process the arrest?

A. Yes, I did.

Q. Did you communicate with any other law enforcement agency at this stage?

A. There were multiple agencies in the room. To be exact, who was in there, I'm not sure. I don't recall.

Q. Were you involved in the transfer of Mr. Egan from the precinct to booking?

A. No, I wasn't.

Q. At any time did you speak to the media?

A. No, I didn't.

Q. Do you know who would have been responsible for contacting the media?

Page 56

M. Chittum

MR. SIDDIQI: Objection to form. You can answer.

A. DCPI.

Q. At any time, did you communicate with the District Attorney's Office?

A. Yes.

Q. Did that happen that evening?

A. The next day it took place.

Q. And what were the extent of those communications?

A. As far as drawing up the criminal charges.

Q. Was there one particular person at the District Attorney's Office who contacted you?

A. Nobody contacted me, but I went inside.

Q. You went to the District Attorney's Office?

A. Yes.

Q. And you met with the prosecutor?

A. Yes.

Q. Did you give them a statement?

A. Yes.

Page 57

M. Chittum

Q. Did you provide any other information at that time?

A. No, just proper paperwork that we would give for an arrest.

Q. That was that day?

A. Yes.

Q. How long did that take?

A. Very extensive, but the exact time, I don't know.

Q. Why was it so extensive?

A. Just a long, drawn-out case.

Q. Were they asking you a lot of questions?

A. Yes.

Q. After that interview in the DA's Office, was there anyone else present at that the interview?

A. There was two DAs that were --

Q. After that, when did you next have communication with the DA's Office with respect to this?

MR. SIDDIQI: Object to form. You can answer.

A. I don't recall.

15 (Pages 54 to 57)

Page 58

M. Chittum

Q. Did you have further communication with them?

A. I don't recall if I did.

Q. Now, with respect to the other individuals who had been in the apartment when you were in there, did you have any more communication with any of those individuals?

A. Yes, I did.

Q. Which individual did you have communication with?

A. There was a male that was also inside the apartment.

Q. How did you come to have communication with that male?

A. I communicated, when I was in the apartment hen Mr. Egan was there himself, but he was also brought back to the 45th Precinct.

Q. Did you bring him back to the precinct?

A. Yes, I did.

Q. So who instructed you to do that?

Page 59

M. Chittum

A. The FBI.

Q. The individual who was at the precinct asked you to go back and pick up the other individual?

A. Yes.

Q. Did he give you a reason why he wanted you to pick up the other individual at that time?

A. He wanted to interview him as well.

Q. Did you have any communication with that other individual prior to getting back to the precinct?

A. No.

Q. What happened when you got back to the precinct with that individual?

A. He was brought into the area where Mr. Egan was questioned as well.

Q. At the same time?

A. No.

Q. Did you call it the juvenile room?

A. Yes.

Q. So the questioning of this

Page 60

M. Chittum

individual in the juvenile room took place after Mr. Egan had been questioned in that same room?

A. Yes.

Q. Who was present for the questioning of this individual?

A. The same individual who was present with Mr. Egan.

Q. Who led the questioning?

A. The FBI.

Q. Did you ask any questions yourself?

A. No, I did not.

Q. What did the individual say during this interview?

A. That he did not have anything to do with it. That he was in the room sleeping.

Q. Which room was he in sleeping?

A. When I got to the apartment, he came out of the far left bedroom.

Q. Did he state anything else in the interview?

A. I don't recall the extent of the

Page 61

M. Chittum

interview with him.

Q. How long an interview was that?

A. I don't recall the exact time either.

Q. What happened when that interview concluded?

A. He was taken back to his residence.

Q. Did you take him back?

A. That, I don't recall who took him back.

Q. Did you ever have any interaction him again after that point?

A. No.

Q. Any interaction with Mr. Egan after that point?

A. No.

Q. Were you involved in the case again after that day?

Sorry. You went to see the district attorney the next day, I believe you stated. So once you concluded speaking to the DA the next day, did you have any further involvement with the

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 62

M. Chittum

case?

A. I'm not sure if I did. I don't recall if I did.

Q. At some point, did you find out the resolution of the case against Mr. Egan?

A. I did hear on the news the speculation, what happened.

Q. You said you heard on the news speculation about what happened?

A. Yes.

Q. What do you mean by that?

A. I just heard what the news reported.

Q. What was that?

A. The gentleman that was inside the apartment assumed responsibility of using the laser.

Q. You never had any communications from a DA or any other law enforcement agencies relating to that?

A. No.

Q. Any other involvement with the case after that meeting at the DA's

Page 63

M. Chittum

office?

A. No.

MR. ANDERSON: Give me two seconds. I think we're almost done.

MR. SIDDIQI: Mind if I ask a redirect question while you look at your notes?

MR. ANDERSON: Sure.

EXAMINATION BY MR. SIDDIQI:

Q. Officer Chittum, can you please describe the demeanor of the second male individual you saw inside the apartment at the time that you were speaking to him inside the apartment?

A. When he came out of the bedroom, he did appear that he was sleeping. It did appear he had been sleeping, yes.

Q. One more question. The window that Aviation pointed at with their spotlight, where was that window located?

A. It was Mr. Egan's window.

Q. In his bedroom?

A. Yes.

Page 64

M. Chittum

Q. So not the window in the kitchen or in the living room?

A. No.

Q. So if we're looking at --

MR. ANDERSON: Can I just interrupt there?

MR. SIDDIQI: Let me finish this one question.

BY MR. SIDDIQI:

Q. If we're looking at what's been marked as Plaintiff's Exhibit 2 for identification, which corresponds with Defendants' 19, is it your testimony that the window that's been circled is the window of Mr. Egan's bedroom?

A. I don't recall the exact window. I just remember that Aviation pointed out to his window at that time. Which one is his window now --

Q. Do you remember from these windows which window it was that Aviation pointed at?

A. No.

FURTHER EXAMINATION

Page 65

M. Chittum

BY MR. ANDERSON:

Q. I'm confused, because you just said to Mr. Siddiqi's question there that it was his bedroom window. But when I asked you, looking at what has been marked as Exhibit 2, I believe you said that you weren't sure which window they pointed the light at. And then, I think when I asked you in the apartment did they shine the light in again when you were in there, you said no.

So now I'm confused as to how you're answering these questions by saying that it was the window of Mr. Egan's bedroom.

Can you explain that?

A. When I was at the scene, they showed me the window. I don't recall which one, the window that you have circled, if that's indeed Mr. Egan's window. But at the time, they pointed to Mr. Egan's window.

Q. How did you know it was Mr. Egan's window?

17 (Pages 62 to 65)

Page 66

M. Chittum

A.   Because when we went back -- when initially they shined it into the house.  They shined it, they went over it.  We went out and brought Mr. Egan outside.  And then they clarified again which window the last area had come from.  But I don't recall, from you circling -- it's been a couple of years, what exactly window was Mr. Egan's at the time.

But they did tell us at the time it was coming from that window, and that was the window of the bedroom from Mr. Egan.  Which one of these do I remember?  I don't recall which exactly one is it, but I remember them showing that it came from Mr. Egan's window.

Q.   That was when they were shining the spotlight before you went in or once you had come back out again?

A.   They shined it first, when I first got there, they shined and showed us, and when Mr. Egan was brought outside.

Q.   And it was the same window both times?

Page 67

M. Chittum

A.   Yes, but what you're showing me, I don't recall which window.  I just remember showing us, it was his window.

Q.   Did they state on the radio it was his bedroom window?

A.   They couldn't see that from inside there.

Q.   If they couldn't see inside there, how could they identify Mr. Egan from the window?

A.   I don't know.  You would have to ask him that.

Q.   Did they identify him from over the radio?

A.   They gave us a positive it was Mr. Egan.

MR. ANDERSON:  I've got no further questions at this point.

(Time noted:  4:00 p.m.)

Page 68

STATE OF _____ )
                         ) :ss
COUNTY OF _____)


I, POLICE OFFICER MELVIN CHITTUM, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.


_____
POLICE OFFICER MELVIN CHITTUM

Page 69

C E R T I F I C A T E
STATE OF NEW YORK   )
           : ss.
COUNTY OF NEW YORK  )

I, Linda Salzman, a Notary Public within and for the State of New York, do hereby certify:

That POLICE OFFICER MELVIN CHITTUM, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 22nd day of March, 2017.

_____
      Linda Salzman

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 70

--------------- I N D E X ---------------

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| POLICE OFFICER MELVIN CHITTUM | | |
| | MR. ANDERSON | 5, 65 |
| | MR. SIDDIQI | 63 |

--------------- EXHIBITS ----------------

| PLAINTIFF'S | | FOR ID. |
|---|---|---|
| Exhibit 6 | Document | 20 |

Page 72

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: Egan v. New York City, et al.

Dep. Date: March 16, 2017

Deponent:  POLICE OFFICER MELVIN CHITTUM

Pg. Ln.   Now Reads  Should Read  Reason

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signature of Deponent

SUBSCRIBED AND SWORN BEFORE ME

THIS    DAY OF        , 2017.

_____

(Notary Public)  MY COMMISSION

EXPIRES:_____

Page 71

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections.  You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you.  If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

19 (Pages 70 to 72)

**A**

able 22:23
abuse 20:22 22:10
23:24 25:3 26:11
academy 10:18,21
11:2
accurate 6:14
71:19
acknowledge 38:12
action 69:18
activated 8:7,10,16
8:18
actual 30:13
Additional 8:23
Addressing 17:5
advised 36:22
Affairs 20:17
afternoon 31:12
agencies 55:14
62:22
agency 55:12
AGREED 4:4,10
4:14
Agreement 2:10
ahead 21:18 33:24
air 32:17
al 72:3
alerted 32:4
allegation 21:2,15
23:25 26:14 27:5
28:6,17
allegations 22:11
22:12 23:9,13
25:5,9 28:13
29:23 30:2,7
allow 51:15
allowed 29:13,16
amount 15:4
Anderson 3:9 5:7
5:11 19:24 20:4,9
27:11,15 33:25
48:10 49:15,17
53:23 63:4,9 64:6
65:2 67:18 70:5
answer 6:4 10:15
14:23 21:25 22:3

22:15 23:12 24:7
25:8 26:19 28:15
30:5 32:25 41:19
56:3 57:24
answered 39:25
40:2
answering 13:23
65:14
answers 6:9,14
anybody 40:13
53:25
apartment 33:11
37:25 41:6 44:20
46:4 58:6,14,18
60:21 62:18 63:14
63:16 65:10
appear 24:15 63:18
63:19
appearance 23:20
24:17
appropriate 71:6
area 12:15 41:2
42:14 43:8 48:6
53:3 59:18 66:7
arrest 27:3 30:22
55:9 57:5
arrests 12:20,24
arrive 52:14
arrived 35:2 47:18
52:23
asked 45:23 52:24
59:4 65:6,9
asking 5:13 57:13
asleep 46:25
assault 12:25
assigned 12:5,6
13:12,15,18 14:4
14:14 28:7 31:16
assignment 10:25
13:10 19:7,15
31:15
assignments 19:13
assumed 62:18
attached 68:13
71:12
attained 6:18
attend 6:25

attorney 61:22
71:16
Attorney's 56:6,15
56:20
authority 28:10
auto 15:12,12
Avenue 32:9,10
33:11 34:25 36:2
aviation 32:7,7,14
32:16 33:2,18,20
34:3,4,8 35:10
36:5 39:3,12
49:24 63:21 64:18
64:22
aware 23:13 24:8
25:9 27:8 30:6

**B**

B 28:6 48:12,25
back 7:22 17:23,24
18:3,8,9,15,22,23
29:7 37:20 40:10
41:9,10 42:9
48:24,25 51:6,8
51:10 54:20 58:19
58:21 59:4,14,16
61:8,10,12 66:2
66:20
based 8:12 15:21
beam 36:23,25
bedroom 41:10
42:3,10 49:5
60:22 63:17,24
64:16 65:5,16
66:13 67:6
Behalf 3:4,13
believe 26:25 61:22
65:7
birth 55:4
bit 5:15 23:19
blood 69:18
book 26:21 30:11
booking 55:19
borough 21:8
bottom 22:8 23:6
24:24
bought 45:25

break 19:23
briefly 38:21
bring 25:11 30:10
53:3 58:21
Broadway 2:8 3:6
Bronx 28:20 29:4,8
brought 49:22
54:20 58:19 59:18
66:5,23
building 36:7,14
37:19 38:10,17
39:2,21 40:8

**C**

C 3:2 48:22 69:2,2
call 14:15 32:12
59:22
called 5:3
calls 14:17
Camden 7:2
capacity 1:12 32:22
car 12:12 13:24
14:16 16:16 31:25
35:16,17
carefully 71:4
case 21:9,19,21
23:8,10,23 25:2,6
25:10 26:10,25
57:12 61:19 62:2
62:6,25 72:3
cases 20:19 21:24
22:22
ceiling 44:19
cell 53:3 54:21
certification 4:6
certify 68:10 69:9
69:16
CESAR 1:11
changes 71:11
charge 24:9
charges 26:18
56:13
check 19:11
Chittum 1:10,18
2:6 5:2,10 6:1,17
7:1 8:1 9:1 10:1
11:1 12:1 13:1

14:1 15:1 16:1
17:1 18:1 19:1
20:1,10 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1,19 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1,22 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1,12 64:1
65:1 66:1 67:1
68:8,18 69:11
70:4 72:5
Chit-tum 5:8
Church 3:16
circled 64:15 65:21
circling 66:8
City 1:9,13 3:14
72:3
claim 20:23
clarified 66:6
clarify 13:20 31:3
34:4 50:10
clarifying 34:16
class 11:19
clear 5:25
Close 37:8
Coddington 33:11
36:2
colleagues 41:17
college 6:19,24 7:2
7:5
come 18:17 58:15
66:7,20
coming 27:24 36:7
36:8 66:12
Command 28:5
commander 21:7
COMMISSION
72:24

common 43:8
communicate
  38:11 55:11 56:5
communicated
  58:17
communicating
  36:17
communication
  57:21 58:3,8,12
  58:16 59:12
communications
  56:11 62:20
compounds 16:13
  17:6
concerning 26:13
  27:5
concluded 54:19
  61:7,23
condition 46:12
Conditions 15:14
  16:23,23 17:4,5,7
  17:14,22
conducted 51:16
confess 53:19 54:2
confirm 19:12
  38:15 43:25
confirmation 38:12
confirmed 50:6,11
  50:18 51:3
confused 65:3,13
Construction 8:11
contacted 34:3
  56:16,17
contacting 33:20
  34:9 55:25
continue 42:22
continued 20:2
conversation 41:3
  45:9,11 46:6,19
  55:8
copy 23:2 25:11,17
  25:19,21 26:22
  30:10
Corporation 3:15
correct 10:2,10,11
  18:13 28:23 31:4
  35:14 42:3 43:3

45:17 68:11
corrections 68:12
  71:5,7
corresponds 64:13
corruption 21:21
counsel 3:15 4:4
County 7:2 68:4
  69:5
couple 66:9
court 1:2 4:17
  22:17,18,21,24
  23:15,17 24:4,11
  24:12,15,18,21
  25:12,13 26:4
  71:20
crimes 14:20
criminal 56:13
current 19:6
curtains 40:17
custody 47:3

                D

D 48:22 70:2
DA 61:24 62:21
dark 40:10,12
DAs 57:19
date 15:10 20:8
  27:12,14 30:24
  47:20 55:4 71:9
  72:4
dates 15:17
daughter 46:13
day 12:2 14:10,15
  19:15 29:14 31:7
  31:15,19 32:2,3
  56:9 57:6 61:20
  61:22,24 69:22
  72:22
days 28:11 29:24
  30:3 71:16
DA's 57:16,21
  62:25
DCPI 56:4
decided 10:7
deemed 21:7 71:19
Defendant 2:6
Defendants 1:14

3:13 20:21 23:6
  23:22 26:9,24
  28:5 29:21 64:14
DelleCave 3:5
demeanor 63:13
Dep 72:4
department 1:13
  3:14 20:23 21:11
  22:10 23:24 25:3
  26:11
depends 14:7
depicted 48:6
depicting 38:25
  47:14 48:14
Deponent 72:5,19
deposing 71:15
deposition 1:17 2:5
  4:7,14 68:10
  69:12,14 71:3,13
  71:17,18
describe 41:5 63:13
desk 21:6 51:13
details 20:18,25
  21:14 28:12,16
detectives 19:20
device 33:14 42:18
different 12:19
  14:9 21:24 51:17
  51:18
diploma 6:20
direct 47:12
directed 33:10
directing 32:8
  35:10,12,15
direction 44:15
directly 33:3
disciplinary 20:12
discipline 28:6
discover 29:9 36:3
discovered 48:19
Dispute 27:3
distance 37:6,7
district 1:2,3 56:6
  56:15,19 61:22
Document 20:7
  70:10
doing 8:9 15:5

29:10 50:3 71:8
door 39:24 40:3,6,7
  48:25 49:3,3
drawing 56:12
drawn 40:18,18
drawn-out 57:12
driving 21:3
drug 12:25
drugs 17:10
due 24:15
duly 5:3 69:13
duty 7:22
DWI 12:25

_____

                E

E 3:2,2 69:2,2 70:2
East 32:9 34:24
education 6:18 7:6
educational 5:16
effect 4:16
Egan 1:6 5:12
  30:22,25 32:5
  40:25 41:3,23
  42:2 45:6 46:19
  47:2,5 49:9,25
  50:19,24 51:10
  53:2,8,14 54:2,20
  54:23 55:18 58:18
  59:19 60:3,9
  61:16 62:7 66:5
  66:14,23 67:10,17
  72:3
Egan's 41:10 45:2
  49:5 63:23 64:16
  65:15,21,23,25
  66:10,17
eight 7:12,13 17:18
either 35:6 61:5
elaborate 23:19
emitted 44:11
emotionally 46:11
employed 8:4 9:8
  9:10
employment 5:16
  7:6 9:13
encourage 53:19
enforcement 15:13

15:13,16,20 16:2
  16:3,12,19,22
  17:11 55:12 62:21
engaged 41:3 43:21
  44:8 46:18
England 21:4
  28:18
entail 13:22 17:3
entered 39:17
errata 71:6,9,11,15
  72:2
ESQ 3:9,19
et 72:3
evening 56:8
eventually 35:18
everybody 42:13
exact 9:2 11:19,20
  15:4,10,17 17:16
  29:13 30:25 33:8
  35:22 37:7 44:4,5
  46:23,24 47:20
  48:17 54:12 55:15
  57:9 61:4 64:17
exactly 13:7 36:6
  36:15 43:20 44:21
  52:2 66:9,15
EXAMINATION
  5:6 63:10 64:25
  70:3
examined 5:4
Exhibit 20:5,6,14
  38:20 43:24 47:9
  64:12 65:7 70:10
EXHIBITS 70:8
exited 36:10,11
experience 12:10
experienced 12:3,7
EXPIRES 72:25
explain 28:12 29:25
  65:17
explained 46:21
  52:25
explaining 6:11
extensive 57:9,11
extent 21:17 22:14
  23:12 24:7 25:8
  26:16 27:7 28:15

**F**

30:5 41:19 56:10 60:25

**F** 69:2
**facts** 26:13 27:4 30:7
**fail** 71:18
**failed** 30:10
**far** 37:4 41:9,10 42:9 51:17 56:12 60:22
**FBI** 51:20 52:6,7 52:13 53:9 54:7 59:2 60:11
**February** 27:24 28:8
**fell** 11:22 46:24
**females** 41:24 45:2 46:9
**field** 11:7,10,10,12 11:14
**file** 25:22 26:2
**find** 22:24 62:5
**finish** 6:3 64:8
**first** 10:25 13:15 14:8 32:4 34:17 41:7 47:17 66:21 66:22
**five** 28:11
**flew** 36:5
**floor** 44:20
**Florida** 45:25 46:2
**flying** 34:11,13,20
**follow** 35:4
**follows** 5:5 20:3
**foot** 12:11,13 35:16
**force** 4:16 51:24
**foregoing** 68:9
**forfeited** 28:11
**forfeiture** 29:23 30:3
**forgot** 26:3
**form** 4:11 10:14 14:22 21:16 22:13 23:11 24:6 25:7 26:15 27:6 28:14

30:4 32:24 33:23 41:18 53:21 56:2 57:23
**forth** 69:13
**found** 48:13,15
**four** 8:23 41:21 47:8
**Frank** 1:6 30:22 40:25 44:25 49:5 53:2
**frequency** 32:17
**fridge** 43:3,5,11 48:13,14,17
**FTO** 11:6,8
**FTU** 11:10,22 12:4 12:21 13:5,11
**full** 6:13 11:19
**full-time** 7:25 8:19 9:24 10:4,6,9
**further** 4:9,13 58:2 61:25 64:25 67:19 69:16

**G**

**general** 5:18
**gentleman** 41:25 44:24 45:3,20 52:12 62:17
**gentleman's** 52:9
**geographical** 12:15
**geographically** 16:10
**gestures** 5:25
**getting** 59:14
**give** 6:13 56:24 57:5 59:7 63:4
**given** 69:15
**go** 7:6 9:6 11:24 12:2 15:11,15 16:21 17:21 18:6 18:20 20:15 21:17 33:24 40:10 41:6 44:7,16 50:3 54:10 59:4
**goes** 11:15
**going** 5:13,14 6:5 8:17 20:10,13

23:21 33:13 37:20 38:16 48:24 51:15
**Good** 6:16
**grabbed** 43:15
**graduate** 6:21 7:3
**graduated** 11:18,21
**green** 43:21 44:10 44:11,15,18
**group** 14:12
**Guard** 7:23,24 8:6 8:18 10:9
**guess** 6:10

**H**

**Halfway** 26:24
**hand** 20:13 69:22
**handcuffed** 49:11 49:13
**handcuffs** 49:8,19
**happen** 56:8
**happened** 28:21,25 35:2 37:12,17 39:18,22 40:4,22 42:16 44:22 46:17 47:4 49:6,21,23 51:5,11 52:24 54:18 55:5 59:16 61:6 62:9,11
**hard** 23:2 25:17
**Harrington** 32:9 34:24
**health** 46:12
**hear** 34:20 45:15 62:8
**heard** 62:10,14
**held** 2:7
**helicopter** 34:11,14 34:18,19 36:18 37:4,9,11,21 38:6 39:13 40:15 42:22 47:17,23 48:2,7
**hen** 58:18
**hereinbefore** 69:12
**hereto** 4:5
**hereunto** 69:22
**high** 6:19,21 7:19
**highest** 6:18

**history** 5:17 20:12
**hold** 9:15
**holding** 44:13 53:3 54:21
**honest** 6:13
**house** 33:10,11 41:12,14,15,24 49:20 66:4
**hovering** 50:22

**I**

**IA** 20:21 22:9 23:7 23:22 27:8
**ID** 70:9
**identification** 20:7 64:13
**identify** 37:24 38:4 67:10,14
**imperative** 71:14
**incident** 5:19 19:9 27:9,24 30:20 32:4
**indicate** 37:23
**indicated** 37:22
**individual** 32:19 52:11 54:8 58:11 59:3,5,8,13,17 60:2,7,8,15 63:14
**individually** 1:11
**individuals** 33:20 34:3 37:9 41:15 41:22 42:8 49:2 58:6,9
**information** 33:6 54:25 55:6 57:3
**informed** 50:5
**initially** 66:3
**inside** 37:19 38:9 38:17 39:20 40:8 40:20,23,25 41:6 42:21 45:21 56:18 58:14 62:17 63:14 63:16 67:8,9
**instructed** 46:25 53:2 58:24
**instructing** 50:14 50:16

**INSTRUCTIONS** 71:2
**Intel** 53:9
**Intelligence** 51:21
**interaction** 54:23 61:14,16
**interested** 69:19
**Internal** 20:17
**interrupt** 41:4 64:7
**interview** 53:12,15 53:19,25 54:6,10 54:14,18 57:16,18 59:10 60:16,24 61:2,3,7
**investigation** 27:8
**investigations** 20:17
**involved** 30:22 55:17 61:19
**involvement** 61:25 62:24
**involving** 32:5
**Iraq** 8:17
**irresponsive** 46:14

**J**

**J** 3:19
**Jersey** 8:14
**job** 1:25 8:8,19
**join** 7:18 10:7,12
**joined** 9:9
**Joint** 51:24
**JTTF** 51:21,23 53:10
**July** 10:24
**June** 27:10 28:8
**juvenile** 53:4 59:22 60:2

**K**

**keep** 25:20,22
**kind** 12:23 17:7 33:19
**kitchen** 41:9 43:8 64:2
**knocked** 39:24
**know** 6:7 11:18,20

15:4,10,17 21:17
21:24 22:2,14
27:4,23 32:21
33:21 34:8 35:24
36:15 37:7 39:4,9
39:15 41:20 42:4
43:20 44:25 45:10
46:24 47:20 51:15
51:20 52:12 55:24
57:10 65:24 67:12

**L**

**laser** 33:14 36:6,23
36:25 42:17 43:2
43:10,17 44:2,7
44:12 45:24 48:13
48:15 50:2,7,15
50:17 53:17,20
54:3 62:19
**lastly** 5:18 6:12
**law** 3:14 55:12
62:21
**laws** 16:4
**lawsuit** 5:12,20
19:10 30:21
**layout** 41:6
**leading** 54:5
**leave** 7:16 15:8
28:11
**led** 60:10
**left** 7:5,15 8:24,25
9:5 13:11 15:11
15:13 17:21 18:6
18:17,20 35:7
41:11 42:9 43:9
48:25 60:22
**let's** 26:23 30:19
**level** 6:18
**license** 13:2
**lieutenant** 19:20
**life** 17:8
**light** 38:13 39:13
40:11,14 42:22
43:21 44:10,11,16
44:18 50:23 65:9
65:11
**Linda** 1:24 2:10

69:7,25
**listed** 21:21 22:9
**little** 5:15 23:19
**living** 41:2,8 42:5
42:13 64:3
**LLP** 2:8 3:5
**Ln** 72:6
**located** 47:17 49:18
63:22
**location** 32:8,18
33:13 34:22 35:3
35:19,21,22 36:4
36:16,24 47:15,22
48:3,18 49:25
**locations** 12:18,19
**log** 27:13
**long** 7:10 8:21
10:20 13:5,7
14:25 16:18 18:2
18:4,25 54:10
57:8,12 61:3
**longer** 9:24 10:9
**look** 20:14 29:21
38:20 43:24 47:10
47:12,15 48:24
63:7
**looking** 20:20
47:24 48:11 64:5
64:11 65:6
**looks** 21:10
**Lopez** 31:20,25
39:19 40:21
**Lopez's** 31:21
**lot** 57:13

**M**

**M** 6:1 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1

40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1
**main** 5:19
**making** 12:20
32:19,23
**Malcolm** 3:9 5:11
19:22
**malcolm@peters...**
3:10
**male** 45:3 58:13,16
63:13
**March** 1:20 2:2
19:11 30:23 69:23
72:4
**Mark** 20:4
**marked** 20:7,13,20
23:5 26:23 28:4
38:19 39:7,9,12
43:23 47:8,9,13
48:12,22 64:12
65:6
**marriage** 69:18
**matter** 69:20
**matters** 5:22
**mean** 8:16 11:12
12:8 13:18 15:25
16:7 22:20 23:2
32:15 55:2 62:13
**media** 55:22,25
**meeting** 62:25
**MELVIN** 1:10,18
2:6 5:2 68:7,18
69:10 70:4 72:5
**members** 1:12
**memo** 26:21 30:11
**met** 56:22
**military** 7:8,11,15
7:16,18,21 8:20
8:22 9:6,17,25

10:4
**Mind** 63:6
**mine** 17:15
**misconduct** 23:8,23
25:2
**mislaid** 26:2
**misplaced** 22:23
26:7
**missed** 23:15,17,20
24:10,12,14
**missing** 30:9
**mom** 44:24 45:2
46:11
**month** 8:2
**months** 10:22 13:9
**Morristown** 8:13
**motorist** 24:23
**move** 26:23 30:19
**Moving** 28:4
**multiple** 26:6,7
55:14

**N**

**N** 3:2 70:2
**name** 5:10 32:21
52:10 55:3 72:3
**names** 52:3
**National** 7:23,24
8:5,18 10:8
**necessarily** 14:7
**necessary** 71:4
**neighborhood**
12:15
**never** 62:20
**New** 1:3,9,13,19,19
2:9,9,11 3:7,7,14
3:17,17 8:13 21:4
21:5 28:18 29:6
69:3,5,9 72:3
**news** 62:8,10,14
**nods** 5:24
**nonappearance**
24:2
**normally** 25:20
**Notary** 2:11 4:15
5:4 69:7 72:24
**noted** 67:20 71:11

**notes** 63:8
**notifications** 51:14
**notified** 51:19,20
51:21,22
**notifying** 21:6
51:17
**number** 11:21
21:19 22:10 27:2
55:3
**NYPD** 5:18 9:8,9
9:11,13,16,21
10:6,8,13 20:12
32:7 34:5

**O**

**Object** 57:23
**objection** 10:14
14:22 21:16 22:13
23:11 24:6 25:7
26:15 27:6,22
28:14 30:4 32:24
33:23 41:18 49:14
53:21 56:2
**objections** 4:10
**observing** 14:19
**obtained** 55:5
**occasion** 24:5 25:14
28:24 29:3
**occasions** 28:9,22
**occurred** 27:9
**occurrence** 27:14
**October** 19:3,4
**office** 3:15 56:6,15
56:20 57:17,21
63:2
**officer** 1:9,10,18
2:5 5:2,10 6:17
9:22 10:16 11:15
11:25 12:3,4,8,9
20:10 30:19 31:20
31:21,25 38:22
39:19 40:21 51:13
63:12 68:7,18
69:10 70:4 72:5
**officers** 11:16
17:13 34:7
**offices** 2:7

**Okay** 5:21 10:17 27:15 28:3,21 31:24 40:4
**OMAR** 3:19
**once** 7:22 55:5 61:23 66:19
**open** 40:6
**opened** 40:7
**operate** 43:19
**operated** 44:6
**operating** 43:16 44:7 50:2
**original** 71:15
**osiddiqi@law.ny...** 3:20
**outcome** 69:20
**outside** 36:13 40:9 40:10,11 47:14 49:22 50:24 66:5 66:23

——————————
**P**

**P** 3:2,2
**page** 20:21 22:8 23:6,21 24:24,25 26:24,25 28:4 29:21 68:13 70:3
**pages** 47:8 68:9
**paperwork** 57:4
**paragraph** 29:22
**part** 11:16 12:21 14:2 16:11 34:4
**particular** 12:14 30:21 31:14 36:4 37:24 42:23 56:14
**particularly** 27:12
**parties** 4:5 69:17
**partner** 11:25 14:5 14:6,10 21:3 31:17,19,22 36:23
**parts** 5:15
**patrol** 12:11,13,16 13:13,16,19,21 14:3,13,21,25 15:5,8,11 16:15 17:12 18:8,9,15 18:18,21 19:18

31:4,16,25
**pedigree** 54:25
**pen** 39:8
**period** 8:22
**permission** 28:10
**person** 56:14
**Peterson** 3:5
**PetersonDelleCave** 2:8
**Pg** 72:6
**phone** 52:17
**photograph** 39:5
**physically** 34:21
**pick** 59:4,8
**picture** 38:21,23 47:15,16,24 48:7 48:22,25 49:2
**pictures** 47:11,19 47:21
**pilots** 33:18 34:8
**place** 19:11 47:2 49:8 56:9 60:2
**placed** 12:17
**plaintiff** 1:7 3:4 5:12
**Plaintiff's** 20:5,6 20:14 38:19 43:23 47:9 64:12 70:9
**platoon** 21:7
**Plaza** 21:5
**please** 6:6,9 63:12 71:3,8
**point** 9:7,23 19:17 29:9,15,16 36:21 37:5,12 39:18 40:5,11 42:16 43:13 44:18 49:11 49:19,21 50:21 51:5 53:18 54:24 61:14,17 62:5 67:19
**pointed** 33:15 36:5 36:24 39:3 49:25 54:3 63:21 64:18 64:23 65:8,22
**Polanco** 1:11 37:16 37:18 39:20 40:21

45:6
**police** 1:9,10,13,18 2:5 5:2 9:22 10:16,18,20 11:2 34:7 68:7,18 69:10 70:4 72:5
**position** 7:25 13:3 17:19
**positioned** 42:18 43:5
**positive** 67:16
**possession** 12:25
**post** 28:9
**precinct** 11:3,5 12:16 13:13 15:2 15:9 16:6,8,14,25 17:6,22 18:15,18 25:24 28:7 31:5 51:7,12 52:14,20 52:23 55:18 58:20 58:22 59:4,14,17
**precise** 46:23
**predict** 6:4
**preliminary** 5:22
**premises** 39:18 47:6
**present** 53:11 54:13 57:17 60:6 60:9
**previously** 24:3
**prior** 59:13
**procedures** 51:16
**proceedings** 20:2
**process** 55:9
**processes** 21:12
**Program** 11:6,7,8 11:23 13:6,11
**pronounce** 5:8
**proper** 51:14,16 57:4
**prosecutor** 56:22
**provide** 57:2
**provided** 33:7
**public** 2:11 4:15 5:4 17:10 69:8 72:24
**pursuant** 2:9

**put** 46:20 49:19
**p.m** 2:3 31:10,11 67:20

——————————
**Q**

**Qualify** 17:8
**question** 4:11 6:5 14:23 22:2,4,16 26:20 31:7 32:2,3 44:2,17 50:20 53:22 63:7,20 64:9 65:4
**questioned** 59:19 60:3
**questioning** 53:4,7 54:5 59:25 60:7 60:10
**questions** 5:14,17 5:19,24 6:3,6,14 20:11 46:16 57:14 60:12 65:14 67:19
**quick** 47:10
**quickly** 48:24
**quit** 8:8,19

——————————
**R**

**R** 3:2 69:2
**radio** 13:23 32:6,12 33:4,8 35:13 36:18 37:22 50:5 50:8,12,13 51:2 67:5,15
**reach** 35:18
**read** 68:8 71:3 72:6
**reading** 30:14
**Reads** 72:6
**realized** 29:16
**reason** 6:2,12 59:7 71:5 72:6
**recall** 9:2 16:20 17:15 18:4 19:14 28:2 29:14 30:15 30:16,17,24 31:8 31:23 33:9 37:6 39:14 40:2,19 43:15 44:8,21 48:16 51:9 52:2,9

54:4,12 55:16 57:25 58:4 60:25 61:4,11 62:4 64:17 65:19 66:8 66:15 67:3
**receipt** 71:17
**received** 32:6,11,13
**recess** 19:25
**recognize** 38:23
**recollection** 27:16
**record** 5:25 69:14
**redirect** 63:7
**referring** 44:2
**refrigerator** 42:19 42:20 43:8
**regulations** 20:23 22:10 23:25 25:3 26:12
**related** 22:12 69:17
**relating** 62:22
**remember** 18:14 26:16,18 27:18 28:16 30:12,21 40:17 41:23 43:16 64:18,21 66:15,16 67:4
**Remind** 34:22
**remove** 53:2
**removed** 47:5 51:9
**rephrase** 6:8 44:17 44:24 49:16 53:22
**reported** 1:23 62:15
**represent** 5:11
**request** 32:20,23
**requested** 32:18
**rescheduled** 22:22 26:6
**reserved** 4:12
**residence** 39:2 61:9
**residents** 41:11,13
**resolution** 62:6
**respect** 57:22 58:5
**respective** 4:5
**responding** 14:17
**responses** 5:23
**responsibility**

62:18
**responsible** 55:25
**responsive** 46:15
**resulted** 29:23 30:2
**return** 71:14
**right** 7:19 29:7 30:18 35:7 41:8,9 43:7 49:5
**Rochelle** 21:5 29:6
**role** 9:20 11:4 13:21 17:3 18:11
**roll** 14:15
**room** 41:2,8 42:5 43:7 45:12 53:4 55:15 59:23 60:2 60:4,18,20 64:3
**roughly** 9:3 13:8 15:18 17:17 48:18
**route** 35:4
**RPR** 1:24
**rules** 21:11
**runs** 13:23

**S**

**S** 3:2
**Salzman** 1:24 2:10 69:7,25
**sat** 19:19
**saw** 43:10,12 44:10 63:14
**saying** 29:3 36:20 65:14
**says** 26:21 27:13 30:9
**scene** 37:14,18 47:18 65:18
**school** 6:19,22 7:9 7:19
**sealing** 4:6
**second** 40:10 41:5 63:13
**seconds** 63:5
**Security** 55:3
**see** 14:20 34:17,19 34:21 36:25 37:8 37:10,11 39:7 40:13 42:17 61:21

67:7,9
**seeing** 26:17
**seen** 48:6,9 50:17 51:3
**sent** 11:21
**sergeant** 12:6 21:6 37:16,17 39:20 40:21 45:5
**sergeants** 19:20
**serve** 7:20
**set** 11:25 69:12,22
**sheet** 71:7,9,12,15 72:2
**shine** 38:7 50:23 65:10
**shined** 40:14 66:3,4 66:21,22
**shining** 38:13 39:13 42:22 66:18
**shoes** 46:20
**short** 42:20
**shot** 47:24
**show** 24:18,19 38:18 43:22 46:22 47:7
**showed** 37:13,18 65:19 66:22
**showing** 24:20 66:16 67:2,4
**shown** 68:12
**SIDDIQI** 3:19 10:14 14:22 19:22 21:16,23 22:13 23:11 24:6 25:7 26:15 27:6,13,22 28:14 30:4,12 32:24 33:23 41:18 48:5 49:14 53:21 56:2 57:23 63:6 63:11 64:8,10 70:6
**Siddiqi's** 65:4
**sign** 71:8
**Signature** 72:19
**signed** 4:15,17
**signing** 71:10
**sir** 22:20

**sitting** 42:19
**situation** 6:11
**situations** 14:20
**six** 10:22 13:9
**sleeping** 60:19,20 63:18,19
**smaller** 14:12
**Social** 55:3
**socks** 46:21
**Somebody** 40:6
**soon** 43:6
**sorry** 23:16 29:2 61:21
**SOUTHERN** 1:3
**space** 71:6
**speak** 33:3 45:19 46:15 52:4,16 55:21
**speaking** 61:24 63:15
**specific** 24:8 25:10 28:17 30:6
**speculate** 6:10
**speculation** 62:9,11
**split** 5:15
**spoke** 44:23 45:6 45:20 46:8 50:13 52:8,13
**spotlight** 36:6 38:5 38:8 63:22 66:19
**squad** 12:12
**ss** 68:3 69:4
**stage** 55:13
**stand** 11:8
**standing** 36:13,16 50:24
**start** 9:12
**started** 9:16 18:14 19:3 31:11
**starting** 20:16
**state** 2:11 60:23 67:5 68:2 69:3,8 71:5
**stated** 46:3 53:16 61:23
**statement** 56:24
**states** 1:2 24:10

25:18 30:9
**stationed** 16:5,7
**stay** 54:13
**steady** 14:6
**stemming** 27:8
**STIPULATED** 4:3 4:9,13
**STIPULATIONS** 4:2
**stop** 10:3
**street** 3:16 47:14
**streets** 35:11,24
**subject** 5:20 19:10 30:20 68:11 71:10
**SUBSCRIBED** 72:21
**substantiated** 20:24 21:13 22:11 23:8,24 25:4 26:11
**Suite** 3:6
**summons** 15:12 22:18,19,23,25 23:3 24:22 25:12 25:17,19,21 26:22
**summonses** 25:23 26:5 30:10
**supervisor** 37:13 41:2 46:19,21 47:2
**supposed** 24:20 29:10
**sure** 5:23 6:2,8 13:7 15:19 22:6 27:11 35:23 42:24 43:14 43:15,20 44:4 49:10 55:16 62:3 63:9 65:8
**suspended** 13:2
**sworn** 4:17 5:4 69:13 72:21

**T**

**T** 69:2,2
**take** 19:23 20:14 26:3 38:20 43:24 47:10 51:8 57:8

61:10
**taken** 19:25 47:19 47:21 51:6 61:8
**talking** 22:3,15
**Task** 51:24
**team** 14:2
**technically** 28:20 29:4
**tell** 46:20 53:25 66:11
**telling** 35:6
**ten** 12:9
**Terrorism** 51:24
**testified** 5:5
**testify** 27:7,23 30:13
**testimony** 64:14 68:9 69:15
**tests** 19:20
**Thank** 34:16
**thing** 30:13
**things** 12:23 13:2
**think** 26:10 31:3 37:21 48:12 63:5 65:9
**thirty** 71:16
**thousands** 26:5
**three** 5:15 40:7,24
**Thruway** 21:4 28:19
**time** 4:12 5:17 7:21 9:6,18 18:17 19:13 29:13 31:2 33:7 35:16 36:9 36:18 41:14,15 42:5,6,14 45:13 46:18,23,23,24,25 50:9 52:25 53:24 54:12 55:21 56:5 57:3,10 59:9,20 61:4 63:15 64:19 65:22 66:10,11 67:20
**times** 22:22 26:7 29:19 66:25
**titled** 27:2
**today** 5:14 6:13

19:10
**told** 29:12 33:12,16
   38:16
**toll** 21:5 29:7
**top** 20:21 21:20
   26:9 28:5 29:22
   42:19 43:3,11
   48:13
**Total** 7:12
**totally** 46:13
**tour** 31:8
**traffic** 15:12,12,13
   15:15,20 16:2,4
   16:11,18,21 17:23
   17:24 18:2,7,22
   18:23,25 21:12
   22:18,21 23:15,17
   24:4,10,12,14,18
   24:21 25:13 26:4
**train** 11:15
**training** 11:7,10,11
   11:13,14
**transcript** 68:11
   71:17,19 72:2
**transfer** 55:18
**transmission** 32:6
   33:8
**Tremont** 32:9
   34:24
**trial** 4:12
**tried** 46:14
**true** 68:11 69:14
**try** 5:14 6:7
**turn** 35:7,7,11
**turned** 21:4 28:19
   29:5,7 44:9
**TV** 46:22
**two** 8:2 21:23 30:10
   41:16,24 45:2,11
   46:8 57:19 63:4

## U

**Uh-huh** 7:14
**underlying** 30:7
**underneath** 37:11
**understand** 6:6
**uniform** 13:3 17:19

**unit** 8:18 11:10,11
   11:13,17 15:6
   16:24 17:4,14,22
   19:16 32:7,18
   51:21 53:9
**UNITED** 1:2
**units** 51:14,17,18
   51:25 52:5
**Unprepared** 26:22
**upset** 46:11
**upstairs** 39:23
   49:20
**Urinating** 17:10
**use** 38:3

## V

**v** 72:3
**vacation** 29:24 30:3
**various** 12:17
   29:22,25
**vehicle** 33:19 36:10
   36:11
**verbal** 5:24
**vicinity** 32:8
**violation** 21:11
**vs** 1:8
**VTL** 16:3

## W

**waived** 4:8
**walk** 41:7
**walked** 40:24 43:6
**want** 6:9 10:12
   20:18 38:18 49:15
**wanted** 10:16 59:8
   59:10
**war** 8:17
**wasn't** 12:18 22:23
   29:13 46:15 53:16
   55:20
**watching** 46:22
**way** 37:24 38:3
   69:19
**weekend** 8:2
**weeks** 8:3
**went** 7:9,22,23
   10:17 11:20 15:14

16:23 17:23 18:3
   22:17,21,24 28:18
   29:6 37:19 39:20
   39:22 40:7,20,22
   56:17,19 61:21
   66:2,4,5,19
**weren't** 29:10 65:8
**we're** 63:5 64:5,11
**WHEREOF** 69:21
**window** 33:15
   36:24 38:13 39:11
   40:14,15 42:23
   44:19 63:20,22,23
   64:2,15,16,17,19
   64:20,22 65:5,8
   65:15,19,20,22,23
   65:25 66:6,9,12
   66:13,17,24 67:3
   67:4,6,11
**windows** 38:9 39:8
   64:22
**withdrawn** 16:9
   49:7
**witness** 5:3 24:16
   24:21 48:8 68:8
   69:11,15,21 70:3
   71:2
**work** 8:11 15:25
**working** 8:19 31:9
**wouldn't** 55:7
**wrote** 24:23 26:5

## X

**X** 70:2

## Y

**yeah** 43:18
**year** 7:16 8:3,25
   9:2 13:14 19:3
**years** 7:12,13 8:23
   12:10 15:3,4 66:9
**York** 1:3,9,13,19
   1:19 2:9,9,12 3:7
   3:7,14,17,17 69:3
   69:5,9 72:3

## 0

**09-34408** 20:22
**0959358** 21:10

## 1

**10** 29:24 30:3
**100** 3:16
**10007** 3:17
**10279** 3:7
**11-21532** 22:9
**11:35** 31:10
**12** 15:3 26:10
**12-18101** 23:7
**12-35641** 23:22
**12-41974** 25:2
**14** 28:8
**1500** 31:9
**157** 20:21
**158** 23:6
**159** 23:22 24:25
**16** 1:20 2:2 72:4
**16-CV-1479** 1:4
**160** 26:9
**162** 26:24
**164** 28:5
**166** 29:22
**1800** 3:6
**18425B** 1:25
**19** 64:14
**1998** 6:23 7:19

## 2

**2** 38:20 64:12 65:7
**2:30** 2:3
**20** 70:10
**2001** 7:17
**2006** 9:14 10:5,23
   10:24
**2007** 9:4 13:17
   18:12
**2009** 28:8,9
**2014** 27:10,25
**2014-21433** 27:2
**2014-4523** 27:21
**2015** 19:11 30:23
**2016** 19:4
**2017** 1:20 2:2 69:23
   72:4,22

**212** 3:8,18
**22nd** 69:22
**233** 2:8 3:6
**2335** 31:9
**24** 28:9,21 29:19
**240-9075** 3:8
**25** 28:8

## 3

**3** 31:11 43:24
**30** 71:16
**356-2381** 3:18

## 4

**4** 27:10 47:9
**4:00** 67:20
**43175** 26:10
**45** 11:22 15:22,23
**45th** 11:3,4 13:12
   15:2,9 16:13,25
   17:6,22 18:9,15
   18:18 28:7 31:4
   51:6 58:20

## 5

**5** 27:25 70:5
**511** 13:2
**59358** 21:20

## 6

**6** 20:5,6,14 70:10
**63** 70:6
**65** 70:5

## 8

**8** 9:4

## 9

**9** 19:11 30:23
**911** 14:17