UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANK EGAN,

                                  PLAINTIFF,

             -against-            Index No.:
                                16-CV-1479

NEW YORK CITY, POLICE OFFICER MELVIN CHITTUM and
POLICE OFFICER CESAR POLANCO, Individually, and in their
capacity as members of the New York City Police Department,

                                DEFENDANTS.
------------------------------------------------------------X

                      DATE:  February 23, 2017

                      TIME:  12:30 P.M.

            EXAMINATION BEFORE TRIAL of the Plaintiff,

FRANK EGAN, taken by the Defendants, pursuant to a Court

Order, held at the offices of the New York City Law

Department, 100 Church Street, 4th Floor, New York, New

York 10007, before Beau Dillard, RPR, a Notary Public of

the State of New York.

DIAMOND REPORTING  (877) 624-3287  info@diamondreporting.com

A P P E A R A N C E S:

PETERSON DELLECAVE, LLP
        Attorneys for the Plaintiff
        FRANK EGAN
        233 Broadway, Suite 1800
        New York, New York 10279
        BY:  MALCOLM ANDERSON, ESQ.


ZACHARY W. CARTER, ESQ.
CORPORATION COUNSEL
NEW YORK CITY LAW DEPARTMENT
        Attorneys for the Defendants
        NEW YORK CITY, POLICE OFFICER MELVIN CHITTUM and
        POLICE OFFICER CESAR POLANCO, Individually, and in
        their capacity as members of the New York City
        Police Department
        100 Church Street
        Brooklyn, New York 10007
        BY:  OMAR SIDDIQI, ESQ.


                    *         *         *

**221. UNIFORM RULES FOR THE
CONDUCT OF DEPOSITIONS**

**221.1 Objections at Depositions**

**(a) Objections in general.** No objections shall be made at a deposition except those which, pursuant to subdivision (b), (c) or (d) of Rule 3115 of the Civil Practice Law and Rules, would be waived if not interposed, and except in compliance with subdivision (e) of such rule.   All objections made at a deposition shall be noted by the officer before whom the deposition is taken, and the answer shall be given and the deposition shall proceed subject to the objections and to the right of a person to apply for appropriate relief pursuant to Article 31 of the CPLR.

**(b) Speaking objections restricted.**   Every objection raised during a deposition shall be stated succinctly and framed so as not to suggest an answer to the deponent and, at the request of the questioning attorney, shall include a clear statement as to any defect in form or other basis of error or irregularity.   Except to the extent permitted by CPLR Rule 3115 or by this rule, during the course of the examination persons in attendance shall not make statements or comments that interfere with the questioning.

**221.2 Refusal to answer when objection is made**. A deponent shall answer all questions at a deposition, except (i) to preserve a privilege or right of confidentiality, (ii) to enforce a limitation set forth in an order of the court, or (iii) when the question is plainly improper and would, if answered, cause significant prejudice to any person.   An attorney shall not direct a deponent not to answer except as provided in CPLR Rule 3115 or this subdivision.   Any refusal to answer or direction not to answer shall be accompanied by a succinct and clear statement of the basis therefor.   If the deponent does not answer a question, the examining party shall have the right to complete the remainder of the deposition.

**221. UNIFORM RULES FOR THE
CONDUCT OF DEPOSITIONS**

**221.3 Communication with the deponent**

An attorney shall not interrupt the deposition for the purpose of communicating with the deponent unless all parties consent or the communication is made for the purpose of determining whether the question should not be answered on the grounds set forth in section 221.2 of these rules and, in such event, the reason for the communication shall be stated for the record succinctly and clearly.

IT IS FURTHER STIPULATED AND AGREED that the transcript may be signed before any Notary Public with the same force and effect as if signed before a clerk or a Judge of the court.

IT IS FURTHER STIPULATED AND AGREED that the examination before trial may be utilized for all purposes as provided by the CPLR.

IT IS FURTHER STIPULATED AND AGREED that all rights provided to all parties by the CPLR cannot be deemed waived and the appropriate sections of the CPLR shall be controlling with respect hereto.

IT IS FURTHER STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that a copy of this examination shall be furnished, without charge, to the attorneys representing the witness testifying herein.

F. EGAN

F R A N K   E G A N, called as a witness, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MR. SIDDIQI:

Q.    Good morning, Mr. Egan.

A.    Yes.  Good morning.

Q.    My name is Omar Siddiqi.  We met before at a mediation in the Southern District of New York back in August, it seems like.  As you know, my office represents the Defendants in this case which is pending in the United States District Court for the Southern District of New York.

I'm going to be asking you a series of questions and the court reporter will be recording your answers.  The testimony that you will give today is under oath.

A.    Okay.

Q.    Do you understand that you just took an oath to give complete and truthful answers?

A.    Yes.

Q.    The oath that you took is similar to the oath that you would take on the stand at trial.  Do you understand?

A.    Yes.

Q.    There's a court reporter here who will be taking

F. EGAN

down everything that's said today.  So I would ask that you give verbal responses.  No shaking your head or saying uh-huh.  Do you understand?

A.    Yes.

MR. ANDERSON:  Just make sure you let Omar finish his question.

THE WITNESS:  Okay.

Q.    And as Mr. Anderson just said, just make sure that you let me finish my question before you give your answer so that we get a clear transcript, all right?

A.    Okay.

Q.    Even if you think you know what I'm going to ask, just wait until I finish, all right?

A.    Okay.

Q.    If at any point today you do not understand a question that I've asked, tell me you didn't understand and I'll rephrase the question.  Is that all right?

A.    Okay.

Q.    If you do not hear a part of my question, please let me know, okay?

A.    Okay.

Q.    If you don't tell me otherwise, I'm going to assume that you've heard and understood my question, okay?

A.    Okay.

Q.    If you realize during the deposition that an

earlier answer you gave was inaccurate or incomplete, let me know that I'll give you a chance to correct it, okay?

A.    Okay.

Q.    Once the transcript of your testimony from today's deposition is generated by the court reporter, you may review the transcript and after your review you may correct any errors you find in the transcript.  Do you understand?

A.    Okay.

Q.    If you make changes to the transcript, I will be able to comment on those changes at trial.  Do you understand?

A.    Okay.

Q.    If you need to take a break at any point during today's deposition, let me know and we can take a break. The only condition is I would ask that if there's a pending question, you answer the question before we take a break, all right?

A.    Okay.

Q.    Do you understand the rules of the deposition as I've set them forth?

A.    Yes.

Q.    During the deposition, I may be using the term, the incident.  When I say the incident, I'm talking about your arrest on March 9th, 2015, okay?

F. EGAN

A.    Okay.

Q.    Are you represented today by counsel?

A.    Yes.

Q.    What's the name your attorney?

A.    Malcolm Anderson.

Q.    When did you first become aware that you wanted to bring a lawsuit against the City stemming from this incident?

A.    When?

Q.    Yes.

A.    When this happened.

Q.    So is it accurate to say the same day?

A.    Not the same day.  After everything happened.

Q.    When you say "everything," do you mean when your criminal charges were dismissed?

A.    Yes.

Q.    Or while your criminal charges were pending?

A.    It was -- give me one second.  All right.  It was when I got arrested.

Q.    When is the first time you consulted with an attorney about bringing this lawsuit?

A.    Just give me one second.

Q.    No problem.

A.    It had to be about May.

Q.    So roughly two months later?

F. EGAN

A.    Yes.

Q.    Who was the attorney with whom you first consulted?  Who's the first attorney you talked to?

A.    Oh, okay.  The attorney first was Francis O'Reilly.

Q.    Where does that attorney practice?

A.    Okay.  In the -- he has an office in Mahopac, New York.

Q.    Could you spell the name of the town?

A.    Oh, Mahopac, M-A-H-O-P-A-C, New York.

Q.    What county is that in?

A.    That's in Westchester.

Q.    Did you ultimately retain that attorney?

A.    Yes.

Q.    How many times did you meet with him with regard to this lawsuit?

A.    Oh, not regarding this lawsuit, no.

Q.    What did you meet with him about?

A.    Oh, about all my charges.  He was the lawyer for the case -- the case when they were trying to charge me for something I didn't do.

Q.    He was your criminal attorney?

A.    Yes.

Q.    I'm trying to figure out who is the first attorney you consulted with regard to bringing the lawsuit

F. EGAN

that we're here about today.

A.    Oh, Okay.  I could tell you.  Okay.  It was a lady.  Her name was Stacey Richman from -- was it Murray Law Office on Williamsbridge Road in the Bronx, New York.

Q.    How many times did you meet with her?

A.    I met with her twice and then the next time I tried to get in touch with her, I couldn't, and then I found Peterson and DelleCave online.

Q.    Did you ever sign a retainer agreement with her?

A.    No.

Q.    So when would you say you met with the attorneys from Peterson DelleCave?

A.    When.  Let's see.  It had been in July.

Q.    Of 2015?

A.    '15.  Yes.

Q.    Who was the attorney you actually met there?

A.    With Malcolm.

Q.    Malcolm Anderson?

A.    Yes.

Q.    How many times did you meet with Mr. Anderson before signing your retainer agreement with that law firm?

A.    That first day.

Q.    You said you found out about Peterson DelleCave Law Firm online?

A.    Yes.  Through Google search.

F. EGAN

Q.    How many times have you met with either Mr. Anderson or Mr. Peterson regarding this lawsuit?

A.    Probably about four times.

Q.    So the first time you met them was in July of 2015, right?

A.    Yes.

Q.    When was the next time you met them?

A.    The next was the mediation.

Q.    Which was roughly in August, 2015?

A.    Yes.

MR. ANDERSON:  Sorry.  August of 2016.

Q.    August, 2016?

A.    Yeah.  '16.

Q.    So you didn't meet them for mediation --

A.    Wait.  Wait.  Wait.  Yeah.  I met them in July -- sorry.  It was July '16.  It was July '16.  It wasn't April.  It was July, because the -- yeah.  It was July 16', sorry.

Q.    You met Mr. Anderson in July of 2016?

A.    '16.  Yes.  Francis O'Reilly was my lawyer.

MR. ANDERSON:  I'm going to go off the record for a second.

(Whereupon, an off-the-record discussion was held.)

Q.    So we just had a short off-the-record discussion

12

F. EGAN

with Mr. Anderson to try to figure out the correct dates.

So the complaint in this case was filed roughly February, 2016?

A.    Correct.

Q.    So is it correct to say that you met Mr. Anderson the first time and retained his law firm in the fall of 2015?

A.    Yes.

Q.    When's the next time that you met with your attorneys on this case?

A.    The next time?

MR. ANDERSON:  You mean after the initial meeting?

MR. SIDDIQI:  Yes.  After fall of 2015?

MR. ANDERSON:  In-person meeting?

Q.    In person or on the telephone.

A.    In person or on the telephone?

Q.    Yes.

A.    I'm not sure.

Q.    Did you review the complaint before it was filed?

A.    No.

Q.    And then you met them before the mediation?

A.    Yes.

Q.    And that mediation was in August, 2016, correct?

A.    Yes.

F. EGAN

Q.    How many times have you met your attorneys since August, 2016?

A.    I met them once.

Q.    Can you tell me in your own words why you're bringing this lawsuit?

A.    Why?  All right.  Just give me one second.  I definitely do feel like I was falsely accused for something I did not do.  As I said, I did not do over and over and people change statements.  I never said anything that I did anything, you know.

It's -- this is, basically, like a worst nightmare somebody have that can never wake up from this because every day it's, you know -- somebody always mentions this, you know.  It's somebody in the street or anything like that or a customer, this and that, you know.

This is like a rough part of my life that if you knew me when I was little or whenever, you knew the type of person I was.  And with me to get charges like this, this was unbelievable, really unbelievable that Jesus would let something like this happen to me because you want to know why?  It's somebody that never got in trouble ever when I was younger or in my older ages.

This is absolutely ridiculous that, you know, they would put me on the media and everything with cops lying and stating that I said something I didn't.  And I

F. EGAN

kept saying the same thing over and over.  They were threatening me with just saying -- and things like that.

Q.    If you want to take a break, we can take a break.

A.    I'm okay.  You know, I didn't do anything.  And how your life can change like this is absolutely ridiculous.  Somebody as good as me for something like this to happen to me.  These police officers didn't do the right thing with me.  Didn't.  Did not.  Did not.

MR. ANDERSON:  It's all right.  Take a second.

THE WITNESS:  You know, I was always taught to be nice to people.  Do the right, help a person if they need help or anything like that. This is not me, something like this.  These police officers, they ruined my life.

Q.    All right.  Mr. Egan, I'm going to move on to the next question.

A.    All right.

Q.    Did you review any documents prior to coming to this deposition that refreshed your recollection?

A.    Yes.

Q.    What documents were those?

A.    It's just the document at the lawyer's office. That's it.

Q.    What documents were they?

F. EGAN

A.    It's just -- it was documents stating what I stated.

Q.    I didn't hear what you said.

A.    Okay.  It was just regular documents.

Q.    Can you identify them?  Were they notes?

A.    They were notes.  They were just notes.

Q.    Were they your notes or your attorney's notes?

A.    It was my notes.

Q.    In your own writing?

A.    Yeah.  It was the notes I gave him.  That's it.

Q.    But did you review any type of document, either something like a medical record, or a police document, or anything like that before coming here?

A.    No.  Not at these, no.

Q.    Mr. Egan, is there any condition either mental, medical, or physical that would impair your ability to testify truthfully, fully, and accurately today?

A.    No.

Q.    Are you taking medication of any kind that would impair your ability to testify truthfully today?

A.    No.

Q.    Have you taken any nonprescription drugs in the last 24 hours?

A.    What do you mean nonprescription?

Q.    Like over the counter?

F. EGAN

A.     No.

Q.     Have you taken any prescription drugs in the last 24 hours?

A.     Yes.

Q.     What drugs are those?

A.     They're Zoloft.

Q.     Zoloft?

A.     Yes.

Q.     What do you take Zoloft for?

A.     That's for anxiety.

Q.     When did you start taking it?

A.     When?

Q.     Yes.

A.     I'm not sure of the correct date.

Q.     Do you know the year?

A.     Yes.  It had to be -- let's see.  I'm not sure on that.

Q.     Was it before 2015?

A.     I think it was after.  I'm not sure.

Q.     Do you think it was before or after the incident that you started taking Zoloft?

A.     It was after the incident.  I'm not sure of the date.  I'm sorry.

Q.     How often do you take it?

A.     I take Zoloft -- I take it once a day in the

F. EGAN

morning.

Q.    Who prescribed it to you?

A.    I'm not sure of her full name.  I know her name is Dr. Nealon.  I cannot pronounce her last name, but she works at Dr. Vando's office.  That's V-a-n-d-o.

Q.    Where's that office located?

A.    That office is located at -- I'm not sure the exact address.  It's 233rd Street.  It's right across the street from LeMonti Fur right by the exit ramp.  It's up the block.

Q.    Do you believe that your taking Zoloft will affect your ability to testify here today?

A.    No.

Q.    Are there any side effects from taking Zoloft?

A.    No.

Q.    Are you taking any other medication today?

A.    No.

Q.    Have you consumed any alcohol in the last 24 hours?

A.    No.

Q.    Do you ever wear glasses?

A.    No.

Q.    Do you have any hearing problems?

A.    No.

Q.    Mr. Egan, can I get your full name.

F. EGAN

A.    Okay.  My full name is Frank Joseph Egan III.

Q.    Do you have a nickname that people call you by?

A.    Franky.  There's no nicknames.  It's Frank, Franky.

Q.    Have you ever used a alias?

A.    No.

Q.    What's your date of birth?

A.    Date of birth is February 21st, 1979.

Q.    Okay.  Belated happy birthday.

A.    Oh, thank you.

Q.    Where were you born?

A.    I was born in the Bronx.

Q.    What's your height and weight today?

A.    My weight is -- we just weighed it on -- what was it, 252 because I was 255, 252 and my height is 5'10.

Q.    What was your weight approximately on the date of the incident?

A.    I was probably about 210, 215.

Q.    Do you exercise regularly?

A.    No.

Q.    Are you right or left handed?

A.    I'm a righty.

Q.    I'm going to ask you your Social Security number.

A.    Okay.

Q.    Please only say the last four digits on the

F. EGAN

record and you can write out your whole Social Security

number on the piece of paper I'm handing to you and just

sign underneath?

A.    Okay.

Q.    So what's the last four digits?

A.    0286.

Q.    What's your weight today?

A.    My weight today is 252.  That's 252 pounds.

Q.    What's your highest level of education?

A.    I went to the 12th grade.

Q.    You completed high school, in other words?

A.    No.  No.

Q.    Did you drop out in 12th grade?

A.    Yes.

Q.    Have you ever received any formal training, like

a certificate or something outside of High School?

A.    No.

Q.    Were you ever suspended or expelled or

disciplined by a school?

A.    Maybe when I was younger.  That's it.

Q.    You're currently married; is that correct?

A.    Yes.

Q.    How long have you been married?

A.    I've been married from August 2nd, 2015.  So it's

almost a year and a half.

F. EGAN

Q.    August 2nd, 2015.  What's your wife's name?

A.    My wife's name is Tiffany Egan.

Q.    How long were you engaged before you were married?

A.    How long I was engaged?  I was engaged at least for two years.

Q.    Have you ever been married before?

A.    Nope.

Q.    What does your wife do?

A.    My wife's a pre-K teacher at Bernard Elementary School in New Rochelle, New York.

Q.    Have you ever spoken to your wife about this incident?

A.    Yes.

Q.    How many times have you spoken to her about the incident?

A.    It had to be a couple of times.

Q.    More than two?

A.    Yes.

Q.    More than three?

A.    No.  About that.

Q.    Maybe two times?

A.    Yeah.

Q.    When was the first time you spoke with her about it?

F. EGAN

A.    The first time?  It was the night when she picked me up from the barge.

Q.    Was she in the apartment when you were arrested?

A.    No.

MR. ANDERSON:  Can I just clarify?  When you say when he spoke to his wife, Tiffany, about it, do you mean about the actual events themselves rather than the impact of them?

Q.    So these questions are just the circumstances surrounding your arrest, okay?

A.    Okay.

Q.    When was the first time you spoke to her about the circumstances surrounding your arrest?

A.    What do you mean?

Q.    When was the first time you indicated that you had conversations with her about the fact that you were arrested and what happened on March -- sorry.

A.    March 9th.

Q.    March 9th, 2015; is that correct?

A.    Yes.

Q.    When's the first time you had that conversation with your wife?

A.    Wednesday night when she picked me up from the --

Q.    Have you ever spoken to her about the effects that you allege the incident has had on you?

F. EGAN

A.    Yes.

Q.    How many times have you spoken to her about those effects?

A.    Probably a bunch of times.

Q.    More than ten?

A.    Probably about that.

Q.    Would it be fair to say it's a regular topic of conversation?

A.    Not -- the only thing is that she don't like -- it's not a regular topic, but she doesn't like me saying anything about it, to bring it up.

Q.    Is there a reason for that?

A.    No.  She just don't want me to remember that time in my life.

Q.    Have you ever written either an e-mail or a letter or a text message to your wife about the circumstances surrounding your arrest?

A.    No.

Q.    Do you have any kids?

A.    No.

Q.    Other than your wife, are there any family members that you speak to regularly?

A.    No.  It's just -- I speak to my mother once in a while.  She calls me on the phone.  That's it.

Q.    What's your Mom's name?

23

F. EGAN

A.    My Mother's name is Clementina Tocco.

Q.    Could You spell the first name.

A.    The first name is C-L-E-M-E-N-T-I-N-A.  The last name is T-O-C-C-O.

Q.    Was she in the apartment at the time you were arrested?

A.    Yes.

Q.    How many times have you talked to her about the circumstances surrounding your arrest?

A.    No.

Q.    Never?

A.    I don't talk about with it my mother, because after I just left.

Q.    What do you mean you just left?

A.    I moved out after everything happened.

Q.    Have you ever written any communication to your mother about the incident or the effects the incident has had on you?

A.    No.

Q.    Your sister was in the apartment; isn't that correct?

A.    Yes.

Q.    What's your sister's name?

A.    My sister's name is Toniann, T-O-N-I-A-N-N, last name Tocco, T-O-C-C-O.

F. EGAN

Q.    After you got arrested, did you ever speak to her about this incident?

A.    No.

Q.    But she did see your arrest; isn't that correct?

A.    Yes.

Q.    Did you ever write any communication to your sister about the incident or the effects the incident has had on you?

A.    No.

Q.    Has this arrest affected your relationship with either your mother, your sister, or your wife?

A.    Yes.

Q.    In what way?

A.    Mentally.

Q.    Could you elaborate?

A.    Okay.  I'll tell you.

        MR. ANDERSON:  Do you want to just break down what each of those three are.

        THE WITNESS:  Okay.  I'm going to break it down.  My wife, my sister, and my mother.  I'll do my wife first.  No.  Let's do my mother first. We'll do my mother first.  As I was younger, I was raised by my mother, right?

        And I can't even go to the Bronx no more because I'm scared.  I can't.  My sister, I do

F. EGAN

not talk to her.  It's -- I might see her once in a while if I go see my mother.  So say for Christmas, a holiday like that and then I leave and I go back to my wife's family.  It's -- I don't -- I don't really speak to them about anything and -- with anything that's going on because it's -- I keep it to myself.  I don't tell anybody.

And I wasn't raised in a family that, you know -- my wife's family is totally different from my family.  It's totally different.  They're more lovable and, you know, cousins around, all that.  We didn't have that, you know.

Our family wasn't like that, so, you know -- so I stay to myself.  It's, you know -- I don't dislike my mother.  I don't dislike my sister, you know.  It's just, I don't like being there, because every time I go there I remember what happened with everything.  And I'm scared because you never know.  That one day might come and, you know, something else might happen to me walking down the street or something.

If they could do that to me, what they did, you can do anything, you know.  So I keep myself away from there and that's why I moved to

F. EGAN

Westchester.  So I'm not -- I'm not that much scared just in case because that's a different precinct.

I tell you, if you go to any corner, you see a cop, you know, and I'm scared.  It's -- you know, you go to my house in the Bronx, my mother's house, it's -- you hear an airplane going by, you know.  I can't.  It's -- I really can't.  It's -- I can't deal with it.  I really can't.  It's -- I just try to keep myself out of that place, so nothing comes back to me.

Q.   Did you speak to your sister regularly before you got arrested?

A.   No.  Never.  I just say hi and bye and that's it.

Q.   Before you got arrested?

A.   Yes.  Before.

Q.   Have you ever been deposed before today?

A.   What is deposed?

Q.   This is a deposition, what we're doing right now. Have you ever sat for a deposition before?

A.   No.  Just mediation with you.

MR. ANDERSON:  Can I just say, he never explained the effects of his relationships with his wife.  I don't know if you want to cover that now or if we're going back to that at a later

point?

MR. SIDDIQI:  Later.

MR. ANDERSON:  Okay.

Q.    Have you ever testified in a criminal matter?

A.    No.

Q.    Did you give any testimony in the criminal case that stemmed from your arrest?

A.    I just tell the truth.  I didn't do anything.

Q.    But was that in a court proceeding or was that to the officer that you spoke to?

A.    That was to the officers.

Q.    Have you ever testified in a civil matter?

A.    No.

Q.    Never had like a car accident or something like that where you did a lawsuit?

A.    I had one car accident.  That's it.  One.  One that I sued.

Q.    Okay.

A.    I didn't go.  The lawyer took care of everything.

Q.    Okay.  Have you ever sued the City of New York before?

A.    No.

Q.    On or around March 9th, 2015, where were you living?

A.    March 9th?  On that day where I was I living?

F. EGAN

Q.    Yes.

A.    My mother's house on 2801 Coddington Avenue, Bronx, New York, 10465.

Q.    How long had you been living there?

A.    How long?  I was raised there, sir.

Q.    So you had never moved out of that house?

A.    No.  Since I'm a little kid, so.

Q.    Who else lived in the house?

A.    My sister, her name is Toniann Tocco, as the name I spelled to you before.

Q.    Did her fiance live in the house?

A.    He didn't live in the house.  He stayed in the house because he didn't have a place to stay and my mother let him stay.

Q.    So what's the difference between that and living in the house?

A.    Living in the house it's -- he was just staying for a short period of time, then he was leaving.

Q.    How long had he been staying in the house by March 9th, 2015?

A.    Probably a month or two.  That's it.

Q.    How do you say his name?

A.    I'm not sure.  If you say Eddy Balaguer.

Q.    I'm going to spell it for the record, E-L-E-H-E-C-E-R, last name, B-A-L-A-G-U-E-R.  For the

F. EGAN

remainder of the deposition, we're going to just identify him as your sister's fiance.

A.    Okay.

Q.    When we say your sister's fiance, we're referring to Mr. Balaguer.

A.    He's not her fiance.

Q.    What was he?

A.    He's the boyfriend.

Q.    Okay.  We'll call him your sister's boyfriend. I'll call him Mr. Balaguer.  I don't have any trouble pronouncing it.

A.    Mr. B.

MR. ANDERSON:  I think he referred to him as Eddy.  Do you want to stick with that and then we all know who we're talking about.

Q.    We'll say something.  So he had been living at your mother's house for about a month or two before the incident?

A.    Yes.

Q.    Did he pay rent?

A.    No.

Q.    Did you pay rent?

A.    Yes.

Q.    How much?

A.    I gave my mother about -- it was $475 a month.

F. EGAN

Q.    Did you live in one room?

A.    I was in the room on the left.  In the bedroom, yes.

Q.    That was the bedroom you've stayed in since you were growing up?

A.    Since I was a kid, yes.

Q.    When did you start paying rent?

A.    It's maybe -- I'm not sure.

Q.    So you were --

A.    I pay the rent to help my mother.

Q.    I understand.  I'm just wondering how long you've been paying her rent to help her out?

A.    I always gave her the money for the rent.  I always gave it to her, so probably how long -- let's see.

MR. ANDERSON:  Roughly, what age were you when you first started.

THE WITNESS:  What age?  Probably about 21.

Q.    Is it like the whole house is your mom's or is it a two-family house?  What kind of setup is it?

A.    No.  It's really a three-family house with an apartment downstairs.  There's an apartment to the right and there's an apartment to the left.

Q.    Which of those units was your mom living in?

A.    My mother was living in -- if you're in front of the door downstairs, the apartment to the right, right

F. EGAN

upstairs on top of the door.

Q.    Did you also live in the apartment to the right?

A.    Yes.  With my mother.

Q.    Who lived in the apartment to the left?

A.    Her -- what was her name?  I think her name was Liz.  Wait.  I forgot the lady's name.  There was another tenant next door.

Q.    Does she still live there?

A.    I think so.  I'm not sure.

Q.    Was she around when you got arrested?

A.    Not sure.

Q.    Who lived in the basement apartment?

A.    There's no basement apartment.

Q.    I thought --

A.    There's the first-level apartment.

Q.    Who lived in the first-level apartment?

A.    A tenant.

Q.    Do you know the person's name?

A.    No.

Q.    Did the person interact with you when you got arrested?

A.    I never seen that person, no.

Q.    All right.  On the date of your arrest, were you employed?

A.    Yes.

F. EGAN

Q.    Where were you employed?

A.    At Enchanted Flowers.

Q.    Where's that located?

A.    426 Pelham Road in New Rochelle, New York, 10805.

Q.    When did you start working at Enchanted Flowers?

A.    Enchanted Flowers?  I started about five years ago.

Q.    So in 2010?  I mean -- no.  I'm sorry.  In 2012?

A.    Yes.

Q.    Do you still work there?

A.    Yes.

Q.    In March, 2015, what was your position at Enchanted Flowers?

A.    March?  It's -- I just open up.  It's because it's a family business.  It's my wife's mother's business and father.  It's -- I open up and close.

Q.    Meaning you take care of the store all day?

A.    Manage it, yeah.  That's it.

Q.    Would you say that you were the manager of the store?

A.    Yes.

Q.    Are you still the manager of the store?

A.    Yes.

Q.    So you started working there in 2012?

A.    Yes.

F. EGAN

Q.    Were you dating your wife at the time you got that job?

A.    She was my girlfriend, yes.

Q.    At the time she was your girlfriend, but is that how you got the job, through her?

A.    Yes.

Q.    What were your responsibilities at the job?

A.    It's -- I try to help customers.  Oversee the work, stuff like that.  Make, like, small bouquets, things like that.  Make a funeral arrangement.

Q.    Were you also in charge of arranging for the shipment of the flowers and all of that?

A.    Yes.

Q.    What was your work schedule in March of 2015?

A.    My work schedule in 2015?  I worked seven days a week.  I was there from Monday from 9:00 to 6:00, right?  Some days I stayed a little later.  Then Sunday was 10:00 to 3:00.

Q.    How often were you paid?

A.    I was paid once a week.

Q.    How much did you make, roughly, in March of 2015?

A.    March 2015?  I'm not sure.

Q.    You have no idea how much you were being paid?

A.    Yeah.  I wasn't sure because at one point I was at a salary base and then they changed it.

F. EGAN

Q.    To what?

A.    To -- it went up to $700, so yeah.  Something like that.

Q.    When did you start getting paid $700 a week?

A.    $700 a week?  I don't really get that because of taxes and stuff like that, but that had to be -- let's see. It had to be -- let's see.  It had be starting from July.

Q.    2015?

A.    Yes.

Q.    Do you know how much you were making before you started making $700?

A.    I'm not sure.

Q.    Did you receive a check or cash or were you paid in a different way?

A.    I was paid by check, by company check from paychecks.

Q.    Did your job provide you with any benefits?

A.    No.

Q.    No insurance or anything like that?

A.    No.

Q.    Who was your direct supervisor?

A.    My direct supervisor was Albert and Lynn Tarantino.

Q.    Who are your father-and mother-in-law?

A.    Yes.  Now.

F. EGAN

Q.    Did you ever speak to them about the facts underlying the subject of this lawsuit?

A.    It's -- you have one big problem because the media went to my business.  I was all over every news channel, so who wouldn't know about it.  They knew I got arrested, but nobody knows about me suing.

Q.    But they know you got arrested?

A.    Yes.  Who doesn't?  I'm sure somebody in Florida knows I got arrested.

Q.    Did that have any consequence on your employment?

A.    Not on my employment, but the customers.

Q.    Can you explain what you mean?

A.    Customers?  Because as some customers fought me, they would argue with me.  Some customers stopped coming in because they seen my picture.  They seen -- they thought I did it because when you see something on the media, the first thing you think is he did it, but you know --

And some people had arguments with me at a local bank when I was depositing one of my checks.  The lady -- the lady abused me in front of everybody, you know.  And I told the lady I'm sorry, you know.  What she did to me at the bank was really not fair, not fair.  Telling me that people that live together, they flock together.

That's what she said.  And she's yelling at me, cursing at me in all different words.  It's really

F. EGAN

unbelievable that people did things like this.  There was another thing on the door the first day I opened.  It was a letter from somebody that wrote in the neighborhood about Channel 7 and Chuck Schumer using my arrest picture to take them off the news.  The person put this on the door, a white letter with blue tape.

Q.    Did you miss any days of work because of this incident?

A.    Yes.

Q.    How many days?

A.    I missed Tuesday and Wednesday.

Q.    Two days?

A.    Yes.

Q.    Are you claiming that you lost income as a result of this incident?

A.    I'm not saying that.  No.

Q.    Are you claiming loss of wages as a result of this incident?

A.    No, loss of business.

Q.    What do you mean loss of business?

A.    Loss of business.  It's -- brides see me on TV. Banquet halls called on the phone asking for me stating, how can I do something like that.  That brides are calling them nonstop, brides that we took deposits from that wanted their money back or they didn't want me to do it.  Some

F. EGAN

brides might say, you know, I believe in you, Frank.  A lot of brides didn't, you know.

Q.    But to be clear, do you own any part of the Enchanted Flowers business?

A.    No.

Q.    You didn't have your pay cut as a result of this incident, right?

A.    No.

Q.    On the date of your arrest, besides the $425 a month you used to pay to your mom, what financial responsibilities did you have?

A.    That's it.  And my cell phone bill.  That's it.

Q.    How much was your cell phone bill?

A.    My cell phone bill was probably about $100.  It's about $90 to $100.

Q.    Do you have a car?

A.    No.  I use my in-laws'.  They let me use their truck.

Q.    Is that how you would commute to work?

A.    Yes.

Q.    You didn't pay any bills?

A.    No.

Q.    Car insurance?

A.    No.

Q.    Have you ever received any form of public

38

F. EGAN

assistance?

A.    I just got disability when I was little because I had -- I was sick.

Q.    How long were you on disability?

A.    Had to be before I got married.

Q.    Were you on disability in March of 2015?

A.    Yes.

Q.    For what illness were you on disability?

A.    I have an abnormal airway.  One of my airways don't move.  I had an abnormal airway when I was a little kid.

Q.    How much did you use to receive in disability?

A.    The disability came from my -- I think my father's pension and that was about $1,250, I think.

Q.    Per what cycle?

A.    Month.

Q.    $1,250 a month?

A.    Yes.

Q.    So in March of 2015 --

A.    It could have been a little bit more, but it's around there.

Q.    So is it fair to say that in March of 2015, you would get $1250 a month from the disability?

A.    And from my father's pension, yes.

Q.    And that you would also get -- well, hold on.

F. EGAN

Let's take a break.  You're not sure how much you were paid a week in March of 2015?

A.    No.

Q.    Do you know how much you made a month?

A.    Not sure.

Q.    But by July you're saying you started making $2,800 a month, right?

A.    Yes.

Q.    Do you know how much more that was than you used to make?

A.    It's probably about $2,000 more, I think.  I think.

Q.    $2,000 more?

A.    More.  Yeah.

Q.    So is it fair to say that in March of 2015 you were getting paid in the ballpark of $200 a week?

A.    Yeah.  Something like that.  2,250, around there. I'm not sure.

Q.    So would it be fair to say that in March, 2015, you would have about $2,050 a month in income from your disability and from your job at Enchanted Flowers?

A.    Something like that, yes.

Q.    When did you stop receiving the disability coming out of your father's pension?

A.    Coming out of my father's pension?  It had to be

40

F. EGAN

after we got married because we went before we got married because I had to report it.  I reported it and they kept it on for three months, I think.

Q.    Who did you report it?

A.    To Social Security.

Q.    Your father passed?

A.    Yes.

Q.    When?

A.    It was probably about six years ago.  Six or seven years ago.  I'm not sure because we didn't live with each other.  Social Security told me that.

Q.    Other than what we've discussed, do you have any other sources of income today?

A.    No.

Q.    Did you have any other sources of income on the date of the your arrest?

A.    Just the Social Security.

Q.    Have you ever claimed unemployment benefits?

A.    No.

Q.    Have you ever been arrested, other than this arrest, by the New York City Police Department for any reason?

A.    No.

Q.    Any other police department?

A.    No.

41

F. EGAN

Q.    Have you ever been convicted of a crime?

A.    No.

Q.    So this happened on March 9th, 2015, correct?

A.    Yes.

Q.    Do you know what day of the week that was?

A.    Monday.

Q.    Starting from when you woke up on March 9th, let's go through your day.  What's the first thing you did after you woke up?

A.    I woke up.  I took a shower in the morning.  I took a shower and then I went right to work.

Q.    What time did you wake up?

A.    Then, I woke up about 8:00, 8:15 in the morning because I had to be there by 9:00 o'clock.

Q.    Were you at work by 9:00?

A.    Yes.

Q.    What did you do at work that day?

A.    That day?  I did orders and cleaned the flowers, stuff like that.  What I do every day.

Q.    What time did your shift end?

A.    My shift ended about 6:00 o'clock.  I was probably there until about -- because I had other stuff to do.  I probably left a little bit after 6:40, about 6:50, around there from the flower shop.

Q.    Where'd you go after that?

F. EGAN

A.      After that I went directly, as I bring the receipts, to my in-laws house, Tiffany's mother's house. And I called her when I got in the car and she came outside.  We talked and we were in front talking.

Q.      Where's Tiffany's mom's house?

A.      Oh, Tiffany's mother lives at 211 Kensington Oval, that's K-E-N-S-I-N-G-T-O-N Oval, O-V-A-L, New Rochelle, New York, 10805.

Q.      What did you do after you dropped off the receipts?

A.      I gave the receipts to Tiffany.  She brought it in.  We were talking in the car.

Q.      What happened after you were done with your conversation with Tiffany?

A.      What happened is we had to move the car back because her stepfather -- her dad is a council member and he was late for the New Rochelle meeting that was recorded on TV.  And then after that I left.

Q.      What time do you think it was that you left Tiffany's house?

A.      I left Tiffany's house, it had been 7 -- 7:50, 7:45, something like that around.

Q.      Where did you go after you left Tiffany's house?

A.      After that I went straight down.  I drove home. I went on the highway.  I had to take the highway to go

home.  Do you want me tell you how I got home?

Q.    No.  But you can tell me how long it took you to get home.

A.    That day it probably took me about -- because a normal run to the house from New Rochelle is about 15 minutes with no traffic.  It probably took me about 15 to 20 -- 20, 25 minutes.  So I probably got home about 8:10, 8:15, around there.

Q.    What did you do when you got home?

A.    When I got home?  Let's see.  Yeah.  It takes me about 15, 20 minutes to get home.  That day, so -- yeah.  It would be like 8:05, 8:10, around there.  And then I went home that night.  I normally don't eat dinner.  I go right in my room, I lay down, I put the TV on and I doze off.  That's what I do every night.  That night, I had pork chops that my mother made me.  I was very surprised that she cooked, because she don't feel good.  Then I went right to bed.  I went in my room, I put the TV on and then I dozed off.

Q.    What time do you think you fell asleep?

A.    What time?  It had to be right after that.  So I ate dinner real quick.  It probably took me about five minutes to eat dinner.  It's because my breathing, I get tired and stuff like that.  It's because the shortness of breath.  So say five or ten minutes after that I went to

44

F. EGAN

lay down and I dozed off.

Q.     So would you say that you fell asleep around 8:30?

A.     Probably about 8:25, around there, 8:20.

Q.     Who was in the house on the night of March 9th, 2015?

A.     Who was in the house?  My sister, Toniann Tocco, my mother, Clementina Tocco, and Eddy.  You don't need to know my dog was there, right?

Q.     Was Hildred Mulley there?

A.     Who?

Q.     Hildred Mulley?

A.     Oh, that's the nurse, right?  Okay.  I called her Olivia.  I guess that's her English name, her A.K.A. name. She wasn't there.  She was there the following day.

Q.     She was not there that night, though?

A.     No.

Q.     Did you interact with your mother between the time you arrived home and the time you went to sleep?

A.     No.  My mother was laying down.

Q.     But you knew she cooked you pork chops, right?

A.     Right.  She was up and she went to lay back down. Yes.

Q.     Did you interact with your sister between the time that you came home and the time you went to sleep?

F. EGAN

A.    No.  I put my dish in the thing.  They were in the kitchen smoking, because they smoke.  I don't smoke.

Q.    Cigarettes?

A.    Yeah.

Q.    Did you see or talk to Mr. Balaguer?

A.    She was talking to Mr. Balaguer.  Yeah.

Q.    Do you know what they were talking about?

A.    No.

Q.    How long had you known Mr. Balaguer by March, 2015?

A.    How long?  Probably that -- I think she was probably dating him for maybe a year.

Q.    How old is your sister?

A.    I think my sister is 43, but I'm not sure.

Q.    How old was Mr. Balaguer?

A.    He was like -- I'm not sure, but in the paper it did say he was 53.

Q.    What did he do for work?

A.    He didn't.

Q.    He didn't work at all?

A.    No.

Q.    Did he have any side jobs?

A.    I'm not sure.

Q.    Did you ever have any conversations with him at any point in time?

F. EGAN

A.    Spoke to him, hi and bye, how you doing, things like that.  That's it.

Q.    Did you like him?

A.    I thought he was a nice person.  He always helped my mother, so I thought he was a nice person.

Q.    Helped her in what way?

A.    Because my mother has diabetes, so he helps her with the medicine and stuff like that.

Q.    What's the next thing that happened after you fell asleep at 8:30, that you remember?

A.    The next thing?  I got woken up by my sister.

Q.    What did she say to you?

A.    She said that the police were banging on the door.  That they're outside, they want to ask me questions. And as I woke up I seen a light, a big light flashing through my window, shooting from on top of the building across the street.  It was shooting this way into my room.

And then I opened the window -- was the first thing I did to see -- I wasn't sure what happened.  I didn't know if my mother had passed away or anything, because she's sick.  I -- not sure.  I woke up.  I opened the window, I looked down.  I seen a cop car here, a cop car there, a cop car there, helicopter there that you seen the words on the helicopter -- that it said, PD, that it was white and blue.  And then I walked in the other room,

F. EGAN

two police officers were there.

Q.    So when your sister said police officers wanted to talk to you, the police officers were already inside the house; is that correct?

A.    Inside the house, yes.

Q.    So your sister told you the police officers wanted to talk to you, right?  Did you exit your room to go and talk to the police officers?

A.    Yes.  After I opened the window, I went in the kitchen to speak to the police officers.

Q.    They were in the kitchen?

A.    Yes.  Because the door is here, the kitchen is here, and the living room is here, my room is there.

Q.    So you're indicating that the door to enter the apartment is right next to the kitchen; is that correct?

A.    Yes.

Q.    The kitchen leads into the living room?

A.    Yes.

Q.    The living room leads into your room?

A.    Yes.

Q.    So you walked through the living room into the kitchen where the officers were.  How many officers?

A.    There was two officers.

Q.    Do you know their names?

A.    Yes.  Of course I do.

F. EGAN

Q.    What are their of names?

A.    The -- there was a shorter guy, his name was P.O. Cesar Polanco.  The other guy, I think he was Irish or German, he was Melvin Chittum, P.O. Melvin Chittum, something like that.

Q.    Was there anyone else in the kitchen?

A.    Yes.  Eddy was in the kitchen area, my mother, and my sister.

Q.    So Eddy was in the kitchen?

A.    Yes.

Q.    What happened when you entered kitchen?

A.    What happened when I entered the kitchen?  The cops asked me questions.  They stated that I did something. That I was shooting a laser or something like that. They're telling me that this is yours, I'm lying, this and that.

Q.    Let's break it down step by step.

A.    Yes.

Q.    You said that they accused you of something?

A.    Yes.

Q.    What did they accuse you of?

A.    They said -- when they spoke to me, they said I shined a laser.

Q.    Okay.

A.    Do I got to tell you what kind of clothes I was

F. EGAN

wearing when I went to bed?

Q.    No.

A.    Because that I think -- because as the cops stated to me, they said I was hiding and I wasn't sleeping because I fell asleep in plain clothes -- because I go to sleep with plain clothes.

Q.    You mean you wear the same clothes you were wearing to work?

A.    The same clothes to work.  Yes.

Q.    So what were you wearing?

A.    I was wearing jeans.  I was wearing jeans and a blue shirt as -- if you see me on TV, that was the same thing I was wearing.

Q.    So the officer said to you that you had pointed a laser.  Did they say what you pointed the laser at?

A.    They said I pointed a laser at an airplane or something like that.

Q.    Had you pointed a laser at an airplane?

A.    No.

Q.    Do you own a laser pointer?

A.    No.

Q.    Had you ever seen a laser pointer in the apartment?

A.    I seen it once, but I didn't know what it was.

Q.    When did you see it?

50

F. EGAN

A.    I seen it at -- Eddy shown me once.  I never touched anything.  If it's not mine, I don't touch.

Q.    So Eddy showed it to you?

A.    Once.  It's -- I thought he got rid of it or whatever.  I'm not sure.

Q.    Do you know roughly when he showed it to you?

A.    When?  It was -- let's see.  When -- I think it was when he came back from vacation.  When he went to see his brother in Florida.  That had to be -- it was right in January.

Q.    Of the same year?

A.    Yes.

Q.    So January 2015, Eddy comes back from Florida, right?

A.    Yeah.  He went for Christmas.

Q.    He showed you a laser pointer?

A.    Yeah.  But I didn't know what it was.

Q.    But did he shine it when he showed it to you?

A.    He shined it at the wall, but I didn't know what it was.

Q.    What color was the laser that came out?

A.    I'm not sure.

Q.    Was it red or green?

A.    I'm not sure.

Q.    What did the laser pointer look like?

F. EGAN

A.    It looked like a pen.  It had a key in the back, but it was black.

Q.    It had a key in the back?

A.    Yeah.

Q.    What do you mean?

A.    It was a safety lock, I guess.  He was the only one that had that key, yes.

Q.    But it operated by pushing the button, right?

A.    I guess so, yes.

Q.    But you saw him use it?

A.    I seen him use it.  Yeah.  But I didn't --

Q.    When he used it, did he press a button to make the light go out?

A.    I think there was a switch on the thing.  I think, but I'm not sure how he put it on.

Q.    Did you ever see it after that?

A.    No.

Q.    Do you know where he kept it?

A.    No.  He always kept it on him, I guess.

Q.    So he had it on him; is that correct?

A.    I guess so.  Yeah.

            MR. ANDERSON:  Hold on, Frank.  If you don't know it, we don't want you to guess.  Only say what you know for sure.

Q.    Did you ever see Eddy in possession of the laser

F. EGAN

pointer other than when he showed it to you in January of 2015?

A.    Yeah.  He always had that key.  It was under a key and lock, I said.

Q.    Do you mean it was -- it had --

A.    Look.  You see your pen?

Q.    Hold on.  Do you mean that he used to keep the laser pointer on a key chain?

A.    No.  It's -- this is the thing, right?

Q.    We have to do it this way.  So you're indicating to the end of a -- let's say this pen.

A.    Yes.

Q.    What was on the end of the laser pointer?

A.    A key.

Q.    A thing that a key ring came out of --

A.    Yes.

Q.    -- or the physical key?

A.    A physical key.

Q.    Like a key I have to my car?

A.    Yes.

Q.    The key was in the back of the laser pointer?

A.    Yes.

Q.    What did that key do?

A.    I guess it locked on and off.  That's all I know.

Q.    Do you know that?

F. EGAN

A.    The key went in there to lock it on and off.  He stated to me once in the beginning that it has a key that you can lock it on and off, but I never had the key.

Q.    I understand that.  I'm trying to figure out how this laser pointer worked, right?  So what I'm asking you is, could the key come out of the laser pointer?

A.    I think so, yes.

Q.    Did you ever see the key come out of the laser pointer?

A.    No.

Q.    When he showed you it, when he used it, did he turn the key in order to use the laser pointer?

A.    He didn't have the key in there.

Q.    He did not have the key in there?

A.    No.

Q.    So he used the laser pointer without the key?

A.    Yes.

Q.    So when you saw the laser pointer be used in January 2015, it was being operated without the key in the back; is that correct?

A.    Yes.

Q.    So is it fair to say that -- actually that's fine.  So you know that the laser pointer could be operated without a key; is that correct?

A.    He always had a key in it.

F. EGAN

Q.    That's not what I'm asking.  I'm asking you, you know based on what you saw in January 2015, that the laser pointer could operate without the key; isn't that correct?

A.    You have to unlock it.  That's the only thing. It was always locked.

Q.    So the key was used to unlock it?

A.    Yes.

Q.    And then you take the key out; is that correct?

A.    Yes.  It's like a doorknob.  You have to unlock it first, he stated, to use it.  I never touched his thing.

Q.    But once it was unlocked it could be used; is that correct?

A.    I guess so, yes.

MR. ANDERSON:  Can we go off the record for a second?

MR. SIDDIQI:  Sure.

(Whereupon, an off-the-record discussion was held.)

Q.    So you saw the laser pointer in January 2015, and it was in unlock mode, right?  When it was in unlock mode, Mr. Balaguer was operating it without the key inside; is that correct?

A.    Yes.

MR. SIDDIQI:  Let's take a quick break.  A five minute break.

F. EGAN

THE WITNESS:  Okay.  No problem.

(Whereupon, a short recess was taken.)

MR. SIDDIQI:  Can you read back the last question, please.

(Whereupon, the referred to question was read back by the Reporter.)

Q.    So you went to the kitchen and the officers accused you of shining a laser pointer at a plane; is that correct?

A.    Yes.

Q.    What happened next?

A.    What happened next is they stated that they were going to ask me questions downstairs.

Q.    That's what the officers said?

A.    Yes.

Q.    Did you agree to be asked questions downstairs?

A.    Yes.  He said, will you be, I said yes.

Q.    Okay.

A.    But he didn't bring me downstairs.

Q.    Well, let me ask this, who accused you of shining the laser pointer?  Was it Polanco or Chittum?

A.    It was Melvin Chittum.

Q.    Who asked you to come downstairs for questioning, Chittum or Polanco?

A.    It was -- everything was Melvin.

F. EGAN

Q.   What was Polanco doing?

A.   He was just standing there.

Q.   So you're saying that he asked you to go downstairs, right?

A.   Yeah.

Q.   But then you did not go downstairs?

A.   He put me in handcuffs and we went right to the precinct.

Q.   He handcuffed you?

A.   Yes.  And he hurt me too.

Q.   Did he tell you that you were under arrest?

A.   He said you're just going to the 45th Precinct for questions.  That's all he said, all he stated to me.

Q.   And he put handcuffs on you?

A.   Yes.

Q.   Now, when you were being arrested, did they show you the laser pointer?

A.   They said they found a laser on top of the -- on top of the refrigerator.

Q.   Did they show it to you?

A.   They just said this laser, it's yours.  I said, no, it's not.

Q.   Did they show it to you?

A.   I think so.  Yes.  I'm not sure.  I'm not 100-percent sure, but they said they found it on top of the

57

F. EGAN

thing.

Q.    You're not sure if they showed it to you in the kitchen?

A.    It's -- they -- they didn't show it to me.  They said I said I did it.  I never stated anything.

Q.    I'm asking you a totally different question.  I'm trying to just figure out, did the officers show you the laser pointer before they put handcuffs on you?

A.    No.  The first time I seen the laser was different.  It wasn't then.

Q.    When was the first time you remember seeing the laser pointer?

A.    The first time I remember seeing the laser was in the jail, in the precinct.

Q.    All right.  We'll get there.  While you were being arrested, did your mother say anything?

A.    My mother was half-asleep.  She was like, where you bringing my son?  That, you know -- and my dog was barking, my little Shih-Tzu was barking.  And they stated that I was going to the precinct for questions.

Q.    Did your sister say anything at the time that you were being taken out of the apartment?

A.    I'm not sure what they said, but I'm not sure.

Q.    Do you remember her speaking?

A.    No.  The cops took me, they brought me downstairs

F. EGAN

and they put me in a police car.

Q.    Did Eddy say anything when you were being taken out of the apartment?

A.    I'm not sure.  The officers stated that they spoke to everybody before they got me from the room.

Q.    So it's your understanding that the officers had already spoken to your mom, to your sister, and Eddy before you were we woken up?

A.    That's what they said to me, yes.

Q.    Do you have any reason to believe that that's not true?

A.    I'm not sure.  I was sleeping.  I was in the bed, sleeping.

Q.    Okay.

A.    If they would have walked in the room, they would have seen me underneath covers.

Q.    So you were handcuffed, right?

A.    Yes.

Q.    Who handcuffed you?

A.    Melvin.  The big heavyset guy, Melvin.

Q.    Chittum?  Officer Chittum?

A.    Yes.

Q.    You went downstairs, did he put you in a police car?

A.    Yes.  Police car, a helicopter on top, neighbors

F. EGAN

outside.

MR. ANDERSON:  Frank, just --

Q.    But you weren't in the helicopter, you were in the police car?

A.    No.  I was in the police car.

Q.    Who else was in the police car?

A.    He placed me in there, he left me in there for one second, and then the other guy went on the other side and they drove me to the precinct.  That was it.

Q.    So you, Polanco, and Chittum in the police car?

A.    Yeah.

Q.    Do you know what precinct he took you to?

A.    The 45th Precinct.

Q.    How long did it take you to drive there?

A.    How long?  It's probably like seven-or eight-minute drive.  It's right down Tremont Avenue.

Q.    Did anybody talk to you while you were in the police car?

A.    No.

Q.    What happened when you got to the 45th Precinct?

A.    When I got to the 45th Precinct they brought me in handcuffs.  They brought me to a booth where I guess a sergeant was, and somebody else was answering the phones. They left me there for a couple of minutes and then they brought -- they brought me inside the cell that was to the

F. EGAN

left that you had to walk in over a door and go in there. And they put me in the cell with two other people.

Q.    Was it your understanding at any point that you were under arrest?

A.    They said I was -- the only thing they stated to me that they were asking me questions and then when they put the handcuffs I realized I was under arrest.

Q.    Did they ever say the words to you, you're under arrest?

A.    Yeah.  They said I was under arrest, the officer.

Q.    When?

A.    When I was at the precinct.  I said, why do I have handcuffs on?

Q.    So he did not tell you you were under arrest when you were being handcuffed?

A.    No.  He said, you're coming to the precinct and we're going to put handcuffs on you.

Q.    But at the precinct, the officer told you, you were under arrest?

A.    Under arrest.  Yes.

Q.    So you get to the cell, right?  What happens while you're in the cell?

A.    I was in the cell.  I got to tell you everything that happened, like, with other people or just me?

Q.    Just tell me everything that happened.

F. EGAN

A.    Okay.  We got in the cell.  I guess there was two other guys in there that I was supposed to go to central booking with.  That didn't happen.  Afterwards they brought somebody else in, he was fighting with a police officer.  And then they brought me into another room and they were asking me questions.  And it was four people.

Q.    Who were the four people who were asking you questions?

A.    The four people, one was Melvin Polanco.

Q.    Melvin Chittum?

A.    Melvin Chittum.  I'm sorry.  I apologize.

Q.    It's okay.

A.    Melvin Chittum and then there was a lady that she said she was a sergeant, but I'm not sure.  There was a guy that stated he was an FBI agent.  And then there was another guy with a mustache who was there, but an older guy.

Q.    Do you know the name of anyone who was in that room besides Chittum?

A.    No.

Q.    What questions did they ask you?

A.    They asked me -- they asked me where did Eddy get the laser?

MR. ANDERSON:  Can I just clarify?  Were they all there at the same time or different

F. EGAN

times?

THE WITNESS:  Oh, no.  They were all there at the same time.

Q.    So did you see the laser pointer prior to being brought to this room for questioning?

MR. ANDERSON:  You mean at the precinct?

THE WITNESS:  At the precinct.

Q.    At the precinct.

A.    Melvin Chittum had a pointer and he was pointing it.

Q.    When?

A.    In the precinct.

Q.    Before you went in the room for questioning?

A.    Yeah.  He was pointing it.

Q.    Was it the same laser pointer you had seen Eddy in possession of in January of 2015?

A.    Yes.

Q.    How did you know that?

A.    How?  Because he was shining it in -- because the room we were in was very light and then they shut the lights off and you seen like lines going back and forth.

Q.    But what made you recognize it as Eddy's laser pointer?

A.    Because it was the only laser pointer at the place.

F. EGAN

Q.    At the house?

A.    Yeah.  And he kept telling people, look, look what the kid was doing.  Look what he was doing.  He was telling fellow officers what I was doing and I wasn't doing it.

Q.    Before Eddy showed you his laser pointer --

A.    Yes.

Q.    -- had you seen the laser pointer before?

A.    No.

Q.    Never?

A.    Never.

Q.    So before you went into the room for questioning, you're testifying that Officer Chittum was pointing the laser pointer around to show people how it worked, right?

A.    Yeah.  I could tell you everything he was doing.

Q.    Sure.

A.    As they arrested me, we went to the other room -- I'm going to start from the beginning.  They brought me in, from the front door they brought me in.  They made me stop where a little bench was and that was where the guys were and there was one guy right here.  I think he was like the captain or something.

And they were telling him, oh, you know, great job this and that with bringing me in.  And then they brought me to a cell that there was two other guys.  There

F. EGAN

was two young guys, maybe in their late -- late 20s, maybe 28, 29, 30, or 32, around there.  They were getting charged for something else.  I'm not sure what they got charged for.

And he brought me in there and afterwards, a little while after that, they brought me to another room.  They brought me to the room that was right by the door, it was on the left.  So we went in that room and there was Melvin Chittum, he was there.  There was a lady that she said she was a sergeant or something like that.  There was another guy, and there was one guy that said he's from the FBI.  He stated he was from the FBI.  And I'm not sure of their names, but the guy asked me whose laser was it.  And I stated it was Eddy's.

Q.     Which guy?

A.     The guy that stated he was the FBI agent.

Q.     So the FBI agent asked you whose laser pointer it was?

A.     Yes.  And I told him it was Eddy's.  He said, where did Eddy get it from, and I told him.  He's like, but, you know --

Q.     What did you tell him?

A.     I told him that Eddy got it when he visited his brother.  I'm not sure if it was a Orlando or Tampa, because one of the brothers live in Florida.

F. EGAN

Q.    Did somebody ask you a question next?

A.    Yes.   Then they asked me what is his last name. So I guess he went on the computer as I was spelling his last name.  I said, I'm not sure.  I said, I know his mother died at the funeral parlor on the corner.  He said, okay, and they looked up on the website and he was like, what's was the lady's last name, I was like Balaguer.  And then he looked that up.  He looked up the information and he found Eddy's.  He found the real spelling of Eddy because it was E-L-E-C-H or something like that.

And he looked it up and he said, oh, wow, this guy has a bunch of felonies.  And that's all he stated. Then he asked me, can I see your cell phone.  I said, sure. I was like, but I don't have the cell phone with me.  It's at the house.  Then the officer asked me, can I go and get your phone.  I said, sure, of course you can.  I said, no problem.

Q.    Is this the FBI agent who's asking you these questions?

A.    Yes.  And then he sent Melvin and Polanco to go get my cell phone, right.  I guess they rang the bell or whatever and they got my sister's attention or somebody's attention in the apartment.  They walked upstairs and they went in my room to look for my phone.  I'm not sure what happened after that, but I know they brought my phone back

with Eddy.

Q.    And Eddy came, too?

A.    Yes.

Q.    What happened at that point?

A.    I was in the cell.  I was in the cell in the back, so I don't -- I didn't really see what was going on, because it's a different room.

Q.    What's the next thing you remember happening?

A.    The next thing was I guess they asked Eddy about everything or whatever and then my sister told me that he left, but I'm not sure.  He just left.

MR. ANDERSON:  He's asking, what's the next thing that happened with you, Frank.

THE WITNESS:  Oh, what happened with me?

They brought me back to the thing.

Q.    To the room?

A.    Yeah.  Everything they asked me --

Q.    You went back to the room after they finished questioning Eddy?

A.    No.  I went back when the FBI agent asked me if they could go to my house and get my phone.  I said -- sorry.

Q.    Go ahead.  Keep going.

A.    So when the FBI agent, I'm not sure his name, he was the guy on the right.  And he said, can we go to your

F. EGAN

house and get your phone.  I said, no problem.  He's like, can I look at your text messages.  I said, no problem.  And then after that they were asking me a couple questions, what do I do.  What are my hobbies.

Q.     Can I stop you for a second?

A.     Yes.

Q.     I want to make sure we get as clear a transcript as possible and I feel like we're jumping in time, right?

A.     Okay.

Q.     So I'm going to ask you very, very straight questions.

A.     Okay.

Q.     We're going to go back a little, but I don't want to skip anything.

A.     Okay.

Q.     Otherwise, it's going to be very jumbled.  So just try your best to not leave anything out or skip ahead. So we're going all the way back to the kitchen, okay?  Your sister woke you up, right?  And you went to the kitchen; is that correct?

A.     Yes.

Q.     An officer accused you of shining a laser pointer at a plane?

A.     Yes.

Q.     That officer was Officer Chittum, correct?

F. EGAN

A.    Yes.

Q.    Did Officer Chittum or Sergeant Polanco say anything else to you before you were placed in handcuffs?

A.    The only thing they stated is that they found a laser on top of the refrigerator.

Q.    Did anybody else in the apartment, either your mother, your sister, or Eddy say anything to you or to the officers before you were handcuffed?

A.    I'm not sure.

Q.    Did Eddy ever say to the officers, that's my laser pointer?

A.    I think so, but I'm not sure.  I didn't hear anything.

Q.    Why do you think he said that?

A.    My sister said he said that was his and that's the only way I know it was his, but I don't know.  I don't know.  I didn't hear him for myself.

Q.    You didn't hear him?

A.    I did not hear him.  I can't say I heard him.

Q.    You were placed in handcuffs, right?

A.    Right.

Q.    You were put into a police car?

A.    Yes.

Q.    When you got to the precinct after making some small stops, you were put into a cell with two other

F. EGAN

people, right?

A.    Yes.  Correct.

Q.    While you were in that cell, you're saying Officer Chittum was demonstrating how the laser pointer worked to other officers; is that correct?

A.    Yes.  100 percent.

Q.    The next thing that happened was you were placed in an interrogation room, right?

A.    Yes.

Q.    Before you were placed in that interrogation room, did Officer Chittum say anything to you?

A.    Before?

Q.    While you were in the cell.

A.    No.  But he came back afterwards, not before.

Q.    So let's stay at before.

A.    Okay.

Q.    Before you went in the interrogation room, did any other NYPD officer speak to you?

A.    No.

Q.    Were you shown the laser pointer while you were in the cell?

A.    No.

Q.    Next thing you went into the interrogation room, right?  There was an NYPD sergeant, Officer Chittum, an FBI agent, and a man with a mustache?

F. EGAN

A.    He stated he was FBI, yeah.

Q.    And a man with a mustache, right?

A.    Correct.

Q.    And these people were asking you questions, right?

A.    Yes.

Q.    Did the female sergeant ever ask you any questions in the interrogation room?

A.    They all asked me the same questions.

Q.    At the same time?

A.    No.  Different.  They were trying to confuse me. They all asked me the same question.

Q.    Were they all in the room at the same time?

A.    Yes.

Q.    How would you describe their manner while they were asking you questions?  Were they calm?

A.    Yeah.  But the other guy wasn't calm.

Q.    The one with the mustache?

A.    No.  The FBI agent.  He stated he was.

Q.    Let's just say he was an FBI agent, right?

A.    Yeah.

Q.    Are you saying he was angry?

A.    Yeah.

Q.    So how was that anger coming across to you?

A.    The anger was coming across to me, because

F. EGAN

everything I told him he'd point and tell me bullshit. It's point blank he told me you're bullshitting. He's like, you're full of shit. That's what he said.

Q. What else did he say?

A. Because everything I explained to him -- he kept asking me the same thing over and over and over. How do you go to bed at 8 o'clock? Nobody goes to bed at 8 o'clock. That's what he stated. Nobody goes to bed at 8 o'clock. And the FBI agent said that over. And, you know, said it over, that nobody goes to bed that early. He was like, he stated that I was wide awake. I wasn't wide awake because the officers would have came in they would have seen me in the room.

Q. Let's stay on what he said.

A. Yeah. Yeah.

Q. What else did he say?

A. He stated all that. After he stated that, he said -- he asked me what happened. Okay. I told him. I told him the story about the laser, that he got it when he went to Florida and he brought it back to him -- he brought it back here. That was his laser. And the guy then said, can I look at your phone records. I said, I have no problem. Look at my phone, sure. He said, okay, I will send PO Chittum and PO Polanco back to the house to go look. What they did in the room, I'm not sure.

F. EGAN

Q.    Wait.  Stop.  When he sent the two officers to go to get your phone --

A.    Yes.

Q.    -- did you stay in the interrogation room or did they put you in a cell?

A.    No.  I went back in the cell.

Q.    While you were in the cell, did anybody speak to you?

A.    No.

Q.    You're saying at a certain point, Eddy came to the precinct.  How did you know Eddy was at the precinct?

A.    Because the officer told me.

Q.    Did you see Eddy?

A.    When they brought me back to ask me questions, yes.

Q.    Where did you see him?

A.    He was sitting -- when they took me, because I was in handcuffs, they took me from one room to the other room to go in that -- in the conference room to speak to the guy.  He was right on the bench, sitting.

Q.    He was sitting outside the conference room?

A.    Yes.

Q.    Did you guys look at each other?

A.    No.  I was in handcuffs.  I went like that.

Q.    So you're in the cell and then they bring you

F. EGAN

back to the interrogation room?

A.    Yes.

Q.    On the way to the interrogation room you see Eddy; is that correct?

A.    On the way back?

Q.    On the way to?

A.    Yes.

Q.    And now we're in your second session in the interrogation room; is that correct?

A.    Yes.

Q.    What happens this time when you're in the interrogation room?

A.    They ask me the same -- then he asked me --  he asked me --

Q.    Who's he?

A.    The FBI agent asked me, what are these messages on your phone and why didn't you respond back?  I said, because I fell asleep.  Because I guess my wife was texting me because we were a little upset about -- it's more I was upset regarding that I had to move out.  I had to leave my mother.

It's -- because my wife wanted me to leave my mother earlier, before we got married.  So I was staying somewhere I didn't want to because I was always raised with my mother, you know.  And that was one of the things we

F. EGAN

were arguing about.  And my wife is like, oh, you know, you got to grow up, this and that.  And then -- then I fell asleep.  And she was like, don't fall asleep on me.  If you look at the records, it says, please, don't fall asleep.  I went to bed.

Q.    Do you have the same cell phone as you did at that time?

A.    Yes.

Q.    Do you have those text messages?

A.    He should have all records of everything.  You should have records of everything.  It's -- Tiffany has records on her with text messages.  And I have the -- I have the phone, but it's dead.  It's at home.

Q.    All right.  So --

MR. ANDERSON:  Going off the record.

(Whereupon, an off-the-record discussion was held.)

MR. SIDDIQI:  I'm just noting at this point that we're calling for the production of any and all such records that are either in the possession of Plaintiff, or his Counsel, specifically the text messages and phone call records from March 9th, 2015.

MR. ANDERSON:  Sure.  I'm going to assume you'll follow up in writing with a written

F. EGAN

request.

MR. SIDDIQI:  Of course.

MR. ANDERSON:  Perfect.

MR. SIDDIQI:  I think it's covered by some of our document requests, but I'll still put a new request out.

MR. ANDERSON:  Yes.

Q.    So he was basically saying to you, why didn't you answer these text messages?

A.    Yes.

Q.    What was your answer?

A.    I said I fell asleep.

Q.    What did he say in response?

A.    He kept telling me, nobody falls asleep at 8 o'clock.

Q.    What other questions were you asked in this second session?

A.    That was it.  Those were the questions.  It was short and then he said he was speaking to Eddy about something and that's it.  And then they put me in the thing overnight and I was there overnight.

Q.    What did he say you talked to Eddy about?

A.    Not sure.

Q.    You just told me you said that he said you just said --

F. EGAN

A.    He said that he was going to speak to Eddy after me.

Q.    Okay.  I understand.

A.    Yes.

Q.    Had he spoken to Eddy before you went in for that second session?

A.    I'm not sure.  Because I was in the cell.

Q.    Did the FBI agent at any point in time say to you that was your laser pointer?

A.    Yes.

Q.    When?

A.    He -- and the police officers said it the first time that I went there.  That's why I stated, I did not -- I don't have a laser pointer.

Q.    Did the officers ever ask you in the apartment, is this your laser pointer?

A.    And I said, no.

Q.    Just yes or no.  In the apartment, before being handcuffed, did either of the officers ask you, is this your laser pointer?  Did they ask you that question?

A.    Not inside the apartment, inside the precinct.

Q.    When you were first placed in the cell or when?

A.    No.  When I went -- they put me in the cell first.  They brought me in the room first -- they brought me in the area, so they had handcuffs on me.  I guess they

F. EGAN

brought me into the other room where the cell is.  It was a small cell.  And then they brought me into the room with the four people.  And then they stated it was mine and it wasn't.

Q.     Did they say, we know it's yours or did they say, is it yours?

A.     No.  They said, we know it's yours.

Q.     Did they tell you how they knew it was yours?

A.     They said they pinpointed my window.

Q.     So they were saying it was coming from your bedroom window?

A.     Yes.

Q.     Where was Eddy's bedroom?

A.     Eddy was laying on the couch.  It was like a recliner chair.

Q.     Where would Eddy sleep at night?

A.     Oh, where?  That would be in the living room.

Q.     Is there a window out of the living room?

A.     Yes.

Q.     Does it point to the same direction as the window in your bedroom?

A.     What do you mean?  It's -- what do you mean, it points?  It doesn't point.  It's a door.

Q.     Let me break it down.  Is there a window in the living room that looks outside?

F. EGAN

A.     Yeah.  But they had an air-conditioner then.

            MR. ANDERSON:  Hold on.  Let's go off the record.

            (Whereupon, an off-the-record discussion was held.)

Q.     Do you know what direction the window from your apartment points?

A.     No.  Let's go off the record for a second.

            (Whereupon, an off-the-record discussion was held.)

            (Whereupon, Photographs were marked as Defendants' Exhibit A for identification as of this date by the Reporter.)

Q.     Mr. Egan, are you a deep sleeper?

A.     Yes.

Q.     Does it take someone to shake you to wake you up?

A.     Yes.

Q.     Is it possible that if somebody was in your bedroom while you were sleeping you wouldn't know about it?

A.     My door squeaks.

Q.     Does that wake you up?

A.     Yes.

Q.     But I'm asking, is it possible somebody could be in your bedroom and you don't wake up?

A.     No.  Because my dog would bark if anybody gets

F. EGAN

up.

Q.     Your dog is in your room?

A.     No.  My dog is in the living room and if anybody wakes up, the dog barks.

Q.     If the dog barks you would wake up?

A.     Yeah.

Q.     But you didn't wake up when there were two police officers in your kitchen, right?

A.     No.

Q.     The dog would have barked, right?

A.     But the dog didn't bark when he came in the house.

Q.     So it's possible that somebody could get up and your dog would not bark, right?

A.     Yeah.  But I would hear somebody come in the door.

Q.     But you didn't on March 9th, right?

A.     Because my door makes a noise when -- I shut my door when I go to bed.

Q.     What I'm trying to say is, on March 9th, 2015, there was a police helicopter flying over your apartment, right?

A.     Yes.

Q.     There were multiple police cars outside, right? There were two police officers who banged on the door and

F. EGAN

your sister opened the door for them, right?

A.    Yes.

Q.    And you did not wake up through any of that;
isn't that correct?

A.    Yes.

Q.    So you're a deep enough sleeper that you slept
basically through the whole police interaction up until the
time that your sister entered your room, right?

A.    Yeah.  My sister entered my room and shook me.

Q.    She had to shake you to wake you up, right?

A.    Yes.

Q.    So it was not the squeaking of the door that woke
you up when your sister entered the room?

A.    No.  She had to shake me.

Q.    I'm going show you a series of paragraphs that
were produced by your attorney in the course of discovery
that have been premarked Defendants' Exhibit A.  They have
number markings in the corner.  This is Exhibit A1.  Can
you tell me what this is a photograph of?

A.    Yes.  This is the kitchen area in front of the
door.

Q.    Photograph 2, what's this a photo of?

A.    You want me to tell you each window?

Q.    If you can write -- okay.

A.    These are the neighbors windows.

F. EGAN

Q.    Okay.  Why don't you write "neighbor" underneath the "neighbor" windows.

A.    I can write Liz?  Her name is Liz.

Q.    Sure.  Write Liz.  What's this window?

A.    Kitchen.

Q.    What's this window?

MR. ANDERSON:  Frank, when you write, can you just say for the record what it is that you are writing.

THE WITNESS:  Oh, yes.  Okay.

MR. ANDERSON:  Just for the -- I think --

THE WITNESS:  Just for this?

Q.    So the third window from the left is the kitchen window, right?

A.    Yes.  That's underneath the door.

Q.    The fourth window from the left you've indicated is the living room?

A.    The living room, yes.

Q.    The fifth window from the left is what?

A.    Is my first window and a door right behind it.

Q.    But this window, you want to just write "Frank Egan" on top.  And this window?

A.    This is my other window because we have two windows.

Q.    Okay.

82

F. EGAN

A.    And just to let you know, there was an air-conditioner in here that I took out and brought to my new apartment.

Q.    Can you just sign on the top?

A.    Where, up here?

MR. SIDDIQI:  Yes.  That's fine.  And again, I would just ask that you produce fresh photos to me later.

MR. ANDERSON:  Can you scan all the ones then give me marks.

MR. SIDDIQI:  Yes.  I will.

MR. ANDERSON:  I can give you the electronic copies of the pictures if you want.

Q.    Defendants' Exhibit A3, what's this a photo of?

A.    This is a photo of -- this is the kitchen, this window.  This is the living room.  This is my first window. This is my second window.

Q.    Picture A4, what's this a photograph of?

A.    This is a picture of the front window right here and the refrigerator.

Q.    This is the refrigerator where the officer said that they found the laser pointer?

A.    Yes.

Q.    Had you ever seen the laser pointer on top of the refrigerator?

F. EGAN

A.    No.

Q.    Do you know where Eddy used to keep the laser pointer?

A.    I'm not sure.

Q.    This is the same.  Photograph A6, what's this a photo of?

A.    This is a photo -- this is where my air-conditioner was.  This is my first window that was to the left.

Q.    So this window was blocked by an air-conditioner in May of 2015?

A.    Yes.

            MR. ANDERSON:  March 2015.

Q.    March 2015?

A.    March.  Yes.  My air-conditioner was right there.

Q.    A7, what's this a photo of?

A.    This is a photo of my bed.

Q.    A8, what's this a photo of?

A.    This is a photo of the -- my mother's couch right here, and that's my dog going into my room.  And this is the living room.

Q.    Photo A9, what's that a picture of?

A.    This photo is a picture of my sister's room in the back.

Q.    Does your sister's room have a window?

84

F. EGAN

A.    A little window right here.  This is because -- this is like this because they have another building right -- another -- they made a house on top of the building next to it.

Q.    But there is a window there?

A.    The window, it's right here, where you see the light, that's the window.

Q.    Can you draw an arrow indicating the window?  Would Eddy sleep in this room?

A.    No.  Eddy sleeps on the couch on this thing.

Q.    Photograph A10, so you're saying that the white couch in this picture with the black pillow, this is where Eddy used to sleep at night?

A.    Yes.

Q.    It's a fold-out?

A.    I think it folds up.  It doesn't fold out.  What do you mean?  The legs come up here.

Q.    Okay.  A11, what's this a photo of?

A.    This a is photo from the kitchen to across the street.

Q.    Photo A12, what's this a photo of?

A.    This is a photo of the kitchen and the refrigerator.

Q.    Photo A13, what's this a photo of?

A.    This is a photo of the window in the kitchen on

F. EGAN

top of the door with the refrigerator.

Q.    Is your sleeping early part of your medical condition?

A.    I think so.

Q.    Is your deep sleeping part of your medical condition?

A.    Because -- yeah.  Because the abnormal airway, it makes me fall asleep early.

MR. SIDDIQI:  So to the extent that we don't have a release for medical records pertaining to the medical condition stemming from the airway, we'd like to get those medical records, okay?

MR. ANDERSON:  Okay.

Q.    After you were finished with your second interrogation session at the 45th Precinct, what happened? Did you stay the night in the precinct or at Central Booking?

A.    No.  At the precinct.

Q.    At the precinct.  What happened after you stayed the night in the precinct?

A.    What happened?  They left me in the room and then the next following day.

Q.    By the room, do you mean the cell?

A.    The cell, yeah.  Inside the cell.  I was the only one in the cell.  And I had to-- I had to stay in that

F. EGAN

cell, so I slept on the dirty -- the bench, it was very dirty, in the cell.  Like all the whites -- all the -- I don't know.  The dust got on my shirt, it's all white.

Q.    So you spent the night in the cell, right?

A.    Yes.

Q.    What happened in the morning?

A.    In the morning?  P.O. Polanco came.  That's Cesar Polanco.  He's the other officer.  He took my fingerprints and then after the fingerprints he let me call me fiancee.

Q.    What did you say to your fiancee on the phone?

A.    I said, Tiffany, you know, they locked me up.  She was like, she didn't know what happened and I didn't say anything.  And she said that they got me a lawyer and that's it.  To just stay there and they bring me to court and I'll meet my lawyer.  That's it.

Q.    Did you go anywhere after the precinct?

A.    After the precinct, no.  It's -- in the morning-time he took my fingerprints, right.  At nine o'clock.  I tried to get him before nine o'clock because my wife is a school teacher -- to call my wife.  After the fingerprints he let me call my wife.

He put me back in the cell and then P.O. Chittum, right, came back and he told me -- he's like, Frank, listen, you're in a lot of trouble.  I said, what do you mean, I'm in a lot of trouble?  He's like, you're in a lot

F. EGAN

of trouble.  He's like, you got a lot of felonies and aviation is going after you because you shot a laser.

I said, I didn't do anything.  He was like, Frank, make it easy for yourself, just say you did it.  I said, absolutely not.  I said, no, I'm not saying something I did.  He's like, all right.  He's like, then a judge is going to figure out if you did it or not.  And then after that I was in the cell.  He left the room and then he was on the phone -- on the phone with people.  And then about 12 o'clock, right -- he said I was going to leave, like, 12:30.

So about 12:00, 12:10, these two lady cops came to get me and they brought me into another room and one lady cop said to the other lady cop -- I'm not sure of their names, but it was two younger ladies.  I'm not sure how old they were.  And one stated that -- move your gun. They thought I was going to take the gun or something -- to put your gun on the other side.

I said are you kidding me, I'm in handcuffs.  And that's what she stated over and over to the other one.  And that was the one with the darker hair and she was dark skinned and she stated that.  And then after that they had me wait -- they had me wait for like another 10, 15 minutes.  And she went to go get the car outside, right.

And as she walked in she came to tell the lady

F. EGAN

that the media was outside, should we take him out the back door. She said absolutely not. And then they brought me in front. They made sure that there was probably about five or six cops outside standing on each step. And there was a Spanish guy too. I'm not sure of his name. He had a bald head.

But there was people standing on this side, this side, and as they walked me out all the cops were in a line as me walking down to the media. And the first media channel said something to me, and that was Channel 12 News. They said, Frank, why did you do it. I said I was sleeping. And that's the only comment I made on -- that I made walking out of there.

They said, why did you do it. I said I was sleeping. And if you look at any records, that's what I said. And then they brought me in the cop car and there was cameras taking my picture the guys inside almost in the camera (sic). The lady put me in the back. The other lady, she stayed in the back on the side and the other lady was the driver. She was in the front side, the lady, the darker-skinned woman. And then they -- they drove me around the corner after the media took my picture and everything.

As I went down, they made a left at the corner. They went down, they stopped at the end of the block.

F. EGAN

They're on their walkie-talkie looking for some guy or whatever.  It's a -- follow us or something, I'm not sure -- to bring us to Central Booking.  She went to Central Booking.  She brought me to Central Booking on the highway.  She drove on the highway, right.  She got off, she went to Central Booking.  I thought I was going to die in the car because the lady was going very fast in the car.

I thought -- I thought something was going to happen to me, but here -- she was driving really, really fast in the car.  Then she reversed up to tell somebody to close their -- what is it, the gas thing?  Because they were smoking and the other cop didn't want them to throw the cigarette out the window so the thing burns or something on the highway.

And then we went to the thing, right.  She reversed back, she told the lady.  The lady stopped.  I thought I was almost dead then.  She was flying to Central Booking.  Central Booking was 161st Street, or something.  I'm not sure of the address.  It was right by the courthouse.  As they brought me in, they brought me in the driveway, right.  As I was in the cop car they brought me in the driveway.  Two other cops came out, they grabbed me, right.  They bring me inside.

And one of the cops said -- it wasn't nice what the guy said.  He said for what I did, I should get so many

F. EGAN

years in jail.  That what I did was very harmful.  And the guy was like giving it to me.  And he was saying a whole bunch stuff to me.  He was a very skinny guy.  He was the first one when we walked in, he was on the right at the desk.  He had light blue eyes and he had light brown hair, but he had like a crew cut, a very short haircut.

And he stated to me that, you know, you should go away for a long time for what you did.  What you did is not reasonable -- to hurt somebody like that, what if those planes crashed?  It's -- and then they brought me to another line.  Another officer took pictures of me.  And then they brought me to another window and the window -- then we had to answer questions with that lady.

And then we had to go to another room.  They sat us down.  They said take a sandwich.  And then we went into another cell.

Q.    And how long were you in that cell?

A.    How long?  How long?  Maybe past 12 midnight, past.

Q.    Did there come a time when you got out of that cell?

A.    Yeah.  To go upstairs to go to another cell.

Q.    How long were you in that other cell?

A.    Okay.  I was in that cell from when we got there, probably, like, about 12:45, 12:50, around there.  We got

F. EGAN

there -- I didn't go upstairs.  They didn't call my name because every time they seen my thing, they put me on the back of the thing.  I don't know why, they put me on the bottom.  Every time they see my name, I see my name -- they put me on the bottom.

So at 12:40 I think they called me.  They say you're going to go upstairs.  I said okay.  You're going to go upstairs and that's when I met Francis.

Q.    Your attorney?

A.    My attorney.

Q.    Did you appear before a judge?

A.    Yes.

Q.    Were you arraigned?

A.    I was arraigned.  They put me on bail.

Q.    Who paid the bail?

A.    My wife.

Q.    Do you know how much the bail was?

A.    The bail was $5,000.  They wanted 90,000.

Q.    So she paid out $5,000?

A.    She gave a check -- a certified check for $5,000 the next day, because they closed at one o'clock.

MR. SIDDIQI:  Why don't we take a short break.

(Whereupon, a short recess was taken.)

Q.    Mr. Egan, we just took a short break.  During

F. EGAN

that break, did you have any conversation with your attorney?

A.    No.

Q.    You didn't talk to your attorney at all?

A.    No.  We didn't speak about anything.

Q.    You didn't talk about your testimony?

A.    No.

Q.    So after you made bail, what was the next thing that happened in your criminal case?

A.    When we did bail?  I had to go back to court Friday the 13th.

Q.    What happened on Friday the 13th at court?

A.    Friday the 13th, that's when Eddy came to -- that's when Eddy came to court.  He spoke to the lawyers stating that he did it.  That he was going to go in front of the judge.

Q.    What proceeding was going to happen on the 13th?

A.    I think they were trying to arraign me or something.  I'm not sure.

Q.    Do you know if it was an arraignment or if it was a grand jury proceeding?

A.    I'm not sure.

Q.    Did you know that Eddy was going to do that?

A.    Yes.

Q.    So let me ask you this, when did you find out

F. EGAN

that Eddy was the one who shone the laser pointer?

A.    When did I find out?  When I went back, because I left Wednesday night, right.  I had to go back to the barge and get my wallet and sneakers and stuff like that because they let me out late that night Wednesday, and they were -- one department was the closed that day.  They had my stuff.  I had to go back the next day.  Eddy called, I hung up on him.  He called me.

Q.    Can I stop you for a second?

A.    Yes.

Q.    Why did you hang up on Eddy?

A.    Because everything they put me through.  It's -- you know, I didn't want to speak to him and my lawyer told me not to speak to anybody.

Q.    So Eddy called you, you hung up, and this was during the process of you going back to the barge?

A.    Yes.  I was right at the barge.  I was leaving the barge when he called because I got my sneakers and everything.  The sneakers I threw in the garbage, but I got my wallet and everything.

Q.    Why did you throw your sneakers away?

A.    Because when you went in there, it was like really dirty and they were old sneakers.  It's something I don't want to remember.  I don't want to remember.

Q.    So what property did you have besides your

F. EGAN

sneakers?

A.    My wallet and -- the wallet and the keys.

Q.    I'm guessing you did not throw those away, right?

A.    No.  I kept those.  Yeah.

Q.    And then when you're leaving you get a call from Eddy?

A.    I got a call from Eddy.  I hung up on him the first time.  And then he called back.  He said that he went to his lawyer.  It's -- the lawyer's name was Manuel Sanchez.  He's a Bronx attorney.  And I said listen, I cannot speak to you.  You have to speak to my lawyer if you have anything and I hung up the phone again.

And I called Francis O'Reilly's office and I said, Francis, he just called me.  He's like, all right, give me the number that he called you.

MR. ANDERSON:  No.  No.  No.  Let's not go into details about what was discussing with you and Francis.

A.    Oh, yes.  Sorry.  Sure.

Q.    So did you come to learn what Eddy was trying to communicate to you?

A.    No.  I didn't know until I went to court.

Q.    Did there come a time where you learned that Eddy was the one who was pointing the laser pointer on March 9th, 2015?

F. EGAN

A.    I knew it wasn't me.

Q.    That's not what I'm asking.  I'm asking, did there come a time where you became aware that it was in fact Eddy who was doing that?

A.    The lawyers stated it.

Q.    Which lawyer?

A.    Francis.

Q.    When did he tell you that?

A.    He stated it when he went to court and stated with me and he asked me what happened.

Q.    This is on March 13th?

A.    No.  March 9th.  March 9th at 12:40 when I spoke to him at 12:45.

Q.    And you told him that Eddy did it?

A.    No.  He said that they said I pointed a laser.  I said, no, I didn't.

Q.    Okay.  I'm asking you, sitting here today --

A.    Yes.

Q.    -- can you tell me who pointed a laser pointer out of 2801 Coddington Avenue on March 9th, 2015?

A.    I'm not sure.  I was in bed sleeping.

Q.    Okay.  You don't know directly?

A.    Yes.  I don't know directly.

Q.    Do you know indirectly who did that?

A.    They stated Eddy did it.

Q.    Who stated Eddy did it?

A.    Eddy stated to the cops and that's what I heard.

Q.    Did you ever hear Eddy say that?

A.    What?

Q.    Did you ever hear Eddy say that?

A.    Yeah.  Eddy even stated to one of the workers of the -- yes.

Q.    So sitting here today --

A.    Yes.

Q.    -- is it correct to say that to the best of your knowledge, Eddy is the one who pointed the laser pointer on March 9th, 2015?

A.    Of course.  I didn't see him myself, yes.

Q.    Right.  But you understand that you can know something without seeing it, right?

A.    Yes.

Q.    Do you know that Eddy pointed the laser pointer on March 9th 2015?

A.    Yes.

Q.    When is the first time you learned that information?

A.    The first time?

Q.    Yes.

A.    When he called me and he said he pointed it and -- I spoke to the lawyer.  And the lawyer called me and

told me.  He said, listen, we're going to court.  Eddy's coming and Eddy is going to confess.  That's it.

Q.    So in the phone conversation you had with Eddy after leaving the bar --

A.    I hung up on him.  I could not speak to him.

MR. ANDERSON:  Frank, let him finish the question.

THE WITNESS:  Yes.  Sorry.

Q.    Eddy tried to call you after you left the barge?

A.    Yes.

Q.    You hung up on him?

A.    Yeah.

Q.    He called you again.  He started to have a conversation with you, but you told him, talk to my lawyer, right?

A.    Talk to my lawyer.  I couldn't talk anyway.

Q.    But before you told him that, did he say to you, I pointed the laser pointer?

A.    He did say that, yes.  Yeah.  He told me on the phone, then I hung up on him.  I could not speak to nobody.

Q.    And to be clear, I'm not asking you trick questions and trying to get you into trouble.

A.    Yeah.  No.  No.  I got you.

Q.    I feel like that's what you might think.  I'm trying to get all of the information, okay?  I know that

F. EGAN

somebody told you at that point, don't speak to anybody else, but I'm not trying to get you in trouble for that. I'm just trying to figure this out. So you were at the barge on March 10th or March 11th?

A.    I was at the barge the -- I was there March 9th at -- no. March 10th.

Q.    When you left, right?

A.    No. No. No. When I left -- because March 9th -- because at 12:40 when they brought me upstairs -- they brought me upstairs. They brought me in a room and then they brought me in another room with court reporters and the judge and Francis, the lawyer. And then they brought me downstairs. They brought me downstairs to another room. And then at one o'clock they say you only can stay to one o'clock if you don't get bailed out. And I went right to --

Q.    But you were bailed out on March 10th, 2015, right?

A.    Wednesday.

Q.    Right. Wednesday, March 10th, 2015, right?

MR. ANDERSON:  Was that the 10th?

THE WITNESS:  No. That wasn't the 15th, because the 13th was Friday.

MR. ANDERSON:  The Monday was March 9th, was it not?

F. EGAN

THE WITNESS:  Yeah.

Q.    So Monday is March 9th --

A.    March 11th.

Q.    March 9th is Monday, right?

A.    Yes.

Q.    You got arrested at night?

A.    Yes.

Q.    Did you stay the night in the precinct?

A.    Yes.

Q.    The next day you go to Central Booking, right?

A.    Yes.

MR. ANDERSON:  That's Tuesday, the 10th.

Q.    Tuesday, the 10th.  And when was your bail paid out?

A.    The next day at almost 10:30 at night they let me out.  10:30, 11:00.

MR. ANDERSON:  It says Wednesday.

THE WITNESS:  Wednesday 10:30, 11:00.

MR. SIDDIQI:  Can we go off the record for a second.

(Whereupon, an off-the-record discussion was held.)

Q.    So regardless, you got the phone call from Eddy after you had picked up your property from the barge, right?

F. EGAN

A.      Yes.

Q.      Before you could advise him to speak to your attorney, he did communicate to you that he was the one pointing the laser pointer, right?

A.      Yes.

Q.      How did that make you feel when he told you that?

A.      It made me feel horrible.  It's, you know, that I got arrested for something I didn't do.

Q.      Did that seem like something Eddy would do?

A.      Yeah.

Q.      Why is that?

A.      Look at his record.  It's -- you know, it's something stupid that -- pointing a laser at an airplane, that's really dumb.  That's really dumb and stupid.  I'm not saying that in any bad way, but that's not a right thing to do.

Q.      What kind of record did Eddy have?

A.      It's something, manslaughter, it said in the paper, but I'm not sure.

Q.      Do you know about any of that before you read it in the paper?  Did you know that Eddy had a criminal history when he was living in your house?

A.      No.

Q.      But were you surprised when you found out that Eddy had been pointing the laser pointer?

F. EGAN

A.    Yeah.

Q.    So you told Eddy to call your lawyer, right?

A.    Yeah.  Because I couldn't speak to him.

Q.    And then your lawyer called you?

A.    Yes.

Q.    Did the lawyer tell you in sum and substance that Eddy was the one who was pointing the laser pointer?

A.    Yes.

Q.    So what was the decision?  How were you going to deal with that in terms of your criminal case?

A.    What do you mean, how are we going to take care of it?

Q.    Because now somebody else was saying they did it, right?

A.    Yeah.  He was supposed to go to court when I went to court on March 13th, that's a Friday.

Q.    He did go to court?

A.    Yes.

Q.    What happened at court?

A.    And that FBI agent guy was in the back.  And the D.A. -- the D.A. came up and said, listen, you know, we have somebody -- we have somebody that stated that they did it.  It wasn't him.  We got the wrong person.

Q.    What happened then?

A.    And then they keep -- was it after that?  It's --

F. EGAN

they charged him.  They stated something about a bench warrant, but I wasn't sure.  Something about -- because I read it online that stated that he was -- they brought him to the Southern District.

Q.    Wait.  I don't want to you tell me what you read online.

A.    Okay.

Q.    I want you to tell me what you know.

A.    Oh, what I know?

Q.    So you were in court --

A.    After court I went -- I left right away.

Q.    But did Eddy say to the judge that he did it?

A.    Yes.  He said it to the judge in front of my face to the judge.

Q.    What exactly did Eddy say?

A.    He said that he pointed a laser.  It wasn't me. It was a childish thing to do.  He feels really bad that an innocent person is going to go away for something he did. That's what he said in front of the judge.

Q.    What did the judge say?

A.    The judge said they were going to talk to the district attorney.  They said something about they were going to research a little bit more and drop my charges, but they didn't for a while.

Q.    When were your charges dropped?

F. EGAN

A.      October 13.

Q.      Did you have to go to court between March 13th and October 13th?

A.      Yeah.  A bunch of times.

Q.      How many times?

A.      I don't know, maybe five or six times.

Q.      What happened in those court appearances?

A.      They just said, oh, okay.  The D.A. is not here, so go the next time.

Q.      So what happened in the last court appearance?

A.      The last court appearance?  Me and Frank Corigliano went.

Q.      Who's Frank Corigliano?

A.      We had two lawyers.  We had Francis O'Reilly and Frank Corigliano was the other lawyer.

Q.      Can you spell his last name?

A.      C-O-R-I-G-L-I-A-N-O, something like that, Corigliano.  I can find out the spelling for you.

                MR. SIDDIQI:  Sure.  I would appreciate that.

                MR. ANDERSON:  I believe -- do they both work at the same firm?

                THE WITNESS:  Yes.

                MR. SIDDIQI:  Oh, okay.  That's fine.

                THE WITNESS:  They're both from the same

F. EGAN

firm.

Q.     What happened at that last court appearance?

A.     What happened?  It took the judge -- when I went up it took them five minutes to dismiss my charges.

Q.     Do you know what happened to Eddy's charges?

A.     No.

Q.     Did your sister continue to date Eddy after he confessed to using the laser pointer?

A.     Yes.  I think she did because he was there and I wouldn't go back home.

Q.     Because you were angry at him?

A.     No.  I didn't want to go back home with that.  I didn't want to be involved in anything like this.

Q.     But you weren't mad at Eddy?

A.     I was, but what do you want me to do?  I can't do anything.  What am I going to do?

Q.     How long --

A.     I stayed at my wife's aunt's house.

Q.     That's my next question.  At what point in time did you move out of your mom's house?

A.     That night everything changed for me.  I didn't go back.  I stayed at my wife's -- my girlfriend's house.  That the mother -- I slept there for a couple of nights and then I stayed at the aunt and then I found our apartment.

Q.     So is it correct to say that after you were

F. EGAN

released from custody on or around March 10, 2015, you never stayed in your mother's house again?

A.    I didn't say that.  I left.  You know, it's -- after everything happened, right away I got an apartment.

Q.    Are you alleging that any officer injured you during the course of your arrest?

A.    Yeah.  They hurt -- because if you speak to Sharon, I was embarrassed to say anything.

Q.    Who's Sharon?

A.    Sharon is the lady I speak to every week.  I speak to her every Sunday at 6:15.

MR. ANDERSON:  Hold on.  I'm sorry.  I don't want to interrupt.  Does the question relate to physical injuries or emotional?

Q.    Yes.  Let's start with physical.  Let me ask you this, did any officer ever hit you?

A.    No.

Q.    Did any officer ever punch you?

A.    No.

Q.    Did any officer ever kick you?

A.    No.

Q.    Did any officer ever push you?

A.    No.

Q.    When the officers were handcuffing you, were you refusing to be handcuffed?

F. EGAN

A.    No.  They just -- but they said put your hands behind your back and I did what they said.

Q.    Were you handcuffed in the rear, in the back? Were you cuffed from the rear?

A.    Like this, yes.

Q.    One set of handcuffs or two?

A.    One.

Q.    When you were being placed into handcuffs, did an officer search you?

A.    He did search my pockets for things.  Then he left it in and then they took like my keys and stuff like that.

Q.    Are you alleging that you received a physical injury as a result of being handcuffed?

A.    I did, but I didn't state anything because on my wrist -- because they had the handcuffs on so tight that for months and months and months, probably like eight months, that I had pain in my wrists.  I couldn't move my wrist.

Q.    Both wrists or one wrist?

A.    Both wrists.

Q.    Did you ever seek medical attention for that?

A.    No.  Because I was embarrassed.  What do you want me -- tell the doctor what happened to me?  I was embarrassed.

F. EGAN

Q.    So you did not seek medical attention?

A.    No.  I was embarrassed.

Q.    Do you allege that there's still an injury to your wrists?

A.    They hurt a little bit, but what do you want me to do.  It's, you know --

MR. ANDERSON:  Just answer the question, Frank.

THE WITNESS:  My wrists do hurt a little bit, but I'm not saying, you know, they broke my wrists.

Q.    Does it stop you from engaging in your normal daily functions?

A.    Yeah.  Because when it happened, it was hard for me to design flowers because we use a knife.  We use a red Swiss knife, so it's hard because you're always using this -- this wrist to cut flowers.

Q.    Besides the handcuffing injury that you're alleging, did you receive any other physical injuries at the time of your arrest?

A.    Yeah.  Emotional.

Q.    No.  Physical?

A.    Oh, no.  Not physical.

Q.    Did you suffer any psychological injuries as a result of this incident?

F. EGAN

A.    Yeah.

Q.    Can you describe them?

A.    I get headaches from everything that happened from the drama.  I get nervous easier.  I get anxiety. It's everything to do with it because it was a rough time in my life.  It's, you know -- I have nightmares about it. I have nightmares about cops pulling me out of somewhere and putting me in handcuffs.  I'm scared to be home alone. I got to be home when my wife is there, so I don't feel scared or if I hear a noise, I hear an airplane, I get scared.  I could tell you one incident that I really got scared because a young girl got ran over by a car and there was a helicopter over the flower shop.  I was really scared.  I thought they were coming after me saying I did something else because they were right in front of the -- right on top of the flower shop, but they were going like this and I got really nervous.  I said, are they following me?  You see planes everywhere, you know.  It's a lot of stuff that, you know.  I do get headaches a lot.  I get a lot of headaches.  It's the headaches, I can't sleep at night, I get hot flashes.

Q.    So let's break this down.  So you're saying that you suffer from anxiety?

A.    Yeah.

Q.    Did you ever suffer from anxiety before this

F. EGAN

incident?

A.    No.

Q.    Has a medical professional ever diagnosed you as having anxiety?

A.    No.

MR. ANDERSON:  Sorry.  Do you mean before or after?

THE WITNESS:  Before everything he means.

Q.    Before this incident, were you ever diagnosed with anxiety?

A.    After?  After, yes.

Q.    Who diagnosed you with anxiety?

A.    That's why they gave me the medicine.  Dr. Vanda's office, that's why they gave me the other medicine.

Q.    Are there any other conditions that you were diagnosed as having besides anxiety?

A.    I'm not sure.

Q.    Did you suffer from headaches before this incident?

A.    No.

Q.    How regularly do you suffer from headaches now?

A.    Headaches?  I get them once every other day or I get them twice a week.

Q.    Do you continue to suffer from headaches?

A.    Yeah.

F. EGAN

Q.    Have you spoken to your doctor about your headaches?

A.    I told the lady, yeah.  All these people tell you that, you know, you got to get over it.  It's not something you get over.

Q.    Were you ever given any medication for your headaches?

A.    No.  Just the other one, the Zoloft.

Q.    Is the Zoloft for your headaches or for something else?

A.    It's for anxiety.

Q.    Did you suffer from hot flashes before this incident?

A.    No.

Q.    And how regularly do you suffer from those?

A.    I get hot flashes at nighttime.  Like -- I'm not sure what its called.  My body, like, I sweat a lot, stuff like that, I do every day.  I over-sweat, you know.  In the room my face sweats up and everything.  It's like every other day.

Q.    Are you suffering from anything besides the anxiety, headaches, and hot flashes?

A.    Like what?

Q.    I'm asking you.

A.    Those are the only things I'm suffering from,

F. EGAN

like things like that.

Q.    Anything else that you can specifically point to?

A.    Not like a broken leg or anything like that, no.

Q.    Any other feelings or psychological trauma that you're alleging besides what we've talked about so far?

A.    I'm not sure.  I'm not sure what you mean.

Q.    We've talked about you having headaches?

A.    Yeah.

Q.    We've talked about you having hot flashes?

A.    Yeah.

Q.    We've talked about you having anxiety?

A.    Yeah.

Q.    Is there any other psychiatric or psychological condition that you're saying you're going through because of the incident, besides those three things?

A.    I'm fearing for my freedom and stuff like that. That's it.

Q.    Do you seek counseling?

A.    Yeah.  Sharon Burns.

Q.    How often do you go?

A.    Once a week.

Q.    When did you start going?

A.    When did I?  That was a hard thing because I couldn't find nobody and I guess in the Bronx it's really hard to find people that could do that.  And I probably

F. EGAN

went there I think May.  It had to be after April.  It had to be May.  I'm not sure what day.

Q.    Of 2015?

A.    2015.

Q.    Were you referred to that counselor by a lawyer?

A.    No.  I was referred from the insurance.  They gave me a bunch of names and some of the places they gave me was intake, but I wasn't sure what that was.

Q.    Has the counseling helped?

A.    Yeah.

Q.    Do you feel like your psychological injuries have healed?

A.    Not really.

Q.    Do you think you're better now than you were right after the incident?

A.    A little bit.

Q.    Why do you believe that it's this incident that's causing your emotional injuries as opposed to something else?

A.    Why?  Why is because it's -- when you see somebody that always did the right thing and never did anything and when you drag somebody all the way to the bottom, that's hard on somebody, you know.  That's really hard.  And if you're not -- you're not used to how that is, you know, it's really rough on somebody.

F. EGAN

It's mentally rough.  It's physically rough on your body.  And when other people stating, like, things, pointing at you, things like that, that's like bullying. And, you know, it's really -- it's really hard for certain people to deal with it.  When you're always good and never did anything bad, never jaywalked, never did anything, never.  Never did anything.  Never had a fight, never had this, never had that, you know.  And they just take your rights away from you.  How would you feel?

Q.   Had you ever gone to a therapist or a counselor before March, 2015?

A.   No.

Q.   It is your testimony that the only medication you've been prescribed is the Zoloft?

A.   They had me on Wellbutrin, but that didn't work.

Q.   What was it called?

A.   W-E-L-L-B-U-T-R-I-N, Wellbutrin.

Q.   How long were you on that drug?

A.   Maybe a month because they didn't want me on that.  It wasn't for me.

Q.   Did it give you bad side effects?

A.   Yeah.

Q.   What side effects?

A.   Mood swings, things like that.  It's -- no.

Q.   But the Zoloft is good?

F. EGAN

A.    Zoloft is better, yes.

Q.    Did you, Frank Egan, suffer any financial injuries as a result of this incident?

A.    Yeah.  They messed up my head.  With me getting arrested they messed up my head.  And so my head messed up all my credit cards that's, everything like that.  That's my financial -- they messed everything up.  It's because, you know, what they did to me and what they put me through it was -- it's really rough.  And I couldn't focus without this lady Sharon.  Sharon is the therapist.  I couldn't focus without her.  If I didn't have her, I wouldn't be able to focus.

Q.    But what are you saying happened with credit cards as a result of the incident?

A.    Credit cards like, ever since that happened, you know, my mind wasn't there.  So late payments, things like that, like it would just go off because I have this on my mind and sometimes I forgot, like, things like that.  It's because I was a person that was on top of everything.  I was -- you know, a bill came in I sent it out, whatever it was.  I sent that bill out.  It's when this happened it changed my mind of thinking.

Q.    Did you ever file a complaint with The Civilian Complaint Review Board with this incident?

A.    No.  I just went to a lawyer.

F. EGAN

Q.    Did you ever make a complaint with the NYPD Internal Affairs Bureau?

A.    I wanted to make a complaint to President Barack Obama, but my wife said I couldn't.  She said don't.

Q.    So you didn't make that complaint?

A.    No.

Q.    Do you have any family members that currently work or ever worked for the NYPD?

A.    No.

Q.    Has anyone offered you anything in exchange for your testimony today or for your testimony at trial?

A.    No.

Q.    Has anyone promised you anything in exchange for your testimony today or for your testimony at trial?

A.    No.

Q.    Do you expect to receive any payment because of your testimony today or at trial?

A.    I'm not sure.  It's -- I don't know.

Q.    It's a yes or no question.

A.    No.

Q.    Do you think anybody is going to pay you because you're testifying today?

A.    I'm not sure --

            MR. ANDERSON:  Just to clarify.  He doesn't mean in terms of a verdict.  You mean, somebody

F. EGAN

else.

Q.    Did somebody say to you, if you testify today I'm going to pay you?

A.    No.

Q.    Have you signed a contract with anyone regarding your testimony today in this case or your testimony at trial?

A.    No.

Q.    Do you have a Facebook account?

A.    Yes.

Q.    Do you have a YouTube account?

A.    No.

Q.    Instagram?

A.    Yeah.

Q.    LinkedIn?

A.    Yeah.

Q.    Snap Chat?

A.    No.

Q.    Have you ever posted or rather, what's your user name on Facebook?

A.    It's -- what is it.  It's Frankyvoice@aol.com.

Q.    What is it?

A.    Frankyvoice@aol.com.

Q.    Can you spell it?

A.    F-R-A-N-K-Y-V-O-I-C-E@aol.com.

F. EGAN

Q.    Franky, right?

A.    F-R-A-N-K-Y, voice@aol.com.

Q.    What's your user name on Instagram?

A.    It should be the same thing, I think, or it's under the business Enchanted Flower.  I think everything is under in the Frankyvoice@aol.com.

Q.    And you're LinkedIn?

A.    It's under Frank Egan.

Q.    Have you ever made any social media posts about this incident?

A.    No.

Q.    Have you ever made a social media post about how you feel about police?

A.    No.  I only seen one.  I seen one post that people wrote about me.

Q.    Did you comment on that thread?

A.    No.  It was embarrassing.

Q.    At any point following your arrest on the date of incident, did you write to anyone about this incident?

A.    No.

Q.    Ever send a text message?

A.    No.

Q.    Never sent an e-mail?

A.    No.

Q.    Tell me in your own words why you're suing

118

F. EGAN

Officer Melvin Chittum?

A.    Why?  Melvin Chittum was coming to me and behind bars and trying to make me say that I did something that I didn't do, you know.  He was coming back to me, hitting me more -- oh, you know this.  The FBI is here, this and that, going after me.  That I did something that I did not do.  And then he has the nerve to call everybody and tell everybody shining the laser in the police station that -- you know, a green laser is shooting inside the precinct.  It's absolutely ridiculous with everything he did to me, you know.  And I think they arrested me for something I did not do.

Q.    Two things, just two follow-up questions.  You said hitting me with everything.  You don't mean he was physically hitting you, right?

A.    No.  He wasn't physically hitting me, yeah.

Q.    Earlier you told me that you didn't know the color of the laser pointer, but you just said it was green.  Was it green?

A.    I think so, yeah.  It was green that he was shooting.

Q.    Can you tell me in your own words why you're suing Cesar Polanco?

A.    Because he was the other officer that arrested me.

F. EGAN

Q.    Did he do anything to you?

A.    What?

Q.    What are you saying he did to you?

A.    They both arrested me.  They took me out of the bed, you know.  They put me in front of everything.  They absolutely ruined my life.  This is a trick question or something?

Q.    What do you hope to gain out of the lawsuit?

A.    I'm not sure.

MR. SIDDIQI:  Can we go off the record for a second.

(Whereupon, an off-the-record discussion was held.)

Q.    Mr. Egan, I just want to go through the factual allegations that are pleaded in your complaint and make sure that they're correct.  So I'm going to read each paragraph and you tell me whether it's correct or incorrect, okay?

A.    Okay.

Q.    Mr. Egan manages the Enchanted Flower Boutique in New Rochelle, which is owned and operated by the family of Mr. Egan's wife, Tiffany Egan.

A.    Yes.  Correct.

Q.    At the time of the incident, Mr. Egan and Tiffany were engaged and were planning their wedding.

F. EGAN

A.    Yeah.  I didn't even think I was getting married.

Q.    On or about March 9th, 2015, Mr. Egan finished work at the flower boutique and drove to Tiffany's home.

A.    Yes.

Q.    Mr. Egan stayed for approximately 30 minutes then drove to his home at 2801 Coddington Avenue Apartment 3, Bronx, New York.

A.    Yes.

Q.    Mr. Egan lived there with his mother, sister, and sister's boyfriend, who I'm going to say is Eddy, all of whom were present when Mr. Egan got home.

A.    Yes.

Q.    Mr. Egan was tired and went to bed.

A.    Yes.

Q.    Mr. Egan suffers from health conditions and often falls asleep in the early evening.

A.    Yes.

Q.    Later that evening, Mr. Egan was woken by his sister.

A.    Yes.

Q.    Mr. Egan could hear police helicopters outside and saw several police cars parked in the street.

A.    Yes.

Q.    Mr. Egan went into the kitchen where P.O. Chittum and P.O. Polanco were present with Mr. Egan's mother,

F. EGAN

sister, and Eddy.

A.    Correct.

Q.    P.O. Chittum and P.O. Polanco accused Mr. Egan of shining a laser from the window of the house at passing aircraft?

A.    Yes.

Q.    Mr. Egan was shocked and told P.O. Chittum and P.O. Polanco that he had nothing to do with this.

A.    Correct.

Q.    There was a small pen-sized laser on top of the refrigerator in the kitchen that belonged to Eddy, which Mr. Egan had never touched.

A.    Yes.

Q.    Upon information and belief, there was a lock on the laser that could only be opened by Eddy.

A.    Yes.

Q.    Mr. Egan explained to the officers that he had never touched the laser in question.

A.    Yes.

Q.    P.O. Chittum and P.O. Polanco handcuffed in Mr. Egan behind his back and took him to the 45th Precinct.

A.    Yes.

Q.    Officers questioned Mr. Egan on several occasions at the precinct.

A.    Yes.

F. EGAN

Q.    P.O. Chittum repeatedly told Mr. Egan in sum and substance that he was in a lot of trouble and he should just admit that he did it.

A.    Correct.

Q.    At all times during the incident, Mr. Egan repeatedly informed the officers that he had nothing to do with the laser and that it belonged to Eddy.

A.    Yes.

Q.    Mr. Egan was held at the precinct overnight and taken to the Central Booking the next morning.

A.    Yes.

Q.    Mr. Egan was led out of the precinct in handcuffs in front of the gathered media.

A.    Yes.

Q.    Mr. Egan arrived at Central Booking at approximately 12:45 p.m. on March 10th, 2015.

A.    Yes.  That's Tuesday.

Q.    Upon information and belief, Eddy went to the 45th Precinct on March 10th, 2015, and informed the officers that the laser belonged to him and he had shined the laser at the aircraft.

A.    I think so, yes.

Q.    Why do you think that?

A.    What do you mean?  Why do I think that?  Because that's what the police officers told me.

F. EGAN

Q.   The police officers told you that --

A.   They said that he went there.  They said he went there, said -- because I know I didn't do anything.  I was in bed sleeping underneath my covers.

MR. ANDERSON:  Just let him finish what he's saying.

THE WITNESS:  I heard.

Q.   No.  I'm asking you, what makes you believe that on March 10th at the 45th Precinct Eddy told the officers that it was his laser?

A.   Because Eddy told me Thursday that he did it.

Q.   But did he tell you that he said that to the officers on Tuesday?

A.   That's what I thought he said.  I thought he said that.

Q.   You're saying in other words --

A.   No.  No.  It's -- it's because --

Q.   Hold on.  Let me ask the question this way.

A.   Yeah.  Go ahead.

Q.   This paragraph of the complaint says that you think that when Eddy went to the 45th Precinct on Tuesday, he told the officers, this is my laser pointer; is that correct?

A.   Yeah.  That's what -- that's what he told my mother and my mother told me.  That's what they said when I

124

F. EGAN

got out, yes.

Q.    You haven't told me about this up until this point because earlier I asked you if you knew what Eddy talked to the officers about and you said, no, because I wasn't in the room.

A.    I wasn't in the room.  I don't know what he said, but he did tell my mother that he did shoot the laser and he was going to go.

MR. ANDERSON:  To be fair, Omar, upon information and belief stated in the complaint, so it's based on information that's incomplete.

Q.    So where does that information come from?

A.    What do you mean, where?

Q.    Who provided --

A.    Who provided me the information?  The information -- when the judge said it on Friday.

Q.    Did the judge say that Eddy went to the officers on Tuesday and said that it was his laser?

A.    He said right in front of the judge --

MR. ANDERSON:  Hold on.  Calm down.

Q.    I'm trying to ask you a completely --  I understand that you ultimately learned that Eddy used the laser pointer.

A.    The laser, yeah.

Q.    This paragraph says that somehow you became aware

F. EGAN

that when Eddy was at the 45th Precinct he went to the officers and said, officers, I pointed the laser, right? Earlier when we were talking about your time at the 45th Precinct, you said the --

A.    I never talked to him, yes.

MR. ANDERSON:  Just let him finish, Frank.

Q.    You said that the only time you saw Eddy was when you were going into the interrogation room, right?

A.    Yes.

Q.    So what I'm trying to figure out is, did anybody ever tell you, hey, Frank, when Eddy went into the room to talk to the officers at the 45th Precinct, he actually told them that he was the one pointing the laser pointer.  Did anyone ever give you that information?

A.    No.

Q.    Paragraph 33, Mr. Egan did not see a judge until approximately 12:40 a.m. on March 11th, 2015 at which time he was charged with, among other things, criminal possession of a weapon, reckless endangerment, directing at an aircraft, and assault with intent to cause physical injury to an officer.

A.    That's when they told me.

Q.    Is that correct, that paragraph?

A.    That's what they told me, yeah.  They had other charges.

F. EGAN

Q.    Mr. Egan was held on the barge at Rikers Island until approximately 11:00 p.m. on March 11th, 2015, at which time he was released on bail.

A.    Yes.

Q.    A notice of statement --

A.    That was Thursday.

Q.    Okay.

A.    That was Wednesday night.

MR. ANDERSON:  Let's just clarify, March 11th is a Wednesday.

THE WITNESS:  That's a Wednesday, yes.

Q.    A notice of statement pursuant to CVL 710.301A filed by the district attorney falsely alleged that Mr. Egan, while at home, stated to Officer Polanco, "that's mine."

A.    Never did.

Q.    Mr. Egan was scheduled to appear before a grand jury on March 13th, 2015.

A.    Yeah.

Q.    On March 13th, 2015, Mr. Egan appeared in court along with Eddy.  At which time Eddy admitted to the judge that he had shined the laser at the aircraft.

A.    Correct.

Q.    Mr. Egan did not appear before the grand jury.

A.    Yeah.  I just went to court that day.

F. EGAN

Q.    Mr. Egan still had to return to court on numerous occasions before the case was finally dismissed on or about October 13th, 2015.

A.    Yes.

Q.    Mr. Egan continues to feel traumatized by the events of March 2015.

A.    Yes.

Q.    Mr. Egan's picture was widely publicized in the media in connection with these false allegations.

A.    Yes.

Q.    As a result, Mr. Egan's reputation in the community was damaged and his business suffered.

A.    Yes.

Q.    The media hounded Mr. Egan and his family after the incident.

A.    Yes.

Q.    Which members of your family were hounded?

A.    It was my girlfriend at the time, my mother-in-law, my mother, my sister, the lady Olivia. That's the other person that was taking care my mother. They harassed them.  They went to the neighbors, they harassed all my neighbors.  They harassed Albert Tarantino, Tiffany's father.

Q.    To be clear, you're saying harassed, not arrested, right?  They harassed?

128

F. EGAN

A.     Yeah.  Yeah.  Harassed.  Not arrested, harassed. That's what you were asking me.

Q.     Yes.

MR. ANDERSON:  Was there anybody else, though?

THE WITNESS:  It was -- they went to Tiffany's school, too.

Q.     How many times?  Once, twice?

A.     I'm not sure.  You have to ask her.

Q.     Mr. Egan and Tiffany's wedding and honeymoon plans were disrupted by the incident.

A.     Yeah.

Q.     How?

A.     I had to ask the judge everything I did.  And with everything with me going through customs, with me going through the thing.  It's, you know -- this was the -- they stated I shown a laser, so I had to go on an airplane. I was scared for my life.  It's -- when I went to the guy at the front, I'm not sure what he is, when he checks my passport, you know, they hesitate and they keep looking at me like, you know -- those are things that traumatized me.

Q.     But did you have to delay your wedding?

A.     Yes.  We had to delay our wedding, yeah.  We were going to get married in July.  We put it to August.

Q.     Did you delay your honeymoon?

F. EGAN

A.    We did by a couple weeks.  We put up -- we had to ask the judge first.  We had to ask the judge everything.  If I went anywhere, we had to ask the judge.

Q.    Where did you ultimately go on your honeymoon?

A.    We went to Aruba.

Q.    And finally, Mr. Egan suffered following the incident and feels fear, embarrassment, humiliation, emotional distress, frustration, anxiety, and loss of liberty; is that correct?

A.    Yes.

Q.    Okay.  That's fine.  Thank you for that.  I'm just going to ask you a couple other questions.  I had submitted some interrogatories to your attorneys and I just want to confirm that the answers to those interrogatories are correct.  Question one, identify all persons who witnessed, were present at, or have the knowledge of the incident, including the home and business address and telephone numbers of each witness.  If you are unable to identify any of the individuals within the meaning of the local rule, describe that individual's physical appearance.  After noting the objections your attorney that said you are aware of the following witnesses, Ms. Tiffany Egan; is that correct?

A.    Yes.

Q.    Can I please have her address?

F. EGAN

A.    We live at 186 Woodland Avenue New Rochelle, New York 10805, Apartment 2.

Q.    Ms. Clementina Tocco?

A.    Is my mother at 2801 Coddington Avenue, Bronx, New York, Apartment 3.

Q.    Ms. Toniann Tocco?

A.    Same apartment.

Q.    And then Eddy, who's --

A.    He passed away.

Q.    When did he pass away?

A.    It was sometime in July.

Q.    Do you know what he passed away of?

A.    I'm not sure.

Q.    Was your sister still dating him at the time?

A.    I don't get involved in that.

Q.    How did you find out he passed away?

A.    How?  Because his niece -- because we did his niece's wedding, his niece got married.  And she came in and told me, oh, my uncle died.  And she sent a funeral piece.

Q.    Did you ever find out what happened to his criminal case with the laser pointer?

A.    No.

Q.    Do you know if he went to jail?

A.    No.  He didn't go to jail.

F. EGAN

Q.    Ms. Hildred Mulley?

A.    Oh, that's -- I'm not sure of her address.  She's that -- she calls herself Olivia, AKA, because you probably cannot pronounce her name.  I'm not sure where she lives.  I know she lives in Throggs Neck, but I'm not sure.

Q.    But what knowledge does she have of this incident?

A.    Oh, what knowledge?  She has the knowledge of -- she was there the next day and I guess the media came and Eddy was telling her, but that's all I know.

Q.    Eddy was telling her what?

A.    I don't know.  You got to ask her.  I'm not sure.

Q.    So Eddy talked to her?

A.    Yeah.  She was the home aide of my mother.  She was the nurse.

Q.    Do you know, what was the Eddy's ethnicity?

A.    What do you mean?

Q.    Was he Irish, was he Spanish?

A.    No.  He's Spanish.

Q.    He spoke Spanish?

A.    Yeah.  He was Spanish.  I'm not sure what kind of Spanish, but he was Spanish.

Q.    And Olivia is Spanish?

A.    No.  She wasn't Spanish.  She's African-American.

Q.    Are there any people besides the people we just

F. EGAN

talked about who know anything about the incident or were witnesses?

A.    No.

Q.    Identify and all statements, signed or unsigned, recorded on tape electronically or otherwise prepared by Mr. Egan or any other person that relate to the claims and/or subject matter of this litigation.  Is it correct to say that there's no statements that you yourself prepared?

A.    No.

Q.    Identify any and all statements.  I'll skip that. Okay.  Identify all injuries claimed by Plaintiff as a result of the incident and the medical, psychiatric, psychological and other treatment provided, if any.  For each such treatment received, identify the provider who rendered the treatment to Plaintiff.  If no treatment was provided for any claimed injury, so state.

So is it correct to say that you've received emotional, psychological, and psychiatric injuries as a result of this incident and damage to your reputation?

A.    Yes.

Q.    Is it correct to say you've received psychiatric treatment from Dr. Vando Medical Services and therapy from Sharon Burns?

A.    Yes.

Q.    Are there any other injuries that you're

F. EGAN

alleging?

A.    No.

Q.    This response does not cover the alleged injury to your wrists from the handcuffing.  Are you claiming that as an injury or are you not claiming it as an injury?

A.    I didn't claim anything.  I didn't claim the handcuffs.

Q.    So that's not part of this lawsuit?

A.    No.

Q.    Identify all economic injuries claimed by plaintiff as a result of the incident including, but not limited to expenditures from medical, psychiatrist, or psychological treatment, lost income, property damage, and attorney's fees.  Identify the specific amounts claimed for each injury.  After the objections, the answer is, Plaintiff suffered lost income at his business as a result of this incident.  To be clear, you have no ownership part in Enchanted Flowers, correct?

A.    No.  It's my father-in-law, yes.

Q.    And your father-in-law is not a party to this action, correct?

A.    No.

MR. SIDDIQI:  We're still seeking any receipts for the medical or for the psychiatrist and counseling services to the extent it's not

F. EGAN

covered by insurance.

MR. ANDERSON:  Okay.  And there's also potentially expenditure for the criminal defense attorneys' fees.

MR. SIDDIQI:  Okay.  And you'll itemize and send that to us?

MR. ANDERSON:  Yes.  I didn't have that information.  Are you going to go through every single one of these asking him?

MR. SIDDIQI:  Not all of them, but some of them.

MR. ANDERSON:  Okay.

Q.    Where were you employed before you worked at Enchanted Flowers?

A.    I wasn't employed.

Q.    You were not employed?

A.    No.

Q.    You never had employment before Enchanted Flowers?

A.    No.  I helped out -- I helped out in the flower shop, that's all I did.  It's not there no more.  What?

Q.    You left high school when you were, what, 17?

A.    No.  I think 18 because I got -- because I was sick.

Q.    You started working at Enchanted Flowers when you

F. EGAN

were how old?

A.    That had to be like -- was it -- when I was in my 30s.

Q.    So between those times you never held a job?

A.    I never worked, yeah.

Q.    Is that because you were collecting the disability?

A.    Yes.

Q.    Again, we're seeking the information with regard to the doctors that you've seen for your ENT -- what is it, disorder?  What do you call it?

A.    The ENT doctor -- it's because my abnormal airway.

Q.    That's what it's called, abnormal airway?

A.    Yeah.  It's a trachea.

MR. ANDERSON:  While we're on the record, how far back do you want to have the history from when he --

MR. SIDDIQI:  Last ten years?

MR. ANDERSON:  Last ten years.

MR. SIDDIQI:  Let's just say last ten years.

MR. ANDERSON:  Okay.

Q.    That lawsuit that you had for the car accident, when was that?

A.    I'm not sure.

F. EGAN

Q.    Like ten years ago, five years ago?

A.    I think it was more than ten years.

Q.    Did you get any settlement or something as a result of that?

A.    Yeah.  They gave me a settlement.

Q.    Do you know how much it was?

A.    I got like $18,000.

MR. SIDDIQI:  We can take a break.

(Whereupon, a short recess was taken.)

Q.    Mr. Egan I just have very few follow-up questions.

A.    Okay.

Q.    You learned after getting off the barge, after leaving the barge that Eddy was the one who pointed the laser pointer, right?

A.    Yes.

Q.    When you went to the grand jury proceeding, Eddy admitted to being the person who pointed the laser pointer?

A.    Yes.

Q.    It is your position that that's in fact true? That Eddy was the one who was pointing the laser pointer?

A.    Yes.  And he explained how he did it.

Q.    What do you mean, how he did it?

A.    He explained to the judge.

Q.    How did he explain that he did it?

F. EGAN

A.    He said he was -- he pointed it out the window. He hit the wall because we have that -- you see picture? You see one of those pictures? You see a wall across the street, it's a pharmacy.

Q.    Are you indicating --

A.    The next one, go. Next one. See that wall out the window?

Q.    This one?

A.    Yeah. Look, I'll show you, here.

Q.    Okay. We're looking at photograph A5.

A.    You see that wall right there? That's on the corner.

Q.    Yes.

A.    This is the corner. He said he shot it. That's what he told the jury. He told the people in the court and the judge that he shined it against here and he shot it up and he wasn't sure what he hit.

Q.    So he, to the best of your recollection, he didn't say that he was purposely pointing a laser pointer at airplanes?

A.    No. He said he pointed it out and then he pointed it up.

Q.    And that as a result it must have hit the airplane?

A.    Yeah.

F. EGAN

MR. ANDERSON:  Just to clarify the picture you're looking at, which was the window that he was pointing it out?

MR. SIDDIQI:  I think there's only one window in the picture.

THE WITNESS:  That's the kitchen window.

Q.    The kitchen window.  And it's your testimony that Eddy said he did that?

A.    Yes.

MR. SIDDIQI:  To the extent that Mr. Egan's Criminal Court attorney has the grand jury minutes, we would call for their production.

MR. ANDERSON:  Okay.

THE WITNESS:  You can see on Channel 12 News if you go to their website.

Q.    Do you remember the name of Eddy's lawyer?

A.    Yeah.  Manuel Sanchez.  M-A-N-U-E-L, last name S-A-N-C-H-E-Z.

Q.    Is he an attorney in the Bronx?

A.    Yes.  On Williamsbridge Road.

MR. SIDDIQI:  I have no further questions.

EXAMINATION BY

MR. ANDERSON:

Q.    The only question I wanted to ask was just to follow up from earlier.  I don't think that Frank got a

F. EGAN

chance to explain how it affected his relationships, specifically with Tiffany, I think you said about how your mother and sister. Did you want to say something about how this whole incident has affected your relationship with Tiffany, if at all.

A.    It did because when it did happen Tiffany didn't want me to go home. She didn't want me to go back in the house. That's why I moved to Westchester. It's because of Tiffany. She didn't want me there because she didn't want it, just in case anything happened you'd never know. As we seen what happened to me then, we never know what would happen if I get blamed for something else.

So she didn't want me to go home. And, you know, it was hard for me to leave my mother because my mother is ill. And my sister there, it's -- but it's something I had to do. I had to, you know, I guess I had to take a next step in life and just move out because I was -- I lived there since I'm a little kid. And, you know, it's -- my mother is very ill. She has diabetes, so she always lays down.

And, you know, the thing with Tiffany, Tiffany is more different than us because Tiffany's family is more of, you know, they have a Christmas dinner. They got 30, 40 people there. You know, our family is not that big after my uncle and my grandmother died. So, you know, we don't

F. EGAN

see a lot of the family members no more because family members move to all the way up to Connecticut, stuff like that.  My mother doesn't drive, so, you know, we lost touch with everybody.

But Tiffany's family is totally different, you know.  Anything happened they're always there, you know.  It's -- say if they -- if they go out and do something, you know -- like her and her sisters they go out shopping, things like that.  She has about five sisters, Tiffany has about five sisters.

So, you know, all their family as they were growing up is different from me, you know.  I never expressed my feelings to anybody, you know.  I never expressed it, you know.  Anything I kept inside me, you know, whatever it is, it is.  But Tiffany -- as me and Tiffany was arguing because it's -- she knew we wanted to get married, right?

And I knew I wanted to get married inside because the first day I met her I knew she was the one.  But the only thing was I never wanted to leave my mother.  I never wanted to leave my mother.  I wouldn't want to leave my mother, never.  My mother didn't have a husband, you know.  My father left us.

So, you know, I was the only man in the house as we were little kids.  You know, I was the only man in the

F. EGAN

house.  My mother never had nobody, you know.  She had my father.  My father left us when we were young.  He went to the Army and then he went to the Army to go fight then he came back to California, you know.  I was taken from my dad for a long time, a long time.

Tiffany had that inner life, not me.  I never had a father figure, never.  Never had a father figure.  You know, with anything.  Never had a dad, you know, like Father's Day or whatever, go out with your dad or anything.  I never had that.  I always had my mother.  I wouldn't ever want to leave my mother, ever, you know.  But after everything that happened, I had to leave.  I couldn't stay there.

It was coming back to me all the time.  I couldn't stay there.  I couldn't face the neighbors next door, you know, the people that knew me since I'm a little kid.  They knew me since I'm one years old.  The neighbors, they knew me since I'm one years old.  On the news talking, saying about, you know, I don't know what got into him.  He's a great kid.  He never does anything.  He's a great all-around kid, but he snapped.

I didn't snap.  I didn't do anything.  I did the same thing I do every day.  I went to bed, you know.  I go to sleep early.  Why?  Because you know what, my mother shuts all the lights off so I go to bed.  I watch TV, I go

F. EGAN

to bed, I'm tired.  So you know what, I go to bed early.  I watch TV for like five, ten minutes and I fall asleep.  I doze off.  I do the same thing with the -- sometimes with the doctor.  If I'm in her office, she'll tell you, I fall asleep there sometimes.

I just fall asleep.  It's me, you know.  The officers didn't know that's me, but that's how I am.  I just fall asleep.  And everything with Tiffany, you know, she never -- because everything with the media got to me, everything.  Everything with my picture, with people coming in, with people chasing me, people talking bad about me, people fighting with me.  People still bring it up.  They came in -- if they hear something on TV, oh, look, you remember the laser thing.

It still comes up.  It's nothing I can get away, plus if you search my name on Google you see lines and lines and lines of stuff that, you know, after our last meeting, they didn't -- the media didn't take no coverage.  The media didn't take no coverage.  The only person that took coverage was Bob Cox -- was the talk of the sound, was the only person that wrote about it.

Q.    You mean when the --

A.    When everything got dismissed and it took the judge five minutes.  It took him five minutes.  Five minutes to dismiss everything.  And that's the time when

F. EGAN

Bob Cox was there.  They didn't want nobody to know that I was going to court that day.  My name -- because you got to go on a list, on the board, my name wasn't nowhere.  I got lost that day.

I thought I was upstairs, I was downstairs.  I was in another room and nobody could find me.  They didn't put my name up anywhere.  They didn't want nobody to know that I was there or anything, you know.  But I'll tell you, the first time I walked in, I was on my phone like this, you know, I seen cameras flashing at me.  I was scared shit, you know.  It's -- the first time when they tried to get me and they tried to get me on TV, I ran out.  I ran out.

I even went to the E-ZPass booth.  I forgot money with me.  And the guy was like, don't worry just go.  Just go, don't worry about it.  Just go and we'll send you a bill in the mail.  It's -- Tiffany don't realize what it does to me.  She doesn't.  She doesn't realize it.  She's like, oh, you'll get over it.  You're not going to get over this.

I'm not going to get over this.  There's no way I'm going to get over it.  I tried to get over it.  New Rochelle has cops, but it's not like the Bronx.  As you drive on Tremont Avenue or anywhere around there you see cops every corner.  Every corner.  I was like, oh, shit,

F. EGAN

are they following me, this and that.  It's like, how did that cop turn that corner.  I'm right here, you're not even looking at me.

I don't know if I see P.O. Chittum or Melvin that they're going to -- Cesar or the other guy -- if they're going to pull me over for something I didn't do.  I don't know.  And that's what it is.  Tiffany said, oh, you know, it's over with, you know.  God was with you.  I said, yeah, but, you know, we all believe in God.  We all do.  We all believe in God.  Even when the priest called, the priest that married us, right?

He's one of the priests from the neighborhood and the priest married us, you know.  Even The Sisters of Ursuline, the nuns, they're on 39 Willow Lane in New Rochelle.  They even sent me a card, Frank, we knew it wasn't you.  We have faith in you.  We know you're a good person, this and that.

Other people thought different.  It's -- you know, other people bad-mouthing me.  Oh, look what he did, don't go there, this and that.  I'm there every day, so I'm the face of the business.  I'm there every day and the people see me.  And with news trucks in front of the store getting my mother on line in front of the store walking in, it's absolutely ridiculous what they did to me.

But Tiffany don't understand that this is going

F. EGAN

to come back, always.  I try to forget about it, I can't.
I really can't.  I try to forget about it.  The doctors
say, oh, you know, forget about it.  It was something in
your past.  I was like, yeah, but that past ain't going
away.  It's not.  And it's really hard and Tiffany fights
with me about it.  She fights with me, Frank, you know you
shouldn't do it and then I get upset with her.

I get upset.  You don't understand my feelings.
You really don't understand my feelings because, you know,
inside this is killing me.  This is really killing me.
It's killing me inside my heart that something like this
would happen to somebody good.  I understand somebody bad,
did something, you know, they deserve it.  You know, you do
something bad you deserve the punishment.  If you didn't do
nothing, you don't deserve the punishment, you know.

And Chittum keeps coming to me, telling me over,
had me scared -- doing seven years.  You're going to get
seven to ten years.  You don't know what you did, this and
that.  The Air Canada -- the guy from Air Canada, the
pilot, you blinded his eyes.  I see these videos online on
the -- you see when you go on Google search you look at
videos and you type your name in and all these videos come
up.  The two pilots, I'm not sure who they were.  That the
two airplane pilots in the helicopter that came to get me,
they said I blinded their eyes out, you know.

I walked in prison, right?  I walked in prison -- you know when I walked in prison -- when I went to the barge and they brought me upstairs in the room with 100, 150 people with like bunk beds I was on TV.  They were calling me a terrorist.  They were calling me a terrorist telling me I'm part of Al Qaeda or whatever it was.  That he's a terrorist, this and that, you know.  It wasn't the safest place to be and with the police officers, it wasn't the safest place to be because the inmates could do anything to you, anything.

Some inmates were picking on me about me shooting a laser, me being a terrorist.  You know, that could have been my sister, could have been my mother on that airplane.  That airplane would have crashed, you know.  And they would keep doing it to me and I just had the head of, you know, Tiffany I hope you just come to get me out of here because I can't.  And she don't understand with what they did to me in jail, it's unbelievable.

I would never -- that would never happen to me in my life would never, but it did.  It did and she don't understand that.  She really doesn't.  Oh, you know, you could get over it.  You can't get over it.  I can't.  I really can't.  I can't get over it.  I'm trying to get over it.  It happened 2015, March 9th.  March 9th I stay home. I don't even go out.  I don't go out.  I won't go out.  I

F. EGAN

won't go out.  I stay home, I watch, TV that's it.

We moved to our new apartment, I stayed home and I watch TV.  I don't even like to do anything no more.  I don't.  I don't like to do things.  I don't like to see a family all the time because I don't want to -- I don't want it.  It's in my mind.  It's -- I can't focus around other people.  I really can't.  I really can't.  You know, I really can't.  I try to stay by myself and that's the thing I do and she fights with me.  Why you being like that, but that's -- because everything happened to me.  And she really does not understand.

She does not understand with me being in handcuffs, this and that.  With the police officers telling me that I'm not getting married.  And all these reports that are telling me, you know, he's going away for a long time, this and that.  18 charges.  18 felony charges?  18?  The guy got one felony charge.  He got one charge.  He got one charge and that's it.  And I got 18 charges.  You think that's fair?  I don't think it's fair.  I really don't.

And Tiffany would say, oh, you get over it.  You don't get over anything, you don't.  You can't get over it.  I see this at nighttime.  I dream about this.  I dream about cops.  It's -- sometimes I'm scared to wake up.  That's how it is and she don't realize it.  How can I tell my wife?  I can't tell her.  Honey, you know, I had a

F. EGAN

dream.  Who do I tell?  I tell Sharon.  I say, Sharon, you know, I have dream like this, this is what happens.

I can't tell my wife because my wife will say, oh, you know, don't look at it -- don't look at the videos, don't look at this, don't look at anything.  How can I not?  It's there.  It's there.

MR. SIDDIQI:  All right.  You have any further questions?

MR. ANDERSON:  No.  All right.

(Whereupon, at 4:16 P.M., the Examination of this witness was concluded.)

                    o          o          o          o

F. EGAN

D E C L A R A T I O N

I hereby certify that having been first duly sworn to testify to the truth, I gave the above testimony.

I FURTHER CERTIFY that the foregoing transcript is a true and correct transcript of the testimony given by me at the time and place specified hereinbefore.

_____
                FRANK EGAN

Subscribed and sworn to before me this _____ day of _____ 20____.

_____
        NOTARY PUBLIC

F. EGAN

E X H I B I T S

DEFENDANT EXHIBITS:

EXHIBIT          EXHIBIT

LETTER           DESCRIPTION                      PAGE

A                Photographs                      78

                 (Exhibits retained by Counsel.)

I N D E X

EXAMINATION BY                                   PAGE

MR. SIDDIQI                                       5

MR. ANDERSON                                      138

        INFORMATION AND/OR DOCUMENTS REQUESTED

INFORMATION AND/OR DOCUMENTS                     PAGE

Productions of records, text messages,

and calls from March 9, 2015                     74

Photographs                                      82

Medical records                                  85

Receipts for medical, psychiatrist and

and counseling services                          133

Grand Jury minutes                               138

F. EGAN

C E R T I F I C A T E

STATE OF NEW YORK          )
                          :  SS.:
COUNTY OF KINGS           )

I, BEAU DILLARD, RPR, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of March 2017.

*Beau Dillard*
_____
BEAU DILLARD, RPR

F. EGAN

## $

**$1,250** [2] - 38:14, 38:17
**$100** [2] - 37:14, 37:15
**$1250** [1] - 38:23
**$18,000** [1] - 136:7
**$2,000** [2] - 39:11, 39:13
**$2,050** [1] - 39:20
**$2,800** [1] - 39:7
**$200** [1] - 39:16
**$425** [1] - 37:9
**$475** [1] - 29:25
**$5,000** [3] - 91:18, 91:19, 91:20
**$700** [4] - 34:2, 34:4, 34:5, 34:11
**$90** [1] - 37:15

## '

**'15** [1] - 10:15
**'16** [4] - 11:13, 11:16, 11:20

## 0

**0286** [1] - 19:6

## 1

**10** [2] - 87:23, 105:1
**100** [4] - 1:18, 2:9, 69:6, 146:3
**100-percent** [1] - 56:25
**10007** [2] - 1:19, 2:9
**10279** [1] - 2:4
**10465** [1] - 28:3
**10805** [3] - 32:4, 42:8, 130:2
**10:00** [1] - 33:17
**10:30** [3] - 99:15, 99:16, 99:18
**10th** [11] - 98:4, 98:6, 98:17, 98:20, 98:21, 99:12, 99:13, 122:16, 122:19, 123:9, 151:17
**11:00** [3] - 99:16, 99:18, 126:2
**11th** [5] - 98:4, 99:3, 125:17, 126:2, 126:10
**12** [4] - 87:10, 88:10, 90:18, 138:14
**12:00** [1] - 87:12
**12:10** [1] - 87:12
**12:30** [2] - 1:12, 87:11
**12:40** [4] - 91:6, 95:12, 98:9, 125:17
**12:45** [3] - 90:25, 95:13, 122:16
**12:50** [1] - 90:25

**12th** [2] - 19:10, 19:13
**13** [1] - 103:1
**133** [1] - 150:23
**138** [2] - 150:13, 150:24
**13th** [12] - 92:11, 92:12, 92:13, 92:17, 95:11, 98:23, 101:16, 103:2, 103:3, 126:18, 126:20, 127:3
**15** [4] - 43:5, 43:6, 43:11, 87:23
**150** [1] - 146:4
**15th** [1] - 98:22
**16** [1] - 11:17
**16-CV-1479** [1] - 1:5
**161st** [1] - 89:18
**17** [1] - 134:22
**18** [5] - 134:23, 147:16, 147:18
**1800** [1] - 2:4
**186** [1] - 130:1
**1979** [1] - 18:8

## 2

**2** [2] - 80:22, 130:2
**2,250** [1] - 39:17
**20** [3] - 43:7, 43:11
**2010** [1] - 32:8
**2012** [2] - 32:8, 32:24
**2015** [59] - 7:25, 10:14, 11:5, 11:9, 12:7, 12:14, 16:18, 19:24, 20:1, 21:19, 27:23, 28:20, 32:12, 33:14, 33:15, 33:21, 33:22, 34:8, 38:6, 38:19, 38:22, 39:2, 39:15, 39:19, 41:3, 44:6, 45:10, 50:13, 52:2, 53:19, 54:2, 54:19, 62:16, 74:23, 79:20, 83:11, 83:13, 83:14, 94:25, 95:20, 96:12, 96:18, 98:17, 98:20, 105:1, 112:3, 112:4, 113:11, 120:2, 122:16, 122:19, 125:17, 126:2, 126:18, 126:20, 127:3, 127:6, 146:24, 150:19
**2016** [6] - 11:11, 11:12, 11:19, 12:3, 12:24, 13:2
**2017** [2] - 1:11, 151:17
**20___** [1] - 149:16
**20s** [1] - 64:1
**21** [1] - 30:17
**210** [1] - 18:18
**211** [1] - 42:6
**215** [1] - 18:18
**21st** [1] - 18:8
**221** [2] - 3:1, 4:1
**221.1** [1] - 3:2

**221.2** [2] - 3:12, 4:5
**221.3** [1] - 4:2
**23** [1] - 1:11
**233** [1] - 2:4
**233rd** [1] - 17:8
**24** [3] - 15:23, 16:3, 17:19
**25** [1] - 43:7
**252** [4] - 18:15, 19:8
**255** [1] - 18:15
**28** [1] - 64:2
**2801** [4] - 28:2, 95:20, 120:6, 130:4
**29** [1] - 64:2
**2nd** [2] - 19:24, 20:1

## 3

**3** [2] - 120:6, 130:5
**30** [3] - 64:2, 120:5, 139:23
**30s** [1] - 135:3
**31** [1] - 3:7
**3115** [3] - 3:3, 3:10, 3:15
**32** [1] - 64:2
**33** [1] - 125:16
**39** [1] - 144:14
**3:00** [1] - 33:18

## 4

**40** [1] - 139:23
**426** [1] - 32:4
**43** [1] - 45:14
**45th** [12] - 56:12, 59:13, 59:20, 59:21, 85:15, 121:21, 122:19, 123:9, 123:21, 125:1, 125:3, 125:12
**4:16** [1] - 148:10
**4th** [1] - 1:18

## 5

**5** [1] - 150:12
**5'10** [1] - 18:15
**53** [1] - 45:17

## 6

**6:00** [2] - 33:16, 41:21
**6:15** [1] - 105:11
**6:40** [1] - 41:23
**6:50** [1] - 41:23

## 7

**7** [2] - 36:4, 42:21
**710.301A** [1] - 126:12
**74** [1] - 150:19
**78** [1] - 150:6

**7:45** [1] - 42:22
**7:50** [1] - 42:21

## 8

**8** [4] - 71:7, 71:8, 75:15
**82** [1] - 150:20
**85** [1] - 150:21
**8:00** [1] - 41:13
**8:05** [1] - 43:12
**8:10** [2] - 43:7, 43:12
**8:15** [2] - 41:13, 43:8
**8:20** [1] - 44:4
**8:25** [1] - 44:4
**8:30** [2] - 44:3, 46:10

## 9

**9** [1] - 150:19
**90,000** [1] - 91:18
**9:00** [3] - 33:16, 41:14, 41:15
**9th** [26] - 7:25, 21:18, 21:19, 27:23, 27:25, 28:20, 41:3, 41:7, 44:5, 74:23, 79:17, 79:20, 94:25, 95:12, 95:20, 96:12, 96:18, 98:5, 98:8, 98:24, 99:2, 99:4, 120:2, 146:24

## A

**A.K.A** [1] - 44:14
**a.m** [1] - 125:17
**A1** [1] - 80:18
**A10** [1] - 84:11
**A11** [1] - 84:18
**A12** [1] - 84:21
**A13** [1] - 84:24
**A3** [1] - 82:14
**A4** [1] - 82:18
**A5** [1] - 137:10
**A6** [1] - 83:5
**A7** [1] - 83:16
**A8** [1] - 83:18
**A9** [1] - 83:22
**ability** [3] - 15:16, 15:20, 17:12
**able** [2] - 7:11, 114:12
**abnormal** [5] - 38:9, 38:10, 85:7, 135:12, 135:14
**absolutely** [7] - 13:23, 14:5, 87:5, 88:2, 118:10, 119:6, 144:24
**abused** [1] - 35:20
**accident** [3] - 27:14, 27:16, 135:23
**accompanied** [1] - 3:16

F. EGAN

**account** [2] - 116:9, 116:11
**accurate** [1] - 8:12
**accurately** [1] - 15:17
**accuse** [1] - 48:21
**accused** [6] - 13:7, 48:19, 55:8, 55:20, 67:22, 121:3
**action** [2] - 133:21, 151:13
**actual** [1] - 21:7
**address** [5] - 17:8, 89:19, 129:17, 129:25, 131:2
**admit** [1] - 122:3
**admitted** [2] - 126:21, 136:18
**advise** [1] - 100:2
**Affairs** [1] - 115:2
**affect** [1] - 17:12
**affected** [3] - 24:10, 139:1, 139:4
**African** [1] - 131:24
**African-American** [1] - 131:24
**afterwards** [3] - 61:3, 64:5, 69:14
**age** [2] - 30:15, 30:17
**agent** [13] - 61:15, 64:16, 64:17, 65:18, 66:20, 66:24, 69:25, 70:19, 70:20, 71:9, 73:16, 76:8, 101:20
**ages** [1] - 13:22
**agree** [1] - 55:16
**AGREED** [4] - 4:7, 4:10, 4:13, 4:16
**agreement** [2] - 10:9, 10:21
**ahead** [3] - 66:23, 67:17, 123:19
**aide** [1] - 131:14
**ain't** [1] - 145:4
**air** [5] - 78:1, 82:2, 83:8, 83:10, 83:15
**Air** [2] - 145:19
**air-conditioner** [5] - 78:1, 82:2, 83:8, 83:10, 83:15
**aircraft** [4] - 121:5, 122:21, 125:20, 126:22
**airplane** [10] - 26:7, 49:16, 49:18, 100:13, 108:10, 128:17, 137:24, 145:24, 146:13, 146:14
**airplanes** [1] - 137:20
**airway** [6] - 38:9, 38:10, 85:7, 85:11, 135:13, 135:14

**airways** [1] - 38:9
**AKA** [1] - 131:3
**Al** [1] - 146:6
**Albert** [2] - 34:22, 127:22
**alcohol** [1] - 17:18
**alias** [1] - 18:5
**all-around** [1] - 141:21
**allegations** [2] - 119:15, 127:9
**allege** [2] - 21:25, 107:3
**alleged** [2] - 126:13, 133:3
**alleging** [5] - 105:5, 106:13, 107:19, 111:5, 133:1
**alone** [1] - 108:8
**always** [17] - 13:13, 14:11, 30:13, 30:14, 46:4, 51:19, 52:3, 53:25, 54:5, 73:24, 107:16, 112:21, 113:5, 139:19, 140:6, 141:10, 145:1
**American** [1] - 131:24
**amounts** [1] - 133:14
**AND** [4] - 4:7, 4:10, 4:13, 4:16
**AND/OR** [2] - 150:16, 150:17
**and/or** [1] - 132:7
**Anderson** [8] - 6:8, 8:5, 10:18, 10:20, 11:2, 11:19, 12:1, 12:5
**ANDERSON** [58] - 2:5, 6:5, 11:11, 11:21, 12:12, 12:15, 14:9, 21:5, 24:17, 26:22, 27:3, 29:13, 30:15, 51:22, 54:14, 59:2, 61:24, 62:6, 66:12, 74:15, 74:24, 75:3, 75:7, 78:2, 81:7, 81:11, 82:9, 82:12, 83:13, 85:13, 94:16, 97:6, 98:21, 98:24, 99:12, 99:17, 103:21, 105:12, 107:7, 109:6, 115:24, 123:5, 124:9, 124:20, 125:6, 126:9, 128:4, 134:2, 134:7, 134:12, 135:16, 135:20, 135:22, 138:1, 138:13, 138:23, 148:9, 150:13
**anger** [2] - 70:24, 70:25
**angry** [2] - 70:22, 104:11
**answer** [16] - 3:5, 3:8, 3:12, 3:12, 3:15, 3:16, 3:17, 6:10, 7:1, 7:17, 75:9, 75:11, 90:13, 107:7, 133:15
**answered** [2] - 3:14, 4:5
**answering** [1] - 59:23
**answers** [3] - 5:15, 5:19,

129:14
**anxiety** [12] - 16:10, 108:4, 108:23, 108:25, 109:4, 109:10, 109:12, 109:16, 110:11, 110:22, 111:11, 129:8
**anybody** [12] - 25:8, 59:17, 68:6, 72:7, 78:25, 79:3, 93:14, 98:1, 115:21, 125:10, 128:4, 140:13
**anyway** [1] - 97:16
**anywhere** [4] - 86:16, 129:3, 143:7, 143:24
**Apartment** [3] - 120:6, 130:2, 130:5
**apartment** [29] - 21:3, 23:5, 23:20, 30:21, 30:22, 30:25, 31:2, 31:4, 31:12, 31:13, 31:15, 31:16, 47:15, 49:23, 57:22, 58:3, 65:23, 68:6, 76:15, 76:18, 76:21, 78:7, 79:21, 82:3, 104:24, 105:4, 130:7, 147:2
**apologize** [1] - 61:11
**appear** [3] - 91:11, 126:17, 126:24
**appearance** [4] - 103:10, 103:11, 104:2, 129:20
**appearances** [1] - 103:7
**appeared** [1] - 126:20
**apply** [1] - 3:6
**appreciate** [1] - 103:19
**appropriate** [2] - 3:7, 4:14
**approximately** [5] - 18:16, 120:5, 122:16, 125:17, 126:2
**April** [2] - 11:17, 112:1
**area** [3] - 48:7, 76:25, 80:20
**argue** [1] - 35:14
**arguing** [2] - 74:1, 140:16
**arguments** [1] - 35:18
**Army** [2] - 141:3
**arraign** [1] - 92:18
**arraigned** [2] - 91:13, 91:14
**arraignment** [1] - 92:20
**arrangement** [1] - 33:10
**arranging** [1] - 33:11
**arrest** [24] - 7:25, 21:10, 21:13, 22:17, 23:9, 24:4, 24:10, 27:7, 31:23, 36:4, 37:9, 40:16, 40:21, 56:11, 60:4, 60:7, 60:9, 60:10, 60:14, 60:19, 60:20, 105:6, 107:20, 117:18
**arrested** [24] - 8:19, 21:3,

21:17, 23:6, 24:1, 26:13, 26:15, 31:10, 31:21, 35:6, 35:7, 35:9, 40:20, 56:16, 57:16, 63:17, 99:6, 100:8, 114:5, 118:11, 118:24, 119:4, 127:25, 128:1
**arrived** [2] - 44:19, 122:15
**arrow** [1] - 84:8
**Article** [1] - 3:7
**Aruba** [1] - 129:5
**asking** [24] - 5:14, 36:22, 53:5, 54:1, 57:6, 60:6, 61:6, 61:7, 65:18, 66:12, 67:3, 70:4, 70:16, 71:6, 78:23, 95:2, 95:17, 97:21, 110:24, 123:8, 128:2, 134:9
**asleep** [17] - 43:20, 44:2, 46:10, 49:5, 57:17, 73:18, 74:3, 74:4, 75:12, 75:14, 85:8, 120:16, 142:2, 142:5, 142:6, 142:8
**assault** [1] - 125:20
**assistance** [1] - 38:1
**assume** [2] - 6:23, 74:24
**ate** [1] - 43:22
**attendance** [1] - 3:11
**attention** [4] - 65:22, 65:23, 106:22, 107:1
**attorney** [25] - 3:9, 3:15, 4:3, 8:4, 8:21, 9:2, 9:3, 9:4, 9:6, 9:13, 9:22, 9:25, 10:16, 80:16, 91:9, 91:10, 92:2, 92:4, 94:10, 100:3, 102:22, 126:13, 129:21, 138:11, 138:19
**attorney's** [2] - 15:7, 133:14
**attorneys** [6] - 4:16, 4:17, 10:11, 12:10, 13:1, 129:13
**Attorneys** [2] - 2:3, 2:8
**attorneys'** [1] - 134:4
**August** [9] - 5:10, 11:9, 11:11, 11:12, 12:24, 13:2, 19:24, 20:1, 128:24
**aunt** [1] - 104:24
**aunt's** [1] - 104:18
**Avenue** [7] - 28:2, 59:16, 95:20, 120:6, 130:1, 130:4, 143:24
**aviation** [1] - 87:2
**awake** [2] - 71:11
**aware** [4] - 8:6, 95:3, 124:25, 129:22

**B**

**B-A-L-A-G-U-E-R** [1] -

F. EGAN

28:25
**bad-mouthing** [1] - 144:19
**bail** [8] - 91:14, 91:15, 91:17, 91:18, 92:8, 92:10, 99:13, 126:3
**bailed** [2] - 98:15, 98:17
**Balaguer** [9] - 28:23, 29:5, 29:10, 45:5, 45:6, 45:9, 45:15, 54:21, 65:7
**bald** [1] - 88:6
**ballpark** [1] - 39:16
**banged** [1] - 79:25
**banging** [1] - 46:13
**bank** [2] - 35:19, 35:22
**banquet** [1] - 36:22
**bar** [1] - 97:4
**Barack** [1] - 115:3
**barge** [13] - 21:2, 93:3, 93:16, 93:17, 93:18, 97:9, 98:4, 98:5, 99:24, 126:1, 136:13, 136:14, 146:3
**bark** [3] - 78:25, 79:11, 79:14
**barked** [1] - 79:10
**barking** [2] - 57:19
**barks** [2] - 79:4, 79:5
**bars** [1] - 118:3
**base** [1] - 33:25
**based** [2] - 54:2, 124:11
**basement** [2] - 31:12, 31:13
**basically** [3] - 13:11, 75:8, 80:7
**basis** [2] - 3:9, 3:16
**BEAU** [2] - 151:6, 151:20
**Beau** [1] - 1:19
**bed** [18] - 43:18, 49:1, 58:12, 71:7, 71:8, 71:10, 74:5, 79:19, 83:17, 95:21, 119:5, 120:13, 123:4, 141:23, 141:25, 142:1
**bedroom** [7] - 30:2, 30:4, 77:11, 77:13, 77:21, 78:19, 78:24
**beds** [1] - 146:4
**BEFORE** [1] - 1:15
**beginning** [2] - 53:2, 63:18
**behind** [4] - 81:20, 106:2, 118:2, 121:21
**belated** [1] - 18:9
**belief** [3] - 121:14, 122:18, 124:10
**believe** [8] - 17:11, 37:1, 58:10, 103:21, 112:17, 123:8, 144:9, 144:10
**bell** [1] - 65:21
**belonged** [3] - 121:11,

122:7, 122:20
**bench** [4] - 63:20, 72:20, 86:1, 102:1
**benefits** [2] - 34:17, 40:18
**Bernard** [1] - 20:10
**besides** [9] - 37:9, 61:19, 93:25, 107:18, 109:16, 110:21, 111:5, 111:15, 131:25
**bill** [6] - 37:12, 37:13, 37:14, 114:20, 114:21, 143:17
**bills** [1] - 37:21
**birth** [2] - 18:7, 18:8
**birthday** [1] - 18:9
**bit** [6] - 38:20, 41:23, 102:23, 107:5, 107:10, 112:16
**black** [2] - 51:2, 84:12
**blamed** [1] - 139:12
**blank** [1] - 71:2
**blinded** [2] - 145:20, 145:25
**block** [2] - 17:10, 88:25
**blocked** [1] - 83:10
**blood** [1] - 151:13
**blue** [4] - 36:6, 46:25, 49:12, 90:5
**Board** [1] - 114:24
**board** [1] - 143:3
**Bob** [2] - 142:20, 143:1
**body** [2] - 110:17, 113:2
**booking** [1] - 61:3
**Booking** [10] - 85:17, 89:3, 89:4, 89:6, 89:18, 99:10, 122:10, 122:15
**booth** [2] - 59:22, 143:14
**born** [2] - 18:11, 18:12
**bouquets** [1] - 33:9
**Boutique** [1] - 119:20
**boutique** [1] - 120:3
**boyfriend** [3] - 29:8, 29:9, 120:10
**break** [17] - 7:14, 7:15, 7:17, 14:3, 24:17, 24:19, 39:1, 48:17, 54:24, 54:25, 77:24, 91:23, 91:25, 92:1, 108:22, 136:8
**breath** [1] - 43:25
**breathing** [1] - 43:23
**brides** [5] - 36:21, 36:23, 36:24, 37:1, 37:2
**bringing** [5] - 8:21, 9:25, 13:5, 57:18, 63:24
**Broadway** [1] - 2:4
**broke** [1] - 107:10
**broken** [1] - 111:3
**Bronx** [11] - 10:4, 18:12,

24:24, 26:6, 28:3, 94:10, 111:24, 120:7, 130:4, 138:19, 143:23
**Brooklyn** [1] - 2:9
**brother** [2] - 50:9, 64:24
**brothers** [1] - 64:25
**brown** [1] - 90:5
**building** [3] - 46:16, 84:2, 84:3
**bullshit** [1] - 71:1
**bullshitting** [1] - 71:2
**bullying** [1] - 113:3
**bunch** [5] - 22:4, 65:12, 90:3, 103:4, 112:7
**bunk** [1] - 146:4
**Bureau** [1] - 115:2
**Burns** [2] - 111:19, 132:23
**burns** [1] - 89:13
**business** [12] - 32:15, 35:4, 36:19, 36:20, 36:21, 37:4, 117:5, 127:12, 129:17, 133:16, 144:21
**button** [2] - 51:8, 51:12
**BY** [5] - 2:5, 2:10, 5:4, 138:22, 150:11
**bye** [2] - 26:14, 46:1

## C

**C-L-E-M-E-N-T-I-N-A** [1] - 23:3
**California** [1] - 141:4
**call** [16] - 18:2, 29:9, 29:10, 74:22, 86:9, 86:20, 86:21, 91:1, 94:5, 94:7, 97:9, 99:23, 101:2, 118:7, 135:11, 138:12
**calling** [4] - 36:23, 74:19, 146:5
**calls** [3] - 22:24, 131:3, 150:19
**calm** [3] - 70:16, 70:17, 124:20
**camera** [1] - 88:18
**cameras** [2] - 88:17, 143:10
**Canada** [2] - 145:19
**capacity** [1] - 1:8
**captain** [1] - 63:22
**car** [28] - 27:14, 27:16, 37:16, 37:23, 42:3, 42:12, 42:15, 46:22, 46:23, 52:19, 58:1, 58:24, 58:25, 59:4, 59:5, 59:6, 59:10, 59:18, 68:22, 87:24, 88:16, 89:6, 89:7, 89:10, 89:21, 108:12, 135:23
**card** [1] - 144:15
**cards** [3] - 114:6, 114:14,

114:15
**care** [4] - 27:19, 32:17, 101:11, 127:20
**cars** [2] - 79:24, 120:22
**CARTER** [1] - 2:7
**case** [13] - 5:11, 9:20, 12:2, 12:10, 26:2, 27:6, 92:9, 101:10, 116:6, 127:2, 130:22, 139:10
**cash** [1] - 34:13
**cell** [44] - 37:12, 37:13, 37:14, 59:25, 60:2, 60:21, 60:22, 60:23, 61:1, 63:25, 65:13, 65:14, 65:21, 66:5, 68:25, 69:3, 69:13, 69:21, 72:5, 72:6, 72:7, 72:25, 74:6, 76:7, 76:22, 76:23, 77:1, 77:2, 85:23, 85:24, 85:25, 86:1, 86:2, 86:4, 86:22, 87:8, 90:16, 90:17, 90:21, 90:22, 90:23, 90:24
**Central** [10] - 85:16, 89:3, 89:4, 89:6, 89:17, 89:18, 99:10, 122:10, 122:15
**central** [1] - 61:2
**certificate** [1] - 19:16
**certified** [1] - 91:20
**certify** [3] - 149:3, 151:7, 151:12
**CERTIFY** [1] - 149:6
**CESAR** [1] - 1:7
**Cesar** [4] - 48:3, 86:7, 118:23, 144:5
**chain** [1] - 52:8
**chair** [1] - 77:15
**chance** [2] - 7:2, 139:1
**change** [2] - 13:9, 14:5
**changed** [3] - 33:25, 104:21, 114:22
**changes** [2] - 7:10, 7:11
**channel** [2] - 35:5, 88:10
**Channel** [3] - 36:4, 88:10, 138:14
**charge** [6] - 4:17, 9:20, 33:11, 147:17, 147:18
**charged** [4] - 64:2, 64:3, 102:1, 125:18
**charges** [12] - 8:15, 8:17, 9:19, 13:18, 102:23, 102:25, 104:4, 104:5, 125:25, 147:16, 147:18
**chasing** [1] - 142:11
**Chat** [1] - 116:17
**check** [5] - 34:13, 34:15, 91:20
**checks** [2] - 35:19, 128:19

F. EGAN

**childish** [1] - 102:17
**Chittum** [31] - 48:4, 55:21, 55:22, 55:24, 58:21, 59:10, 61:10, 61:11, 61:13, 61:19, 62:9, 63:13, 64:9, 67:25, 68:2, 69:4, 69:11, 69:24, 71:24, 86:22, 118:1, 118:2, 120:24, 121:3, 121:7, 121:20, 122:1, 144:4, 145:16
**CHITTUM** [1] - 1:7
**chops** [2] - 43:15, 44:21
**Christmas** [3] - 25:3, 50:15, 139:23
**Chuck** [1] - 36:4
**Church** [2] - 1:18, 2:9
**cigarette** [1] - 89:13
**cigarettes** [1] - 45:3
**circumstances** [4] - 21:9, 21:13, 22:17, 23:9
**CITY** [2] - 1:7, 2:8
**City** [5] - 1:8, 1:17, 8:7, 27:20, 40:21
**civil** [1] - 27:12
**Civil** [1] - 3:3
**Civilian** [1] - 114:23
**claim** [2] - 133:6
**claimed** [5] - 40:18, 132:11, 132:16, 133:10, 133:14
**claiming** [4] - 36:14, 36:17, 133:4, 133:5
**claims** [1] - 132:6
**clarify** [5] - 21:5, 61:24, 115:24, 126:9, 138:1
**cleaned** [1] - 41:18
**clear** [8] - 3:9, 3:16, 6:10, 37:3, 67:7, 97:21, 127:24, 133:17
**Clementina** [3] - 23:1, 44:8, 130:3
**clerk** [1] - 4:8
**closed** [2] - 91:21, 93:6
**clothes** [5] - 48:25, 49:5, 49:6, 49:7, 49:9
**Coddington** [4] - 28:2, 95:20, 120:6, 130:4
**collecting** [1] - 135:6
**color** [2] - 50:21, 118:18
**coming** [16] - 14:19, 15:13, 35:14, 39:23, 39:25, 60:16, 70:24, 70:25, 77:10, 97:2, 108:14, 118:2, 118:4, 141:14, 142:10, 145:16
**comment** [3] - 7:11, 88:12, 117:16
**comments** [1] - 3:11

**communicate** [2] - 94:21, 100:3
**communicating** [1] - 4:3
**Communication** [1] - 4:2
**communication** [4] - 4:4, 4:5, 23:16, 24:6
**community** [1] - 127:12
**commute** [1] - 37:19
**company** [1] - 34:15
**complaint** [9] - 12:2, 12:20, 114:23, 115:1, 115:3, 115:5, 119:15, 123:20, 124:10
**Complaint** [1] - 114:24
**complete** [2] - 3:17, 5:19
**completed** [1] - 19:11
**completely** [1] - 124:21
**compliance** [1] - 3:4
**computer** [1] - 65:3
**concluded** [1] - 148:11
**condition** [6] - 7:16, 15:15, 85:3, 85:6, 85:11, 111:14
**conditioner** [5] - 78:1, 82:2, 83:8, 83:10, 83:15
**conditions** [2] - 109:15, 120:15
**CONDUCT** [2] - 3:1, 4:1
**conference** [2] - 72:19, 72:21
**confess** [1] - 97:2
**confessed** [1] - 104:8
**confidentiality** [1] - 3:13
**confirm** [1] - 129:14
**confuse** [1] - 70:11
**Connecticut** [1] - 140:2
**connection** [1] - 127:9
**consent** [1] - 4:4
**consequence** [1] - 35:10
**consulted** [3] - 8:20, 9:3, 9:25
**consumed** [1] - 17:18
**continue** [2] - 104:7, 109:24
**continues** [1] - 127:5
**contract** [1] - 116:5
**controlling** [1] - 4:14
**conversation** [6] - 21:21, 22:8, 42:14, 92:1, 97:3, 97:14
**conversations** [2] - 21:16, 45:24
**convicted** [1] - 41:1
**cooked** [2] - 43:17, 44:21
**cop** [10] - 26:5, 46:22, 46:23, 87:14, 88:16, 89:12, 89:21, 144:2
**copies** [1] - 82:13
**cops** [14] - 13:24, 48:13,

49:3, 57:25, 87:12, 88:4, 88:8, 89:22, 89:24, 96:2, 108:7, 143:23, 143:25, 147:23
**copy** [1] - 4:17
**Corigliano** [4] - 103:12, 103:13, 103:15, 103:18
**CORIGLIANO** [1] - 103:17
**corner** [10] - 26:4, 65:5, 80:18, 88:22, 88:24, 137:12, 137:14, 143:25, 144:2
**CORPORATION** [1] - 2:7
**couch** [4] - 77:14, 83:19, 84:10, 84:12
**council** [1] - 42:16
**counsel** [1] - 8:2
**COUNSEL** [1] - 2:7
**Counsel** [2] - 74:21, 150:8
**counseling** [4] - 111:18, 112:9, 133:25, 150:23
**counselor** [2] - 112:5, 113:10
**counter** [1] - 15:25
**county** [1] - 9:11
**COUNTY** [1] - 151:4
**couple** [6] - 20:17, 59:24, 67:3, 104:23, 129:1, 129:12
**course** [7] - 3:10, 47:25, 65:16, 75:2, 80:16, 96:13, 105:6
**COURT** [1] - 1:1
**court** [30] - 3:13, 4:9, 5:15, 5:25, 7:5, 27:9, 86:14, 92:10, 92:12, 92:14, 94:22, 95:9, 97:1, 98:11, 101:15, 101:16, 101:17, 101:19, 102:10, 102:11, 103:2, 103:7, 103:10, 103:11, 104:2, 126:20, 126:25, 127:1, 137:15, 143:2
**Court** [3] - 1:16, 5:12, 138:11
**courthouse** [1] - 89:20
**cousins** [1] - 25:12
**cover** [2] - 26:24, 133:3
**coverage** [3] - 142:18, 142:19, 142:20
**covered** [2] - 75:4, 134:1
**covers** [2] - 58:16, 123:4
**Cox** [2] - 142:20, 143:1
**CPLR** [6] - 3:7, 3:10, 3:15, 4:11, 4:13, 4:14
**crashed** [2] - 90:10, 146:14

**credit** [3] - 114:6, 114:13, 114:15
**crew** [1] - 90:6
**crime** [1] - 41:1
**Criminal** [1] - 138:11
**criminal** [11] - 8:15, 8:17, 9:22, 27:4, 27:6, 92:9, 100:21, 101:10, 125:18, 130:22, 134:3
**cuffed** [1] - 106:4
**currently** [2] - 19:21, 115:7
**cursing** [1] - 35:25
**custody** [1] - 105:1
**customer** [1] - 13:15
**customers** [5] - 33:8, 35:11, 35:13, 35:14
**customs** [1] - 128:15
**cut** [3] - 37:6, 90:6, 107:17
**CVL** [1] - 126:12
**cycle** [1] - 38:15

## D

**D.A** [3] - 101:21, 103:8
**dad** [4] - 42:16, 141:4, 141:8, 141:9
**daily** [1] - 107:13
**damage** [2] - 132:19, 133:13
**damaged** [1] - 127:12
**dark** [1] - 87:21
**darker** [2] - 87:21, 88:21
**darker-skinned** [1] - 88:21
**date** [11] - 16:14, 16:23, 18:7, 18:8, 18:16, 31:23, 37:9, 40:16, 78:13, 104:7, 117:18
**DATE** [1] - 1:11
**dates** [1] - 12:1
**dating** [3] - 33:1, 45:12, 130:14
**day** [37] - 8:12, 8:13, 10:22, 13:13, 16:25, 25:20, 27:25, 32:17, 36:2, 41:5, 41:8, 41:17, 41:18, 41:19, 43:4, 43:11, 44:15, 85:22, 91:21, 93:6, 93:7, 99:10, 99:15, 109:22, 110:18, 110:20, 112:2, 126:25, 131:9, 140:19, 141:23, 143:2, 143:4, 144:20, 144:21, 149:16, 151:17
**Day** [1] - 141:9
**days** [5] - 33:15, 33:17, 36:7, 36:10, 36:12
**dead** [2] - 74:13, 89:17

F. EGAN

deal [3] - 26:9, 101:10, 113:5
decision [1] - 101:9
deemed [1] - 4:13
deep [3] - 78:14, 80:6, 85:5
defect [1] - 3:9
DEFENDANT [1] - 150:2
Defendant [1] - 2:8
DEFENDANTS [1] - 1:9
Defendants [2] - 1:16, 5:11
Defendants' [3] - 78:12, 80:17, 82:14
defense [1] - 134:3
definitely [1] - 13:7
delay [3] - 128:22, 128:23, 128:25
DelleCave [3] - 10:8, 10:12, 10:23
DELLECAVE [1] - 2:3
demonstrating [1] - 69:4
department [2] - 40:24, 93:6
DEPARTMENT [1] - 2:8
Department [3] - 1:8, 1:18, 40:21
deponent [6] - 3:8, 3:12, 3:15, 3:17, 4:2, 4:3
deposed [2] - 26:17, 26:18
depositing [1] - 35:19
deposition [17] - 3:3, 3:5, 3:5, 3:6, 3:8, 3:12, 3:18, 4:3, 6:25, 7:5, 7:15, 7:20, 7:23, 14:20, 26:19, 26:20, 29:1
DEPOSITIONS [2] - 3:1, 4:1
Depositions [1] - 3:2
deposits [1] - 36:24
describe [3] - 70:15, 108:2, 129:20
DESCRIPTION [1] - 150:5
deserve [3] - 145:13, 145:14, 145:15
design [1] - 107:15
desk [1] - 90:5
details [1] - 94:17
determining [1] - 4:4
diabetes [2] - 46:7, 139:19
diagnosed [4] - 109:3, 109:9, 109:12, 109:16
die [1] - 89:6
died [3] - 65:5, 130:19, 139:25
difference [1] - 28:15

different [14] - 25:10, 25:11, 26:2, 34:14, 35:25, 57:6, 57:10, 61:25, 66:7, 70:11, 139:22, 140:5, 140:12, 144:18
digits [2] - 18:25, 19:5
Dillard [1] - 1:19
DILLARD [2] - 151:6, 151:20
dinner [4] - 43:13, 43:22, 43:23, 139:23
direct [3] - 3:15, 34:21, 34:22
directing [1] - 125:19
direction [3] - 3:16, 77:20, 78:6
directly [3] - 42:1, 95:22, 95:23
dirty [3] - 86:1, 86:2, 93:23
disability [10] - 38:2, 38:4, 38:6, 38:8, 38:12, 38:13, 38:23, 39:21, 39:23, 135:7
disciplined [1] - 19:19
discovery [1] - 80:16
discussed [1] - 40:12
discussing [1] - 94:17
discussion [8] - 11:23, 11:25, 54:17, 74:16, 78:4, 78:9, 99:21, 119:12
dish [1] - 45:1
dislike [2] - 25:16
dismiss [2] - 104:4, 142:25
dismissed [3] - 8:15, 127:2, 142:23
disorder [1] - 135:11
disrupted [1] - 128:11
distress [1] - 129:8
District [4] - 5:9, 5:12, 102:4
DISTRICT [2] - 1:1, 1:1
district [2] - 102:22, 126:13
doctor [4] - 106:24, 110:1, 135:12, 142:4
doctors [2] - 135:10, 145:2
document [4] - 14:23, 15:11, 15:12, 75:5
DOCUMENTS [2] - 150:16, 150:17
documents [5] - 14:19, 14:22, 14:25, 15:1, 15:4
doesn't [9] - 22:10, 35:8, 77:23, 84:16, 115:24, 140:3, 143:18, 146:21
dog [11] - 44:9, 57:18,

78:25, 79:2, 79:3, 79:4, 79:5, 79:10, 79:11, 79:14, 83:20
door [25] - 30:25, 31:1, 31:7, 36:2, 36:5, 46:14, 47:12, 47:14, 60:1, 63:19, 64:7, 77:23, 78:20, 79:16, 79:18, 79:19, 79:25, 80:1, 80:12, 80:21, 81:15, 81:20, 85:1, 88:2, 141:16
doorknob [1] - 54:9
downstairs [13] - 30:21, 30:25, 55:13, 55:16, 55:19, 55:23, 56:4, 56:6, 57:25, 58:23, 98:13, 143:5
doze [2] - 43:14, 142:3
dozed [2] - 43:18, 44:1
Dr [4] - 17:4, 17:5, 109:13, 132:22
drag [1] - 112:22
drama [1] - 108:4
draw [1] - 84:8
dream [4] - 147:22, 148:1, 148:2
drive [4] - 59:14, 59:16, 140:3, 143:24
driver [1] - 88:20
driveway [2] - 89:21, 89:22
driving [1] - 89:9
drop [2] - 19:13, 102:23
dropped [2] - 42:9, 102:25
drove [6] - 42:24, 59:9, 88:21, 89:5, 120:3, 120:6
drug [1] - 113:18
drugs [3] - 15:22, 16:2, 16:5
duly [3] - 5:2, 149:3, 151:9
dumb [2] - 100:14
dust [1] - 86:3

## E

e-mail [2] - 22:15, 117:23
E-ZPass [1] - 143:14
E@aol.com [1] - 116:25
earlier [6] - 7:1, 73:23, 118:17, 124:3, 125:3, 138:25
early [6] - 71:10, 85:2, 85:8, 120:16, 141:24, 142:1
easier [1] - 108:4
easy [1] - 87:4
eat [2] - 43:13, 43:23
economic [1] - 133:10
Eddy [97] - 28:23, 29:14,

44:8, 48:7, 48:9, 50:1, 50:3, 50:13, 51:25, 58:2, 58:7, 61:22, 62:15, 63:6, 64:20, 64:23, 65:9, 66:1, 66:2, 66:9, 66:19, 68:7, 68:10, 72:10, 72:11, 72:13, 73:4, 75:19, 75:22, 76:1, 76:5, 77:14, 77:16, 83:2, 84:9, 84:10, 84:13, 92:13, 92:14, 92:23, 93:1, 93:7, 93:11, 93:15, 94:6, 94:7, 94:20, 94:23, 95:4, 95:14, 95:25, 96:1, 96:2, 96:3, 96:5, 96:6, 96:11, 96:17, 97:2, 97:3, 97:9, 99:23, 100:9, 100:17, 100:21, 100:25, 101:2, 101:7, 102:12, 102:15, 104:7, 104:14, 120:10, 121:1, 121:11, 121:15, 122:7, 122:18, 123:9, 123:11, 123:21, 124:3, 124:17, 124:22, 125:1, 125:7, 125:11, 126:21, 130:8, 131:10, 131:11, 131:13, 136:14, 136:17, 136:21, 138:8
Eddy's [9] - 62:22, 64:14, 64:19, 65:9, 77:13, 97:1, 104:5, 131:16, 138:16
education [1] - 19:9
effect [1] - 4:8
effects [8] - 17:14, 21:24, 22:3, 23:17, 24:7, 26:23, 113:21, 113:23
EGAN [3] - 1:2, 1:16, 149:12
Egan [49] - 5:6, 14:16, 15:15, 17:25, 18:1, 20:2, 78:14, 81:22, 91:25, 114:2, 117:8, 119:14, 119:20, 119:22, 119:24, 120:2, 120:5, 120:9, 120:11, 120:13, 120:15, 120:18, 120:21, 120:24, 121:3, 121:7, 121:12, 121:17, 121:21, 121:23, 122:1, 122:5, 122:9, 122:12, 122:15, 125:16, 126:1, 126:14, 126:17, 126:20, 126:24, 127:1, 127:5, 127:14, 128:10, 129:6, 129:22, 132:6, 136:10
Egan's [5] - 119:22, 120:25, 127:8, 127:11, 138:10
eight [2] - 59:16, 106:17
eight-minute [1] - 59:16
elaborate [1] - 24:15

F. EGAN

**ELECH** [1] - 65:10
**electronic** [1] - 82:12
**electronically** [1] - 132:5
**ELEHECER** [1] - 28:25
**Elementary** [1] - 20:10
**embarrassed** [4] - 105:8, 106:23, 106:25, 107:2
**embarrassing** [1] - 117:17
**embarrassment** [1] - 129:7
**emotional** [5] - 105:14, 107:21, 112:18, 129:8, 132:18
**employed** [5] - 31:24, 32:1, 134:13, 134:15, 134:16
**employment** [3] - 35:10, 35:11, 134:18
**Enchanted** [11] - 32:2, 32:5, 32:13, 37:4, 39:21, 117:5, 119:20, 133:18, 134:14, 134:19, 134:25
**enchanted** [1] - 32:6
**end** [4] - 41:20, 52:11, 52:13, 88:25
**endangerment** [1] - 125:19
**ended** [1] - 41:21
**enforce** [1] - 3:13
**engaged** [4] - 20:3, 20:5, 119:25
**engaging** [1] - 107:12
**English** [1] - 44:14
**ENT** [2] - 135:10, 135:12
**enter** [1] - 47:14
**entered** [5] - 48:11, 48:12, 80:8, 80:9, 80:13
**error** [1] - 3:9
**errors** [1] - 7:7
**ESQ** [3] - 2:5, 2:7, 2:10
**ethnicity** [1] - 131:16
**evening** [2] - 120:16, 120:18
**event** [1] - 4:5
**events** [2] - 21:7, 127:6
**everybody** [5] - 35:20, 58:5, 118:7, 118:8, 140:4
**exact** [1] - 17:8
**exactly** [1] - 102:15
**Examination** [1] - 148:10
**examination** [5] - 3:11, 4:11, 4:17, 151:8, 151:10
**EXAMINATION** [4] - 1:15, 5:4, 138:22, 150:11
**examined** [1] - 5:3
**examining** [1] - 3:17
**except** [4] - 3:3, 3:4, 3:12, 3:15

**Except** [1] - 3:10
**exchange** [2] - 115:10, 115:13
**exercise** [1] - 18:19
**Exhibit** [4] - 78:12, 80:17, 80:18, 82:14
**EXHIBIT** [2] - 150:4
**EXHIBITS** [1] - 150:2
**Exhibits** [1] - 150:8
**exit** [2] - 17:9, 47:7
**expect** [1] - 115:16
**expelled** [1] - 19:18
**expenditure** [1] - 134:3
**expenditures** [1] - 133:12
**explain** [3] - 35:12, 136:25, 139:1
**explained** [5] - 26:23, 71:5, 121:17, 136:22, 136:24
**expressed** [2] - 140:13, 140:14
**extent** [4] - 3:10, 85:9, 133:25, 138:10
**eyes** [3] - 90:5, 145:20, 145:25

## F

**F-R-A-N-K-Y-V-O-I-C-E @aol.com** [1] - 116:25
**face** [4] - 102:13, 110:19, 141:15, 144:21
**Facebook** [2] - 116:9, 116:20
**fact** [3] - 21:16, 95:4, 136:20
**facts** [1] - 35:1
**factual** [1] - 119:14
**fair** [10] - 22:7, 35:22, 38:22, 39:15, 39:19, 53:22, 124:9, 147:19
**faith** [1] - 144:16
**fall** [9] - 12:6, 12:14, 74:3, 74:4, 85:8, 142:2, 142:4, 142:6, 142:8
**falls** [2] - 75:14, 120:16
**false** [1] - 127:9
**falsely** [2] - 13:7, 126:13
**family** [20] - 22:21, 25:4, 25:9, 25:10, 25:11, 25:14, 30:19, 30:20, 32:15, 115:7, 119:21, 127:14, 127:17, 139:22, 139:24, 140:1, 140:5, 140:11, 147:5
**fast** [2] - 89:7, 89:10
**father** [11] - 32:16, 34:24, 40:6, 127:23, 133:19, 133:20, 140:23, 141:2,

141:7
**Father's** [1] - 141:9
**father's** [4] - 38:14, 38:24, 39:24, 39:25
**father-and** [1] - 34:24
**father-in-law** [2] - 133:19, 133:20
**FBI** [17] - 61:15, 64:12, 64:16, 64:17, 65:18, 66:20, 66:24, 69:24, 70:1, 70:19, 70:20, 71:9, 73:16, 76:8, 101:20, 118:5
**fear** [1] - 129:7
**fearing** [1] - 111:16
**February** [3] - 1:11, 12:2, 18:8
**feel** [11] - 13:7, 43:17, 67:8, 97:24, 100:6, 100:7, 108:9, 112:11, 113:9, 117:13, 127:5
**feelings** [4] - 111:4, 140:13, 145:8, 145:9
**feels** [2] - 102:17, 129:7
**fees** [2] - 133:14, 134:4
**fell** [7] - 43:20, 44:2, 46:10, 49:5, 73:18, 74:2, 75:12
**fellow** [1] - 63:4
**felonies** [2] - 65:12, 87:1
**felony** [2] - 147:16, 147:17
**female** [1] - 70:7
**fiance** [4] - 28:11, 29:2, 29:4, 29:6
**fiancee** [2] - 86:9, 86:10
**fifth** [1] - 81:19
**fight** [2] - 113:7, 141:3
**fighting** [2] - 61:4, 142:12
**fights** [3] - 145:5, 145:6, 147:9
**figure** [9] - 9:24, 12:1, 53:4, 57:7, 87:7, 98:3, 125:10, 141:7
**file** [1] - 114:23
**filed** [3] - 12:2, 12:20, 126:13
**financial** [3] - 37:10, 114:2, 114:7
**find** [9] - 7:7, 92:25, 93:2, 103:18, 111:24, 111:25, 130:16, 130:21, 143:6
**fine** [4] - 53:23, 82:6, 103:24, 129:11
**fingerprints** [4] - 86:8, 86:9, 86:18, 86:21
**finish** [6] - 6:6, 6:9, 6:13, 97:6, 123:5, 125:6
**finished** [3] - 66:18,

85:14, 120:2
**firm** [4] - 10:21, 12:6, 103:22, 104:1
**Firm** [1] - 10:24
**first** [48] - 5:1, 8:6, 8:20, 9:2, 9:3, 9:4, 9:24, 10:22, 11:4, 12:6, 20:24, 21:1, 21:12, 21:15, 21:21, 23:2, 23:3, 24:21, 24:22, 30:16, 31:15, 31:16, 35:17, 36:2, 41:8, 46:18, 54:10, 57:9, 57:11, 57:13, 76:12, 76:22, 76:24, 81:20, 82:16, 83:8, 88:9, 90:4, 94:8, 96:20, 96:22, 129:2, 140:19, 143:9, 143:11, 149:3
**first-level** [2] - 31:15, 31:16
**five** [14] - 32:6, 43:22, 43:25, 54:25, 88:4, 103:6, 104:4, 136:1, 140:9, 140:10, 142:2, 142:24
**flashes** [5] - 108:21, 110:12, 110:16, 110:22, 111:9
**flashing** [2] - 46:15, 143:10
**flock** [1] - 35:23
**Floor** [1] - 1:18
**Florida** [5] - 35:8, 50:9, 50:13, 64:25, 71:20
**flower** [5] - 41:24, 108:13, 108:16, 120:3, 134:20
**Flower** [2] - 117:5, 119:20
**Flowers** [10] - 32:2, 32:5, 32:6, 32:13, 37:4, 39:21, 133:18, 134:14, 134:19, 134:25
**flowers** [4] - 33:12, 41:18, 107:15, 107:17
**flying** [2] - 79:21, 89:17
**focus** [4] - 114:9, 114:11, 114:12, 147:6
**fold** [2] - 84:15, 84:16
**fold-out** [1] - 84:15
**folds** [1] - 84:16
**follow** [5] - 74:25, 89:2, 118:13, 136:10, 138:25
**follow-up** [2] - 118:13, 136:10
**following** [7] - 44:15, 85:22, 108:17, 117:18, 129:6, 129:22, 144:1
**follows** [1] - 5:3
**FOR** [2] - 3:1, 4:1
**force** [1] - 4:8
**foregoing** [1] - 149:6

F. EGAN

**forget** [3] - 145:1, 145:2, 145:3
**forgot** [3] - 31:6, 114:18, 143:14
**form** [2] - 3:9, 37:25
**formal** [1] - 19:15
**forth** [5] - 3:13, 4:5, 7:21, 62:21, 151:9
**fought** [1] - 35:13
**found** [10] - 10:8, 10:23, 56:18, 56:25, 65:9, 68:4, 82:22, 100:24, 104:24
**four** [7] - 11:3, 18:25, 19:5, 61:6, 61:7, 61:9, 77:3
**fourth** [1] - 81:16
**framed** [1] - 3:8
**Francis** [9] - 9:4, 11:20, 91:8, 94:13, 94:14, 94:18, 95:7, 98:12, 103:14
**FRANK** [3] - 1:2, 1:16, 149:12
**Frank** [23] - 18:1, 18:3, 37:1, 51:22, 59:2, 66:13, 81:7, 81:22, 86:23, 87:4, 88:11, 97:6, 103:12, 103:13, 103:15, 107:8, 114:2, 117:8, 125:6, 125:11, 138:25, 144:15, 145:6
**franky** [1] - 117:1
**Franky** [2] - 18:3, 18:4
**FRANKY** [1] - 117:2
**Frankyvoice@aol.com** [3] - 116:21, 116:23, 117:6
**freedom** [1] - 111:16
**fresh** [1] - 82:7
**Friday** [6] - 92:11, 92:12, 92:13, 98:23, 101:16, 124:16
**front** [18] - 30:24, 35:20, 42:4, 63:19, 80:20, 82:19, 88:3, 88:20, 92:15, 102:13, 102:19, 108:15, 119:5, 122:13, 124:19, 128:19, 144:22, 144:23
**frustration** [1] - 129:8
**full** [4] - 17:3, 17:25, 18:1, 71:3
**fully** [1] - 15:17
**functions** [1] - 107:13
**funeral** [3] - 33:10, 65:5, 130:19
**Fur** [1] - 17:9
**furnished** [1] - 4:17
**FURTHER** [5] - 4:7, 4:10, 4:13, 4:16, 149:6

**G**

**gain** [1] - 119:8
**garbage** [1] - 93:19
**gas** [1] - 89:11
**gathered** [1] - 122:13
**gave** [13] - 7:1, 15:10, 29:25, 30:13, 30:14, 42:11, 91:20, 109:13, 109:14, 112:7, 136:5, 149:4
**generated** [1] - 7:5
**German** [1] - 48:4
**gets** [1] - 78:25
**girl** [1] - 108:12
**girlfriend** [3] - 33:3, 33:4, 127:18
**girlfriend's** [1] - 104:22
**give** [14] - 5:16, 5:19, 6:2, 6:9, 7:2, 8:18, 8:22, 13:6, 27:6, 82:10, 82:12, 94:15, 113:21, 125:14
**given** [4] - 3:6, 110:6, 149:7, 151:10
**giving** [1] - 90:2
**glasses** [1] - 17:21
**god** [1] - 144:8
**God** [2] - 144:9, 144:10
**goes** [3] - 71:7, 71:8, 71:10
**Google** [3] - 10:25, 142:16, 145:21
**grabbed** [1] - 89:22
**grade** [2] - 19:10, 19:13
**grand** [6] - 92:21, 126:18, 126:24, 136:17, 138:11, 150:24
**grandmother** [1] - 139:25
**great** [3] - 63:23, 141:20
**green** [5] - 50:23, 118:9, 118:18, 118:19, 118:20
**grounds** [1] - 4:5
**grow** [1] - 74:2
**growing** [2] - 30:5, 140:12
**guess** [18] - 44:14, 51:6, 51:9, 51:19, 51:21, 51:23, 52:24, 54:13, 59:22, 61:1, 65:3, 65:21, 66:9, 73:18, 76:25, 111:24, 131:9, 139:16
**guessing** [1] - 94:3
**gun** [3] - 87:16, 87:17, 87:18
**guy** [29] - 48:2, 48:3, 58:20, 59:8, 61:14, 61:16, 61:17, 63:21, 64:11, 64:13, 64:15, 64:16, 65:12, 66:25, 70:17,

71:21, 72:20, 88:5, 89:1, 89:25, 90:2, 90:3, 101:20, 128:18, 143:15, 144:5, 145:19, 147:17
**guys** [6] - 61:2, 63:20, 63:25, 64:1, 72:23, 88:17

**H**

**hair** [2] - 87:21, 90:5
**haircut** [1] - 90:6
**half** [2] - 19:25, 57:17
**half-asleep** [1] - 57:17
**halls** [1] - 36:22
**hand** [1] - 151:16
**handcuffed** [10] - 56:9, 58:17, 58:19, 60:15, 68:8, 76:19, 105:25, 106:3, 106:14, 121:20
**handcuffing** [3] - 105:24, 107:18, 133:4
**handcuffs** [20] - 56:7, 56:14, 57:8, 59:22, 60:7, 60:13, 60:17, 68:3, 68:20, 72:18, 72:24, 76:25, 87:19, 106:6, 106:8, 106:16, 108:8, 122:12, 133:7, 147:13
**handed** [1] - 18:21
**handing** [1] - 19:2
**hands** [1] - 106:1
**hang** [1] - 93:11
**happening** [1] - 66:8
**happens** [3] - 60:21, 73:11, 148:2
**happy** [1] - 18:9
**harassed** [7] - 127:21, 127:22, 127:24, 127:25, 128:1
**hard** [9] - 107:14, 107:16, 111:23, 111:25, 112:23, 112:24, 113:4, 139:14, 145:5
**harmful** [1] - 90:1
**haven't** [1] - 124:2
**he'd** [1] - 71:1
**he's** [22] - 29:6, 29:8, 64:11, 64:20, 66:12, 67:1, 71:2, 86:8, 86:23, 86:25, 87:1, 87:6, 94:10, 94:14, 123:5, 131:19, 141:20, 144:12, 146:7, 147:15
**head** [6] - 6:2, 88:6, 114:4, 114:5, 146:15
**headaches** [13] - 108:3, 108:19, 108:20, 109:18, 109:21, 109:22, 109:24, 110:2, 110:7, 110:9, 110:22, 111:7
**healed** [1] - 112:12

**health** [1] - 120:15
**hear** [14] - 6:19, 15:3, 26:7, 68:12, 68:17, 68:18, 68:19, 79:15, 96:3, 96:5, 108:10, 120:21, 142:13
**heard** [4] - 6:23, 68:19, 96:2, 123:7
**hearing** [1] - 17:23
**heart** [1] - 145:11
**heavyset** [1] - 58:20
**height** [2] - 18:13, 18:15
**held** [11] - 1:17, 11:24, 54:18, 74:17, 78:5, 78:10, 99:22, 119:13, 122:9, 126:1, 135:4
**helicopter** [7] - 46:23, 46:24, 58:25, 59:3, 79:21, 108:13, 145:24
**helicopters** [1] - 120:21
**help** [5] - 14:12, 14:13, 30:10, 30:12, 33:8
**helped** [5] - 46:4, 46:6, 112:9, 134:20
**helps** [1] - 46:7
**hereby** [2] - 149:3, 151:7
**herein** [1] - 4:18
**hereinbefore** [2] - 149:8, 151:9
**hereto** [2] - 4:14, 4:16
**hereunto** [1] - 151:16
**hesitate** [1] - 128:20
**hey** [1] - 125:11
**hi** [2] - 26:14, 46:1
**hiding** [1] - 49:4
**high** [2] - 19:11, 134:22
**High** [1] - 19:16
**highest** [1] - 19:9
**highway** [5] - 42:25, 89:4, 89:5, 89:14
**Hildred** [3] - 44:10, 44:12, 131:1
**history** [2] - 100:22, 135:17
**hit** [4] - 105:16, 137:2, 137:17, 137:23
**hitting** [4] - 118:4, 118:14, 118:15, 118:16
**hobbies** [1] - 67:4
**hold** [7] - 38:25, 51:22, 52:7, 78:2, 105:12, 123:18, 124:20
**holiday** [1] - 25:3
**home** [27] - 42:24, 43:1, 43:3, 43:7, 43:9, 43:10, 43:11, 43:13, 44:19, 44:25, 74:13, 104:10, 104:12, 108:8, 108:9, 120:3, 120:6, 120:11, 126:14, 129:17, 131:14,

F. EGAN

139:7, 139:13, 146:24, 147:1, 147:2

**honey** [1] - 147:25

**honeymoon** [3] - 128:10, 128:25, 129:4

**hope** [2] - 119:8, 146:16

**horrible** [1] - 100:7

**hot** [5] - 108:21, 110:12, 110:16, 110:22, 111:9

**hounded** [2] - 127:14, 127:17

**hours** [3] - 15:23, 16:3, 17:19

**house** [42] - 26:6, 26:7, 28:2, 28:6, 28:8, 28:11, 28:12, 28:13, 28:16, 28:17, 28:19, 29:17, 30:18, 30:19, 30:20, 42:2, 42:5, 42:20, 42:21, 42:23, 43:5, 44:5, 44:7, 47:4, 47:5, 63:1, 65:15, 66:21, 67:1, 71:24, 79:12, 84:3, 100:22, 104:18, 104:20, 104:22, 105:2, 121:4, 139:8, 140:24, 141:1

**huh** [1] - 6:3

**humiliation** [1] - 129:7

**hung** [7] - 93:7, 93:15, 94:7, 94:12, 97:5, 97:11, 97:20

**hurt** [5] - 56:10, 90:9, 105:7, 107:5, 107:9

**husband** [1] - 140:22

---

**I**

**I've** [3] - 6:16, 7:21, 19:24

**idea** [1] - 33:23

**identification** [1] - 78:12

**identify** [10] - 15:5, 29:1, 129:15, 129:19, 132:4, 132:10, 132:11, 132:14, 133:10, 133:14

**ii** [1] - 3:13

**III** [1] - 18:1

**iii** [1] - 3:14

**ill** [2] - 139:15, 139:19

**illness** [1] - 38:8

**impact** [1] - 21:8

**impair** [2] - 15:16, 15:20

**improper** [1] - 3:14

**IN** [1] - 151:16

**in-laws** [1] - 42:2

**in-laws'** [1] - 37:17

**in-person** [1] - 12:15

**inaccurate** [1] - 7:1

**incident** [47] - 7:24, 8:8, 16:20, 16:22, 18:17, 20:13, 20:16, 21:25,

---

23:17, 24:2, 24:7, 29:18, 36:8, 36:15, 36:18, 37:7, 107:25, 108:11, 109:1, 109:9, 109:19, 110:13, 111:15, 112:15, 112:17, 114:3, 114:14, 114:24, 117:10, 117:19, 119:24, 122:5, 127:15, 128:11, 129:7, 129:17, 131:7, 132:1, 132:12, 132:19, 133:11, 133:17, 139:4

**include** [1] - 3:9

**income** [6] - 36:14, 39:20, 40:13, 40:15, 133:13, 133:16

**incomplete** [2] - 7:1, 124:11

**incorrect** [1] - 119:18

**Index** [1] - 1:5

**indicated** [2] - 21:15, 81:16

**indicating** [4] - 47:14, 52:10, 84:8, 137:5

**indirectly** [1] - 95:24

**individual's** [1] - 129:20

**Individually** [1] - 1:7

**individuals** [1] - 129:19

**INFORMATION** [2] - 150:16, 150:17

**information** [13] - 65:8, 96:21, 97:25, 121:14, 122:18, 124:10, 124:11, 124:12, 124:15, 125:14, 134:8, 135:9

**informed** [2] - 122:6, 122:19

**initial** [1] - 12:12

**injured** [1] - 105:5

**injuries** [10] - 105:14, 107:19, 107:24, 112:11, 112:18, 114:3, 132:11, 132:18, 132:25, 133:10

**injury** [9] - 106:14, 107:3, 107:18, 125:21, 132:16, 133:3, 133:5, 133:15

**inmates** [2] - 146:9, 146:11

**inner** [1] - 141:6

**innocent** [1] - 102:18

**inside** [14] - 47:3, 47:5, 54:21, 59:25, 76:21, 85:24, 88:17, 89:23, 118:9, 140:14, 140:18, 145:10, 145:11

**Instagram** [2] - 116:13, 117:3

**insurance** [4] - 34:19, 37:23, 112:6, 134:1

**intake** [1] - 112:8

**intent** [1] - 125:20

---

**interact** [3] - 31:20, 44:18, 44:24

**interaction** [1] - 80:7

**interested** [1] - 151:14

**interfere** [1] - 3:11

**Internal** [1] - 115:2

**interposed** [1] - 3:4

**interrogation** [12] - 69:8, 69:10, 69:17, 69:23, 70:8, 72:4, 73:1, 73:3, 73:9, 73:12, 85:15, 125:8

**interrogatories** [2] - 129:13, 129:14

**interrupt** [2] - 4:3, 105:13

**involved** [2] - 104:13, 130:15

**Irish** [2] - 48:3, 131:18

**irregularity** [1] - 3:10

**IS** [4] - 4:7, 4:10, 4:13, 4:16

**Island** [1] - 126:1

**IT** [4] - 4:7, 4:10, 4:13, 4:16

**itemize** [1] - 134:5

---

**J**

**jail** [5] - 57:14, 90:1, 130:24, 130:25, 146:18

**January** [7] - 50:10, 50:13, 52:1, 53:19, 54:2, 54:19, 62:16

**jaywalked** [1] - 113:6

**jeans** [2] - 49:11

**Jesus** [1] - 13:19

**job** [7] - 33:2, 33:5, 33:7, 34:17, 39:21, 63:24, 135:4

**jobs** [1] - 45:22

**Joseph** [1] - 18:1

**judge** [23] - 87:6, 91:11, 92:16, 98:12, 102:12, 102:13, 102:14, 102:19, 102:20, 102:21, 104:3, 124:16, 124:17, 124:19, 125:16, 126:21, 128:14, 129:2, 129:3, 136:24, 137:16, 142:24

**Judge** [1] - 4:9

**July** [12] - 10:13, 11:4, 11:15, 11:16, 11:17, 11:19, 34:7, 39:6, 128:24, 130:11

**jumbled** [1] - 67:16

**jumping** [1] - 67:8

**Jury** [1] - 150:24

**jury** [6] - 92:21, 126:18, 126:24, 136:17, 137:15, 138:11

---

**K**

**keep** [9] - 25:7, 25:24, 26:10, 52:7, 66:23, 83:2, 101:25, 128:20, 146:15

**keeps** [1] - 145:16

**Kensington** [1] - 42:6

**KENSINGTON** [1] - 42:7

**kept** [9] - 14:1, 40:2, 51:18, 51:19, 63:2, 71:5, 75:14, 94:4, 140:14

**key** [29] - 51:1, 51:3, 51:7, 52:3, 52:4, 52:8, 52:14, 52:15, 52:17, 52:18, 52:19, 52:21, 52:23, 53:1, 53:2, 53:3, 53:6, 53:8, 53:12, 53:13, 53:14, 53:16, 53:19, 53:24, 53:25, 54:3, 54:6, 54:8, 54:21

**keys** [2] - 94:2, 106:11

**kick** [1] - 105:20

**kid** [8] - 28:7, 30:6, 38:11, 63:3, 139:18, 141:17, 141:20, 141:21

**kidding** [1] - 87:19

**kids** [2] - 22:19, 140:25

**killing** [3] - 145:10, 145:11

**KINGS** [1] - 151:4

**kitchen** [28] - 45:2, 47:10, 47:11, 47:12, 47:15, 47:17, 47:22, 48:6, 48:7, 48:9, 48:11, 48:12, 55:7, 57:3, 67:18, 67:19, 79:8, 80:20, 81:5, 81:13, 82:15, 84:19, 84:22, 84:25, 120:24, 121:11, 138:6, 138:7

**knife** [2] - 107:15, 107:16

**knowledge** [5] - 96:11, 129:16, 131:6, 131:8

---

**L**

**ladies** [1] - 87:15

**lady** [22] - 10:3, 35:19, 35:20, 35:21, 61:13, 64:9, 87:12, 87:14, 87:25, 88:18, 88:19, 88:20, 89:7, 89:16, 90:13, 105:10, 110:3, 114:10, 127:19

**lady's** [2] - 31:6, 65:7

**Lane** [1] - 144:14

**laser** [98] - 48:14, 48:23, 49:15, 49:16, 49:18, 49:20, 49:22, 50:16, 50:21, 50:25, 51:25, 52:8, 52:13, 52:21, 53:5, 53:6, 53:8, 53:12, 53:16, 53:18,

F. EGAN

53:23, 54:2, 54:19, 55:8, 55:21, 56:17, 56:18, 56:21, 57:8, 57:9, 57:12, 57:13, 61:23, 62:4, 62:15, 62:22, 62:24, 63:6, 63:8, 63:14, 64:13, 64:17, 67:22, 68:5, 68:11, 69:4, 69:20, 71:19, 71:21, 76:9, 76:14, 76:16, 76:20, 82:22, 82:24, 83:2, 87:2, 93:1, 94:24, 95:15, 95:19, 96:11, 96:17, 97:18, 100:4, 100:13, 100:25, 101:7, 102:16, 104:8, 118:8, 118:9, 118:18, 121:4, 121:10, 121:15, 121:18, 122:7, 122:20, 122:21, 123:10, 123:22, 124:7, 124:18, 124:23, 124:24, 125:2, 125:13, 126:22, 128:17, 130:22, 136:15, 136:18, 136:21, 137:19, 142:14, 146:12

**last** [22] - 15:23, 16:2, 17:4, 17:18, 18:25, 19:5, 23:3, 23:24, 28:25, 55:3, 65:2, 65:4, 65:7, 103:10, 103:11, 103:16, 104:2, 135:19, 135:20, 135:21, 138:17, 142:17

**late** [5] - 42:17, 64:1, 93:5, 114:16

**later** [6] - 8:25, 26:25, 27:2, 33:17, 82:8, 120:18

**Law** [4] - 1:17, 3:3, 10:4, 10:24

**law** [6] - 10:21, 12:6, 34:24, 127:19, 133:19, 133:20

**LAW** [1] - 2:8

**laws** [1] - 42:2

**laws'** [1] - 37:17

**lawsuit** [12] - 8:7, 8:21, 9:16, 9:17, 9:25, 11:2, 13:5, 27:15, 35:2, 119:8, 133:8, 135:23

**lawyer** [21] - 9:19, 11:20, 27:19, 86:13, 86:15, 93:13, 94:9, 94:11, 95:6, 96:25, 97:14, 97:16, 98:12, 101:2, 101:4, 101:6, 103:15, 112:5, 114:25, 138:16

**lawyer's** [2] - 14:23, 94:9

**lawyers** [3] - 92:14, 95:5, 103:14

**lay** [3] - 43:14, 44:1, 44:22

**laying** [2] - 44:20, 77:14

**lays** [1] - 139:19

**leads** [2] - 47:17, 47:19

**learn** [1] - 94:20

**learned** [4] - 94:23, 96:20, 124:22, 136:13

**least** [1] - 20:5

**leave** [11] - 25:3, 67:17, 73:20, 73:22, 87:10, 139:14, 140:20, 140:21, 141:11, 141:12

**leaving** [5] - 28:18, 93:17, 94:5, 97:4, 136:14

**left** [34] - 18:21, 23:13, 23:14, 30:2, 30:22, 31:4, 41:23, 42:18, 42:19, 42:21, 42:23, 59:7, 59:24, 60:1, 64:8, 66:11, 81:13, 81:16, 81:19, 83:9, 85:21, 87:8, 88:24, 93:3, 97:9, 98:7, 98:8, 102:11, 105:3, 106:11, 134:22, 140:23, 141:2

**leg** [1] - 111:3

**legs** [1] - 84:17

**LeMonti** [1] - 17:9

**let's** [23] - 10:13, 16:16, 24:21, 30:14, 34:6, 34:7, 39:1, 41:8, 43:10, 48:17, 50:7, 52:11, 54:24, 69:15, 70:20, 71:14, 78:2, 78:8, 94:16, 105:15, 108:22, 126:9, 135:21

**LETTER** [1] - 150:5

**letter** [3] - 22:16, 36:3, 36:6

**level** [3] - 19:9, 31:15, 31:16

**liberty** [1] - 129:9

**life** [10] - 13:16, 14:5, 14:15, 22:14, 108:6, 119:6, 128:18, 139:17, 141:6, 146:20

**light** [7] - 46:15, 51:13, 62:20, 84:7, 90:5

**lights** [2] - 62:21, 141:25

**limitation** [1] - 3:13

**limited** [1] - 133:12

**line** [3] - 88:8, 90:11, 144:23

**lines** [4] - 62:21, 142:16, 142:17

**LinkedIn** [2] - 116:15, 117:7

**list** [1] - 143:3

**listen** [4] - 86:24, 94:10, 97:1, 101:21

**litigation** [1] - 132:7

**live** [9] - 28:11, 28:12, 30:1, 31:2, 31:8, 35:23, 40:10, 64:25, 130:1

**lived** [6] - 28:8, 31:4,

31:12, 31:16, 120:9, 139:17

**lives** [3] - 42:6, 131:4, 131:5

**living** [21] - 27:24, 27:25, 28:4, 28:15, 28:17, 29:16, 30:23, 30:24, 47:13, 47:17, 47:19, 47:21, 77:17, 77:18, 77:25, 79:3, 81:17, 81:18, 82:16, 83:21, 100:22

**Liz** [4] - 31:6, 81:3, 81:4

**LLP** [1] - 2:3

**local** [2] - 35:18, 129:20

**located** [3] - 17:6, 17:7, 32:3

**lock** [5] - 51:6, 52:4, 53:1, 53:3, 121:14

**locked** [3] - 52:24, 54:5, 86:11

**looks** [1] - 77:25

**loss** [5] - 36:17, 36:19, 36:20, 36:21, 129:8

**lost** [5] - 36:14, 133:13, 133:16, 140:3, 143:4

**lot** [11] - 37:1, 86:24, 86:25, 87:1, 108:18, 108:19, 108:20, 110:17, 122:2, 140:1

**lovable** [1] - 25:12

**lying** [2] - 13:25, 48:15

**Lynn** [1] - 34:22

### M

**mad** [1] - 104:14

**Mahopac** [2] - 9:8, 9:10

**MAHOPAC** [1] - 9:10

**mail** [3] - 22:15, 117:23, 143:17

**Malcolm** [3] - 8:5, 10:17, 10:18

**MALCOLM** [1] - 2:5

**man** [4] - 69:25, 70:2, 140:24, 140:25

**manage** [1] - 32:18

**manager** [2] - 32:19, 32:22

**manages** [1] - 119:20

**manner** [1] - 70:15

**manslaughter** [1] - 100:18

**Manuel** [2] - 94:9, 138:17

**MANUEL** [1] - 138:17

**March** [64] - 7:25, 21:17, 21:18, 21:19, 27:23, 27:25, 28:20, 32:12, 32:14, 33:14, 33:21, 33:22, 38:6, 38:19, 38:22, 39:2, 39:15, 39:19, 41:3,

41:7, 44:5, 45:9, 74:23, 79:17, 79:20, 83:13, 83:14, 83:15, 94:24, 95:11, 95:12, 95:20, 96:12, 96:18, 98:4, 98:5, 98:6, 98:8, 98:17, 98:20, 98:24, 99:2, 99:3, 99:4, 101:16, 103:2, 105:1, 113:11, 120:2, 122:16, 122:19, 123:9, 125:17, 126:2, 126:9, 126:18, 126:20, 127:6, 146:24, 150:19, 151:17

**marked** [1] - 78:11

**markings** [1] - 80:18

**marks** [1] - 82:10

**marriage** [1] - 151:13

**married** [17] - 19:21, 19:23, 19:24, 20:4, 20:7, 38:5, 40:1, 73:23, 120:1, 128:24, 130:18, 140:17, 140:18, 144:11, 144:13, 147:14

**matter** [4] - 27:4, 27:12, 132:7, 151:15

**mean** [30] - 8:14, 12:12, 15:24, 21:7, 21:14, 23:14, 32:8, 35:12, 36:20, 49:7, 51:5, 52:5, 52:7, 62:6, 77:22, 84:17, 85:23, 86:25, 101:11, 109:6, 111:6, 115:25, 118:14, 122:24, 124:13, 131:17, 136:23, 142:22

**meaning** [2] - 32:17, 129:19

**means** [1] - 109:8

**media** [16] - 13:24, 35:4, 35:16, 88:1, 88:9, 88:22, 117:9, 117:12, 122:13, 127:9, 127:14, 131:9, 142:9, 142:18, 142:19

**mediation** [6] - 5:9, 11:8, 11:14, 12:22, 12:24, 26:21

**medical** [15] - 15:12, 15:16, 85:2, 85:5, 85:10, 85:11, 85:12, 106:22, 107:1, 109:3, 132:12, 133:12, 133:24, 150:21, 150:22

**Medical** [1] - 132:22

**medication** [4] - 15:19, 17:16, 110:6, 113:13

**medicine** [3] - 46:8, 109:13, 109:14

**meet** [6] - 9:15, 9:18, 10:5, 10:20, 11:14, 86:15

**meeting** [4] - 12:13, 12:15, 42:17, 142:18

F. EGAN

**MELVIN** [1] - 1:7
**Melvin** [16] - 48:4, 55:22, 55:25, 58:20, 61:9, 61:10, 61:11, 61:13, 62:9, 64:9, 65:20, 118:1, 118:2, 144:4
**member** [1] - 42:16
**members** [6] - 1:8, 22:22, 115:7, 127:17, 140:1, 140:2
**mental** [1] - 15:15
**mentally** [2] - 24:14, 113:1
**mentions** [1] - 13:14
**message** [2] - 22:16, 117:21
**messages** [7] - 67:2, 73:16, 74:9, 74:12, 74:22, 75:9, 150:18
**messed** [4] - 114:4, 114:5, 114:7
**midnight** [1] - 90:18
**mind** [4] - 114:16, 114:18, 114:22, 147:6
**mine** [3] - 50:2, 77:3, 126:15
**minute** [2] - 54:25, 59:16
**minutes** [15] - 43:6, 43:7, 43:11, 43:23, 43:25, 59:24, 87:24, 104:4, 120:5, 138:12, 142:2, 142:24, 142:25, 150:24
**miss** [1] - 36:7
**missed** [1] - 36:11
**mode** [2] - 54:20
**mom** [3] - 30:23, 37:10, 58:7
**Mom's** [1] - 22:25
**mom's** [3] - 30:18, 42:5, 104:20
**Monday** [5] - 33:16, 41:6, 98:24, 99:2, 99:4
**money** [3] - 30:13, 36:25, 143:14
**month** [11] - 28:21, 29:17, 29:25, 37:10, 38:16, 38:17, 38:23, 39:4, 39:7, 39:20, 113:19
**months** [6] - 8:25, 40:3, 106:17, 106:18
**mood** [1] - 113:24
**morning** [9] - 5:6, 5:7, 17:1, 41:10, 41:13, 86:6, 86:7, 86:18, 122:10
**morning-time** [1] - 86:18
**mother** [58] - 22:23, 23:12, 23:17, 24:11, 24:20, 24:21, 24:22, 24:23, 25:2, 25:16, 28:13,

29:25, 30:10, 30:24, 31:3, 34:24, 42:6, 43:16, 44:8, 44:18, 44:20, 46:5, 46:7, 46:20, 48:7, 57:16, 57:17, 65:5, 68:7, 73:21, 73:23, 73:25, 104:23, 120:9, 120:25, 123:25, 124:7, 127:19, 127:20, 130:4, 131:14, 139:3, 139:14, 139:19, 140:3, 140:20, 140:21, 140:22, 141:1, 141:10, 141:11, 141:24, 144:23, 146:13
**mother's** [7] - 26:7, 28:2, 29:17, 32:15, 42:2, 83:19, 105:2
**Mother's** [1] - 23:1
**mother-in-law** [2] - 34:24, 127:19
**mouthing** [1] - 144:19
**move** [9] - 14:16, 38:10, 42:15, 73:20, 87:16, 104:20, 106:18, 139:17, 140:2
**moved** [5] - 23:15, 25:25, 28:6, 139:8, 147:2
**MR** [85] - 5:5, 6:5, 11:11, 11:21, 12:12, 12:14, 12:15, 14:9, 21:5, 24:17, 26:22, 27:2, 27:3, 29:13, 30:15, 51:22, 54:14, 54:16, 54:24, 55:3, 59:2, 61:24, 62:6, 66:12, 74:15, 74:18, 74:24, 75:2, 75:3, 75:4, 75:7, 78:2, 81:7, 81:11, 82:6, 82:9, 82:11, 82:12, 83:13, 85:9, 85:13, 91:22, 94:16, 97:6, 98:21, 98:24, 99:12, 99:17, 99:19, 103:19, 103:21, 103:24, 105:12, 107:7, 109:6, 115:24, 119:10, 123:5, 124:9, 124:20, 125:6, 126:9, 128:4, 133:23, 134:2, 134:5, 134:7, 134:10, 134:12, 135:16, 135:19, 135:20, 135:21, 135:22, 136:8, 138:1, 138:4, 138:10, 138:13, 138:21, 138:23, 148:7, 148:9, 150:12, 150:13
**Mr** [62] - 5:6, 6:8, 10:20, 11:2, 11:19, 12:1, 12:5, 14:16, 15:15, 17:25, 29:5, 29:10, 29:12, 45:5, 45:6, 45:9, 45:15, 54:21, 78:14, 91:25, 119:14, 119:20, 119:22, 119:24, 120:2, 120:5, 120:9, 120:11,

120:13, 120:15, 120:18, 120:21, 120:24, 120:25, 121:3, 121:7, 121:12, 121:17, 121:21, 121:23, 122:1, 122:5, 122:9, 122:12, 122:15, 125:16, 126:1, 126:14, 126:17, 126:20, 126:24, 127:1, 127:5, 127:8, 127:11, 127:14, 128:10, 129:6, 132:6, 136:10, 138:10
**Ms** [4] - 129:22, 130:3, 130:6, 131:1
**Mulley** [3] - 44:10, 44:12, 131:1
**multiple** [1] - 79:24
**Murray** [1] - 10:3
**mustache** [4] - 61:16, 69:25, 70:2, 70:18
**myself** [7] - 25:7, 25:15, 25:24, 26:10, 68:17, 96:13, 147:8

## N

**name** [52] - 5:8, 8:4, 9:9, 10:3, 17:3, 17:4, 17:25, 18:1, 20:1, 20:2, 22:25, 23:1, 23:2, 23:3, 23:4, 23:23, 23:24, 23:25, 28:9, 28:22, 28:25, 31:5, 31:6, 31:18, 44:14, 48:2, 61:18, 65:2, 65:4, 65:7, 66:24, 81:3, 88:5, 91:1, 91:4, 94:9, 103:16, 116:20, 117:3, 131:4, 138:16, 138:17, 142:16, 143:2, 143:3, 143:7, 145:22
**names** [5] - 47:24, 48:1, 64:13, 87:15, 112:7
**Nealon** [1] - 17:4
**Neck** [1] - 131:5
**neighbor** [2] - 81:1, 81:2
**neighborhood** [2] - 36:3, 144:12
**neighbors** [6] - 58:25, 80:25, 127:21, 127:22, 141:15, 141:17
**nerve** [1] - 118:7
**nervous** [2] - 108:4, 108:17
**NEW** [4] - 1:1, 1:7, 2:8, 151:3
**news** [4] - 35:4, 36:5, 141:18, 144:22
**News** [2] - 88:10, 138:14
**nice** [4] - 14:12, 46:4, 46:5, 89:24
**nickname** [1] - 18:2
**nicknames** [1] - 18:3

**niece** [2] - 130:17, 130:18
**niece's** [1] - 130:18
**night** [20] - 21:1, 21:23, 43:13, 43:15, 44:5, 44:16, 77:16, 84:13, 85:16, 85:20, 86:4, 93:3, 93:5, 99:6, 99:8, 99:15, 104:21, 108:21, 126:8
**nightmare** [1] - 13:12
**nightmares** [2] - 108:6, 108:7
**nights** [1] - 104:23
**nighttime** [2] - 110:16, 147:22
**nine** [2] - 86:18, 86:19
**nobody** [11] - 35:6, 71:7, 71:8, 71:10, 75:14, 97:20, 111:24, 141:1, 143:1, 143:6, 143:7
**noise** [2] - 79:18, 108:10
**nonprescription** [2] - 15:22, 15:24
**nonstop** [1] - 36:24
**nope** [1] - 20:8
**normal** [2] - 43:5, 107:12
**normally** [1] - 43:13
**NOTARY** [1] - 149:19
**Notary** [4] - 1:19, 4:8, 5:2, 151:6
**noted** [1] - 3:5
**notes** [7] - 15:5, 15:6, 15:7, 15:8, 15:10
**notice** [2] - 126:5, 126:12
**noting** [2] - 74:18, 129:21
**nowhere** [1] - 143:3
**number** [4] - 18:23, 19:2, 80:18, 94:15
**numbers** [1] - 129:18
**numerous** [1] - 127:1
**nuns** [1] - 144:14
**nurse** [2] - 44:13, 131:15
**NYPD** [4] - 69:18, 69:24, 115:1, 115:8

## O

**o'clock** [12] - 41:14, 41:21, 71:7, 71:8, 71:9, 75:15, 86:19, 87:10, 91:21, 98:14, 98:15
**O'Reilly** [3] - 9:5, 11:20, 103:14
**O'Reilly's** [1] - 94:13
**oath** [4] - 5:16, 5:18, 5:21
**Obama** [1] - 115:4
**objection** [2] - 3:7, 3:12
**Objections** [2] - 3:2, 3:2
**objections** [6] - 3:2, 3:5,

F. EGAN

3:6, 3:7, 129:21, 133:15
occasions [2] - 121:23, 127:2
October [3] - 103:1, 103:3, 127:3
OF [5] - 1:1, 3:1, 4:1, 151:3, 151:4
off-the-record [8] - 11:23, 11:25, 54:17, 74:16, 78:4, 78:9, 99:21, 119:12
offered [1] - 115:10
office [9] - 5:10, 9:7, 14:23, 17:5, 17:6, 17:7, 94:13, 109:14, 142:4
Office [1] - 10:4
officer [23] - 3:5, 27:10, 49:14, 58:21, 60:10, 60:18, 61:4, 65:15, 67:22, 67:25, 69:18, 72:12, 82:21, 86:8, 90:11, 105:5, 105:16, 105:18, 105:20, 105:22, 106:9, 118:24, 125:21
OFFICER [2] - 1:7, 1:7
Officer [8] - 63:13, 67:25, 68:2, 69:4, 69:11, 69:24, 118:1, 126:14
officers [46] - 14:7, 14:15, 27:11, 47:1, 47:2, 47:3, 47:6, 47:8, 47:10, 47:22, 47:23, 55:7, 55:14, 57:7, 58:4, 58:6, 63:4, 68:8, 68:10, 69:5, 71:12, 72:1, 76:12, 76:15, 76:19, 79:8, 79:25, 105:24, 121:17, 121:23, 122:6, 122:20, 122:25, 123:1, 123:9, 123:13, 123:22, 124:4, 124:17, 125:2, 125:12, 142:7, 146:8, 147:13
offices [1] - 1:17
oh [29] - 9:4, 9:17, 9:19, 10:2, 42:6, 44:13, 62:2, 63:23, 65:11, 66:14, 74:1, 94:19, 102:9, 103:8, 103:24, 107:23, 118:5, 130:19, 131:2, 131:8, 142:13, 143:19, 143:25, 144:7, 144:19, 145:3, 146:21, 147:20, 148:4
Oh [4] - 9:10, 18:10, 77:17, 81:10
okay [59] - 5:17, 6:7, 6:20, 6:23, 7:2, 7:25, 9:4, 9:7, 10:2, 14:4, 15:4, 18:9, 18:24, 19:4, 21:10, 24:16, 24:19, 27:3, 27:18, 27:20, 29:9, 44:13, 48:24,

55:18, 58:14, 61:12, 65:6, 67:9, 67:12, 67:15, 67:18, 71:18, 71:23, 76:3, 80:24, 81:1, 81:10, 81:25, 84:18, 85:12, 85:13, 90:24, 91:7, 95:17, 95:22, 97:25, 102:7, 103:8, 103:24, 119:18, 126:7, 129:11, 132:11, 134:2, 134:5, 134:12, 135:22, 137:10, 138:13
Okay [19] - 6:11, 6:14, 6:18, 6:21, 6:24, 7:3, 7:9, 7:13, 7:19, 8:1, 10:2, 18:1, 21:11, 29:3, 55:1, 61:1, 69:16, 119:19, 136:12
old [7] - 45:13, 45:15, 87:16, 93:23, 135:1, 141:17, 141:18
older [2] - 13:22, 61:16
Olivia [4] - 44:14, 127:19, 131:3, 131:23
OMAR [1] - 2:10
Omar [3] - 5:8, 6:5, 124:9
ones [1] - 82:9
online [5] - 10:8, 10:24, 102:3, 102:6, 145:20
open [2] - 32:14, 32:16
opened [6] - 36:2, 46:18, 46:21, 47:9, 80:1, 121:15
operate [1] - 54:3
operated [4] - 51:8, 53:19, 53:23, 119:21
operating [1] - 54:21
opposed [1] - 112:18
Order [1] - 1:17
order [2] - 3:13, 53:12
orders [1] - 41:18
Orlando [1] - 64:24
outcome [1] - 151:14
outside [11] - 19:16, 42:4, 46:14, 59:1, 72:21, 77:25, 79:24, 87:24, 88:1, 88:4, 120:21
Oval [2] - 42:7
OVAL [1] - 42:7
over-sweat [1] - 110:18
overnight [3] - 75:21, 122:9
oversee [1] - 33:8
owned [1] - 119:21
ownership [1] - 133:17

**P**

P.M [2] - 1:12, 148:10
p.m [2] - 122:16, 126:2
P.O [14] - 48:2, 48:4, 86:7, 86:22, 120:24,

120:25, 121:3, 121:7, 121:8, 121:20, 122:1, 144:4
PAGE [3] - 150:5, 150:11, 150:17
paid [11] - 33:19, 33:20, 33:23, 34:4, 34:13, 34:15, 39:1, 39:16, 91:15, 91:19, 99:13
pain [1] - 106:18
paper [4] - 19:2, 45:16, 100:19, 100:21
paragraph [5] - 119:17, 123:20, 124:25, 125:16, 125:23
paragraphs [1] - 80:15
parked [1] - 120:22
parlor [1] - 65:5
part [8] - 6:19, 13:16, 37:3, 85:2, 85:5, 133:8, 133:17, 146:6
parties [4] - 4:4, 4:13, 4:16, 151:13
party [2] - 3:17, 133:20
pass [1] - 130:10
passed [5] - 40:6, 46:20, 130:9, 130:12, 130:16
passing [1] - 121:4
passport [1] - 128:20
pay [8] - 29:20, 29:22, 30:10, 37:6, 37:10, 37:21, 115:21, 116:3
paychecks [1] - 34:16
paying [2] - 30:7, 30:12
payment [1] - 115:16
payments [1] - 114:16
PD [1] - 46:24
Pelham [1] - 32:4
pen [4] - 51:1, 52:6, 52:11, 121:10
pen-sized [1] - 121:10
pending [3] - 5:11, 7:16, 8:17
pension [4] - 38:14, 38:24, 39:24, 39:25
people [38] - 13:9, 14:12, 18:2, 35:18, 35:23, 36:1, 60:2, 60:24, 61:6, 61:7, 61:9, 63:2, 63:14, 69:1, 70:4, 77:3, 87:9, 88:7, 110:3, 111:25, 113:2, 113:5, 117:15, 131:25, 137:15, 139:24, 141:16, 142:10, 142:11, 142:12, 144:18, 144:19, 144:22, 146:4, 147:7
percent [1] - 69:6
perfect [1] - 75:3
period [1] - 28:18

permitted [1] - 3:10
person [21] - 3:6, 3:14, 12:15, 12:16, 12:17, 13:18, 14:13, 31:20, 31:22, 36:5, 46:4, 46:5, 101:23, 102:18, 114:19, 127:20, 132:6, 136:18, 142:19, 142:21, 144:17
person's [1] - 31:18
persons [2] - 3:11, 129:15
pertaining [1] - 85:10
Peterson [4] - 10:8, 10:12, 10:23, 11:2
PETERSON [1] - 2:3
pharmacy [1] - 137:4
phone [28] - 22:24, 36:22, 37:12, 37:13, 37:14, 65:13, 65:14, 65:16, 65:21, 65:24, 65:25, 66:21, 67:1, 71:22, 71:23, 72:2, 73:17, 74:6, 74:13, 74:22, 86:10, 87:9, 94:12, 97:3, 97:20, 99:23, 143:9
phones [1] - 59:23
photo [19] - 80:22, 82:14, 82:15, 83:6, 83:7, 83:16, 83:17, 83:18, 83:19, 83:22, 83:23, 84:18, 84:19, 84:21, 84:22, 84:24, 84:25
photograph [6] - 80:19, 80:22, 82:18, 83:5, 84:11, 137:10
photographs [1] - 150:20
Photographs [2] - 78:11, 150:6
photos [1] - 82:7
physical [11] - 15:16, 52:17, 52:18, 105:14, 105:15, 106:13, 107:19, 107:22, 107:23, 125:20, 129:20
physically [3] - 113:1, 118:15, 118:16
picked [3] - 21:1, 21:23, 99:24
picking [1] - 146:11
picture [14] - 35:15, 36:4, 82:18, 82:19, 83:22, 83:23, 84:12, 88:17, 88:22, 127:8, 137:2, 138:1, 138:5, 142:10
pictures [3] - 82:13, 90:11, 137:3
piece [2] - 19:2, 130:20
pillow [1] - 84:12
pilot [1] - 145:20

F. EGAN

**pilots** [2] - 145:23, 145:24
**pinpointed** [1] - 77:9
**place** [6] - 26:11, 28:13, 62:25, 146:8, 146:9, 149:8
**placed** [7] - 59:7, 68:3, 68:20, 69:7, 69:10, 76:22, 106:8
**places** [1] - 112:7
**plain** [2] - 49:5, 49:6
**plainly** [1] - 3:14
**plaintiff** [1] - 133:11
**PLAINTIFF** [1] - 1:3
**Plaintiff** [6] - 1:15, 2:3, 74:21, 132:11, 132:15, 133:16
**plane** [2] - 55:8, 67:23
**planes** [2] - 90:10, 108:18
**planning** [1] - 119:25
**plans** [1] - 128:11
**pleaded** [1] - 119:15
**please** [5] - 6:19, 18:25, 55:4, 74:4, 129:25
**plus** [1] - 142:16
**PO** [2] - 71:24
**pockets** [1] - 106:10
**point** [19] - 6:15, 7:14, 27:1, 33:24, 45:25, 60:3, 66:4, 71:1, 71:2, 72:10, 74:18, 76:8, 77:20, 77:23, 98:1, 104:19, 111:2, 117:18, 124:3
**pointed** [17] - 49:14, 49:15, 49:16, 49:18, 95:15, 95:19, 96:11, 96:17, 96:24, 97:18, 102:16, 125:2, 136:14, 136:18, 137:1, 137:21, 137:22
**pointer** [61] - 49:20, 49:22, 50:16, 50:25, 52:1, 52:8, 52:13, 52:21, 53:5, 53:6, 53:9, 53:12, 53:16, 53:18, 53:23, 54:3, 54:19, 55:8, 55:21, 56:17, 57:8, 57:12, 62:4, 62:9, 62:15, 62:23, 62:24, 63:6, 63:8, 63:14, 64:17, 67:22, 68:11, 69:4, 69:20, 76:9, 76:14, 76:16, 76:20, 82:22, 82:24, 83:3, 93:1, 94:24, 95:19, 96:11, 96:17, 97:18, 100:4, 100:25, 101:7, 104:8, 118:18, 123:22, 124:23, 125:13, 130:22, 136:15, 136:18, 136:21, 137:19
**pointing** [13] - 62:9,

62:14, 63:13, 94:24, 100:4, 100:13, 100:25, 101:7, 113:3, 125:13, 136:21, 137:19, 138:3
**points** [2] - 77:23, 78:7
**Polanco** [17] - 48:3, 55:21, 55:24, 56:1, 59:10, 61:9, 65:20, 68:2, 71:24, 86:7, 86:8, 118:23, 120:25, 121:3, 121:8, 121:20, 126:14
**POLANCO** [1] - 1:7
**police** [35] - 14:7, 14:15, 15:12, 40:24, 46:13, 47:1, 47:2, 47:3, 47:6, 47:8, 47:10, 58:1, 58:23, 58:25, 59:4, 59:5, 59:6, 59:10, 59:18, 61:4, 68:22, 76:12, 79:7, 79:21, 79:24, 79:25, 80:7, 117:13, 118:8, 120:21, 120:22, 122:25, 123:1, 146:8, 147:13
**POLICE** [2] - 1:7, 1:7
**Police** [2] - 1:8, 40:21
**pork** [2] - 43:15, 44:21
**position** [2] - 32:12, 136:20
**possession** [4] - 51:25, 62:16, 74:21, 125:19
**post** [2] - 117:12, 117:14
**posted** [1] - 116:19
**posts** [1] - 117:9
**potentially** [1] - 134:3
**pounds** [1] - 19:8
**Practice** [1] - 3:3
**practice** [1] - 9:6
**pre** [1] - 20:10
**pre-K** [1] - 20:10
**precinct** [28] - 26:3, 56:8, 57:14, 57:20, 59:9, 59:12, 60:12, 60:16, 60:18, 62:6, 62:7, 62:8, 62:12, 68:24, 72:11, 76:21, 85:16, 85:18, 85:19, 85:20, 86:16, 86:17, 99:8, 118:9, 121:24, 122:9, 122:12
**Precinct** [12] - 56:12, 59:13, 59:20, 59:21, 85:15, 121:21, 122:19, 123:9, 123:21, 125:1, 125:4, 125:12
**prejudice** [1] - 3:14
**premarked** [1] - 80:17
**prepared** [2] - 132:5, 132:8
**prescribed** [2] - 17:2, 113:14
**prescription** [1] - 16:2
**present** [3] - 120:11, 120:25, 129:16

**preserve** [1] - 3:13
**President** [1] - 115:3
**press** [1] - 51:12
**priest** [3] - 144:10, 144:13
**priests** [1] - 144:12
**prior** [2] - 14:19, 62:4
**prison** [3] - 146:1, 146:2
**privilege** [1] - 3:13
**problem** [7] - 8:23, 35:3, 55:1, 65:17, 67:1, 67:2, 71:23
**problems** [1] - 17:23
**proceed** [1] - 3:6
**proceeding** [4] - 27:9, 92:17, 92:21, 136:17
**process** [1] - 93:16
**produce** [1] - 82:7
**produced** [1] - 80:16
**production** [2] - 74:19, 138:12
**productions** [1] - 150:18
**professional** [1] - 109:3
**promised** [1] - 115:13
**pronounce** [2] - 17:4, 131:4
**pronouncing** [1] - 29:11
**property** [3] - 93:25, 99:24, 133:13
**provide** [1] - 34:17
**provided** [7] - 3:15, 4:11, 4:13, 124:14, 124:15, 132:13, 132:16
**provider** [1] - 132:14
**psychiatric** [4] - 111:13, 132:12, 132:18, 132:21
**psychiatrist** [3] - 133:12, 133:24, 150:22
**psychological** [7] - 107:24, 111:4, 111:13, 112:11, 132:13, 132:18, 133:13
**Public** [4] - 1:19, 4:8, 5:2, 151:6
**PUBLIC** [1] - 149:19
**public** [1] - 37:25
**publicized** [1] - 127:8
**pull** [1] - 144:6
**pulling** [1] - 108:7
**punch** [1] - 105:18
**punishment** [2] - 145:14, 145:15
**purpose** [2] - 4:3, 4:4
**purposely** [1] - 137:19
**purposes** [1] - 4:11
**pursuant** [4] - 1:16, 3:3, 3:7, 126:12
**push** [1] - 105:22
**pushing** [1] - 51:8

**putting** [1] - 108:8

## Q

**Qaeda** [1] - 146:6
**question** [28] - 3:14, 3:17, 4:4, 6:6, 6:9, 6:16, 6:17, 6:19, 6:23, 7:17, 14:17, 55:4, 55:5, 57:6, 65:1, 70:12, 76:20, 97:7, 104:19, 105:13, 107:7, 115:19, 119:6, 121:18, 123:18, 129:15, 138:24
**questioned** [1] - 121:23
**questioning** [7] - 3:9, 3:11, 55:23, 62:5, 62:13, 63:12, 66:19
**questions** [30] - 3:12, 5:14, 21:9, 46:14, 48:13, 55:13, 55:16, 56:13, 57:20, 60:6, 61:6, 61:8, 61:21, 65:19, 67:3, 67:11, 70:4, 70:8, 70:9, 70:16, 72:14, 75:16, 75:18, 90:13, 97:22, 118:13, 129:12, 136:11, 138:21, 148:8
**quick** [2] - 43:22, 54:24

## R

**raised** [5] - 3:7, 24:23, 25:9, 28:5, 73:24
**ramp** [1] - 17:9
**ran** [3] - 108:12, 143:12
**rang** [1] - 65:21
**read** [6] - 55:3, 55:6, 100:20, 102:3, 102:5, 119:16
**real** [2] - 43:22, 65:9
**realize** [4] - 6:25, 143:17, 143:18, 147:24
**realized** [1] - 60:7
**rear** [2] - 106:3, 106:4
**reason** [4] - 4:5, 22:12, 40:22, 58:10
**reasonable** [1] - 90:9
**receipts** [5] - 42:2, 42:10, 42:11, 133:24, 150:22
**receive** [4] - 34:13, 38:12, 107:19, 115:16
**received** [6] - 19:15, 37:25, 106:13, 132:14, 132:17, 132:21
**receiving** [1] - 39:23
**recess** [3] - 55:2, 91:24, 136:9
**reckless** [1] - 125:19
**recliner** [1] - 77:15

F. EGAN

**recognize** [1] - 62:22
**recollection** [2] - 14:20, 137:18
**record** [24] - 4:6, 11:22, 11:23, 11:25, 15:12, 19:1, 28:24, 54:14, 54:17, 74:15, 74:16, 78:3, 78:4, 78:8, 78:9, 81:8, 99:19, 99:21, 100:12, 100:17, 119:10, 119:12, 135:16, 151:10
**recorded** [2] - 42:17, 132:5
**recording** [1] - 5:15
**records** [12] - 71:22, 74:4, 74:10, 74:11, 74:12, 74:20, 74:23, 85:10, 85:12, 88:15, 150:18, 150:21
**red** [2] - 50:23, 107:15
**referred** [4] - 29:13, 55:5, 112:5, 112:6
**referring** [1] - 29:4
**refreshed** [1] - 14:20
**refrigerator** [8] - 56:19, 68:5, 82:20, 82:21, 82:25, 84:23, 85:1, 121:11
**Refusal** [1] - 3:12
**refusal** [1] - 3:16
**refusing** [1] - 105:25
**regard** [3] - 9:15, 9:25, 135:9
**regarding** [4] - 9:17, 11:2, 73:20, 116:5
**regardless** [1] - 99:23
**regular** [3] - 15:4, 22:7, 22:10
**regularly** [5] - 18:19, 22:22, 26:12, 109:21, 110:15
**relate** [2] - 105:13, 132:6
**related** [1] - 151:12
**relationship** [2] - 24:10, 139:4
**relationships** [2] - 26:23, 139:1
**release** [1] - 85:10
**released** [2] - 105:1, 126:3
**relief** [1] - 3:7
**remainder** [2] - 3:18, 29:1
**remember** [11] - 22:13, 25:18, 46:10, 57:11, 57:13, 57:24, 66:8, 93:24, 138:16, 142:14
**rendered** [1] - 132:15
**rent** [6] - 29:20, 29:22, 30:7, 30:10, 30:12, 30:13

**repeatedly** [2] - 122:1, 122:6
**rephrase** [1] - 6:17
**report** [2] - 40:2, 40:4
**reported** [1] - 40:2
**reporter** [3] - 5:15, 5:25, 7:5
**Reporter** [2] - 55:6, 78:13
**reporters** [1] - 98:11
**reports** [1] - 147:14
**represented** [1] - 8:2
**representing** [1] - 4:17
**represents** [1] - 5:10
**reputation** [2] - 127:11, 132:19
**request** [3] - 3:9, 75:1, 75:6
**REQUESTED** [1] - 150:16
**requests** [1] - 75:5
**research** [1] - 102:23
**respect** [1] - 4:14
**respective** [1] - 4:16
**respond** [1] - 73:17
**response** [2] - 75:13, 133:3
**responses** [1] - 6:2
**responsibilities** [2] - 33:7, 37:11
**restricted** [1] - 3:7
**result** [14] - 36:14, 36:17, 37:6, 106:14, 107:25, 114:3, 114:14, 127:11, 132:12, 132:19, 133:11, 133:16, 136:4, 137:23
**retain** [1] - 9:13
**retained** [2] - 12:6, 150:8
**retainer** [2] - 10:9, 10:21
**return** [1] - 127:1
**reversed** [2] - 89:10, 89:16
**Review** [1] - 114:24
**review** [5] - 7:6, 12:20, 14:19, 15:11
**Richman** [1] - 10:3
**rid** [1] - 50:4
**ridiculous** [4] - 13:23, 14:6, 118:10, 144:24
**right** [133] - 3:6, 3:13, 3:17, 6:10, 6:13, 6:17, 7:18, 8:18, 11:5, 13:6, 14:7, 14:9, 14:12, 14:16, 14:18, 17:8, 17:9, 18:21, 24:23, 26:19, 30:21, 30:25, 31:2, 31:23, 33:16, 37:7, 39:7, 41:11, 43:13, 43:17, 43:21, 44:9, 44:13, 44:21, 44:22, 47:7, 47:15,

50:9, 50:14, 51:8, 52:9, 53:5, 54:20, 56:4, 56:7, 57:15, 58:17, 59:16, 60:21, 63:14, 63:21, 64:7, 65:21, 66:25, 67:8, 67:19, 68:20, 69:1, 69:8, 69:24, 70:2, 70:5, 70:20, 72:20, 74:14, 79:8, 79:10, 79:14, 79:17, 79:22, 79:24, 80:1, 80:8, 80:10, 81:14, 81:20, 82:19, 83:15, 83:19, 84:1, 84:2, 84:6, 86:4, 86:18, 86:23, 87:6, 87:10, 87:24, 89:5, 89:15, 89:19, 89:21, 89:23, 90:4, 93:3, 93:17, 94:3, 94:14, 96:15, 97:15, 98:7, 98:15, 98:18, 98:20, 99:4, 99:10, 99:25, 100:4, 100:15, 101:2, 101:14, 102:11, 105:4, 108:15, 108:16, 112:15, 112:21, 117:1, 118:15, 124:19, 125:2, 125:8, 127:25, 136:15, 137:11, 140:17, 144:2, 144:11, 146:1, 148:7, 148:9
  **Right** [2] - 68:21, 96:14
  **rights** [2] - 4:13, 113:9
  **righty** [1] - 18:22
  **Rikers** [1] - 126:1
  **ring** [1] - 52:15
  **Road** [3] - 10:4, 32:4, 138:20
  **Rochelle** [9] - 20:11, 32:4, 42:8, 42:17, 43:5, 119:21, 130:1, 143:23, 144:15
  **room** [80] - 30:1, 30:2, 43:14, 43:18, 46:17, 46:25, 47:7, 47:13, 47:17, 47:19, 47:21, 58:5, 58:15, 61:5, 61:19, 62:5, 62:13, 62:20, 63:12, 63:17, 64:6, 64:7, 64:8, 65:24, 66:7, 66:16, 66:18, 69:8, 69:11, 69:17, 69:23, 70:8, 70:13, 71:13, 71:25, 72:4, 72:18, 72:19, 72:21, 73:1, 73:3, 73:9, 73:12, 76:24, 77:1, 77:2, 77:17, 77:18, 77:25, 79:2, 79:3, 80:8, 80:9, 80:13, 81:17, 81:18, 82:16, 83:20, 83:21, 83:23, 83:25, 84:9, 85:21, 85:23, 87:8, 87:13, 90:14, 98:10, 98:11, 98:13, 110:19, 124:5, 124:6, 125:8, 125:11, 143:6, 146:3
  **rough** [6] - 13:16, 108:5,

112:25, 113:1, 114:9
  **roughly** [6] - 8:25, 11:9, 12:2, 30:15, 33:21, 50:6
  **RPR** [3] - 1:19, 151:6, 151:20
  **ruined** [2] - 14:15, 119:6
  **Rule** [3] - 3:3, 3:10, 3:15
  **rule** [3] - 3:4, 3:10, 129:20
  **rules** [2] - 4:5, 7:20
  **RULES** [2] - 3:1, 4:1
  **Rules** [1] - 3:4
  **run** [1] - 43:5

## S

  **S-A-N-C-H-E-Z** [1] - 138:18
  **safest** [2] - 146:8, 146:9
  **safety** [1] - 51:6
  **salary** [1] - 33:25
  **Sanchez** [2] - 94:10, 138:17
  **sandwich** [1] - 90:15
  **sat** [2] - 26:20, 90:14
  **saying** [27] - 6:2, 14:1, 14:2, 22:10, 36:16, 39:6, 56:3, 69:3, 70:22, 72:10, 75:8, 77:10, 84:11, 87:5, 90:2, 100:15, 101:13, 107:10, 108:14, 108:22, 111:14, 114:13, 119:3, 123:6, 123:16, 127:24, 141:19
  **scan** [1] - 82:9
  **scared** [13] - 24:25, 25:19, 26:2, 26:5, 108:8, 108:10, 108:11, 108:12, 108:14, 128:18, 143:10, 145:17, 147:23
  **schedule** [2] - 33:14, 33:15
  **scheduled** [1] - 126:17
  **school** [5] - 19:11, 19:19, 86:20, 128:7, 134:22
  **School** [2] - 19:16, 20:11
  **Schumer** [1] - 36:4
  **search** [5] - 10:25, 106:9, 106:10, 142:16, 145:21
  **second** [17] - 8:18, 8:22, 11:22, 13:6, 14:10, 54:15, 59:8, 67:5, 73:8, 75:17, 76:6, 78:8, 82:17, 85:14, 93:9, 99:20, 119:11
  **section** [1] - 4:5
  **sections** [1] - 4:14
  **Security** [5] - 18:23, 19:1, 40:5, 40:11, 40:17
  **seek** [3] - 106:22, 107:1, 111:18

**seeking** [2] - 133:23, 135:9
**send** [4] - 71:24, 117:21, 134:6, 143:16
**sergeant** [5] - 59:23, 61:14, 64:10, 69:24, 70:7
**Sergeant** [1] - 68:2
**series** [2] - 5:14, 80:15
**Services** [1] - 132:22
**services** [2] - 133:25, 150:23
**session** [4] - 73:8, 75:17, 76:6, 85:15
**settlement** [2] - 136:3, 136:5
**setup** [1] - 30:19
**seven** [5] - 33:15, 40:10, 59:15, 145:17, 145:18
**seven-or** [1] - 59:15
**several** [2] - 120:22, 121:23
**shake** [3] - 78:16, 80:10, 80:14
**shaking** [1] - 6:2
**Sharon** [9] - 105:8, 105:9, 105:10, 111:19, 114:10, 132:23, 148:1
**she'll** [1] - 142:4
**she's** [5] - 35:24, 46:21, 131:2, 131:24, 143:18
**shift** [2] - 41:20, 41:21
**Shih** [1] - 57:19
**Shih-Tzu** [1] - 57:19
**shine** [1] - 50:18
**shined** [5] - 48:23, 50:19, 122:20, 126:22, 137:16
**shining** [6] - 55:8, 55:20, 62:19, 67:22, 118:8, 121:4
**shipment** [1] - 33:12
**shirt** [2] - 49:12, 86:3
**shit** [3] - 71:3, 143:11, 143:25
**shocked** [1] - 121:7
**shone** [1] - 93:1
**shook** [1] - 80:9
**shoot** [1] - 124:7
**shooting** [6] - 46:16, 46:17, 48:14, 118:9, 118:21, 146:11
**shop** [4] - 41:24, 108:13, 108:16, 134:21
**shopping** [1] - 140:8
**shorter** [1] - 48:2
**shortness** [1] - 43:24
**shot** [3] - 87:2, 137:14, 137:16
**show** [8] - 56:16, 56:20, 56:23, 57:4, 57:7, 63:14,

80:15, 137:9
**shower** [2] - 41:10, 41:11
**shut** [2] - 62:20, 79:18
**shuts** [1] - 141:25
**sic)** [1] - 88:18
**sick** [3] - 38:3, 46:21, 134:24
**Siddiqi** [1] - 5:8
**SIDDIQI** [29] - 2:10, 5:5, 12:14, 27:2, 54:16, 54:24, 55:3, 74:18, 75:2, 75:4, 82:6, 82:11, 85:9, 91:22, 99:19, 103:19, 103:24, 119:10, 133:23, 134:5, 134:10, 135:19, 135:21, 136:8, 138:4, 138:10, 138:21, 148:7, 150:12
**sign** [3] - 10:9, 19:3, 82:4
**signed** [4] - 4:8, 4:8, 116:5, 132:4
**significant** [1] - 3:14
**signing** [1] - 10:21
**similar** [1] - 5:21
**single** [1] - 134:9
**sir** [1] - 28:5
**sister** [35] - 23:20, 24:7, 24:11, 24:20, 24:25, 25:16, 26:12, 28:9, 44:7, 44:24, 45:13, 45:14, 46:11, 47:2, 47:6, 48:8, 57:21, 58:7, 66:10, 67:19, 68:7, 68:15, 80:1, 80:8, 80:9, 80:13, 104:7, 120:9, 120:19, 121:1, 127:19, 130:14, 139:3, 139:15, 146:13
**sister's** [9] - 23:23, 23:24, 29:2, 29:4, 29:9, 65:22, 83:23, 83:25, 120:10
**sisters** [3] - 140:8, 140:9, 140:10
**Sisters** [1] - 144:13
**sitting** [5] - 72:17, 72:20, 72:21, 95:17, 96:8
**six** [4] - 40:9, 88:4, 103:6
**sized** [1] - 121:10
**skinned** [2] - 87:22, 88:21
**skinny** [1] - 90:3
**skip** [3] - 67:14, 67:17, 132:10
**sleep** [8] - 44:19, 44:25, 49:6, 77:16, 84:9, 84:13, 108:20, 141:24
**sleeper** [2] - 78:14, 80:6
**sleeping** [10] - 49:4, 58:12, 58:13, 78:19, 85:2, 85:5, 88:12, 88:15, 95:21, 123:4

**sleeps** [1] - 84:10
**slept** [3] - 80:6, 86:1, 104:23
**smoke** [2] - 45:2
**smoking** [2] - 45:2, 89:12
**snap** [2] - 116:17, 141:22
**snapped** [1] - 141:21
**sneakers** [6] - 93:4, 93:18, 93:19, 93:21, 93:23, 94:1
**Social** [5] - 18:23, 19:1, 40:5, 40:11, 40:17
**social** [2] - 117:9, 117:12
**somebody** [28] - 13:12, 13:13, 13:14, 13:21, 14:6, 35:8, 36:3, 59:23, 61:4, 65:1, 78:18, 78:23, 79:13, 79:15, 89:10, 90:9, 98:1, 101:13, 101:22, 112:21, 112:22, 112:23, 112:25, 115:25, 116:2, 145:12
**somebody's** [1] - 65:22
**somehow** [1] - 124:25
**someone** [1] - 78:16
**sometimes** [4] - 114:18, 142:3, 142:5, 147:23
**somewhere** [2] - 73:24, 108:7
**son** [1] - 57:18
**sorry** [13] - 11:11, 11:16, 11:18, 16:23, 21:17, 32:8, 35:21, 61:11, 66:22, 94:19, 97:8, 105:12, 109:6
**sound** [1] - 142:20
**sources** [2] - 40:13, 40:15
**SOUTHERN** [1] - 1:1
**Southern** [3] - 5:9, 5:12, 102:4
**Spanish** [9] - 88:5, 131:18, 131:19, 131:20, 131:21, 131:22, 131:23, 131:24
**speak** [24] - 22:22, 22:23, 24:1, 25:5, 26:12, 35:1, 47:10, 69:18, 72:7, 72:19, 76:1, 92:5, 93:13, 93:14, 94:11, 97:5, 97:20, 98:1, 100:2, 101:3, 105:7, 105:10, 105:11
**Speaking** [1] - 3:7
**speaking** [2] - 57:24, 75:19
**specific** [1] - 133:14
**specifically** [3] - 74:22, 111:2, 139:2
**specified** [1] - 149:8

**spell** [5] - 9:9, 23:2, 28:24, 103:16, 116:24
**spelled** [1] - 28:10
**spelling** [3] - 65:3, 65:9, 103:18
**spent** [1] - 86:4
**spoke** [11] - 20:24, 21:6, 21:12, 27:10, 46:1, 48:22, 58:5, 92:14, 95:12, 96:25, 131:20
**spoken** [7] - 20:12, 20:15, 21:24, 22:2, 58:7, 76:5, 110:1
**squeaking** [1] - 80:12
**squeaks** [1] - 78:20
**SS** [1] - 151:3
**Stacey** [1] - 10:3
**stand** [1] - 5:22
**standing** [3] - 56:2, 88:4, 88:7
**start** [7] - 16:11, 30:7, 32:5, 34:4, 63:18, 105:15, 111:22
**started** [8] - 16:21, 30:16, 32:6, 32:24, 34:11, 39:6, 97:13, 134:25
**starting** [2] - 34:7, 41:7
**STATE** [1] - 151:3
**state** [2] - 106:15, 132:16
**State** [3] - 1:20, 5:2, 151:7
**stated** [44] - 3:8, 4:6, 15:2, 48:13, 49:4, 53:2, 54:10, 55:12, 56:13, 57:5, 57:19, 58:4, 60:5, 61:15, 64:12, 64:14, 64:16, 65:12, 68:4, 70:1, 70:19, 71:8, 71:11, 71:17, 76:13, 77:3, 87:16, 87:20, 87:22, 90:7, 95:5, 95:9, 95:25, 96:1, 96:2, 96:6, 101:22, 102:1, 102:3, 124:10, 126:14, 128:17
**statement** [4] - 3:9, 3:16, 126:5, 126:12
**statements** [5] - 3:11, 13:9, 132:4, 132:8, 132:10
**States** [1] - 5:12
**STATES** [1] - 1:1
**stating** [5] - 13:25, 15:1, 36:22, 92:15, 113:2
**station** [1] - 118:8
**stay** [16] - 25:15, 28:13, 28:14, 69:15, 71:14, 72:4, 85:16, 85:25, 86:14, 98:14, 99:8, 141:12, 141:15, 146:24, 147:1, 147:8
**stayed** [11] - 28:12, 30:4,

F. EGAN

33:17, 85:19, 88:19, 104:18, 104:22, 104:24, 105:2, 120:5, 147:2
**staying** [3] - 28:17, 28:19, 73:23
**stemmed** [1] - 27:7
**stemming** [2] - 8:7, 85:11
**step** [4] - 48:17, 88:4, 139:17
**stepfather** [1] - 42:16
**stick** [1] - 29:14
**STIPULATED** [4] - 4:7, 4:10, 4:13, 4:16
**stop** [6] - 39:23, 63:19, 67:5, 72:1, 93:9, 107:12
**stopped** [3] - 35:14, 88:25, 89:16
**stops** [1] - 68:25
**store** [5] - 32:17, 32:20, 32:22, 144:22, 144:23
**story** [1] - 71:19
**straight** [2] - 42:24, 67:10
**street** [7] - 13:14, 17:9, 25:22, 46:17, 84:20, 120:22, 137:4
**Street** [4] - 1:18, 2:9, 17:8, 89:18
**stuff** [15] - 33:9, 34:6, 41:19, 41:22, 43:24, 46:8, 90:3, 93:4, 93:6, 106:11, 108:19, 110:17, 111:16, 140:2, 142:17
**stupid** [2] - 100:13, 100:14
**subdivision** [3] - 3:3, 3:4, 3:15
**subject** [3] - 3:6, 35:2, 132:7
**submitted** [1] - 129:13
**Subscribed** [1] - 149:15
**substance** [2] - 101:6, 122:2
**succinct** [1] - 3:16
**succinctly** [2] - 3:8, 4:6
**sued** [2] - 27:17, 27:20
**suffer** [9] - 107:24, 108:23, 108:25, 109:18, 109:21, 109:24, 110:12, 110:15, 114:2
**suffered** [3] - 127:12, 129:6, 133:16
**suffering** [2] - 110:21, 110:25
**suffers** [1] - 120:15
**suggest** [1] - 3:8
**suing** [3] - 35:6, 117:25, 118:23

**Suite** [1] - 2:4
**sum** [2] - 101:6, 122:1
**Sunday** [2] - 33:17, 105:11
**supervisor** [2] - 34:21, 34:22
**supposed** [2] - 61:2, 101:15
**surprised** [2] - 43:16, 100:24
**surrounding** [4] - 21:10, 21:13, 22:17, 23:9
**suspended** [1] - 19:18
**sweat** [2] - 110:17, 110:18
**sweats** [1] - 110:19
**swings** [1] - 113:24
**Swiss** [1] - 107:16
**switch** [1] - 51:14
**sworn** [4] - 5:2, 149:4, 149:15, 151:9

## T

**T-O-C-C-O** [2] - 23:4, 23:25
**takes** [1] - 43:10
**talk** [15] - 23:12, 25:1, 45:5, 47:3, 47:7, 47:8, 59:17, 92:4, 92:6, 97:14, 97:16, 102:21, 125:12, 142:20
**talked** [12] - 9:3, 23:8, 42:4, 75:22, 111:5, 111:7, 111:9, 111:11, 124:4, 125:5, 131:13, 132:1
**talkie** [1] - 89:1
**talking** [9] - 7:24, 29:15, 42:4, 42:12, 45:6, 45:7, 125:3, 141:18, 142:11
**Tampa** [1] - 64:24
**tape** [2] - 36:6, 132:5
**Tarantino** [2] - 34:23, 127:22
**taught** [1] - 14:11
**taxes** [1] - 34:6
**teacher** [2] - 20:10, 86:20
**telephone** [3] - 12:16, 12:17, 129:18
**telling** [12] - 35:22, 48:15, 63:2, 63:4, 63:23, 75:14, 131:10, 131:11, 145:16, 146:6, 147:13, 147:15
**ten** [9] - 22:5, 43:25, 135:19, 135:20, 135:21, 136:1, 136:2, 142:2, 145:18
**tenant** [2] - 31:7, 31:17

**term** [1] - 7:23
**terms** [2] - 101:10, 115:25
**terrorist** [4] - 146:5, 146:7, 146:12
**testified** [3] - 5:3, 27:4, 27:12
**testify** [5] - 15:17, 15:20, 17:12, 116:2, 149:4
**testifying** [3] - 4:18, 63:13, 115:22
**testimony** [16] - 5:16, 7:4, 27:6, 92:6, 113:13, 115:11, 115:14, 115:17, 116:6, 138:7, 149:4, 149:7, 151:10
**text** [8] - 22:16, 67:2, 74:9, 74:12, 74:22, 75:9, 117:21, 150:18
**texting** [1] - 73:18
**thank** [2] - 18:10, 129:11
**THE** [25] - 3:1, 4:1, 6:7, 14:11, 24:19, 30:17, 55:1, 62:2, 62:7, 66:14, 81:10, 81:12, 97:8, 98:22, 99:1, 99:18, 103:23, 103:25, 107:9, 109:8, 123:7, 126:11, 128:6, 138:6, 138:14
**therapist** [2] - 113:10, 114:10
**therapy** [1] - 132:22
**There's** [1] - 31:13
**there's** [11] - 5:25, 7:16, 18:3, 30:21, 30:22, 31:15, 107:3, 132:8, 134:2, 138:4, 143:21
**therefor** [1] - 3:17
**they're** [11] - 16:6, 25:11, 46:14, 48:15, 89:1, 103:25, 119:16, 140:6, 144:5, 144:14
**thinking** [1] - 114:22
**third** [1] - 81:13
**thread** [1] - 117:16
**threatening** [1] - 14:2
**three** [5] - 20:20, 24:18, 30:20, 40:3, 111:15
**three-family** [1] - 30:20
**threw** [1] - 93:19
**Throggs** [1] - 131:5
**throw** [3] - 89:12, 93:21, 94:3
**Thursday** [2] - 123:11, 126:6
**Tiffany** [26] - 20:2, 21:6, 42:11, 42:14, 74:11, 86:11, 119:22, 119:24, 129:22, 139:2, 139:5, 139:6, 139:9, 139:21,

140:9, 140:15, 140:16, 141:6, 142:8, 143:17, 144:7, 144:25, 145:5, 146:16, 147:20
**Tiffany's** [12] - 42:2, 42:5, 42:6, 42:20, 42:21, 42:23, 120:3, 127:23, 128:7, 128:10, 139:22, 140:5
**tight** [1] - 106:16
**TIME** [1] - 1:12
**times** [19] - 9:15, 10:5, 10:20, 11:1, 11:3, 13:1, 20:15, 20:17, 20:22, 22:2, 22:4, 23:8, 62:1, 103:4, 103:5, 103:6, 122:5, 128:8, 135:4
**tired** [3] - 43:24, 120:13, 142:1
**Tocco** [7] - 23:1, 23:25, 28:9, 44:7, 44:8, 130:3, 130:6
**today** [22] - 5:16, 6:1, 6:15, 8:2, 10:1, 15:17, 15:20, 17:12, 17:16, 18:13, 19:7, 19:8, 26:17, 40:13, 95:17, 96:8, 115:11, 115:14, 115:17, 115:22, 116:2, 116:6
**today's** [2] - 7:5, 7:15
**Toniann** [4] - 23:24, 28:9, 44:7, 130:6
**TONIANN** [1] - 23:24
**topic** [2] - 22:7, 22:10
**totally** [4] - 25:10, 25:11, 57:6, 140:5
**touch** [3] - 10:7, 50:2, 140:3
**touched** [4] - 50:2, 54:10, 121:12, 121:18
**town** [1] - 9:9
**trachea** [1] - 135:15
**traffic** [1] - 43:6
**training** [1] - 19:15
**transcript** [9] - 4:8, 6:10, 7:4, 7:6, 7:7, 7:10, 67:7, 149:6, 149:7
**trauma** [1] - 111:4
**traumatized** [2] - 127:5, 128:21
**treatment** [6] - 132:13, 132:14, 132:15, 132:22, 133:13
**Tremont** [2] - 59:16, 143:24
**TRIAL** [1] - 1:15
**trial** [7] - 4:11, 5:22, 7:11, 115:11, 115:14, 115:17, 116:7
**trick** [2] - 97:21, 119:6

F. EGAN

**trouble** [8] - 13:21, 29:10, 86:24, 86:25, 87:1, 97:22, 98:2, 122:2
**truck** [1] - 37:18
**trucks** [1] - 144:22
**true** [4] - 58:11, 136:20, 149:7, 151:10
**truth** [2] - 27:8, 149:4
**truthful** [1] - 5:19
**truthfully** [2] - 15:17, 15:20
**Tuesday** [7] - 36:11, 99:12, 99:13, 122:17, 123:13, 123:21, 124:18
**turn** [2] - 53:12, 144:2
**TV** [12] - 36:21, 42:18, 43:14, 43:18, 49:12, 141:25, 142:2, 142:13, 143:12, 146:4, 147:1, 147:3
**twice** [3] - 10:6, 109:23, 128:8
**two-family** [1] - 30:19
**type** [3] - 13:17, 15:11, 145:22
**Tzu** [1] - 57:19

**U**

**uh** [1] - 6:3
**uh-huh** [1] - 6:3
**ultimately** [3] - 9:13, 124:22, 129:4
**unable** [1] - 129:18
**unbelievable** [4] - 13:19, 36:1, 146:18
**uncle** [2] - 130:19, 139:25
**under** [13] - 5:16, 52:3, 56:11, 60:4, 60:7, 60:8, 60:10, 60:14, 60:19, 60:20, 117:5, 117:6, 117:8
**underlying** [1] - 35:2
**underneath** [5] - 19:3, 58:16, 81:1, 81:15, 123:4
**understand** [21] - 5:18, 5:23, 6:3, 6:15, 6:16, 7:8, 7:12, 7:20, 30:11, 53:4, 76:3, 96:14, 124:22, 144:25, 145:8, 145:9, 145:12, 146:17, 146:21, 147:11, 147:12
**understanding** [2] - 58:6, 60:3
**understood** [1] - 6:23
**unemployment** [1] - 40:18
**UNIFORM** [2] - 3:1, 4:1
**UNITED** [1] - 1:1

**United** [1] - 5:11
**units** [1] - 30:23
**unlock** [5] - 54:4, 54:6, 54:9, 54:20
**unlocked** [1] - 54:11
**unsigned** [1] - 132:4
**upset** [4] - 73:19, 73:20, 145:7, 145:8
**upstairs** [10] - 31:1, 65:23, 90:22, 91:1, 91:7, 91:8, 98:9, 98:10, 143:5, 146:3
**Ursuline** [1] - 144:14
**user** [2] - 116:19, 117:3
**utilized** [1] - 4:11

**V**

**V-a-n-d-o** [1] - 17:5
**vacation** [1] - 50:8
**Vanda's** [1] - 109:14
**Vando** [1] - 132:22
**Vando's** [1] - 17:5
**verbal** [1] - 6:2
**verdict** [1] - 115:25
**videos** [4] - 145:20, 145:22, 148:4
**visited** [1] - 64:23
**voice@aol.com** [1] - 117:2

**W**

**wages** [1] - 36:17
**wait** [9] - 6:13, 11:15, 31:6, 72:1, 87:23, 102:5
**waived** [2] - 3:4, 4:14
**wake** [10] - 13:12, 41:12, 78:16, 78:21, 78:24, 79:5, 79:7, 80:3, 80:10, 147:23
**wakes** [1] - 79:4
**walk** [1] - 60:1
**walked** [11] - 46:25, 47:21, 58:15, 65:23, 87:25, 88:8, 90:4, 143:9, 146:1, 146:2
**walkie** [1] - 89:1
**walkie-talkie** [1] - 89:1
**walking** [4] - 25:21, 88:9, 88:13, 144:23
**wall** [5] - 50:19, 137:2, 137:3, 137:6, 137:11
**wallet** [4] - 93:4, 93:20, 94:2
**wanted** [12] - 8:6, 36:24, 47:2, 47:7, 73:22, 91:18, 115:3, 138:24, 140:16, 140:18, 140:20, 140:21
**warrant** [1] - 102:2
**watch** [4] - 141:25,

142:2, 147:1, 147:3
**we'd** [1] - 85:12
**we'll** [5] - 24:22, 29:9, 29:16, 57:15, 143:16
**we're** [17] - 10:1, 26:19, 26:25, 29:1, 29:4, 29:15, 60:17, 67:8, 67:13, 67:18, 73:8, 74:19, 97:1, 133:23, 135:9, 135:16, 137:10
**we've** [5] - 40:12, 111:5, 111:7, 111:9, 111:11
**weapon** [1] - 125:19
**wear** [2] - 17:21, 49:7
**wearing** [6] - 49:1, 49:8, 49:10, 49:11, 49:13
**website** [2] - 65:6, 138:15
**wedding** [5] - 119:25, 128:10, 128:22, 128:23, 130:18
**Wednesday** [11] - 21:23, 36:11, 93:3, 93:5, 98:19, 98:20, 99:17, 99:18, 126:8, 126:10, 126:11
**week** [10] - 33:16, 33:20, 34:4, 34:5, 39:2, 39:16, 41:5, 105:10, 109:23, 111:21
**weeks** [1] - 129:1
**weighed** [1] - 18:14
**weight** [5] - 18:13, 18:14, 18:16, 19:7, 19:8
**Wellbutrin** [2] - 113:15, 113:17
**WELLBUTRIN** [1] - 113:17
**weren't** [2] - 59:3, 104:14
**Westchester** [3] - 9:12, 26:1, 139:8
**what's** [25] - 8:4, 18:7, 19:5, 19:7, 20:1, 22:25, 28:15, 41:8, 46:9, 65:7, 66:8, 66:12, 80:22, 81:6, 82:14, 82:18, 83:5, 83:16, 83:18, 83:22, 84:18, 84:21, 84:24, 116:19, 117:3
**What's** [4] - 18:13, 19:9, 23:23, 81:4
**When's** [1] - 12:9
**when's** [1] - 21:21
**whenever** [1] - 13:17
**where'd** [1] - 41:25
**where's** [3] - 17:6, 32:3, 42:5
**WHEREOF** [1] - 151:16
**Whereupon** [13] - 11:23, 54:17, 55:2, 55:5, 74:16, 78:4, 78:9, 78:11, 91:24, 99:21, 119:12, 136:9,

148:10
**white** [4] - 36:6, 46:25, 84:11, 86:3
**whites** [1] - 86:2
**who's** [6] - 9:3, 65:18, 73:15, 103:13, 105:9, 130:8
**wide** [2] - 71:11
**widely** [1] - 127:8
**wife** [24] - 20:9, 20:12, 21:6, 21:22, 22:16, 22:21, 24:11, 24:20, 24:21, 26:24, 33:1, 73:18, 73:22, 74:1, 86:20, 86:21, 91:16, 108:9, 115:4, 119:22, 147:25, 148:3
**wife's** [8] - 20:1, 20:2, 20:10, 25:4, 25:10, 32:15, 104:18, 104:22
**Williamsbridge** [2] - 10:4, 138:20
**Willow** [1] - 144:14
**window** [44] - 46:16, 46:18, 46:22, 47:9, 77:9, 77:11, 77:18, 77:20, 77:24, 78:6, 80:23, 81:4, 81:6, 81:13, 81:14, 81:16, 81:19, 81:20, 81:21, 81:22, 81:23, 82:16, 82:17, 82:19, 83:8, 83:10, 83:25, 84:1, 84:5, 84:6, 84:7, 84:8, 84:25, 89:13, 90:12, 121:4, 137:1, 137:7, 138:2, 138:5, 138:6, 138:7
**windows** [3] - 80:25, 81:2, 81:24
**witness** [6] - 4:17, 5:1, 129:18, 148:11, 151:8, 151:11
**WITNESS** [24] - 6:7, 14:11, 24:19, 30:17, 55:1, 62:2, 62:7, 66:14, 81:10, 81:12, 97:8, 98:22, 99:1, 99:18, 103:23, 103:25, 107:9, 109:8, 123:7, 126:11, 128:6, 138:6, 138:14, 151:16
**witnessed** [1] - 129:16
**witnesses** [2] - 129:22, 132:2
**woke** [8] - 41:7, 41:9, 41:10, 41:13, 46:15, 46:21, 67:19, 80:12
**woken** [3] - 46:11, 58:8, 120:18
**woman** [1] - 88:21
**won't** [2] - 146:25, 147:1
**wondering** [1] - 30:11
**Woodland** [1] - 130:1

F. EGAN

words [8] - 13:4, 19:11, 35:25, 46:24, 60:8, 117:25, 118:22, 123:16

work [17] - 32:10, 33:9, 33:14, 33:15, 36:7, 37:19, 41:11, 41:15, 41:17, 45:18, 45:20, 49:8, 49:9, 103:22, 113:15, 115:8, 120:3

worked [7] - 33:15, 53:5, 63:14, 69:5, 115:8, 134:13, 135:5

workers [1] - 96:6

working [3] - 32:5, 32:24, 134:25

works [1] - 17:5

worry [2] - 143:15, 143:16

worst [1] - 13:11

wouldn't [6] - 35:5, 78:19, 104:10, 114:11, 140:21, 141:10

wow [1] - 65:11

wrist [4] - 106:16, 106:19, 106:20, 107:17

wrists [7] - 106:18, 106:20, 106:21, 107:4, 107:9, 107:11, 133:4

write [9] - 19:1, 24:6, 80:24, 81:1, 81:3, 81:4, 81:7, 81:21, 117:19

writing [3] - 15:9, 74:25, 81:9

written [3] - 22:15, 23:16, 74:25

wrong [1] - 101:23

wrote [3] - 36:3, 117:15, 142:21

118:16, 118:20, 120:1, 123:19, 123:24, 124:24, 125:24, 126:19, 126:25, 128:1, 128:12, 128:23, 131:14, 131:21, 135:5, 135:15, 136:5, 137:9, 137:25, 138:17, 144:8, 145:4

year [4] - 16:15, 19:25, 45:12, 50:11

years [15] - 20:6, 32:6, 40:9, 40:10, 90:1, 135:19, 135:20, 135:21, 136:1, 136:2, 141:17, 141:18, 145:17, 145:18

yelling [1] - 35:24

YORK [4] - 1:1, 1:7, 2:8, 151:3

York [24] - 1:8, 1:17, 1:18, 1:19, 1:20, 2:4, 2:9, 5:2, 5:9, 5:13, 9:8, 9:10, 10:4, 20:11, 27:20, 28:3, 32:4, 40:21, 42:8, 120:7, 130:2, 130:5, 151:7

you'd [1] - 139:10

you'll [3] - 74:25, 134:5, 143:19

you've [8] - 6:23, 30:4, 30:11, 81:16, 113:14, 132:17, 132:21, 135:10

young [3] - 64:1, 108:12, 141:2

younger [4] - 13:22, 19:20, 24:22, 87:15

yours [6] - 48:15, 56:21, 77:5, 77:6, 77:7, 77:8

yourself [2] - 87:4, 132:8

YouTube [1] - 116:11

## Y

yeah [90] - 11:13, 11:15, 11:17, 15:10, 20:23, 32:18, 33:24, 34:2, 39:14, 39:17, 43:10, 43:11, 45:4, 45:6, 50:15, 50:17, 51:4, 51:11, 51:21, 52:3, 56:5, 59:11, 60:10, 62:14, 63:2, 63:15, 66:17, 70:1, 70:17, 70:21, 70:23, 71:15, 78:1, 79:6, 79:15, 80:9, 85:7, 85:24, 90:22, 94:4, 96:6, 97:12, 97:19, 97:23, 99:1, 100:10, 101:1, 101:3, 101:15, 103:4, 105:7, 107:14, 107:21, 108:1, 108:24, 109:25, 110:3, 111:8, 111:10, 111:12, 111:19, 112:10, 113:22, 114:4, 116:14, 116:16,

## Z

ZACHARY [1] - 2:7

Zoloft [12] - 16:6, 16:7, 16:9, 16:21, 16:25, 17:11, 17:14, 110:8, 110:9, 113:14, 113:25, 114:1

ZPass [1] - 143:14

## °

° [4] - 148:13