**EGAN, FRANK**                                    MALE/ WHITE/ 36                                    B15614267

**NYSID :** 12999815P
**Fax Num :** BO009907
**Court Part :** APAR3
**Docket Num :** 2015BX011571

**Arrest Precinct :** 45

**Arrest Officer :** CHITTUM, MELVIN
**AO Command :** 045
**AO TaxId :** 941547
**AO Rank :** POM
**AO Dept :**

**Status :** PRESS CASE
**Current Lodging :** BRONX MALE FEEDER AR-1
**Top Charge :** PL 120.05 01
**Notes On File ?** NO

**Custody Time :** 26 hrs 3 mins
**Arraignment Time :** 26 hrs 3 mins



| ARREST | RECORD CREATE | NYSID | DNA BANNER |
|---|---|---|---|
| 03/09/2015 2137 | 03/10/2015 0051 | 03/10/2015 0806 | 03/10/2015 0806 |
| PAPERWORK READY - | AO RELEASE | COMPLAINT SWORN - | COMPLAINT RECEIVED |
| 03/10/2015 1106 | 03/10/2015 2104 | 03/10/2015 2104 | 03/10/2015 2119 |
| BREAKDOWN | PACKAGE TO COURT | DOCKETED | IRIS CAPTURED |
| 03/10/2015 2130 | 03/10/2015 2149 | 03/10/2015 2211 | 03/10/2015 1255 |
| IRIS VERIFIED | ARRAIGNMENT CLOSED | BAIL SET | PRESS CASE |
| 03/10/2015 2340 | 03/10/2015 2340 | 03/10/2015 2340 | 03/10/2015 1600 |

**Arraignment Status**

| Activity Name | StartDate/Time - EndDate/Time |
|---|---|
| ARREST | 03/09/2015 2137 - ---------- ----- |
| RECORD CREATE | 03/10/2015 0651 - ---------- ----- |
| NYSID | 03/10/2015 0806 - ---------- ----- |
| DNA BANNER | 03/10/2015 0806 - 03/10/2015 0806 |
| PAPERWORK READY | 03/10/2015 1106 - ---------- ----- |
| AO RELEASE | 03/10/2015 2104 - ---------- ----- |
| COMPLAINT SWORN | 03/10/2015 2104 - ---------- ----- |
| COMPLAINT RECEIVED | 03/10/2015 2119 - ---------- ----- |
| BREAKDOWN | 03/10/2015 2130 - ---------- ----- |
| PACKAGE TO COURT | 03/10/2015 2149 - ---------- ----- |
| DOCKETED | 03/10/2015 2211 - ---------- ----- |
| IRIS CAPTURED | 03/10/2015 1255 - ---------- ----- |
| IRIS VERIFIED | 03/10/2015 2340 - ---------- ----- |
| ARRAIGNMENT CLOSED | 03/10/2015 2340 - ---------- ----- |
| BAIL SET | 03/10/2015 2340 - ---------- ----- |
| PRESS CASE | 03/10/2015 1600 - ---------- ----- |

**Lodging Status/History**

| Lodging Name | StartDate/Time - EndDate/Time |
|---|---|
| 045 PRECINCT | 03/09/2015 2137 - 03/10/2015 1250 |
| BRONX INTAKE 1ST FLOOR (BIN) | 03/10/2015 1250 - 03/10/2015 1250 |
| BRONX INTAKE 1ST FLOOR (BIN) | 03/10/2015 1250 - 03/10/2015 1250 |
| BRONX DOC | 03/10/2015 1346 - 03/10/2015 2233 |
| BRONX MALE FEEDER AR-1 | 03/10/2015 2233 - ---------- ----- |

**Charges**

| Law Code | Category | Charge Class | Degree |
|---|---|---|---|
| PL 120.05 01 | F | D | 2 |
| PL 120.25 | F | D | 1 |
| PL 120.14 01 | M | A | 2 |
| PL 265.01 02 | M | A | 4 |

**Grouped Arrests**                                    **Grouped by NYSID**

EGAN, FRANK | B15614267                              Page 1

**DEF000008**

EGAN, FRANK                                          MALE/ WHITE/ 36                                          B15614267

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME | | Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|---|---|---|---|---|---|

**Notes**

| Date | Time | Officer Cmd. | Officer Rank | Officer Last Name | Officer First Name | Note |
|---|---|---|---|---|---|---|
| 03/10/2015 | 0816 | 584 | SGT | VELEZ | CRYSTAL | LT BOCCIERI STATES PRISONER IS WAITING TO BE DEBRIEFED BY SQUAD. WILL BE TRANSPORTED SOON |
| 03/10/2015 | 0834 | 584 | POF | GARZON | ALBA | SPOKE WITH A/O AS SOON AS HE IS DONE PROCESSING HE WILL COME IN TO COMPLAINT ROOM. LIVE CASE |
| 03/10/2015 | 1253 | 584 | SGT | STANCHIC | JOHN | ZOLPA CHECK SHOWS MULTI ARREST WITH #B15614259 & B15614261. SGT STANCHIC NOTIFIED |
| 03/10/2015 | 1406 | 584 | SGT | STANCHIC | JOHN | ADA WORKING ON CASE |
| 03/10/2015 | 1506 | 584 | SGT | RODRIGUEZ | ANDRES | ADA IS WORKING ON CASE. |
| 03/10/2015 | 2116 | 584 | SGT | RODRIGUEZ | ANDRES | ADA JIWANI IS WORKING ON CASE. |
| 03/10/2015 | 2139 | 584 | SGT | RODRIGUEZ | ANDRES | CASE DONE. ADA WAS HAVING A HARD TIME TRYING TO SUBMIT THE CASE. AS A RESULT THIS CASE IS BEING BRONKEN DOWN MANUALLY. |
| 03/10/2015 | 2148 | 584 | SGT | URENA | RAFAEL | BXDA SUPPORT STAFF EXPIERIENCING GLITCH W/ THEIR SYSTEM ;AS A RESULT MANUAL HARD COPIES WERE DELIVERED TO PREARRGNMNT FOR MANUAL BREAKDWN |
| 03/10/2015 | 2149 | 584 | SGT | URENA | RAFAEL | CASE FOLDER PKGD TO CLERKS FOR DOCKETING |
| 03/10/2015 | 2150 | 584 | SGT | URENA | RAFAEL | CJA REPORT BEING DELIVERED TO CLERKS FOR INCLUSION W/ CASE FOLDER |
| 03/10/2015 | 2152 | 584 | SGT | URENA | RAFAEL | ARR#4259 AND 4261 MERGED W/ ARR#4267 ON DRF . ADA JIWANI, SABRINA |
| 03/10/2015 | 2258 | 584 | POF | CASTILLO | VIRGEN | MULTI 4267 4261 4259 AS PER DRF |

DEF000009