MAR-10-2015  20:44                                                          P.01

CRIMINAL COURT OF THE CITY OF NEW YORK
BRONX COUNTY

THE PEOPLE OF THE STATE OF NEW YORK

v.                                          STATE OF NEW YORK

                                            COUNTY OF THE BRONX

1.   FRANK EGAN M/36
     Arrest# B15614267


          Defendant

DET SHAWN RUSSELL of PANY, Shield #51 states that on or about and between
March 9, 2015 at approximately 8:05 PM and March 9, 2015 at approximately 9:20
PM at inside of 2801 Coddington Avenue, Apt. 3, County of the Bronx, State of
New York,

THE DEFENDANT COMMITTED THE OFFENSES OF:
1  (F)  P.L.  120.05(3)**^      Assault in the second degree 2 CTS
2  (F)  P.L.  120.25           Reckless Endangerment 1^ 4 CTS DQO
3  (M)  P.L.  120.20           Reckless Endangerment 2^ 4 CTS DQO
4  (M)  P.L.  265.01(2)        Criminal Possession of a Weapon 4^ DQO
5  (M)  P.L.  240.76(1)        Directing a laser at an aircraft in the
                               second degree 4 CTS
6  (M)  A.C.  10-134.2(e)      Regulation of Laser Pointers
7  (M)  A.C.  10-134.2(d)      Regulation of Laser Pointers

IN THAT THE DEFENDANT DID: with intent to prevent a peace officer, a police
officer, prosecutor as defined in subdivision thirty-one of section 1.20 of the
criminal procedure law, registered nurse, licensed practical nurse, sanitation
enforcement agent, New York city sanitation worker, a firefighter, including a
firefighter acting as a paramedic or emergency medical technician administering
first aid in the course of performance of duty as such firefighter, an emergency
medical service paramedic or emergency medical service technician, or medical or
related personnel in a hospital emergency department, a city marshal, a school
crossing guard appointed pursuant to section two hundred eight-a of the general
municipal law, a traffic enforcement officer or traffic enforcement agent, from
performing a lawful duty, by means including releasing or failing to control an
animal under circumstances evincing the actor's intent that the animal obstruct
the lawful activity of such peace officer, police officer, prosecutor as defined
in subdivision thirty-one of section 1.20 of the criminal procedure law,
registered nurse, licensed practical nurse, sanitation enforcement agent, New
York city sanitation worker, firefighter, paramedic, technician, city marshal,
school crossing guard appointed pursuant to section two hundred eight-a of the
general municipal law, traffic enforcement officer or traffic enforcement agent,
he or she causes physical injury to such peace officer, police officer,
prosecutor as defined in subdivision thirty-one of section 1.20 of the criminal
procedure law, registered nurse, licensed practical nurse, sanitation
enforcement agent, New York city sanitation worker, firefighter, paramedic,
technician or medical related personnel in a hospital emergency department, city
marshal, school crossing guard, traffic enforcement officer or traffic



002338149

Page 1 of 4

DEF000026

MAR-10-2015  20:45

P.02

enforcement agent; recklessly engage in conduct which created a grave risk of death to another person, under circumstances evincing a depraved indifference to human life; recklessly engage in conduct which created substantial risk of serious physical injury to another person; possess any dagger, dangerous knife, dirk, razor, stiletto, imitation pistol, or any other dangerous or deadly instrument or weapon with intent to use the same unlawfully against another; with intent to disrupt safe air travel, he or she directs the beam of a laser onto a specific aircraft intending to thereby disrupt or interfere with such aircraft in the special aircraft jurisdiction of the United States; unlawfully direct light from a laser pointer at a uniform police officer, uniformed security guard, uniformed school safety officer, uniformed traffic enforcement agent, uniformed member of a paid or volunteer fire department, uniformed emergency medical service worker or uniformed ambulance worker, or other uniformed city, state or federal peace officer, investigator or emergency service worker, or the marked service vehicle of any individual and did unlawfully possess a laser pointer on school premises and was twenty years of age or younger, unlawfully possess a laser pointer while in a public place and was eighteen years of age or younger, unlawfully direct light emitted from a laser pointer into or through a public place.

THE GROUNDS FOR THE DEPONENT'S BELIEF ARE AS FOLLOWS:

Deponent is informed by ██████████████ Captain of American Airlines flight number 1152, that on the above date, at approximately 8:05 PM, he was operating an inbound flight into New York Laguardia Airport (LGA), at approximately 1,000 feet altitude, when he observed an external green light source illuminate the cockpit of said airplane. Deponent is further informed by informant that said light source caused a visual distraction in the cockpit, which caused him to lose focus on his flight instruments.

Deponent is informed by ██████████████ First Officer of Shuttle America flight number 5921, that on the above date, at approximately 8:06 PM, he was assisting in the operation of an inbound flight into New York Laguardia Airport (LGA), flying at approximately 1,200 feet altitude, when he observed an external green light source illuminate the cockpit of said airplane. Deponent is further informed by informant that said light source caused a visual distraction in the cockpit, which caused him to lose focus on the flight instruments. Deponent is further informed by informant that the illumination in the cockpit refracted in the cockpit and struck him in the right eye, causing pressure and pain in his right eye and a severe headache.

Deponent is informed by ██████████████ First Officer of Air Canada flight number 727, that on the above date at approximately 8:52 PM, he was assisting in the operation of an outbound flight from New York Laguardia Airport (LGA), at approximately 3,000 feet altitude, when he observed an irradiance from an external green light source which refracted in the cockpit and illuminated the entire cockpit. Deponent is further informed by informant that the beam of light struck him several times in his right eye, which caused him to receive flash blindness for approximately 3-5 seconds in the right eye, and as a result caused him to lose focus on his flight instruments. Deponent is further informed by informant that he was treated at a local Toronto hospital for eye irritation and burning to his right eye.

Deponent is informed by ██████████████ , Federal Aviation Administration



Page 2 of 4

DEF000027

MAR-10-2015  20:45

(FAA) Laguardia Tower Supervisor, that as a result of the report of a light source within the cockpit of Air Canada flight number 727, and as a result additional aircrafts had to be diverted to avoid contact within the visual line of sight of the external light source.

Deponent is informed by PO ROYSTON CHARLES of AV.UNIT,  Shield# 19922, that on the above date at approximately 9:20 PM, while he was co-operating a marked New York City Police Department helicopter number 429, with Police Officer Richard Mardarello of the Aviation Unit, shield #13115, he observed a green laser beam emanating from a window on the second floor an apartment building on Coddington Avenue. Deponent is further informed by informant that he was struck by the light beam several times in both of his eyes, causing him to suffer flash blindness for approximately 3-5 seconds, a burning sensation and redness in both eyes, which lasted for approximately five to six hours, and as a result caused him to lose focus on his flight instruments. Deponent is further informed by informant that he was treated at a local Bronx hospital for injuries to both of his eyes.

Deponent is informed by PO RICHARD MARDARELLO of AV.UNIT,  Shield# 013115, on the above date at approximately 9:20 PM, he was co-operating a marked New York City Police Department helicopter number 429, with Police Officer Royston Charles, Shield # 19922, when he observed a green laser beam emanating from a window on the second floor an apartment building on Coddington Avenue. Deponent is further informed by informant that he was struck by the light beam several times in both of his eyes, causing him to suffer flash blindness for approximately 3-5 seconds, a burning sensation and redness in both eyes, which lasted for approximately five to six hours, and as a result caused him to lose focus on his flight instruments. Deponent is further informed by informant that he was treated at a local Bronx hospital for injuries to both of his eyes.

Deponent states that said airplanes and helicopter were in-flight, in a public airspace, and were operating within the special aircraft jurisdiction of the United States, pursuant to 49 U.S. Code § 46501(2)(A) which states in pertinent part: "special aircraft jurisdiction of the United States includes any of the following aircraft in flight: a civil aircraft of the United States."

Deponent is informed by PO MELVIN G CHITTUM of 45 PCT,  Shield# 007373, that on the above date, at approximately 9:20 PM, he responded to a radio transmission for a laser beam emanating from a second floor window on Coddington Avenue. Deponent is further informed by informant that he arrived at the above location, and observed a spotlight from a New York City Police Department Helicopter illuminating a second floor window. Deponent is further informed by informant that he observed the defendant inside of the above location, a second floor apartment, and further observed the defendant to have in his custody and control, on top of a refrigerator, which was near the window the police helicopter illuminated, one (1) laser pointer, which emitted a green light beam. Deponent is further informed by informant that said laser beam had a range



002338149

Page 3 of 4

DEF000028

MAR-10-2015  20:46                                                                    P.04

up to seventeen thousand (17,000) feet.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE
AS A CLASS A MISDEMEANOR PURSUANT TO P.L. 210.45

3/10/15    2031 Hrs          Det
DATE and TIME                    SIGNATURE

Page 4 of 4

002338149

TOTAL  P.04

**DEF000029**