## CRIMINAL COURT OF THE CITY OF NEW YORK
### RECORD OF COURT ACTION

| Date | | Present | Absent | Readiness |
|------|--|---------|--------|-----------|
| MAR 1 3 2015 | HOLD _____ | ☑ Defendant | ☐ Defendant | ☐ π ready |
| | | ☑ Attorney | ☐ Attorney | ☐ π not ready |

| | Interpreter |
|--|-------------|

**Part** FB

| Reason for Adjournment | |
|------------------------|--|
| ☐ S/D | ☐ Hearing |
| ☐ OFD/Discovery | ☐ Bench Trial |
| ☐ Possible Disposition | ☐ Jury Trial |
| ☐ Decision | ☐ Program _____ |

**Judge** HON. MARC J. WHITEN

☐ TOP    consent    FB    4/17    update

**Reporter** ALLISON FOWLER OFFICIAL COURT REPORTER

Bail Condition

Judge

| | Notify | |
|--|--------|--|
| ☐ Charged | ☐ Defendant | ☐ Defendant Excused |
| ☑ Excluded | ☐ Attorney | |

---

| Date | | Present | Absent | Readiness |
|------|--|---------|--------|-----------|
| APR 17 2015 | HOLD _____ | ☐ Defendant | ☐ Defendant | ☐ π ready |
| | | ☐ Attorney | ☐ Attorney | ☐ π not ready |

| | Interpreter |
|--|-------------|

**Part** FB

| Reason for Adjournment | |
|------------------------|--|
| ☐ S/D | ☐ Hearing |
| ☐ OFD/Discovery | ☐ Bench Trial |
| ☐ Possible Disposition | ☐ Jury Trial |
| ☐ Decision | ☐ Program _____ |

**Judge** HON. MARC J. WHITEN

☐ TOP    FB    update 6/17

**Reporter**

Bail Condition

Judge

| | Notify | |
|--|--------|--|
| ☐ Charged | ☐ Defendant | ☐ Defendant Excused |
| ☐ Excluded | ☐ Attorney | |

---

| Date | | Present | Absent | Readiness |
|------|--|---------|--------|-----------|
| 6/17 | HOLD ~~NO GRAND JURY ACTION~~ | ☑ Defendant | ☐ Defendant | ☐ π ready |
| | | ☑ Attorney | ☐ Attorney | ☐ π not ready |

| | Interpreter |
|--|-------------|

**Part** FB

| Reason for Adjournment | |
|------------------------|--|
| ☐ S/D | ☐ Hearing |
| ☐ OFD/Discovery | ☐ Bench Trial |
| ☐ Possible Disposition | ☐ Jury Trial |
| ☐ Decision | ☐ Program _____ |

**Judge** HON. MARC J. WHITEN

☐ TOP    exonerate bail    consent    FB    update 10/15

**Reporter** LEEANN BER... COURT REPORTER OFFICIAL    ROR

Bail Condition

Judge

| | Notify | |
|--|--------|--|
| ☐ Charged | ☐ Defendant | ☐ Defendant Excused |
| ☑ Excluded | ☐ Attorney | |

---

| TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: | TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: |
|-----------------------------------------------|-----------------------------------------------|
| | |

CRC 3031  (04/2012)

**DEF000184**