CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

CERTIFICATE OF DISPOSITION
NUMBER:  167204

THE PEOPLE OF THE STATE OF NEW  YORK
            VS

EGAN,FRANK J
_____
Defendant

02/21/1979
_____
Date of Birth

2801    CODDINGTON AVENUE
_____
Address

12999815P
_____
NYSID Number

BRONX            NY   10461
_____
City           State  Zip

03/09/2015
_____
Date of Arrest/Issue

Docket Number: 2015BX011571

Summons No:

265.01 120.05 120.20 240.76 AC 10-134 AC 10-134 120.25
_____
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 09/30/2015 | DISMISSED AND SEALED | RODRIGUEZ III,J | FB |

DISMISSED
& SEALED

NO FEE CERTIFICATION

_  GOVERNMENT AGENCY        _  COUNSEL ASSIGNED

_  NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _  ACCUSATORY INSTRUMENT  _  DOCKET BOOK/CRIMS  _  CRC3030[CRS963]


    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

TURNBULL,V
_____
COURT OFFICIAL SIGNATURE AND SEAL

01/18/2017
_____
DATE        FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

DEF000175