UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

FRANK EGAN,

                                   PLAINTIFF,

-AGAINST-

NEW YORK CITY, POLICE OFFICER MELVIN
CHITTUM and POLICE OFFICER CESAR POLANCO,
individually, and in their capacity as members of the New
York City Police Department,

                                   DEFENDANTS.

------------------------------------------------------------------------ x

**16 CV 1479 (PGG)**

**PLAINTIFF'S RESPONSE
TO DEFENDANTS' RULE
56.1 STATEMENT OF
UNDISPUTED FACTS**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules of

the United States District Courts for the Southern and Eastern Districts of New York, Plaintiff

submits this Response to Defendants' Rule 56.1 Statement of Undisputed Facts:

1. Admitted that on March 9, 2015, Detective Richard Mardarello and Police Officer Royce

   Charles were assigned to the New York City Police Department's Aviation Unit and were

   on patrol duty. (Transcript of the Deposition of Detective Richard Mardarello taken on

   April 5, 2017 ("Mardarello Dep."), annexed to the Declaration of Omar Siddiqi dated

   September 12, 2017 ("Siddiqi Decl."), Exhibit "A" at 30:29-31:10).

2. Admitted that Detective Mardarello was piloting an aircraft, and Officer Charles was the

   co-pilot. (Mardarello Dep., Siddiqi Decl., Exhibit "A" at 30:4-10).

3. Admitted that at a certain point, Detective Mardarello and Officer Charles received a

   radio report indicating that there was a laser being pointed at commercial aircraft that

were landing and departing from LaGuardia Airport. (Mardarello Dep., Siddiqi Decl., Exhibit "A" at 37:2-9; Transcript of the Deposition of Police Officer Royston Charles taken on April 5, 2015 ("Charles Dep."), annexed to the Declaration of Omar Siddiqi dated September 12, 2017 ("Siddiqi Decl."), Exhibit "B" at 21:22-25; District Attorney Complaint Report Form ("DA Form"), annexed to the Declaration of Omar Siddiqi dated September 12, 2017, Exhibit "C").

4. Admitted that, specifically, at 8:05 P.M., the Captain of American Airlines Flight Number 1152 observed a green laser light that caused him a distraction and led to his losing focus on his flight instruments. (Criminal Court Complaint, annexed to the Declaration of Omar Siddiqi dated September 12, 2017, Exhibit "H").

5. Admitted that at 8:06 P.M., the First Officer of Shuttle America Flight Number 5921 observed a green light illuminate the cockpit which caused him to lose focus on the flight instruments, and further caused pain to his right eye and to his head. (Criminal Court Complaint, Siddiqi Decl., Exhibit "H").

6. Admitted that at 8:52 P.M., the First Officer of Air Canada Flight Number 727 observed a green light which refracted inside and then lit up the entire cockpit, which caused the First Officer flash blindness for 3-5 seconds in his right eye leading to his losing focus on his flight instruments, and further caused him to be treated at a Toronto hospital for eye irritation and burning. (Criminal Court Complaint, Siddiqi Decl., Exhibit "H").

7. Admitted that Detective Mardarello and Officer Charles proceeded to the vicinity of the complaint area, but did not initially observe any laser. (Mardarello Dep., Siddiqi Decl., Exhibit "A" at 39:17-25).

8. Admitted that at 9:52 P.M., Detective Mardarello observed a green laser beam emitting from a distance of approximately 1.5 miles away. (Mardarello Dep., Siddiqi Decl., Exhibit "A" at 40:14-23; Criminal Court Complaint, Siddiqi Decl., Exhibit "H").

9. Admitted that the green laser beam temporarily blinded Detective Mardarello due to the diffusion of light in the cockpit of the aircraft. (Mardarello Dep., Siddiqi Decl., Exhibit "A" at 42:2-12; 51:7-24).

10. Admitted that Detective Mardarello and Officer Charles were able to pilot their aircraft directly toward the origin of the laser. (Charles Dep., Siddiqi Decl., Exhibit "B" at 27:15-20).

11. Admitted that upon getting closer, they were able to pinpoint the geographic location from which the laser was emitting. (Charles Dep., Siddiqi Decl., Exhibit "B" at 31:20-25).

12. Admitted that this location was 2801 Coddington Avenue, Bronx, New York. (Arrest Report, annexed to the Declaration of Omar Siddiqi, dated September 12, 2017, Exhibit "D").

13. Admitted that upon arriving at the location, Detective Mardarello maintained an altitude of 300-400 feet across the street from the building. (Mardarello Dep., Siddiqi Decl., Exhibit "A" at 60:18-61:13).

14. Admitted that the officers were able to determine the window from which the laser beam had been emitting. (Charles Dep., Siddiqi Decl., Exhibit "B" at 35:3-11).

15. Admitted that Officer Charles, who was operating the radio, communicated with the local precinct. (Charles Dep., Siddiqi Decl., Exhibit "B" at 35:3-11).

16. Admitted that at approximately 9:20 P.M., Police Officer Melvin Chittum and Police Officer David Lopez received a radio communication directing them to 2801 Coddington Avenue. (Transcript of the Deposition of Police Officer Melvin Chittum taken on March 16, 2017 ("Chittum Dep."), annexed to the Declaration of Omar Siddiqi dated September 12, 2017 ("Siddiqi Decl."), Exhibit "E" at 32:3-14; Criminal Court Complaint, Siddiqi Decl., Exhibit "H").

17. Admitted that shortly after Officers Chittum and Lopez arrived on the scene, their supervisor, Sergeant Cesar Polanco, also arrived on the scene. (Chittum Dep., Siddiqi Decl., Exhibit "E" at 37:12-16).

18. Admitted that Sergeant Polanco, Officer Chittum, and Officer Lopez proceeded inside the building to the apartment from which the laser had been shone. (Chittum Dep., Siddiqi Decl., Exhibit "E" at 37:18-38:10).

19. Admitted that upon knocking on the apartment door, the three officers were granted entry. (Chittum Dep., Siddiqi Decl., Exhibit "E" at 40:4-8).

20. Admitted that Frank Egan had been present inside the apartment since approximately 8:05 p.m. (Transcript of the Deposition of Frank Egan, taken on February 23, 2017 ("Egan Dep."), annexed to the Declaration of Omar Siddiqi dated September 12, 2017 ("Siddiqi Decl."), Exhibit "F" at 43:9-19).

21. Admitted that Frank Egan's mother, sister, and Elehecer Balaguer were present in the apartment. (Egan Dep., Siddiqi Decl. Exhibit "F" at 44:5-9).

22. Admitted that the officers found a laser device on top of the refrigerator. (Chittum Dep., Siddiqi Decl., Exhibit "E", 42:16-43:12). However, there is a dispute between the

Officers as to which of them actually found it (Transcript of Sgt. Polanco, p77; 2-12) (Transcript of PO Chittum p43-44; 10-14).

23. Admitted, to an extent, that the laser device emitted a green light. Disputed, in that it only emitted a green light when operated by an individual. When the laser pointer was on the top of the refrigerator it was not emitting any light (Transcript of Sgt. Polanco, p77-79) (Transcript of PO Chittum p43-44; 10-25, 1-14).

24. Admitted, to the extent that this accurately reflects PO Chittum's testimony, that as a result of observing the laser pointer, Frank Egan was placed under arrest, (Chittum Dep., Siddiqi Decl., Exhibit "E", 47:17-6).

25. Disputed that Frank Egan was held in custody for 28 hours and 3 minutes prior to being released on bail. (Online Prisoner Arraignment Form, annexed to the Declaration of Omar Siddiqi dated September 12, 2017, Exhibit "G"). Frank Egan was held in custody from approximately 9:30 pm on March 9, 2015, until approximately 10:30 pm on March 11, 2015 (Omniform Arrest Report, Siddiqi Decl., Exhibit "D") (Transcript of Plaintiff's deposition, Siddiqi Decl., Exhibit "F", p99; 4-18) (Bail Receipt, annexed as Exhibit 7 to Anderson Decl.).

26. Admitted, to the extent that it reflects the content of the Criminal Court Complaint, that the District Attorney generated a Criminal Court Complaint charging plaintiff with Criminal Possession of a Weapon, Reckless Endangerment, Directing at an Aircraft, and Assault with Intent to Cause Physical Injury to an Officer, based on the complaints of the commercial airline officers, Officer Charles, Detective Mardarello, and Officer Chittum. (Criminal Court Complaint, Siddiqi Decl., Exhibit "H").

27. Admitted that on March 13, 2015, plaintiff appeared for his arraignment, when Ehlrich (correct spelling 'Elehecer') Balaguer appeared in Court and admitted that he had been the one shining the laser pointer. (Court Record, annexed to the Declaration of Omar Siddiqi dated September 12, 2017, Exhibit "I"; Egan Dep., Siddiqi Decl., Exhibit "F" at 102:12-24).

28. Admitted that the charges against Frank Egan were ultimately dismissed on September 30, 2015. (Certificate of Disposition, annexed to the Declaration of Omar Siddiqi on September 12, 2017, Exhibit "J"). But disputed, in that Mr. Egan had to make a final court appearance on October 15, 2015 (Court Record, annexed as Exhibit I to Siddiqi Decl.).

<u>Plaintiff's Additional Factual Allegations</u>

29. Plaintiff was not in the same room when the laser pointer was used by Elehecer Balaguer on March 9, 2015 (Criminal Court Complaint, annexed as Exhibit H to Siddiqi Decl.) (Transcript of Plaintiff's deposition, annexed as Exhibit F to Siddiqi Decl., p43-44; 15-4).

30. Plaintiff was not in the same room when the laser pointer was discovered by PO Chittum and/or Sgt. Polanco (Transcript of the deposition of Sgt. Polanco, annexed as Exhibit 1 to Anderson Decl., p77; 15-18).

31. The laser pointer was discovered on top of a refrigerator in the corner of the kitchen, separated from view from the rest of the apartment by a partial dividing wall. (Photographs, annexed as Exhibit 2 to Anderson Decl.) (Transcript of Sgt. Polanco, p.84 (13-17), 86 (10-18), 87 (15-25), 88 (1-4)).

32. The laser pointer is a small black pen-sized device, which only emits a light when operated by hand (Transcript of Sgt. Polanco, p77-79) (Transcript of PO Chittum p43-44; 10-25, 1-14) (Transcript of Plaintiff, p51; 1-2).

33. Plaintiff had never seen the laser pointer on top of the refrigerator (Transcript of Plaintiff, p82-83; 21-4).

34. Plaintiff did not know where Elehecer Balaguer kept the laser pointer (Transcript of Plaintiff, p82-83; 21-4).

35. Officer Chittum was the arresting officer for Plaintiff and he completed and entered the NYPD Omniform System Arrest Report (NYPD Omniform System Arrest Report, annexed as Exhibit D to Siddiqi Decl.).

36. Officer Chittum entered the NYPD Omniform System Complaint (NYPD Omniform System Complaint, annexed as Exhibit 3 to Anderson Decl.).

37. Officer Chittum signed a sworn Supporting Deposition for the Criminal Court Complaint (Supporting Deposition, annexed as Exhibit 4 to Anderson Decl.)

38. Sgt. Polanco provided information to the prosecutor that Mr. Egan, when shown the laser in question by Sgt. Polanco at the time of the arrest, stated "that's mine." (Notice of Statement, annexed as Exhibit 5 to Anderson Decl.).

39. This was memorialized in a Notice of Statement pursuant to CPL 710.30(1)(a) filed by the District Attorney (Notice of Statement, annexed as Exhibit 5 to Anderson Decl).

40. The laser pointer belonged to Mr. Balaguer, not Plaintiff (Transcript of proceedings from Bronx Criminal Court, annexed as Exhibit 6 to Anderson Decl.) (Transcript of Plaintiff, p56; 21-22)

41. It was Mr. Balaguer that used the laser pointer during the incident on March 9, 2015, not Plaintiff (Transcript of proceedings from Bronx Criminal Court, annexed as Exhibit 6 to Anderson Decl.) (Transcript of Plaintiff, p56; 21-22).

DATED:    New York, New York
          October 3, 2017

                                        Respectfully submitted,

                                        **PETERSONDELLECAVE, LLP**

                                        *Attorneys for Plaintiff*

                                        By:  _____/s/_____
                                             Malcolm Anderson (MA 4852)
                                             233 Broadway, Suite 1800
                                             New York, New York 10279
                                             (212) 240-9075