UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

No. 16-CV-1479

-----------------------------------)

FRANK EGAN,

              Plaintiff,

         vs.

NEW YORK CITY, POLICE OFFICER

MELVIN CHITTUM and POLICE OFFICER

CESAR POLANCO, individually and

in their capacity as members of

THE NEW YORK CITY POLICE DEPARTMENT,

              Defendants.

-----------------------------------)


    DEPOSITION OF SERGEANT CESAR POLANCO

           New York, New York

            March 16, 2017



Reported by:

Linda Salzman, RPR

Job No. 18425

Page 2

March 16, 2017
11:54 a.m.

Deposition of SERGEANT CESAR POLANCO, a Defendant herein, held at the offices of PetersonDelleCave LLP, 233 Broadway, New York, New York, pursuant to Agreement, before Linda Salzman, a Notary Public of the State of New York.

Page 4

STIPULATIONS
IT IS HEREBY STIPULATED AND AGREED by and among counsel for the respective parties hereto, that the sealing and certification of the within deposition shall be and the same are hereby waived;
IT IS FURTHER STIPULATED AND AGREED all objections, except as to the form of the question, shall be reserved to the time of the trial;
IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before the Court.

Page 3

A P P E A R A N C E S:

On Behalf of Plaintiff:
    Peterson DelleCave LLP
    233 Broadway, Suite 1800
    New York, New York 10279
    (212) 240-9075
    BY:  MALCOLM ANDERSON, ESQ.
        malcolm@petersondellecave.com


On Behalf of Defendants:
    NEW YORK CITY LAW DEPARTMENT
    Office of the Corporation Counsel
    100 Church Street
    New York, New York 10007
    (212) 356-2381
    BY:  OMAR J. SIDDIQI, ESQ.
        osiddiqi@law.nyc.gov

Page 5

SERGEANT CESAR POLANCO,
    called as a witness, having been duly
    sworn by a Notary Public, was examined
    and testified as follows:
EXAMINATION BY
MR. ANDERSON:
    Q.   Good morning, Sergeant Polanco.
My name is Malcolm Anderson.  I represent
the plaintiff, Mr. Egan, in this lawsuit.
    I'm going to be asking you some
questions today.  To give you a rough
outline, I'm going to try to split it into
three parts; some questions about your
educational and employment background, I'm
going to ask some questions about the NYPD
in general, and lastly, the main part will
be questions about the incident that is
the subject of this lawsuit.
    Just before we start, some
preliminary matters.  If you can make sure
that all your responses to my questions
are in a verbal nature rather than any
nods or gestures.  This is for the benefit
of the court reporter so we have a clear

2 (Pages 2 to 5)

Page 6

C. Polanco

record.

For the same reason, if you just make sure you let me finish all my questions before you answer, even if you can predict where I'm going with the question, again so we have a clear record.

If you don't understand any of my questions, please just let me know. I will try to rephrase. If you need a break at any point, again, just let me know. That will be fine.

Lastly, is there any reason this morning why you can't give full, honest and accurate answers to all of my questions?

A. I'm sorry. What was the question?

Q. Is there any reason this morning why you can't give full, honest and accurate answers to my questions?

A. I'm going to give you the best answers to the best of my ability.

Q. What's the highest level of education that you've attained, Sergeant

Page 7

C. Polanco

Polanco?

A. I have a bachelor's degree in criminal justice.

Q. Where did you obtain that from?

A. John Jay College.

Q. When did you obtain that?

A. 2002.

Q. Prior to that, had you been in other employment, other education or something else?

A. I used to work as a security guard when I was in college, and also as a Cadet Corps for the NYPD.

Q. That was while you were in college?

A. While I was in college, yes.

Q. At John Jay or in a different college?

A. Just John Jay.

Q. After you graduated from John Jay College, did you go into employment, other education or something else?

A. I went into the police academy.

Q. Straight from John Jay College?

Page 8

C. Polanco

A. Yes.

Q. What was the reason for you wanting to become a police officer?

MR. SIDDIQI: Objection to form.
You can answer.

A. I wanted to help the community. I lived in a really bad neighborhood, and I believed that the police could have done a lot better than what they were doing. And I believe I could make a difference into changing the community.

Q. And what neighborhood was it that you grew up?

A. I grew up in Washington Heights.

Q. So you joined the police academy in 2002; is that correct?

A. I joined as a cadet in '99. As a police recruit in 2002.

Q. How long were you at the police academy for?

A. Roughly seven months.

Q. So when would that make your graduation from the police academy?

A. January 2003.

Page 9

C. Polanco

Q. When you graduated from the police academy in January of 2003, what was your first assignment with the NYPD?

A. I went to the 30th Precinct. It's called Hamilton Heights.

Q. Where is that geographically located?

A. It's in the upper part of Manhattan, right under Washington Heights.

Q. And what was your assignment at the 30th Precinct when you first were assigned to that precinct?

A. Went to a Field Training Unit.

Q. What does it mean to be in the Field Training Unit?

A. You are in the learning process of what it is to actually be a cop, doing it live instead of what you do in the police academy.

Q. Give me an example of what you would do on a day-to-day basis in the Field Training Unit.

MR. SIDDIQI: Objection to form.
You can answer.

3 (Pages 6 to 9)

Page 10

C. Polanco

A. You go out with a senior officer and you learn, you wait for a 911 call and you wait to see, and then they let you try to see if you can do it on your own. And if you make a mistake or you're doing it wrong, the senior officer would stop you and say this is the way you're supposed to do it.

Q. You're officially a police officer at that point?

A. Yes.

Q. When you say you go out with a senior officer, would that be foot patrol or in a patrol car?

A. It changes every day.

Q. So then both?

A. Both.

Q. And when you say senior officer, how senior would that officer be?

A. On my time, it was somebody with more than five years.

Q. And would that necessarily be a sergeant or would it be other police officers?

Page 11

C. Polanco

A. It was one police officer and one sergeant.

Q. Okay. So in your field training, you always went out with another sergeant?

A. With either a senior officer or a sergeant.

Q. Thank you, sir. My misunderstanding.

And you said you would go out to respond to 911 calls. What kind of calls would you receive when you were in the Field Training Unit?

A. Whatever the radio uses. We would go as either the backup unit or as the main unit, depending on what the call was.

Q. Was there a particular area geographically of the precinct that you would be assigned to?

A. We would cover the area that the precinct covers.

Q. The whole area?

A. The whole area.

Page 12

C. Polanco

Q. When you were in the Field Training Unit as a police officer, were you making arrests?

A. Yes.

Q. And what kind of things would you make arrests on?

A. Again, it's not specific. It's nothing specific. You're looking for people committing crimes.

Q. Can you give me an example of the kind of crimes you would be involved in making arrests?

MR. SIDDIQI: Objection to form. You can answer.

A. It ranges from people driving with a suspended license to people using drugs, using marijuana, trespassing the building. Back then it was something that was pushed upon to clean the buildings that were infested with drugs.

Q. And you said you would always go out with a senior police officer or a sergeant. Would the individual you go out with change from day to day, or would you

Page 13

C. Polanco

have a set individual you would go out for for a certain period of time?

MR. SIDDIQI: Objection to form. You can answer.

A. It would change.

Q. From day to day?

A. From day to day.

Q. As part of the Field Training Unit, how many other officers would be part of that unit?

A. Back then, it was eight of us that came out to that particular precinct.

Q. So eight of you would come from the police academy into the Field Training Unit?

A. Yes.

Q. And how long were you in the Field Training Unit for?

A. Six months.

Q. And at the conclusion of that six months, where was your next assignment?

A. I was assigned to the Tracer Unit, T-R-A-C-E-R.

4 (Pages 10 to 13)

Page 14

C. Polanco

Q.   Tracer?

A.   Yes.

Q.   And where was the Tracer Unit based?

A.   Same command, 30th Precinct.

Q.   Can you explain to me what the Tracer Unit is?

A.   It was a community -- pretty much community policing based on quality-of-life issues, similar to what we were doing in -- concentrate on specifics.

Q.   What do you mean by "specifics"?

A.   The main objective was the Clean Hall Program.  So the buildings that had many complaints of people trespassing, we would go and address that situation.

Q.   Now, you would address it responding to specific calls, or you would go out and patrol to those areas?

A.   We would just patrol.  No calls.

Q.   How many people were in the Tracer Unit at any one time?

A.   On any given point, it was between 12 to 16.

Page 15

C. Polanco

Q.   And was that a variety of ranks within the unit?

A.   I'm sorry.  12 to 16 police officers, 2 sergeants and 1 lieutenant.

Q.   At that point, you were a police officer?

A.   Yes.

Q.   You said you would go out and patrol these particular buildings.  Was that a uniform position?

A.   Yes.

Q.   And foot patrol or car patrol?

A.   Both.

Q.   Did you have an assigned partner?

A.   No.  You are assigned to the team and they will split you up.

Q.   When you went on the patrol, whether foot or car, were you always with a partner?

A.   Yes.

Q.   And it would just vary from day to day?

A.   Yes.

Page 16

C. Polanco

Q.   And were you making arrests in the Tracer Unit?

A.   Yes.

Q.   What kind of things were you making arrests for?

A.   Drugs and trespass.

Q.   Were you making more arrests in the Tracer Unit than you were in the Field Training Unit?

MR. SIDDIQI:  Objection to form.

You can answer.

A.   Yes.

Q.   So you would have joined the Tracer Unit roughly the middle of 2003; is that correct?

A.   I believe it was September 2003.

Q.   And how long were you in the Tracer Unit for?

A.   Roughly three years.

Q.   Three years through, until around middle of 2006?

A.   Almost.  Almost 2006.

Q.   And that was always at the 30th Precinct?

Page 17

C. Polanco

A.   Yes.

Q.   Did the role change at all in the three years that you were in the Tracer Unit?

A.   I got switched over to a different unit.

Q.   What does that mean?

A.   Based on performance, they deemed that I was better suited to a different unit, so I was asked to join the Anti-Crime Unit.

Q.   That was after the three years or during?

A.   After the three years, I was told to change roles to the Anti-Crime Unit.

Q.   So that was around 2006?

A.   Yes.

Q.   And where was the Anti-Crime Unit based?

A.   The same command.  The 30th Precinct.

Q.   And can you explain to me what it means to be part of the Anti-Crime

5 (Pages 14 to 17)

Page 18

C. Polanco

Unit?

A. The Anti-Crime Unit is a plainclothes unit. Their main target, robberies, weapons, burglaries, GLAs. So you concentrate on the harder crimes. You're no longer looking for quality-of-life stuff. You're looking for the main things in plainclothes and in an unmarked vehicle.

Q. When you say you're looking for them, does that mean you would only go out and respond to 911 calls?

A. You would respond only to the 911 calls directed to the main crimes, but you also try to stop those specific crimes from happening.

Q. So you would go out on patrol and basically observe for crimes happening?

MR. SIDDIQI: Objection to form. You can answer.

A. Yes.

Q. How many people would be in the Anti-Crime Unit at any one time? How many

Page 19

C. Polanco

police officers would be in the Anti-Crime Unit at any one time?

A. It's five police officers and one sergeant.

Q. And you said you would go out on patrol. That was always in the unmarked vehicle?

A. Always in the unmarked.

Q. And would you have a set partner, or did you rotate between the five officers in the unit?

A. We always rotate.

Q. How long were you in Anti-Crime Unit?

A. Roughly one year.

Q. And where were you assigned when you left the Anti-Crime Unit?

A. SNEU, Street Narcotics Enforcement Unit.

Q. And where were you based geographically when you were part of SNEU?

A. The same command, 30th Precinct.

Q. Why were you transferred to SNEU?

Page 20

C. Polanco

A. Got married, and the hours worked better for the marriage.

Q. So it was at your request?

A. Officially no, but yes.

Q. What did it mean to be in SNEU?

A. SNEU, you concentrate on narcotics, street narcotics, so people selling marijuana or other drugs on the streets. It's different hours you work. Mainly during the daytime. Anti-Crime was in the nighttime, so that's one of the reasons I switched.

Q. So for the year that you were in anti-crime, that was the night shift?

A. Yes.

Q. And then SNEU was during the days?

A. During the days.

Q. Both based at the 30th Precinct?

A. Yes.

Q. How many other officers are part of a SNEU team?

A. SNEU team is a little bit larger, so seven officers and one

Page 21

C. Polanco

sergeant.

Q. That's a plainclothes role?

A. No, it depends on your duties for the day.

Q. Can you give me an example?

A. If you are in the observation point, you are in plainclothes. If you are in what they call the catch car or in the apprehension car, you're in full uniform. If you are in the prisoner van, then you're also in uniform.

Q. So that was three different vehicles you described to me. Would those vehicles ordinarily be out every day?

A. If you were doing a SNEU operation, yes.

Q. And how often would you do a SNEU operation?

A. Daily, unless they didn't have enough officers.

Q. Just remind me, what were the three different vehicles you said?

A. Apprehension vehicle. I'm sorry, it's two vehicles. There's a

6 (Pages 18 to 21)

Page 22

C. Polanco

apprehension vehicle and the prisoner vehicle. And also the observation point doesn't have a vehicle.

Q. That's a foot position?

A. You go to wherever they send you to do an observation, where you have a lot of complaints of drug sales in the streets.

Q. How long were you in SNEU for?

A. Until I got promoted in November of 2007.

Q. And you got promoted, that was to sergeant?

A. To sergeant, yes.

Q. Did you have to take a test to be promoted to sergeant?

A. Yes.

Q. How many times did you sit for the test?

A. One time.

Q. So promoted to sergeant November 2007. What was your first assignment as a sergeant?

A. I went to the 45th Precinct.

Page 23

C. Polanco

Q. Where geographically is the 45th Precinct?

A. It's in the Bronx, Throgs Neck, Co-Op City, Country Club.

Q. What was your role as a sergeant at the 45th Precinct?

A. I was assigned to patrol.

Q. Patrol?

A. Yes.

Q. And what do you mean by "patrol"?

A. You're in charge of the patrol unit to go out and answer 911 calls.

Q. And "patrol units," you mean marked police vehicles?

A. Marked police vehicles.

Q. How many police vehicles -- withdrawn.

So you were a sergeant assigned to patrol?

A. Yes.

Q. What does it mean to be the sergeant assigned to patrol?

A. Your main objective is the cops

Page 24

C. Polanco

that respond to 911 calls, and that's their daily duties, you make sure they are actually answering 911 calls.

Q. And are you based in the precinct?

A. Yes.

Q. Would you, as a sergeant, would you ever go out and patrol yourself?

A. I have done it. You're supposed to go with a partner.

Q. You're supposed to go with a partner?

A. Yes.

Q. But you sometimes go out on your own?

A. Yes.

Q. And would you be in uniform?

A. Yes.

Q. Would I be right in saying you would wear a white shirt?

A. No.

Q. What color shirt would you wear?

A. The same as officer, but we use strips on the side.

Page 25

C. Polanco

Q. That's how you distinguish yourself?

A. Yes.

Q. And how many cars would be out on patrol at any given time in that unit?

A. Minimum of four. Maximum of like about nine.

Q. And earlier you said that you sometimes went out on your own or sometimes with a partner.

Would you, as a sergeant, be out on patrol every day?

A. We rotate, take turns. Sometimes you stay as a desk officer. Sometimes you are the patrol supervisor.

Q. I understand.

How many sergeants were there assigned to the patrol at any given time?

A. Each tour has a minimum of three sergeants and one lieutenant.

Q. I think you said your duties were to essentially supervise and make sure the police officers were going out on patrol assigned.

7 (Pages 22 to 25)

Page 26

C. Polanco

Any other duties as a sergeant with patrol at the 45th Precinct?

A. You have -- if you are the patrol supervisor, those are your duties. If you are the desk officer, your duties are within the command, within the precinct.

Q. What duties are those?

A. The prisoners, property, evidence.

Q. What do you mean by that?

A. Any evidence that is held at the prisoner level, we are responsible for it and have to make sure we account for it.

Q. Any other duties for the desk sergeant?

A. Pretty much sums it up.

Q. And as a sergeant on the times you went out on patrol, would you be making arrests?

A. No, the sectors do. The police officers do.

Q. So the police officers make the arrests?

Page 27

C. Polanco

A. And I supervise what they're doing is the right decision.

Q. Can you explain what you mean by that?

A. It's based upon what they are providing to me. So they will explain to me why this person is under arrest, and based on my knowledge, I would say yes, you have the right charges, or no, you need more evidence, or you need to clarify more.

Q. Is that what you refer to as verifying an arrest?

A. Yes.

Q. So would you be responsible, if you were the sergeant out on patrol, would you be responsible for verifying all arrests that the officers assigned to patrol were making that day?

MR. SIDDIQI: Objection to form. You can answer.

A. You are responsible for the ones that they call you upon. If they have their own supervisor, then you don't have

Page 28

C. Polanco

to go and verify. Their own supervisor would do it.

Q. When you say their own supervisor, who would that be?

A. Special units have their own supervisors. So if the anti-crime officer who are out on patrol making arrests, the anti-crime supervisor would verify that arrest.

Q. And just to clarify what you meant, when you verify an arrest, the police officer explains the situation to you and you make a decision whether it's a legitimate arrest or not; is that correct?

A. Yes.

Q. And would you have situations in your time at the 45th Precinct, were there times when you decided there was not sufficient reason to make an arrest?

A. Yes.

Q. How often would that happen?

MR. SIDDIQI: Objection to form. You can answer.

A. I don't have a percentage, but

Page 29

C. Polanco

it has happened. And when it does, I make sure that the person is set free.

Q. So that was November 2007 that you were promoted to sergeant with the 45th Precinct with the patrol. How long were you in that assignment?

A. Roughly two years.

Q. Two years? Where were you assigned after your two years there?

A. Still in the 45th Precinct, but I was assigned to the Conditions Team.

Q. So that's roughly at the end of 2009?

A. 2009, yes.

Q. And can you explain to me what the Conditions Team is?

A. Conditions Team is quality of life. What used to be Tracer became Conditions.

Q. So the unit you were in when it was called Tracer had now been called Conditions?

A. Conditions. It sounds better.

Q. You were a sergeant with the

8 (Pages 26 to 29)

Page 30

C. Polanco

Conditions Team?

A. Yes.

Q. That was still in the 45th Precinct?

A. Yes.

Q. And just briefly, can you explain to me what the role of a sergeant is in the Conditions Team?

A. You will review all complaints of quality of life. And then you direct the officers to address the situation, if it's a day-to-day basis, if it's something that happened one day, then it's kind of hard to fix, but if it's something that happens every day, they use the officer to address the situation.

Q. And from what you're saying there, you were based more in the precinct then when you were in Conditions?

A. No, you're out on patrol.

Q. How many sergeants are there with the Conditions Team at any one time?

A. One sergeant.

Q. Just one sergeant. How many

Page 31

C. Polanco

officers?

A. Ranges from five to seven.

Q. As that sergeant, would you be responsible for the five to seven officers?

A. Yes.

Q. How long were you in Conditions at the 45th Precinct?

A. Roughly a year.

Q. So 2010. And where were you then assigned after leaving the Conditions Team?

A. Downtown crime, anti-crime supervisor.

Q. What did it mean to be the anti-crime supervisor?

A. You are responsible for four to five officers. And we go out on patrol in plainclothes. We review every robbery, every burglary, every grand larceny, every grand larceny auto in the area, look for patterns, look for specific review videos, if they're available, to make sure we're looking for the right person to apprehend.

Page 32

C. Polanco

Q. Again, would you be verifying arrests made by police officers in that unit?

A. Yes.

Q. How long were you the supervisor in anti-crime?

A. About a year.

Q. So 2011, where were you assigned next?

A. Patrol.

Q. And what was your role with patrol?

A. Same as before. You're assigned to 911 calls and desk duties.

Q. That was in the 45th Precinct?

A. Yes.

Q. So that was the same assignment you had when you were first made sergeant in 2007?

A. Yes.

Q. What was the reason for going back to patrol at that time?

A. Change of the new commanding officer wanted a different person.

Page 33

C. Polanco

Q. And was your role with patrol the same as it had been in 2007?

A. Yes.

Q. How long were you with patrol this time around?

A. One year, two months.

Q. So towards the end of 2012?

A. Yes.

Q. Where were you assigned next?

A. Schools.

Q. Schools?

A. Schools/youth.

Q. Can you explain to me what it entails to be a sergeant with the schools/youth?

A. You are responsible for the schools in the area. In my case, 39 schools. You are responsible for the safety of the kids, the students and the teachers, any crime, any issues with any schools.

Also entitles juvenile crimes. I have to review every juvenile crime in the area and every juvenile that gets

9 (Pages 30 to 33)

Page 34

C. Polanco

arrested to make sure it was a proper charge. We do follow-ups in regards to the crime to make sure that the child made a mistake and he's not going to continue to make those mistakes. At the age of 16, we call them mistakes pretty much because they can change. After 16, they become an adult, so it's the court system.

So I kind of don't touch those because it has something to do with courts. But before that, we make sure they don't continue to make the same crimes. We're talking about the petty ones. The higher crimes then we also do follows-ups. Follow-ups with the robberies. The kids that do robberies under the age of 16. And keep a tally of who does more than two.

Q. And was that based in the precinct or are you based at a school?

A. Based in the precinct.

Q. How many officers would you have assigned to you in that role?

A. We have four -- six officers in

Page 35

C. Polanco

total. Two of them are youth officers.

Q. How long were you in the schools/youth assignment?

A. Until now.

Q. That's where you are still assigned?

A. As we speak, yes.

Q. Have you had any other assignments in between that?

A. No.

Q. So jumping ahead a little bit, but the incident that's the subject of this lawsuit was, I believe, March 9, 2015, so at that point you were still assigned to the Schools/Youth Unit?

A. Yes.

Q. Now, you said you did the sergeant desk and got promoted to sergeant in November of 2007.

Have you ever taken any other tests with the NYPD detective, lieutenant tests, anything like that?

A. Lieutenant test, two times.

Q. When were those?

Page 36

C. Polanco

A. 2011 and last year.

Q. Now, in your -- withdrawn.

In your experience, what characteristics do you think make a good police officer?

MR. SIDDIQI: Objection to form.

You can answer.

A. That is a tough question to ask. It all depends on the officer's duty for the day. For example, I could tell you about my cops now are youth officers/schools.

So the characteristic I look for is different that an anti-crime supervisor would look for, because my unit, they have to be more gentle. They got to be a parent, they got to be a police officer, and they got to be an enforcer. So they have to know the difference, and it takes -- for me, it takes a lot to pick one officer, because I do a lot of observation. I don't want to pick the wrong officer to make the wrong decision and change a kid's life forever. They

Page 37

C. Polanco

have to learn what is a juvenile crime and what it is that we're doing.

Q. Okay. And you said that some characteristics you look for that you described there for the youth would be different from anti-crime. What would you be looking in an officer for anti-crime?

MR. SIDDIQI: Objection.

You can answer.

A. Anti-crime officer is different. Anti-crime officer is what we call the hungry guy. He's looking for something. Always looking for the things that don't add up. That particular officer is always making arrests, whereas my youth officer is not. My youth officer is looking for a solution how to help the kid.

Q. In your time with the NYPD, have you been subject to any Internal Affairs investigations or internal command disciplines?

MR. SIDDIQI: Objection. And asserting the same objections that were raised in defendants' responses

10 (Pages 34 to 37)

Page 38

C. Polanco

to plaintiff's discovery demands, counsel instructs the witness to limit his answers to anything that's responsive as to substantiated allegations or unsubstantiated allegations of the same nature as those underlying in this lawsuit within the last ten years.

So within that limiting instruction, you can answer the question.

MR. ANDERSON: Just to note for the record, as we discussed, I'm making an objection to that objection and preserving the right to mark that for a ruling in the future.

MR. SIDDIQI: So either something that's been substantiated in the last ten years or something unsubstantiated that's similar --

MR. ANDERSON: In terms of pure numbers, can we just get a number?

MR. SIDDIQI: You want numbers first?

Page 39

C. Polanco

MR. ANDERSON: Yes.

MR. SIDDIQI: So if you take out substantiated -- or do you know how many things are substantiated or unsubstantiated that are the same as this case in the last ten years?

BY MR. ANDERSON:

Q. Hold on. Before you go into any details, your attorney's objections and the objections which were just made are going to apply to providing details about incidents, but on a purely numbers sense in your time in the NYPD, do you know, best estimate, how many Internal Affairs investigations you've been the subject of?

MR. SIDDIQI: Objection to form. If you know the number, you can answer.

A. I don't have a number. I know how many times I've gone to Charges Inspect.

Q. What does that mean, sir?

A. That is when you go to the trial room at One Police Plaza.

Page 40

C. Polanco

Q. Is that what you described as a command discipline?

A. No.

Q. So can you --

A. That is when you're on trial for something you've done.

Q. And that trial is part of Internal Affairs?

A. That's after Internal Affairs have done, completed their investigation.

Q. So how many times have you been to trial in these such cases?

A. It's a one-time total of four specific cases.

Q. Can you explain that, sir?

MR. SIDDIQI: I think now we're going to get into the objection.

BY MR. ANDERSON:

Q. Can you just repeat the answer? I didn't quite pick that up.

A. One time.

Q. So one time you went for a trial?

A. For four different incidents.

Page 41

C. Polanco

Q. Okay. And then roughly as an estimate then, because I think what you're saying is sometimes you can have an Internal Affairs investigation that doesn't lead to a trial; is that correct?

A. Yes.

Q. Do you know roughly how many Internal Affairs investigations you've had total as a police officer?

MR. SIDDIQI: Objection to form. If you know the answer, you can answer.

A. I don't know that answer.

Q. Are we talking less than ten, more than ten?

MR. SIDDIQI: Objection to form.

A. I wouldn't be able to answer that.

Q. Okay. What about command disciplines, do you know the rough number?

MR. SIDDIQI: Objection to form.

A. I can give you a rough number, but that won't be specific.

MR. SIDDIQI: Don't guess if you

11 (Pages 38 to 41)

Page 42

C. Polanco

don't remember.

A. I would say seven.

Q. Have you ever been the subject of any CCRB complaints?

A. In ten years?

MR. SIDDIQI: Are you asking for a number?

MR. ANDERSON: Just a number at this point.

MR. SIDDIQI: Have you ever been the subject of a CCRB complaint?

THE WITNESS: Yes.

BY MR. ANDERSON:

Q. Do you know roughly how many CCRB complaints?

A. I believe it's four.

Q. Okay.

A. I could be wrong.

Q. And lastly, same, have you been the subject -- have you been named as a defendant in any lawsuits, to the best of your knowledge?

A. Yes.

Q. How many total, do you know?

Page 43

C. Polanco

A. I don't keep track of them. It's, I believe, three.

Q. Let's go through a few of these. To help refresh your memory on some of these incidents, I'm going to provide -- I guess we will mark the whole thing as an exhibit at this point. These are documents that have been provided by your attorney. I just want to go through a few of them.

MR. ANDERSON: Let's mark it as Plaintiff's Exhibit 1.

(Plaintiff's Exhibit 1, Internal Affairs resumé, marked for identification, as of this date.)

BY MR. ANDERSON:

Q. You will see some of this has been marked -- has been redacted. I'm assuming that relates to incidents that are beyond the ten years and not related.

MR. ANDERSON: Can we go off the record for a second.

(Whereupon, an off-the-record discussion was held.)

Page 44

C. Polanco

BY MR. ANDERSON:

Q. Sergeant Polanco, you're looking at an Internal Affairs resumé. Some of it has been blanked out. I understand you haven't seen this document before, but if you were looking at it, for example, on pages that have been marked 150, you can see there was an investigation from 2009 it was then substantiated in 2011.

Do you remember what that investigation related to?

A. No.

Q. Then if you look on page 151, again, there was an accusation, a classification of stolen property. And in 2012, it was substantiated for breach of department rules and procedures.

Can you remember what that accusation was?

MR. SIDDIQI: Objection to form. You can answer.

A. The allegation was that we stole property from a prisoner. The property was not stolen. It was evidence. I was

Page 45

C. Polanco

found guilty of not making sure my officers provided a receipt for the prisoner.

Q. And was that -- I think earlier you said in your role as a sergeant you were responsible for the evidence.

Did this allegation occur when you were in that role as sergeant?

A. No, this was from Anti-Crime.

Q. When you were an officer in Anti-Crime?

A. A sergeant.

Q. Thank you.

If you go to the next page 152, marked as Defendants' 152, there's allegations that were substantiated in April of 2013 for failing to take/make report, failure to take police action, memo book incomplete and proper.

Can you remember what the allegations were in that investigation?

MR. SIDDIQI: Objection to form. You can answer.

A. This was a, what Internal

12 (Pages 42 to 45)

Page 46

C. Polanco

Affairs calls a test that was given to me and my team in which I failed.

Q. What do you mean by a "test"?

A. A test. NYPD does quality tests in which we are tested upon everyday occurrences and they make something up. And they make you respond. Of course you don't know that.

Q. I was going to say, are you aware that it's made up?

A. No.

Q. I understand.

A. Later we find out it's a test, and the actions that you did, whether they were deemed by the department good or not.

Q. And what was your role -- withdrawn.

Is it accurate that you were with the Schools/Youth Program at the time of this test?

MR. SIDDIQI: Objection to form.

A. This is --

Q. We're on page --

A. The current date, I was

Page 47

C. Polanco

Anti-Crime. I was found guilty when I was already assigned to the school team.

Q. What was it they found you guilty of? What were you found guilty of?

A. Not placing the test in my memo book. I'm sorry, the call in my memo book.

Q. Was there any action taken against you as a result?

A. It was all combined into one.

Q. When you say "all combined," what do you mean by that?

MR. SIDDIQI: Objection. If your answer is going to concern another allegation, that falls within the limiting instruction.

THE WITNESS: Yes.

MR. SIDDIQI: Okay.

BY MR. ANDERSON:

Q. Maybe I will clarify this question.

When you say it was all rolled into one, does that relate to what you said earlier when you had one trial

Page 48

C. Polanco

related to multiple allegations?

A. Yes.

Q. And if you look below, we're still on Defendants' 152, there is a number of allegations that were unsubstantiated, but there was also allegations that were substantiated in January of '14, department rules procedures, failure to supervise, and memo book incomplete and proper.

Can you provide some details as to what those allegations were?

MR. SIDDIQI: Objection to form.

You can answer.

A. Working with Anti-Crime, we came upon two suspects who were, we believe, were about to commit a robbery. It ended up that we were looking at the wrong person. At the time, we didn't know. One of them simulated that he had a weapon, what we believed was a weapon. It ended up it was a bottle of beer, which he threw to the ground. We believed it was a weapon. It made the same metal sound. We

Page 49

C. Polanco

pursued him on foot. Apprehended him.

Later, we deemed that it was a can of beer and not a weapon. We released him, and I failed to instruct my officers to make a property report, which was a stop, question and frisk report. I failed to put it in my memo book, and I failed to notify dispatch of the occurrence.

Q. Was that one of the allegations that went to the trial?

A. Yes.

Q. If you look on the next page, Defendants' 153, the page there, there was another allegation that was partly substantiated from an occurrence date of April 2011.

What was that allegation for?

MR. SIDDIQI: Are you in the middle of the page?

MR. ANDERSON: Yes.

MR. SIDDIQI: Okay.

A. I could be wrong, but I believe this is the one they placed a GPS device on my vehicle because I had an allegation

13 (Pages 46 to 49)

Page 50

C. Polanco

of corruption. I found it. Took it from my vehicle and put it on my wife's vehicle, which was not something I should have done.

Q. What was the allegation of corruption that led them to place the GPS tracker on your vehicle?

MR. SIDDIQI: Objection. I think this gets into the limiting instruction.

A. It's --

MR. SIDDIQI: If it goes into the things that I limited --

THE WITNESS: It's unrelated.

A. There was an allegation, there was an Officer Polanco that was working for one of the cartels. For some reason, Internal Affairs believed it was me. I was followed. They placed a GPS on my vehicle. I found it and I placed it on my wife's vehicle. I thought it was funny. And now I know it wasn't.

Q. Did anything come of the overall allegation against you?

Page 51

C. Polanco

A. All within the same, the trial.

Q. So the allegation that you were involved in the cartels was dealt with at trial?

A. That was unsubstantiated. What was substantiated was the fact I found the GPS and didn't let them know that I found it.

Q. So the cartel was unsubstantiated?

A. Unsubstantiated.

Q. Then at the bottom of that page of 153, there's another allegation that was substantiated, the one with a received date, February 7, 2012. Occurred date, May 19, 2011.

What was that allegation relating to?

A. I don't know.

Q. And the last one here is on the next page, 154. There was a partially substantiated complaint which had been received on December 21, 2012. What were those allegations related to?

Page 52

C. Polanco

MR. SIDDIQI: Objection to form. You can answer if you know.

A. I don't know.

Q. Now, on defendants' page 155, there is lists of other allegations, some of these may be the ones that we already discussed. If you see at the top there, there was a substantiated allegation of failure to notify. The case was closed on November 23, 2015. What was that allegation relating to?

MR. SIDDIQI: Objection to form. You can answer if you know.

A. I don't know.

Q. Below, I don't know if that's the same investigation or not, but it says "impede investigation" was the top allegation?

MR. SIDDIQI: That's the same.

A. That's the same.

Q. That doesn't ring any bells?

A. Not to me.

Q. If you look on page 169, these are internal investigations, and again,

Page 53

C. Polanco

they may be ones that you already discussed. If they are, I apologize. But the top one from September 3, 2010?

A. We already discussed this.

Q. Which one was that?

A. You're looking at the one that says, "control number 1"?

Q. Yes.

A. We already discussed this one.

Q. The other two entries below, is that all relating to the same complaint?

A. All related.

Q. On page 170, from the date November 28, 2011, this is one where you pled guilty and there was 25 vacation days forfeit. I don't think you discussed this one before. The allegation was you engaged in conduct prejudicial to the good order, efficiency or discipline of the department.

What were the allegations in this investigation?

MR. SIDDIQI: Objection to form. You can answer, if you know.

14 (Pages 50 to 53)

Page 54

C. Polanco

A.   I made a call to a police officer to destroy a summons that was a property issue.

Q.   Why did you do that?

A.   Mistake.

Q.   Which unit were you in at that time?

A.   That was when I was transferring from Conditions to Anti-Crime.

Q.   As a police officer or as a sergeant?

A.   As a sergeant.

Q.   Was it one of the officers under your command?

A.   No.

Q.   An officer in a different --

A.   Another officer in the command but not under me.

Q.   What was the summons to be issued for?

A.   It was issued to a family member.

Q.   And then underneath that, still on page 170, I think that's referring to

Page 55

C. Polanco

one of the lawsuits that you said you were named as a defendant in.  If you look at the details, plaintiff's name was Tomlinson.

What were the allegations in that lawsuit?

MR. SIDDIQI:  Objection to form.

You can answer, if you know.

A.   I don't remember.  I don't want to confuse one with another.

Q.   Do you remember the outcome of the lawsuit?

MR. SIDDIQI:  Objection to form.

A.   No.

Q.   Did you have to participate in a trial?

MR. SIDDIQI:  Objection to form.

You can answer, if you know.

A.   I don't remember.

Q.   If you look on what's marked as Defendants' 173, at the top there, it says, "Member placed in level 2, discipline monitoring."

Can you explain to me what it

Page 56

C. Polanco

means to be placed in level 2, discipline monitoring?

MR. SIDDIQI:  Objection to form.

You can answer.

A.   After pleading guilty and no longer a contender at the trial room, the department places you in monitoring. There's three levels; 1, 2, and 3.  I was placed on 2.

Q.   How long were you placed on the monitoring?

A.   18 months.

Q.   What does that entail?

A.   I'm sorry.  It's supposed to be 18 months.  They took me off before that.

Q.   How long were you on for?

A.   I believe it was 14 months.

Q.   What does it entail being on the discipline monitoring?

A.   You're supposed to get extra supervision.  You are limited into the hours you could work.  They have to change your hours.  You cannot work past 2 in the morning because it's less supervision.

Page 57

C. Polanco

And the lieutenant in charge of discipline at the command level, he has to report every month of what you're doing, so everything I do gets documented good or bad.

Q.   And just going back there, again, with the objections placed by your attorney, I don't want to have you answer something that he's objected to, but you said you were put on the command discipline monitoring after you pled guilty at the trial.

And I know you said you pled guilty to the GPS allegations?

A.   And the summons.

Q.   And destroying the summons?

A.   Yes.

Q.   Those were the two you pled guilty to?

MR. SIDDIQI:  Objection to the extent that this answer would implicate any of my limiting instructions, and I would instruct you not to answer the question.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 58

C. Polanco

MR. ANDERSON: I'm going to ask it, and you can object.

MR. SIDDIQI: Sure.

BY MR. ANDERSON:

Q. So you pled guilty to two of the four. Does that mean the other two were -- were you found not guilty?

MR. SIDDIQI: Objection. To the extent that it implicates any of my limiting instructions thus far, I am instructing the witness not to answer the question.

Are you not going to answer the question pursuant to my instruction?

THE WITNESS: I'm not going to answer.

BY MR. ANDERSON:

Q. That's fine.

Below that, and we're still on page 173, I think that's another lawsuit where you were named as a defendant. The plaintiff's here name is Pointer, P-O-I-N-T-E-R.

Do you remember that lawsuit?

Page 59

C. Polanco

A. No.

Q. But you were named as a defendant; is that correct?

A. That's what it looks like here. I have no knowledge.

Q. Okay. And below that, where it says internal investigation date, January 20, 2014, the allegation states that you failed to notify IAB Association -- I guess it's associated narcotics dealer. Is that one of the allegations we've discussed already?

MR. SIDDIQI: Objection to form.

You can answer to the extent you know.

A. Yes.

Q. That would be the allegation where somebody with a similar name as you was involved in a cartel; is that correct?

A. Yes.

Q. And the one underneath that is the date January 31, 2014, failure to notify IAB and failure to take police action.

Page 60

C. Polanco

Is that relating to one of allegations we've already discussed, or is that a different allegation?

A. Yes.

Q. Sorry. That's relating to one we've already discussed?

A. Yes.

Q. Sergeant Polanco, let's move onto the incident that's the subject of this lawsuit.

MR. SIDDIQI: You want to take a break? Are you good?

THE WITNESS: I'm good.

BY MR. ANDERSON:

Q. Do you remember being involved in the arrest of Mr. Egan on March 9, 2015?

A. Yes.

Q. And what was your assignment at that time?

A. On that particular date, I started working as a school supervisor, but later, the supervisor for the patrol in the afternoon got into an accident and

Page 61

C. Polanco

couldn't make it, so I was told to stay for the entire tour for the remaining. So I was assigned to the patrol supervisor for the afternoon part.

Q. So when had you started your tour that day?

A. I believe it was 8 in the morning that day.

Q. That was when you were part of the Schools Team?

A. Yes.

Q. What was your normal tour hours when you were part of the Schools Team?

A. I would work from 8 in the morning until 4:57 in the afternoon.

Q. But at some point on this day in question you got transferred to a different unit?

A. I was reassigned.

Q. Roughly when did that take place?

A. I was told about 2:30.

Q. About 2:30?

A. Yeah, that I had to, what we

16 (Pages 58 to 61)

Page 62

C. Polanco
call "cover patrol."  There was no supervisor to do it.
Q.   Did you have to report back to the precinct?
A.   Yes.
Q.   And what happened at that point?
A.   I had to assign the afternoon personnel of their duties.  I was also supposed to get a driver, which didn't happen, and to monitor the radio of all calls.
Q.   Did you go out yourself on patrol at some point?
A.   Yes.
Q.   What time did you go out on patrol yourself?
A.   I would say about 4:30.
Q.   Did you go out with another officer?
A.   No.
Q.   Just on your own?
A.   On my own.
Q.   In a car?
A.   In a police vehicle, yes.

Page 63

C. Polanco
Q.   And how were you first alerted about the incident involving Mr. Egan?
A.   I was summoned by radio dispatch when the Aviation Unit came over, stating that there was someone pointing a laser beam at them.
Q.   Where were you at that point?
A.   I was at the 45th Precinct, in front of.
Q.   In your patrol car?
A.   Yes.
Q.   And how did you respond?
A.   First it was directed to a sector car and then myself.
Q.   And what happened next?
A.   I responded to the location where the Aviation Unit was in the air with a spotlight on.
Q.   And when they first came over on the radio, what information were you provided at that time?
A.   They were saying the pilot or whoever flew the helicopter, I don't know much about aviation, so I'm not sure if

Page 64

C. Polanco
you call them pilots, but they were saying that somebody was pointing a laser beam at them.
Q.   At the helicopter?
A.   At the helicopter.
Q.   When you say that they were saying that, were you hearing directly from those officers in the helicopter on the radio?
A.   Yes.  They also were saying that this was -- at the same location, that they were doing it also to commercial flights.
Q.   What details were you provided with respect to the location at that point?
A.   They were  -- they said that they were going to take us to the actual location following the spotlight.  The light they had the helicopter points down at the actual window of where the laser was coming from.
Q.   They told you that over the radio when you were still parked at the

Page 65

C. Polanco
precinct?
A.   They told me this while I was responding.
Q.   Where was it that you were responding to at that point?
A.   I would have to look at records for the address.
Q.   But they had given you a specific address to attend to?
A.   They gave us a specific corner.
Q.   What do you mean, "corner"?
A.   The corner for the location. They didn't have an actual building number, so they gave us first the corner where the building was located, or the house.
Q.   And that was within the 45th Precinct?
A.   Yes.
Q.   So you were in the patrol car on your own.  What happened when you first arrived at that location, the corner you described?
A.   Well, when I arrived, a sector

17 (Pages 62 to 65)

Page 66

C. Polanco

already was there.

Q. What do you mean by the "sector already was there"?

A. The sector car that was assigned to the call.

Q. And which officers were in that sector car?

A. I only remember one.

Q. Which officer was that?

A. Officer Chittum.

Q. Okay.

A. And for some reason I can't remember his partner for that day.

Q. Did you ever work with Officer Chittum before?

A. Yes.

Q. What capacity had you worked with him before?

A. I was his supervisor when I was assigned to patrol.

Q. And what happened when you arrived at that location?

A. He explained to me that Aviation was pointing at the window where the laser

Page 67

C. Polanco

was coming from.

Q. Now, when you say "Aviation," you mean the helicopter?

A. The NYPD helicopter, yes.

Q. And was it still present when you arrived at the scene?

A. Yes.

Q. Were you communicating with the helicopter at that point?

A. They were directing to us the window through the radio.

Q. How did they direct you? What were they saying to you? Explain what you mean by that.

A. They explained to us that they were going to point at the window where the light or where the laser was coming from.

Q. How far away was the helicopter in terms of distance to where you were at that point?

MR. SIDDIQI: Objection to form. You can answer.

A. Tough. They were up in the air.

Page 68

C. Polanco

I wouldn't be able to like, feed -- they were up in the air pointing down, but they were not like right over. They were a little further down, because they don't want the laser to be pointed at them again.

Q. You could see the helicopter yourself?

A. I could see and hear the helicopter.

Q. Could you see any laser beams at that point?

A. No.

Q. And they said to you they were going to point a light onto the exact window they pinpointed; is that correct?

A. Yes.

Q. And did that then happen --

A. Yes.

Q. -- while you were there?

A. Yes.

Q. Which window did they point that at?

A. It was a window that led to an

Page 69

C. Polanco

apartment on, I believe it was the second or third floor. I don't remember correctly.

Q. When they shone the light there from the helicopter, did you in any way acknowledge or confirm with them that you were seeing the light?

A. I confirmed I knew what window they were pointing at.

MR. ANDERSON: I just want to show you -- I guess we will mark this as Plaintiff's Exhibit 2.

(Plaintiff's Exhibit 2, Photograph, marked for identification, as of this date.)

BY MR. ANDERSON:

Q. Sergeant Polanco, if you can just take a second to look at what has been marked as Plaintiff's Exhibit 2, and if you can just explain for the record what it is you're looking at.

MR. SIDDIQI: I just want to state for the record there's already a marking on the exhibit as provided

18 (Pages 66 to 69)

Page 70

C. Polanco

that's not been made by Sergeant Polanco.

You can go ahead.

MR. ANDERSON: Just to add to that, this is Defendants' Exhibit 19.

BY MR. ANDERSON:

Q. So can you explain to me what you're looking at here?

A. I am looking at the house that we were directed to by Aviation that day.

Q. As you were speaking to the helicopter, where were you standing with respect to that house?

MR. SIDDIQI: Objection to form to the extent it's depicted in the photograph.

A. We were outside my vehicle, which is not in the picture.

Q. Do you know who took this picture?

A. No idea.

Q. As you look at the picture, there's some markings on the picture. Do you know who made those marks on the

Page 71

C. Polanco

picture?

A. No.

Q. Now, there's a mark circling a window on the picture. Is that the window that the helicopter light was shining on?

A. Yes.

Q. Now, I'm jumping ahead a little bit, but while we have this picture out, is that the window that when you ultimately went into the apartment, you ultimately found the laser pointer inside?

MR. SIDDIQI: Objection to form and assuming facts not established.

MR. ANDERSON: Withdrawn. We will come to that later.

BY MR. ANDERSON:

Q. Just to clarify, I may have asked this before, any time while you were standing outside in that area, did you see any laser beams coming from that window yourself?

A. No.

Q. Did the officers in the helicopter tell you how far in advance of

Page 72

C. Polanco

your arrival they had witnessed the laser beams coming from that window?

MR. SIDDIQI: Objection to form.

You can answer.

A. No.

Q. They didn't give you any indication of it being a while back or if it was just before you got there?

MR. SIDDIQI: Objection to form.

You can answer.

A. No specific timeframe.

Q. Did you see anyone at the window yourself?

A. No.

Q. Do you remember if the curtains were drawn or open?

A. I wouldn't remember that.

Q. Was it dark outside or light outside?

A. Dark.

Q. So what happened next?

MR. SIDDIQI: Objection to form.

Go ahead.

A. I directed the officers and

Page 73

C. Polanco

myself to go inside the building, to knock on the door and see if there was anybody in there.

Q. And that was yourself, Officer Chittum and whoever his partner was that day?

A. Yes.

Q. What happened at that point?

A. The lady opened the door.

Q. Where was this door?

A. On the second floor.

Q. So an internal door?

A. Yes.

Q. Okay. And what happened next?

A. Don't remember specifics. We asked her a couple of questions in regards, and she allowed us in the apartment. We kept asking her who was in the apartment with her.

Q. Were you in uniform on this day?

A. Yes.

Q. Were the other two officers in uniform as well?

A. Yes.

19 (Pages 70 to 73)

Page 74

C. Polanco

Q. And what happened next?

A. Then -- it's hard to remember. I'm not sure how it happened. We kept asking her if there was somebody else in the apartment. And then her son comes out from the room.

Q. When you say -- who was doing the speaking to her, yourself or one of the other officers?

A. It was either me or Officer Chittum.

Q. And can you describe the apartment, the layout once you got inside?

A. Once you enter, you enter towards the kitchen on the right side and then the living room on the left side. So as soon as you enter, you enter pretty much at the kitchen.

Q. You said an individual. Do you know who this female individual was?

A. I don't remember.

Q. Now, as you entered the apartment, she was there. Was there anybody else that you could see, yourself,

Page 75

C. Polanco

in the apartment?

A. Not until he came in from the room.

Q. So not until Mr. Egan came from one of the bedrooms?

A. Yes.

Q. There was nobody else in the apartment?

A. Not that I remember.

Q. You said Mr. Egan came from his bedroom. How did that come about?

A. I guess as we continued talking, he heard the conversation and he came out.

Q. Now, you said that the helicopter was shining the light at one of the windows. Was it continuing to do that when you entered the apartment?

A. No.

Q. So they stopped shining the light?

A. Yes.

Q. Did there ever come a time when they shone the light again on one of the windows while you were inside?

Page 76

C. Polanco

A. Yes.

Q. Was that the same window that you had pointed out on Plaintiff's Exhibit 2?

A. Yes.

Q. And where was that window located in terms of the layout of the apartment when you were inside?

A. The kitchen.

Q. It was the kitchen window?

A. Yes.

Q. Now, you said Mr. Egan at some point came out of his bedroom. What happened next?

A. At the time that he came out, I already have -- I had already gone to the window.

Q. Okay.

A. And stuck my hand out to make sure that was the right window, in which they confirmed.

Q. How did they confirm that?

A. Over the radio.

Q. Okay.

Page 77

C. Polanco

A. As I'm walking back, I see on the top of the refrigerator a black metal pipe type. I looked at it. As soon as I looked at it, it said "laser" on the top -- on the side, so in small letters in red, it says "laser."

Grabbed it. Pressed it. It was green. It was a green light. I asked Aviation what was the color of the laser being pointed at them, in which they stated it was green. And then I asked the female and Mr. Egan.

Q. When you were doing this, was this before or after Mr. Egan had come out from the bedroom?

A. He just came out when -- once I found the laser.

Q. At the point that you were finding it?

A. Yes.

Q. You said you operated it. Where did you shine the laser?

A. To the floor.

Q. And it was a green light?

20 (Pages 74 to 77)

Page 78

C. Polanco

A.   It was a green light.

Q.   Now, how did you go about --
withdrawn.

MR. ANDERSON:  Let's mark this
as Plaintiff's Exhibit 3.

(Plaintiff's Exhibit 3,
Photograph, marked for identification,
as of this date.)

BY MR. ANDERSON:

Q.   Just for the record, this has
also been marked as Defendants' 20.

Sergeant Polanco, you're looking
at a picture of a laser.  Is that the
laser that you found in the apartment in
question?

A.   I believe so.

Q.   You said you operated it, you
shone it into the ground.  Can you explain
how you went about doing that?

A.   I grabbed it and I pressed the
button towards the left, before -- it says
to soar.  It's in between, where it says
to soar and it says laser 303.

Q.   Which end did the beam then come

Page 79

C. Polanco

out from?

A.   Towards the left.  So as we're
looking at the picture, on the left side
the beam comes up.

Q.   On the picture, there's a set of
keys inserted into the right-hand side.
Were those keys in the laser when you
operated it?

MR. SIDDIQI:  Objection to form,
and to the extent that counsel is
characterizing what's in the photo.
But go ahead.

A.   I don't remember.  I remember
pressing the button and it worked, so I
didn't play with anything.  I just pressed
the button and it worked.

Q.   And what happened next?

A.   I asked who was using it or who
owns it.  And Mr. Egan said, "Me."

Q.   So you asked -- when you said
that, you directly asked Mr. Egan or you
asked both Mr. Egan and the female
individual?

A.   I asked in general.

Page 80

C. Polanco

Q.   Just clarify exactly what you
asked.

A.   I asked, "Was anybody using
this" or "Who owns this."

Q.   Okay.

A.   And Mr. Egan said, "Me."

Q.   Did he say anything else at that
time?

A.   He said then:  I don't
understand.  I don't understand what's
going on.  Why are you guys here?
Or something to that extent.

Q.   Okay.  And what happened next?

A.   Then I instructed the gentleman
he's under arrest, or to bring him
outside, I'm sorry.  To bring him outside,
that he may be under arrest.

Q.   He may be under arrest at that
point?

A.   We had to confirm with Aviation.

Q.   So what happened next?

A.   So we put him in handcuffs, we
walked him outside, at which point
Aviation confirmed yes.

Page 81

C. Polanco

Q.   In what way did Aviation confirm
yes?

A.   I told them:  Is this the man
that was pointing the laser?
And he said:  Yes.

Q.   Where was he standing at that
time?

A.   Outside his house.

Q.   And where was the helicopter?

A.   Hovering over.

Q.   And how close were they?

A.   In the air, so within the
vicinity.  Close.

Q.   Closer than they had been
earlier?

A.   Closer than they had been
earlier.

Q.   And did they shine a light on
him when they were on the street?

MR. SIDDIQI:  Objection to form.

A.   I don't remember if they did.

Q.   But you're saying they
identified him over the radio?

A.   Over the radio.

21 (Pages 78 to 81)

Page 82

C. Polanco

Q. And they confirmed that was the individual they had seen at the window?

A. They specified he looks like the person that was at the window.

Q. Had they given you a description of the individual before you had gone into the apartment?

A. No.

Q. Did you ask them if they could give you a description of the individual before you went inside?

A. No.

Q. They had mentioned there was an individual they had specifically seen, rather than just a laser beam coming from the window?

MR. SIDDIQI: Objection to form.

You can answer.

A. I don't remember what was the specifics they told us. They told us somebody was pointing a laser at them.

Q. When you said that you stood on the street with Mr. Egan and they identified him, do you remember if it was

Page 83

C. Polanco

one particular individual from the helicopter who identified him, or both?

A. The one person that was using the radio the whole entire time we interacted with them.

Q. Do you know what the name of the person you were interacting with?

A. No.

Q. Did you ever know what the name of that officer was?

A. No.

Q. And during your time in the apartment, did you ever see any other individuals in there?

A. I don't remember.

Q. Do you remember asking either the female individual or Mr. Egan if anybody else lived in the apartment?

A. I don't remember me asking.

Q. Do you remember anybody else asking?

A. I don't remember.

Q. Did you search the apartment?

A. No.

Page 84

C. Polanco

Q. So the whole time you were there, you just stayed in the kitchen area?

A. By the kitchen/living room area.

MR. ANDERSON: Okay. I've got four photographs which we will mark as one exhibit, Plaintiff's 4.

(Plaintiff's Exhibit 4, Four photographs, marked for identification, as of this date.)

BY MR. ANDERSON:

Q. Sergeant Polanco, if you would just take a look at what's been marked as Plaintiff's Exhibit 4. It's a number of photographs. If you just take a second to look through them.

So we're looking at the first one, which has been marked as photograph A. What's that depicting, if you could just explain for the record?

A. This is a street view of where the house is located.

Q. Now, is there anywhere on that picture where the helicopter was

Page 85

C. Polanco

positioned -- let's do this in two parts.

So when you first arrived there and the helicopter was shining the light on the window as you described, was the helicopter anywhere on this picture?

A. No.

Q. Now, when you later said that Mr. Egan was identified by the helicopter, was the position where Mr. Egan was standing, was that somewhere on this picture?

A. Yes.

Q. Where was that?

A. By where the white vehicle is. On the actual street, not the sidewalk.

Q. On the actual street, he was standing out in the street?

A. Yes.

Q. Was the helicopter anywhere in view of this photograph?

A. No.

Q. It was further afield?

A. On the other side.

Q. What do you mean by "the other

22 (Pages 82 to 85)

Page 86

C. Polanco
side"?
A. The next street over is East Tremont. He was hovering over what would be what -- I'm sorry.
MR. SIDDIQI: Don't guess if you're not sure.
A. I believe we're going to see it later.
Q. If you go on to what's been marked as photograph B, can you just describe what that's depicting?
A. It's the refrigerator and part of the window of where the laser beam was pointing from.
Q. That refrigerator there is where you found the laser pointer on top of it?
A. Yes.
Q. If you look to the left beyond the television, there's a door there. Is that the door that you stated Mr. Egan emerged from?
A. Yes.
Q. Did you ever go into that room?
A. No.

Page 87

C. Polanco
Q. And if you're estimating, let's do it in, I guess, feet, how far from the window where the -- which is depicted on the right-hand side here where the helicopter was shining this light, how many feet is that from the doorway into the bedroom?
A. You're talking about -- I just want to clarify. Are you asking me feet from his door to the window?
Q. His door, yeah, to the window which the helicopter shone the light on?
A. About 40 feet.
Q. And then let's move on to what's been marked as picture C. Again, just to clarify, it's depicting the refrigerator and window.
Can you just clarify, is that the refrigerator where you found the laser on top of?
A. Yes.
Q. And that's the window they were shining the light on?
A. Yes.

Page 88

C. Polanco
Q. And the same applies for picture D?
A. Yes.
Q. Where you said that -- with respect to where the helicopter was when the individual identified Mr. Egan, I don't think we have a picture of that, but it wasn't in the view of the picture we were looking at that was marked as picture A, and you were saying it was a couple of streets over; is that correct?
A. When you're looking at picture D, right, the helicopter was hovering towards the right, and then he was -- the helicopter was further, like a block away, so it would be to the right on the picture. I believe East Tremont runs on that side west -- sorry, east.
Q. How far away in terms of meters or yards in distance was Mr. Egan from the helicopter at the point the individual in the helicopter made the identification?
A. I'm guesstimating --
MR. SIDDIQI: Don't guesstimate.

Page 89

C. Polanco
A. I'm not sure. If I had to guess, it would be 400 feet up in the air and about a block away.
Q. Which officer made the arrest of Mr. Egan?
A. Officer Chittum.
Q. Did you verify the arrest?
A. Yes.
Q. At what point did you verify the arrest?
A. Once the pilot from Aviation, NYPD Aviation confirmed.
Q. What happened next?
A. I ordered Officer Chittum to escort the prisoner back to the 45th Precinct for processing.
Q. And did you, yourself, go back to the precinct at that point?
A. Yes.
Q. In a separate car?
A. In a separate car.
Q. What happened when you got back to the precinct?
A. Officer Chittum started the

23 (Pages 86 to 89)

Page 90

C. Polanco

process of, with the arrest processing, and I started to notify all the numerous people that needed to be notified in regards to it.

Q. Who is that people?

A. The NYPD operation unit. The borough. They needed to know.

Q. Say that again?

A. The borough.

Q. What does that mean?

A. They are in charge of the whole Bronx, so the Borough of Bronx -- I'm sorry, the Borough of Bronx wheel. They call it a "wheel," which is the person in charge of notifying all the higher-ups.

Q. That's internal within the NYPD?

A. Yes.

Q. Who else did you notify?

A. So the operation unit who needed to notify the FBI and counterterrorism and my commanding officer.

Q. Who was your commanding officer?

A. I don't remember who it was at the time.

Page 91

C. Polanco

Q. And did you, yourself, have any communications with FBI at that time?

A. No.

Q. What happened next?

A. Then we also notified the Intel part of the NYPD.

Q. What's that?

A. Intel is in charge of like the higher crime -- I'm sorry, the incidents, the higher incidents which requires federal investigation, so we also notified them.

Q. Okay. And what happened after that?

A. Officer Chittum continued with all the administrative paperwork that needed to be done, and I waited until their arrival of the FBI and Intel.

Q. And when did the FBI arrive?

A. I don't remember.

Q. Do you remember the name of or how many FBI individuals arrived?

A. One.

Q. One?

Page 92

C. Polanco

A. Yes.

Q. Do you remember who that individual was?

A. No.

Q. Had you ever met that individual before?

A. On that day. That's it.

Q. Was it a man or a woman?

A. A man.

Q. He was an FBI agent?

A. He was with the federal -- yeah.

Q. What happened at that point?

A. He needed to speak to the person that was arrested in regards to it and which we provided a room for the interview.

Q. Who else was present at the interview?

A. A detective from Intel and Officer Chittum.

Q. You, yourself, weren't present at that time?

A. Yes.

Q. You were present at the

Page 93

C. Polanco

interview?

A. Not the entire interview. I was there for a little bit.

Q. Which bit were you there for?

A. When they started the preliminary part of it.

Q. You were there?

A. Yes.

Q. Why did you leave?

A. I was summoned to another call outside.

Q. Do you know what time the interview took place?

A. No.

Q. Who was leading the questioning in the interview?

A. When I was in the room, the FBI agent.

Q. What, if anything, did Mr. Egan say?

A. He was denying the fact that he was using the laser. He wouldn't say he did it. He said he was confused. He didn't know what was going on.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

C. Polanco

Q. Anything else?

A. That's pretty much all I remember.

Q. Did you have any more interaction with Mr. Egan at all that day?

A. No.

Q. Did you have any more interaction with him in the future at all?

A. I have never seen him again, no.

Q. Do you know who transferred Mr. Egan to Central Bookings?

A. No.

Q. Did you, at any time, speak to the press?

A. No.

Q. Do you remember whose job it would be to release a press release?

A. DCPI.

Q. What does that mean?

A. Deputy Commissioner of, I can't think of it right now. That's what it's called. I'm not sure what the actual acronym is, but they are in charge of releasing any press related.

C. Polanco

Q. And that's a separate unit?

A. That's a separate unit from headquarters.

Q. And did you speak to anybody from DCPI?

A. I sent them most of the information needed for them to provide to the press.

Q. Had they requested that?

A. Yes.

Q. Where did the request come from?

A. From them.

Q. Directly to yourself?

A. To the desk.

Q. To the desk. And what information did you provide to them?

A. The report that was done for the arrest, which had the preliminary investigation of what was going on.

Q. Did you make any statement to them?

A. Not that I remember.

Q. Had you ever been contacted by DCPI for any other arrest you made in your

C. Polanco

time with the NYPD?

A. Yes.

Q. How often does that happen?

A. It's always when something major or unusual, or when it's not something out of normal.

Q. Just as an approximation, how many times in your career would yu say you have been contacted by the DCPI?

A. I got to give it a guess. 20, 30.

Q. Okay. Did you ever have any communications with anyone from the District Attorney's Office?

A. Yes.

Q. Who did you speak to from the District Attorney's Office?

A. I don't remember, because it was a one time.

Q. It was just one time?

A. I went one time for it.

Q. When did you have communications with someone from the District Attorney's Office?

C. Polanco

A. A week after the event.

Q. A week after?

A. Yes.

Q. That was the one and only communication you had?

A. Yes.

Q. And what did that communication entail?

A. The specific of the crime. What they have already -- there was two pilots that supposedly went -- I'm sorry. There were two pilots that went to the hospital. We needed to get in contact with them, so we were trying to all meet up on the specific day, which didn't work out that way.

Q. And where did this communication take place?

A. The Bronx District Attorney's Office.

Q. Did you give a statement to the district attorney?

A. We didn't get to because all the pilots were not present.

Page 98

C. Polanco

Q. And that was the only communication you had with the DA's Office?

A. Yes.

Q. They didn't follow-up at any time?

A. They didn't follow-up.

Q. Do you know what happened to the case?

A. I saw it in the news later. I'm not sure when. I know that person pled guilty to it. I'm sorry, confessed to it during arraignment. That was the last time I heard of it.

Q. Did you ever have any involvement with that other individual?

A. He came to the 45th Precinct that night with the lady. I forgot her name.

Q. The same lady who let you in in the first place?

A. Yes.

Q. Can you describe that lady, just roughly?

Page 99

C. Polanco

A. I don't remember.

Q. At all?

A. At all.

Q. Okay. Can you describe the individual who came down to the precinct with the lady later that day?

A. Roughly he was a little heavy with a cane. That's what I remember.

Q. Did you speak to him?

A. Not necessarily. I escorted him to the office where they were conducting the interview, and that was it.

Q. So he was interviewed?

A. I believe so.

Q. But you weren't sitting in on that interview?

A. No.

Q. Do you know who was involved in that interview?

A. I wouldn't be able to tell you.

Q. And that individual who came down, at any point did you see him in the apartment when you were there earlier in the day?

Page 100

C. Polanco

A. I don't remember. I don't remember him at all in the apartment.

Q. You mean you can't remember if you saw him so it's possible he was there, or you didn't see him?

MR. SIDDIQI: Objection to form. You can answer.

A. I don't remember him other than when he came to the 45th Precinct.

Q. So he could have been in the apartment?

A. I wouldn't be able to tell you that.

Q. And you said you later discovered he confessed to committing the crime?

A. Yes. From the news.

Q. Did you ever see that individual again after he had come into the precinct that evening?

A. No.

Q. Any follow-up with the FBI beyond that evening?

A. No.

Page 101

C. Polanco

Q. Just that one occasion with the DA's Office?

A. Yes.

Q. They never contacted you again?

A. No.

MR. ANDERSON: Can you bear with me for two minutes.

(Whereupon, an off-the-record discussion was held.)

MR. ANDERSON: There's one more document I would like you to look at. We will mark it Plaintiff's Exhibit 5.

(Plaintiff's Exhibit 5, Document, marked for identification, as of this date.)

A. What am I looking at?

Q. Just take your time to go through that and familiarize yourself with the document.

MR. ANDERSON: For the record, it's been marked prior as Defendants' 21. It's been marked for the purpose of this deposition as Plaintiff's Exhibit 5.

26 (Pages 98 to 101)

Page 102

C. Polanco

BY MR. ANDERSON:

Q. Officer Polanco, you've had a chance to look at this document. Do you know what this document?

A. No idea.

Q. Have you ever seen it before?

A. Never in my life.

Q. You don't know who compiled it?

A. No.

MR. ANDERSON: No further questions.

(Time noted: 1:35 p.m.)

Page 104

CERTIFICATE

STATE OF NEW YORK   )
              : ss.
COUNTY OF NEW YORK  )

I, Linda Salzman, a Notary Public within and for the State of New York, do hereby certify:

That SERGEANT CESAR POLANCO, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 22nd day of March, 2017.

_____

Linda Salzman

Page 103

STATE OF _____ )
            ) :ss
COUNTY OF _____)

I, SERGEANT CESAR POLANCO, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

_____
SERGEANT CESAR POLANCO

Page 105

--------------- I N D E X ---------------
WITNESS      EXAMINATION BY      PAGE
SERGEANT CESAR POLANCO
     MR. ANDERSON        5

--------------- EXHIBITS ----------------
PLAINTIFF'S                FOR ID.
Exhibit 1 Internal Affairs resumé    43
Exhibit 2 Photograph            69
Exhibit 3 Photograph            78
Exhibit 4 Four photographs          84
Exhibit 5 Document            101

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 106

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections.  You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you.  If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

Page 107

ERRATA SHEET FOR THE TRANSCRIPT OF:
Case Name:  Egan v. New York City, et al.
Dep. Date:  March 16, 2017
Deponent:   SERGEANT CESAR POLANCO
Pg. Ln.  Now Reads  Should Read  Reason
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
Signature of Deponent

SUBSCRIBED AND SWORN BEFORE ME
THIS   DAY OF        , 2017.
_____
(Notary Public)  MY COMMISSION
EXPIRES:_____

28 (Pages 106 to 107)

**A**

**ability** 6:23
**able** 41:18 68:2
   99:21 100:13
**academy** 7:24 8:16
   8:21,24 9:3,20
   13:15
**accident** 60:25
**account** 26:15
**accurate** 6:15,21
   46:19 106:19
**accusation** 44:15
   44:20
**acknowledge** 69:7
**acronym** 94:24
**action** 45:19 47:9
   59:25 104:18
**actions** 46:15
**actual** 64:19,22
   65:14 85:16,17
   94:23
**add** 37:15 70:5
**address** 14:17,18
   30:12,17 65:8,10
**administrative**
   91:17
**adult** 34:9
**advance** 71:25
**Affairs** 37:20 39:15
   40:9,10 41:5,9
   43:15 44:4 46:2
   50:19 105:9
**afield** 85:23
**afternoon** 60:25
   61:5,16 62:8
**age** 34:6,18
**agent** 92:11 93:19
**AGREED** 4:4,10
   4:14
**Agreement** 2:9
**ahead** 35:12 70:4
   71:8 72:24 79:13
**air** 63:18 67:25
   68:3 81:13 89:3
**al** 107:3
**alerted** 63:2

**allegation** 44:23
   45:8 47:16 49:15
   49:18,25 50:6,16
   50:25 51:3,14,18
   52:9,12,19 53:18
   59:9,18 60:4
**allegations** 38:6,7
   45:17,22 48:2,6,8
   48:13 49:10 51:25
   52:6 53:22 55:6
   57:15 59:12 60:3
**allowed** 73:18
**Anderson** 3:9 5:7,9
   38:13,22 39:2,8
   40:19 42:9,14
   43:12,17,22 44:2
   47:20 49:21 58:2
   58:5,18 60:15
   69:11,17 70:5,7
   71:15,17 78:5,10
   84:6,12 101:7,11
   101:21 102:2,11
   105:5
**answer** 6:5 8:6 9:25
   12:15 13:5 16:12
   18:22 23:14 27:22
   28:24 36:8 37:10
   38:11 39:19 40:20
   41:12,13,14,18
   44:22 45:24 47:15
   48:15 52:3,14
   53:25 55:9,19
   56:5 57:9,22,25
   58:12,14,17 59:15
   67:24 72:5,11
   82:19 100:8
**answering** 24:4
**answers** 6:15,21,23
   38:4
**anti-crime** 17:12
   17:16,20,25 18:3
   18:25 19:2,14,18
   20:11,15 28:7,9
   31:14,17 32:7
   36:15 37:7,8,11
   37:12 45:10,12
   47:2 48:16 54:10

**anybody** 73:3
   74:25 80:4 83:19
   83:21 95:5
**apartment** 69:2
   71:11 73:19,20
   74:6,14,24 75:2,9
   75:18 76:9 78:15
   82:8 83:14,19,24
   99:24 100:3,12
**apologize** 53:3
**applies** 88:2
**apply** 39:12
**apprehend** 31:25
**Apprehended** 49:2
**apprehension**
   21:10,24 22:2
**appropriate** 106:6
**approximation**
   96:8
**April** 45:18 49:17
**area** 11:19,22,24,25
   31:22 33:18,25
   71:20 84:4,5
**areas** 14:20
**arraignment** 98:14
**arrest** 27:8,14
   28:10,12,15,20
   60:17 80:16,18,19
   89:5,8,11 90:2
   95:19,25
**arrested** 34:2 92:15
**arrests** 12:4,7,13
   16:2,6,8 26:21,25
   27:19 28:8 32:3
   37:16
**arrival** 72:2 91:19
**arrive** 91:20
**arrived** 65:23,25
   66:23 67:7 85:3
   91:23
**asked** 17:11 71:19
   73:17 77:9,12
   79:19,21,22,23,25
   80:3,4
**asking** 5:11 42:7
   73:19 74:5 83:17
   83:20,22 87:10

**asserting** 37:24
**assign** 62:8
**assigned** 9:13 11:21
   13:24 15:15,17
   19:17 23:8,20,24
   25:19,25 27:19
   29:10,12 31:12
   32:9,14 33:10
   34:24 35:7,16
   47:3 61:4 66:5,21
**assignment** 9:4,11
   13:23 22:23 29:7
   32:18 35:4 60:20
**assignments** 35:10
**associated** 59:11
**Association** 59:10
**assuming** 43:20
   71:14
**attached** 103:12
   106:12
**attained** 6:25
**attend** 65:10
**attorney** 43:10 57:9
   97:23 106:16
**attorney's** 39:10
   96:15,18,24 97:20
**auto** 31:22
**available** 31:24
**aviation** 63:5,18,25
   66:24 67:3 70:11
   77:10 80:21,25
   81:2 89:12,13
**aware** 46:11
**a.m** 2:3

**B**

**B** 86:11
**bachelor's** 7:3
**back** 12:19 13:12
   32:23 57:7 62:4
   72:8 77:2 89:16
   89:18,23
**background** 5:15
**backup** 11:16
**bad** 8:8 57:6
**based** 14:5,10 17:9
   17:21 19:21 20:20

24:5 27:6,9 30:19
34:20,21,22
**basically** 18:19
**basis** 9:22 30:13
**beam** 63:7 64:3
   78:25 79:5 82:16
   86:14
**beams** 68:12 71:21
   72:3
**bear** 101:7
**bedroom** 75:12
   76:14 77:16 87:8
**bedrooms** 75:6
**beer** 48:23 49:4
**Behalf** 3:4,13
**believe** 8:11 16:17
   35:14 42:17 43:3
   48:17 49:23 56:18
   61:8 69:2 78:17
   86:8 88:18 99:15
**believed** 8:9 48:22
   48:24 50:19
**bells** 52:22
**benefit** 5:24
**best** 6:22,23 39:15
   42:22
**better** 8:10 17:10
   20:3 29:24
**beyond** 43:21 86:19
   100:24
**bit** 20:24 35:12
   71:9 93:4,5
**black** 77:3
**blanked** 44:5
**block** 88:16 89:4
**blood** 104:18
**book** 45:20 47:7,8
   48:11 49:8
**Bookings** 94:12
**borough** 90:8,10,13
   90:14
**bottle** 48:23
**bottom** 51:13
**breach** 44:17
**break** 6:10 60:13
**briefly** 30:7
**bring** 80:16,17

**Broadway** 2:8 3:6
**Bronx** 23:4 90:13
  90:13,14 97:20
**building** 12:19
  65:14,16 73:2
**buildings** 12:20
  14:15 15:10
**burglaries** 18:5
**burglary** 31:21
**button** 78:22 79:15
  79:17

**C**

**C** 3:2 6:1 7:1 8:1
  9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1 64:1 65:1
  66:1 67:1 68:1
  69:1 70:1 71:1
  72:1 73:1 74:1
  75:1 76:1 77:1
  78:1 79:1 80:1
  81:1 82:1 83:1
  84:1 85:1 86:1
  87:1,16 88:1 89:1
  90:1 91:1 92:1
  93:1 94:1 95:1
  96:1 97:1 98:1
  99:1 100:1 101:1
  102:1 104:2,2
**cadet** 7:14 8:18

**call** 10:3 11:17 21:9
  27:24 34:7 37:12
  47:7 54:2 62:2
  64:2 66:6 90:15
  93:11
**called** 5:3 9:6 29:22
  29:22 94:23
**calls** 11:12,12
  14:19,21 18:13,15
  23:14 24:2,4
  32:15 46:2 62:12
**cane** 99:9
**capacity** 1:12 66:18
**car** 10:15 15:13,20
  21:9,10 62:24
  63:11,15 65:21
  66:5,8 89:21,22
**career** 96:9
**carefully** 106:4
**cars** 25:5
**cartel** 51:10 59:20
**cartels** 50:18 51:4
**case** 33:18 39:7
  52:10 98:10 107:3
**cases** 40:13,15
**catch** 21:9
**CCRB** 42:5,12,16
**Central** 94:12
**certain** 13:3
**certification** 4:6
**certify** 103:10
  104:9,16
**CESAR** 1:11,18
  2:5 5:2 103:7,18
  104:10 105:4
  107:5
**chance** 102:4
**change** 12:25 13:6
  17:3,16 32:24
  34:8 36:25 56:23
**changes** 10:16
  106:11
**changing** 8:12
**characteristic**
  36:14
**characteristics**
  36:5 37:5

**characterizing**
  79:12
**charge** 23:13 34:3
  57:2 90:12,16
  91:9 94:24
**charges** 27:10
  39:21
**child** 34:4
**Chittum** 1:10 66:11
  66:16 73:6 74:12
  89:7,15,25 91:16
  92:21
**Church** 3:16
**circling** 71:4
**City** 1:9,13 3:14
  23:5 107:3
**clarify** 27:11 28:11
  47:21 71:18 80:2
  87:10,17,19
**classification** 44:16
**clean** 12:20 14:14
**clear** 5:25 6:7
**close** 81:12,14
**closed** 52:10
**Closer** 81:15,17
**Club** 23:5
**college** 7:6,13,16,17
  7:19,22,25
**color** 24:23 77:10
**combined** 47:11,12
**come** 13:14 50:24
  71:16 75:12,23
  77:15 78:25 95:12
  100:20
**comes** 74:6 79:5
**coming** 64:23 67:2
  67:18 71:21 72:3
  82:16
**command** 14:6
  17:22 19:23 26:7
  37:21 40:3 41:20
  54:15,18 57:3,11
**commanding** 32:24
  90:22,23
**commercial** 64:13
**COMMISSION**
  107:24

**Commissioner**
  94:21
**commit** 48:18
**committing** 12:10
  100:16
**communicating**
  67:9
**communication**
  97:6,8,18 98:3
**communications**
  91:3 96:14,23
**community** 8:7,12
  14:9,10
**compiled** 102:9
**complaint** 42:12
  51:23 53:12
**complaints** 14:16
  22:8 30:10 42:5
  42:16
**completed** 40:11
**concentrate** 14:12
  18:6 20:7
**concern** 47:15
**conclusion** 13:21
**Conditions** 29:12
  29:17,18,20,23,24
  30:2,9,20,23 31:8
  31:12 54:10
**conduct** 53:19
**conducting** 99:12
**confessed** 98:13
  100:16
**confirm** 69:7 76:23
  80:21 81:2
**confirmed** 69:9
  76:22 80:25 82:2
  89:13
**confuse** 55:11
**confused** 93:24
**contact** 97:14
**contacted** 95:24
  96:10 101:5
**contender** 56:7
**continue** 34:5,13
**continued** 75:13
  91:16
**continuing** 75:17

**control** 53:8
**conversation** 75:14
**cop** 9:18
**cops** 23:25 36:12
**corner** 65:11,12,13
  65:15,23
**Corporation** 3:15
**Corps** 7:14
**correct** 8:17 16:16
  28:15 41:6 59:4
  59:20 68:17 88:12
  103:11
**corrections** 103:12
  106:5,7
**correctly** 69:4
**corruption** 50:2,7
**counsel** 3:15 4:4
  38:3 79:11
**counterterrorism**
  90:21
**Country** 23:5
**COUNTY** 103:4
  104:5
**couple** 73:17 88:11
**course** 46:8
**court** 1:2 4:17 5:25
  34:9 106:20
**courts** 34:12
**cover** 11:22 62:2
**covers** 11:23
**Co-Op** 23:5
**crime** 31:14 33:21
  33:24 34:4 37:2
  91:10 97:10
  100:17
**crimes** 12:10,12
  18:6,15,16,19
  33:23 34:14,15
**criminal** 7:4
**current** 46:25
**curtains** 72:16

**D**

**D** 88:3,14 105:2
**daily** 21:20 24:3
**dark** 72:19,21
**date** 43:16 46:25

49:16 51:16,16 53:14 59:8,23 60:22 69:16 78:9 84:11 101:16 106:9 107:4
**day** 10:16 12:25,25 13:7,7,8,8 15:23 15:24 21:5,15 25:13 27:20 30:14 30:16 36:11 61:7 61:9,17 66:14 70:11 73:7,21 92:8 94:6 97:16 99:7,25 104:22 107:22
**days** 20:18,19 53:16 106:16
**daytime** 20:11
**day-to-day** 9:22 30:13
**DA's** 98:3 101:3
**DCPI** 94:19 95:6 95:25 96:10
**dealer** 59:11
**dealt** 51:4
**December** 51:24
**decided** 28:19
**decision** 27:3 28:14 36:24
**deemed** 17:10 46:16 49:3 106:19
**defendant** 2:6 42:22 55:3 58:22 59:4
**defendants** 1:14 3:13 37:25 45:16 48:5 49:14 52:5 55:22 70:6 78:12 101:22
**degree** 7:3
**DelleCave** 3:5
**demands** 38:2
**denying** 93:22
**Dep** 107:4
**department** 1:13 3:14 44:18 46:16 48:9 53:21 56:8

**depending** 11:17
**depends** 21:4 36:10
**depicted** 70:16 87:4
**depicting** 84:20 86:12 87:17
**Deponent** 107:5,19
**deposing** 106:15
**deposition** 1:18 2:5 4:7,14 101:24 103:9 104:11,13 106:3,13,17,18
**Deputy** 94:21
**describe** 74:13 86:12 98:24 99:5
**described** 21:14 37:6 40:2 65:24 85:5
**description** 82:6,11
**desk** 25:15 26:6,16 32:15 35:19 95:15 95:16
**destroy** 54:3
**destroying** 57:17
**details** 39:10,12 48:12 55:4 64:15
**detective** 35:22 92:20
**device** 49:24
**difference** 8:11 36:20
**different** 7:18 17:7 17:11 20:10 21:13 21:23 32:25 36:15 37:7,11 40:25 54:17 60:4 61:19
**direct** 30:11 67:13
**directed** 18:15 63:14 70:11 72:25
**directing** 67:11
**directly** 64:8 79:22 95:14
**discipline** 40:3 53:20 55:24 56:2 56:20 57:2,12
**disciplines** 37:22 41:21
**discovered** 100:16

**discovery** 38:2
**discussed** 38:14 52:8 53:3,5,10,17 59:13 60:3,7
**discussion** 43:25 101:10
**dispatch** 49:9 63:4
**distance** 67:21 88:21
**distinguish** 25:2
**district** 1:2,3 96:15 96:18,24 97:20,23
**document** 44:6 101:12,15,20 102:4,5 105:13
**documented** 57:5
**documents** 43:9
**doing** 8:10 9:18 10:6 14:12 21:16 27:3 37:3 57:4 64:13 74:8 77:14 78:20 106:8
**door** 73:3,10,11,13 86:20,21 87:11,12
**doorway** 87:7
**Downtown** 31:14
**drawn** 72:17
**driver** 62:10
**driving** 12:16
**drug** 22:8
**drugs** 12:18,21 16:7 20:9
**duly** 5:3 104:12
**duties** 21:4 24:3 25:22 26:2,5,6,9 26:16 32:15 62:9
**duty** 36:10

**E**

**E** 3:2,2 104:2,2 105:2
**earlier** 25:9 45:5 47:25 81:16,18 99:24
**east** 86:3 88:18,19
**education** 6:25 7:10,23

**educational** 5:15
**effect** 4:16
**efficiency** 53:20
**Egan** 1:6 5:10 60:17 63:3 75:5 75:11 76:13 77:13 77:15 79:20,22,23 80:7 82:24 83:18 85:9,10 86:21 88:7,21 89:6 93:20 94:6,12 107:3
**eight** 13:12,14
**either** 11:7,16 38:18 74:11 83:17
**emerged** 86:22
**employment** 5:15 7:10,22
**ended** 48:18,22
**Enforcement** 19:20
**enforcer** 36:19
**engaged** 53:19
**entail** 56:14,19 97:9
**entails** 33:15
**enter** 74:15,15,18 74:18
**entered** 74:23 75:18
**entire** 61:3 83:5 93:3
**entitles** 33:23
**entries** 53:11
**errata** 106:6,9,11 106:15 107:2
**escort** 89:16
**escorted** 99:11
**ESQ** 3:9,19
**essentially** 25:23
**established** 71:14
**estimate** 39:15 41:3
**estimating** 87:2
**et** 107:3
**evening** 100:21,24
**event** 97:2
**everyday** 46:6
**evidence** 26:11,13

27:11 44:25 45:7
**exact** 68:16
**exactly** 80:2
**EXAMINATION** 5:6 105:3
**examined** 5:4
**example** 9:21 12:11 21:6 36:11 44:7
**exhibit** 43:8,13,14 69:13,14,20,25 70:6 76:4 78:6,7 84:8,9,15 101:13 101:14,25 105:9 105:10,11,12,13
**EXHIBITS** 105:7
**experience** 36:4
**EXPIRES** 107:25
**explain** 14:7 17:24 27:4,7 29:16 30:8 33:14 40:16 55:25 67:14 69:21 70:8 78:19 84:21
**explained** 66:24 67:16
**explains** 28:13
**extent** 57:22 58:10 59:15 70:16 79:11 80:13
**extra** 56:21

**F**

**F** 104:2
**fact** 51:7 93:22
**facts** 71:14
**fail** 106:18
**failed** 46:3 49:5,7,8 59:10
**failing** 45:18
**failure** 45:19 48:10 52:10 59:23,24
**falls** 47:16
**familiarize** 101:19
**family** 54:22
**far** 58:11 67:20 71:25 87:3 88:20
**FBI** 90:21 91:3,19 91:20,23 92:11

93:18 100:23
**February** 51:16
**federal** 91:12 92:12
**feed** 68:2
**feet** 87:3,7,10,14
  89:3
**female** 74:21 77:13
  79:23 83:18
**field** 9:14,16,23
  11:4,14 12:2 13:9
  13:15,19 16:9
**find** 46:14
**finding** 77:20
**fine** 6:12 58:19
**finish** 6:4
**first** 9:4,12 22:23
  32:19 38:25 63:2
  63:14,20 65:15,22
  84:18 85:3 98:22
**five** 10:22 19:4,12
  31:3,5,19
**fix** 30:15
**flew** 63:24
**flights** 64:14
**floor** 69:3 73:12
  77:24
**followed** 50:20
**following** 64:20
**follows** 5:5
**follows-ups** 34:16
**follow-up** 98:6,8
  100:23
**follow-ups** 34:3,16
**foot** 10:14 15:13,20
  22:5 49:2
**force** 4:16
**foregoing** 103:8
**forever** 36:25
**forfeit** 53:17
**forgot** 98:19
**form** 4:11 8:5 9:24
  12:14 13:4 16:11
  18:21 27:21 28:23
  36:7 39:17 41:11
  41:17,22 44:21
  45:23 46:22 48:14
  52:2,13 53:24

55:8,14,18 56:4
59:14 67:23 70:15
71:13 72:4,10,23
79:10 81:21 82:18
100:7
**forth** 104:12
**found** 45:2 47:2,4,5
  50:2,21 51:7,8
  58:8 71:12 77:18
  78:15 86:17 87:20
**four** 25:7 31:18
  34:25 40:14,25
  42:17 58:7 84:7,9
  105:12
**FRANK** 1:6
**free** 29:3
**frisk** 49:7
**front** 63:10
**full** 6:14,20 21:10
**funny** 50:22
**further** 4:9,13 68:5
  85:23 88:16
  102:11 104:16
**future** 38:17 94:9

**G**

**general** 5:17 79:25
**gentle** 36:17
**gentleman** 80:15
**geographically** 9:7
  11:20 19:22 23:2
**gestures** 5:24
**give** 5:12 6:14,20
  6:22 9:21 12:11
  21:6 41:23 72:7
  82:11 96:11 97:22
**given** 14:24 25:6,19
  46:2 65:9 82:6
  104:15
**GLAs** 18:5
**go** 7:22 10:2,13
  11:11,16 12:22,24
  13:2 14:17,20
  15:9 18:12,18
  19:6 22:6 23:14
  24:9,11,12,15
  28:2 31:19 39:9

39:24 43:4,10,22
45:15 62:13,16,19
70:4 72:24 73:2
78:3 79:13 86:10
86:24 89:18
101:18
**goes** 50:13
**going** 5:11,13,16
  6:6,22 25:24
  32:22 34:5 39:12
  40:18 43:6 46:10
  47:15 57:7 58:2
  58:14,16 64:19
  67:17 68:16 80:12
  86:8 93:25 95:20
**good** 5:8 36:5 46:16
  53:19 57:5 60:13
  60:14
**GPS** 49:24 50:7,20
  51:8 57:15
**grabbed** 77:8 78:21
**graduated** 7:21 9:2
**graduation** 8:24
**grand** 31:21,22
**green** 77:9,9,12,25
  78:2
**grew** 8:14,15
**ground** 48:24 78:19
**guard** 7:13
**guess** 41:25 43:7
  59:11 69:12 75:13
  86:6 87:3 89:3
  96:11
**guesstimate** 88:25
**guesstimating**
  88:24
**guilty** 45:2 47:2,5,5
  53:16 56:6 57:13
  57:15,20 58:6,8
  98:13
**guy** 37:13
**guys** 80:12

**H**

**Hall** 14:15
**Hamilton** 9:6
**hand** 76:20 104:22

**handcuffs** 80:23
**happen** 28:22
  62:11 68:19 96:4
**happened** 29:2
  30:14 62:7 63:16
  65:22 66:22 72:22
  73:9,15 74:2,4
  76:15 79:18 80:14
  80:22 89:14,23
  91:5,14 92:13
  98:9
**happening** 18:17
  18:20
**happens** 30:16
**hard** 30:15 74:3
**harder** 18:6
**headquarters** 95:4
**hear** 68:10
**heard** 75:14 98:15
**hearing** 64:8
**heavy** 99:8
**Heights** 8:15 9:6,10
**held** 2:6 26:13
  43:25 101:10
**helicopter** 63:24
  64:5,6,9,21 67:4,5
  67:10,20 68:8,11
  69:6 70:13 71:6
  71:25 75:16 81:10
  83:3 84:25 85:4,6
  85:9,20 87:6,13
  88:6,14,16,22,23
**help** 8:7 37:18 43:5
**hereinbefore**
  104:12
**hereto** 4:5
**hereunto** 104:22
**higher** 34:15 91:10
  91:11
**higher-ups** 90:16
**highest** 6:24
**Hold** 39:9
**honest** 6:14,20
**hospital** 97:13
**hours** 20:2,10
  56:23,24 61:13
**house** 65:17 70:10

70:14 81:9 84:23
**hovering** 81:11
  86:4 88:14
**hungry** 37:13

**I**

**IAB** 59:10,24
**ID** 105:8
**idea** 70:22 102:6
**identification**
  43:16 69:15 78:8
  84:11 88:23
  101:15
**identified** 81:24
  82:25 83:3 85:9
  88:7
**impede** 52:18
**imperative** 106:14
**implicate** 57:23
**implicates** 58:10
**incident** 5:18 35:13
  60:10 63:3
**incidents** 39:13
  40:25 43:6,20
  91:10,11
**incomplete** 45:20
  48:11
**indication** 72:8
**individual** 12:24
  13:2 74:20,21
  79:24 82:3,7,11
  82:15 83:2,18
  88:7,22 92:4,6
  98:17 99:6,22
  100:19
**individually** 1:11
**individuals** 83:15
  91:23
**infested** 12:21
**information** 63:21
  95:8,17
**inserted** 79:7
**inside** 71:12 73:2
  74:14 75:25 76:9
  82:12
**Inspect** 39:22
**instruct** 49:5 57:24

instructed 80:15
instructing 58:12
instruction 38:11
    47:17 50:11 58:15
instructions 57:24
    58:11 106:2
instructs 38:3
Intel 91:6,9,19
    92:20
interacted 83:6
interacting 83:8
interaction 94:6,9
interested 104:19
internal 37:20,21
    39:15 40:9,10
    41:5,9 43:14 44:4
    45:25 50:19 52:25
    59:8 73:13 90:17
    105:9
interview 92:17,19
    93:2,3,14,17
    99:13,17,20
interviewed 99:14
investigation 40:11
    41:5 44:9,12
    45:22 52:17,18
    53:23 59:8 91:12
    95:20
investigations
    37:21 39:16 41:9
    52:25
involved 12:12 51:4
    59:20 60:16 99:19
involvement 98:17
involving 63:3
issue 54:4
issued 54:21,22
issues 14:11 33:21

**J**

J 3:19
January 8:25 9:3
    48:9 59:8,23
Jay 7:6,18,20,22,25
job 1:25 94:17
John 7:6,18,20,21
    7:25

join 17:11
joined 8:16,18
    16:14
jumping 35:12 71:8
justice 7:4
juvenile 33:23,24
    33:25 37:2

**K**

keep 34:18 43:2
kept 73:19 74:4
keys 79:7,8
kid 37:18
kids 33:20 34:17
kid's 36:25
kind 11:12 12:6,12
    16:5 30:14 34:10
kitchen 74:16,19
    76:10,11 84:3
kitchen/living 84:5
knew 69:9
knock 73:2
know 6:9,11 36:20
    39:4,14,18,20
    41:8,12,14,21
    42:15,25 46:9
    48:20 50:23 51:8
    51:20 52:3,4,14
    52:15,16 53:25
    55:9,19 57:14
    59:16 63:24 70:20
    70:25 74:21 83:7
    83:10 90:8 93:13
    93:25 94:11 98:9
    98:12 99:19 102:5
    102:9
knowledge 27:9
    42:23 59:6

**L**

lady 73:10 98:19,21
    98:24 99:7
larceny 31:21,22
larger 20:25
laser 63:6 64:3,22
    66:25 67:18 68:6
    68:12 71:12,21

72:2 77:5,7,10,18
77:23 78:14,15,24
79:8 81:5 82:16
82:22 86:14,17
87:20 93:23
lastly 5:17 6:13
    42:20
LAW 3:14
lawsuit 5:10,19
    35:14 38:8 55:7
    55:13 58:21,25
    60:11
lawsuits 42:22 55:2
layout 74:14 76:8
lead 41:6
leading 93:16
learn 10:3 37:2
learning 9:17
leave 93:10
leaving 31:12
led 50:7 68:25
left 19:18 74:17
    78:22 79:3,4
    86:19
legitimate 28:15
letters 77:6
let's 43:4,12 60:9
    78:5 85:2 87:2,15
level 6:24 26:14
    55:23 56:2 57:3
levels 56:9
license 12:17
lieutenant 15:5
    25:21 35:22,24
    57:2
life 29:19 30:11
    36:25 102:8
light 64:21 67:18
    68:16 69:5,8 71:6
    72:19 75:16,21,24
    77:9,25 78:2
    81:19 85:4 87:6
    87:13,24
limit 38:3
limited 50:14 56:22
limiting 38:10
    47:17 50:10 57:23

58:11
Linda 1:24 2:10
    104:7,25
lists 52:6
little 20:24 35:12
    68:5 71:8 93:4
    99:8
live 9:19
lived 8:8 83:19
living 74:17
LLP 2:8 3:5
Ln 107:6
located 9:8 65:16
    76:8 84:23
location 63:17
    64:12,16,20 65:13
    65:23 66:23
long 8:20 13:18
    16:18 19:14 22:10
    29:6 31:8 32:6
    33:5 35:3 56:11
    56:17
longer 18:7 56:7
look 31:22,23 36:14
    36:16 37:5 44:14
    48:4 49:13 52:24
    55:3,21 65:7
    69:19 70:23 84:14
    84:17 86:19
    101:12 102:4
looked 77:4,5
looking 12:9 18:7,8
    18:11 31:25 37:8
    37:13,14,17 44:3
    44:7 48:19 53:7
    69:22 70:9,10
    78:13 79:4 84:18
    88:10,13 101:17
looks 59:5 82:4
lot 8:10 22:7 36:21
    36:22

**M**

main 5:17 11:17
    14:14 18:4,9,15
    23:25
major 96:5

making 12:4,13
    16:2,6,8 26:21
    27:20 28:8 37:16
    38:15 45:2
Malcolm 3:9 5:9
malcolm@peters...
    3:10
man 81:4 92:9,10
Manhattan 9:10
March 1:20 2:2
    35:14 60:17
    104:23 107:4
marijuana 12:18
    20:9
mark 38:16 43:7,12
    69:12 71:4 78:5
    84:7 101:13
marked 23:16,17
    43:15,19 44:8
    45:16 55:21 69:15
    69:20 78:8,12
    84:10,14,19 86:11
    87:16 88:10
    101:15,22,23
marking 69:25
markings 70:24
marks 70:25
marriage 20:3
    104:18
married 20:2
matter 104:20
matters 5:21
Maximum 25:7
mean 9:15 14:13
    17:8 18:12 20:6
    23:11,15,23 26:12
    27:4 31:16 39:23
    46:4 47:13 58:7
    65:12 66:3 67:4
    67:15 85:25 90:11
    94:20 100:4
means 17:25 56:2
meant 28:12
meet 97:15
MELVIN 1:10
member 54:23
    55:23

members 1:12
memo 45:20 47:6,7
   48:10 49:8
memory 43:5
mentioned 82:14
met 92:6
metal 48:25 77:3
meters 88:20
middle 16:15,22
   49:20
minimum 25:7,20
minutes 101:8
mistake 10:6 34:5
   54:6
mistakes 34:6,7
misunderstanding
   11:10
monitor 62:11
monitoring 55:24
   56:3,8,12,20
   57:12
month 57:4
months 8:22 13:20
   13:22 33:7 56:13
   56:16,18
morning 5:8 6:14
   6:19 56:25 61:9
   61:16
move 60:9 87:15
multiple 48:2

_____

**N**

N 3:2 105:2
name 5:9 55:4
   58:23 59:19 83:7
   83:10 91:22 98:20
   107:3
named 42:21 55:3
   58:22 59:3
narcotics 19:19
   20:8,8 59:11
nature 5:23 38:7
necessarily 10:23
   99:11
necessary 106:4
Neck 23:4
need 6:10 27:11,11

needed 90:4,8,20
   91:18 92:14 95:8
   97:14
neighborhood 8:8
   8:13
never 94:10 101:5
   102:8
new 1:3,9,13,19,19
   2:8,8,11 3:7,7,14
   3:17,17 32:24
   104:3,5,9 107:3
news 98:11 100:18
night 20:15 98:19
nighttime 20:12
nine 25:8
nods 5:24
normal 61:13 96:7
Notary 2:10 4:15
   5:4 104:7 107:24
note 38:13
noted 102:13
   106:11
notified 90:4 91:6
   91:12
notify 49:9 52:10
   59:10,24 90:3,19
   90:21
notifying 90:16
November 22:11
   22:22 29:4 35:20
   52:11 53:15
number 38:23
   39:18,20 41:21,23
   42:8,9 48:6 53:8
   65:15 84:15
numbers 38:23,24
   39:13
numerous 90:3
NYPD 5:16 7:14
   9:4 35:22 37:19
   39:14 46:5 67:5
   89:13 90:7,17
   91:7 96:2

_____

**O**

object 58:3
objected 57:10

objection 8:5 9:24
   12:14 13:4 16:11
   18:21 27:21 28:23
   36:7 37:9,23
   38:15,15 39:17
   40:18 41:11,17,22
   44:21 45:23 46:22
   47:14 48:14 50:9
   52:2,13 53:24
   55:8,14,18 56:4
   57:21 58:9 59:14
   67:23 70:15 71:13
   72:4,10,23 79:10
   81:21 82:18 100:7
objections 4:10
   37:24 39:10,11
   57:8
objective 14:14
   23:25
observation 21:7
   22:3,7 36:23
observe 18:19
obtain 7:5,7
occasion 101:2
occur 45:8
Occurred 51:16
occurrence 49:9,16
occurrences 46:7
office 3:15 96:15,18
   96:25 97:21 98:4
   99:12 101:3
officer 1:9,10 8:4
   10:2,7,11,14,19
   10:20 11:2,7 12:3
   12:23 15:7 24:24
   25:15 26:6 28:7
   28:13 30:16 32:25
   36:6,18,22,24
   37:8,11,12,15,16
   37:17 41:10 45:11
   50:17 54:3,11,17
   54:18 62:20 66:10
   66:11,15 73:5
   74:11 83:11 89:5
   89:7,15,25 90:22
   90:23 91:16 92:21
   102:3

officers 10:25
   13:10 15:5 19:2,4
   19:12 20:22,25
   21:21 25:24 26:23
   26:24 27:19 30:12
   31:2,6,19 32:3
   34:23,25 35:2
   45:3 49:5 54:14
   64:9 66:7 71:24
   72:25 73:23 74:10
officers/schools
   36:13
officer's 36:10
offices 2:7
officially 10:10
   20:5
off-the-record
   43:24 101:9
Okay 11:4 37:4
   41:2,20 42:18
   47:19 49:22 59:7
   66:12 73:15 76:19
   76:25 80:6,14
   84:6 91:14 96:13
   99:5
OMAR 3:19
once 74:14,15
   77:17 89:12
ones 27:23 34:15
   52:7 53:2
one-time 40:14
open 72:17
opened 73:10
operated 77:22
   78:18 79:9
operation 21:17,19
   90:7,20
order 53:20
ordered 89:15
ordinarily 21:15
original 106:15
osiddiqi@law.ny...
   3:20
outcome 55:12
   104:20
outline 5:13
outside 70:18 71:20

   72:19,20 80:17,17
   80:24 81:9 93:12
overall 50:24
owns 79:20 80:5

_____

**P**

P 3:2,2
page 44:14 45:15
   46:24 49:13,14,20
   51:13,22 52:5,24
   53:14 54:25 58:21
   103:13 105:3
pages 44:8 103:9
paperwork 91:17
parent 36:18
parked 64:25
part 5:17 9:9 13:9
   13:11 17:25 19:22
   20:22 40:8 61:5
   61:10,14 86:13
   91:7 93:7
partially 51:22
participate 55:16
particular 11:19
   13:13 15:10 37:15
   60:22 83:2
parties 4:5 104:17
partly 49:15
partner 15:16,21
   19:11 24:11,13
   25:11 66:14 73:6
parts 5:14 85:2
patrol 10:14,15
   14:20,21 15:10,13
   15:13,19 18:18
   19:7 23:8,9,12,13
   23:15,21,24 24:9
   25:6,13,16,19,25
   26:3,5,20 27:17
   27:20 28:8 29:6
   30:21 31:19 32:11
   32:13,23 33:2,5
   60:24 61:4 62:2
   62:14,17 63:11
   65:21 66:21
patterns 31:23
people 12:10,16,17

14:16,22 18:24 20:8 90:4,6
**percentage** 28:25
**performance** 17:9
**period** 13:3
**person** 27:8 29:3 31:25 32:25 48:20 82:5 83:4,8 90:15 92:14 98:12
**personnel** 62:9
**Peterson** 3:5
**PetersonDelleCave** 2:7
**petty** 34:14
**Pg** 107:6
**photo** 79:12
**photograph** 69:15 70:17 78:8 84:19 85:21 86:11 105:10,11
**photographs** 84:7 84:10,16 105:12
**pick** 36:21,23 40:21
**picture** 70:19,21,23 70:24 71:2,5,9 78:14 79:4,6 84:25 85:6,12 87:16 88:2,8,9,10 88:13,18
**pilot** 63:23 89:12
**pilots** 64:2 97:11,13 97:25
**pinpointed** 68:17
**pipe** 77:4
**place** 50:7 61:22 93:14 97:19 98:22
**placed** 49:24 50:20 50:21 55:23 56:2 56:10,11 57:8
**places** 56:8
**placing** 47:6
**plainclothes** 18:4,9 21:3,8 31:20
**plaintiff** 1:7 3:4 5:10
**plaintiff's** 38:2 43:13,14 55:4

58:23 69:13,14,20 76:4 78:6,7 84:8,9 84:15 101:13,14 101:24 105:8
**play** 79:16
**Plaza** 39:25
**pleading** 56:6
**please** 6:9 106:3,8
**pled** 53:16 57:12,14 57:19 58:6 98:12
**point** 6:11 10:11 14:24 15:6 21:8 22:3 35:15 42:10 43:8 61:17 62:7 62:14 63:8 64:17 65:6 67:10,17,22 68:13,16,23 73:9 76:14 77:19 80:20 80:24 88:22 89:10 89:19 92:13 99:23
**pointed** 68:6 76:4 77:11
**pointer** 58:23 71:12 86:17
**pointing** 63:6 64:3 66:25 68:3 69:10 81:5 82:22 86:15
**points** 64:21
**Polanco** 1:11,18 2:6 5:2,8 6:1 7:1 7:2 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1,3 45:1 46:1 47:1 48:1 49:1 50:1,17 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1

59:1 60:1,9 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1,18 70:1 70:3 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1,13 79:1 80:1 81:1 82:1 83:1 84:1,13 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 102:3 103:7,18 104:10 105:4 107:5
**police** 1:9,10,13 7:24 8:4,9,16,19 8:20,24 9:3,20 10:10,24 11:2 12:3,23 13:15 15:4,6 19:2,4 23:16,17,18 25:24 26:22,24 28:13 32:3 36:6,18 39:25 41:10 45:19 54:2,11 59:24 62:25
**policing** 14:10
**position** 15:11 22:5 85:10
**positioned** 85:2
**possible** 100:5
**precinct** 9:5,12,13 11:20,23 13:13 14:6 16:25 17:23 19:23 20:20 22:25 23:3,7 24:6 26:3,8 28:18 29:6,11 30:5,19 31:9 32:16 34:21,22 62:5 63:9 65:2,19 89:17,19,24 98:18 99:6 100:10,20
**predict** 6:6

**prejudicial** 53:19
**preliminary** 5:21 93:7 95:19
**present** 67:6 92:18 92:22,25 97:25
**preserving** 38:16
**press** 94:15,18,25 95:9
**pressed** 77:8 78:21 79:16
**pressing** 79:15
**pretty** 14:9 26:18 34:7 74:18 94:3
**prior** 7:9 101:22
**prisoner** 21:11 22:2 26:14 44:24 45:4 89:16
**prisoners** 26:10
**procedures** 44:18 48:10
**process** 9:17 90:2
**processing** 89:17 90:2
**Program** 14:15 46:20
**promoted** 22:11,13 22:17,22 29:5 35:19
**proper** 34:2 45:20 48:11
**property** 26:10 44:16,24,24 49:6 54:4
**provide** 43:6 48:12 95:8,17
**provided** 43:9 45:3 63:22 64:15 69:25 92:16
**providing** 27:7 39:12
**Public** 2:10 4:15 5:4 104:8 107:24
**pure** 38:22
**purely** 39:13
**purpose** 101:23
**pursuant** 2:9 58:15
**pursued** 49:2

**pushed** 12:20
**put** 49:8 50:3 57:11 80:23
**P-O-I-N-T-E-R** 58:24
**p.m** 102:13

---
### Q
**quality** 29:18 30:11 46:5
**quality-of-life** 14:11 18:8
**question** 4:11 6:7 6:18 36:9 38:12 47:22 49:7 57:25 58:13,15 61:18 78:16
**questioning** 93:16
**questions** 5:12,14 5:16,18,22 6:5,9 6:16,21 73:17 102:12
**quite** 40:21

---
### R
**R** 3:2 104:2
**radio** 11:15 62:11 63:4,21 64:10,25 67:12 76:24 81:24 81:25 83:5
**raised** 37:25
**ranges** 12:16 31:3
**ranks** 15:2
**read** 103:8 106:3 107:6
**Reads** 107:6
**really** 8:8
**reason** 6:3,13,19 8:3 28:20 32:22 50:18 66:13 106:5 107:6
**reasons** 20:13
**reassigned** 61:20
**receipt** 45:3 106:17
**receive** 11:13
**received** 51:15,24
**record** 6:2,7 38:14

43:23 69:21,24
78:11 84:21
101:21 104:14
**records** 65:7
**recruit** 8:19
**red** 77:7
**redacted** 43:19
**refer** 27:13
**referring** 54:25
**refresh** 43:5
**refrigerator** 77:3
86:13,16 87:17,20
**regards** 34:3 73:18
90:5 92:15
**relate** 47:24
**related** 43:21 44:12
48:2 51:25 53:13
94:25 104:17
**relates** 43:20
**relating** 51:19
52:12 53:12 60:2
60:6
**release** 94:18,18
**released** 49:4
**releasing** 94:25
**remaining** 61:3
**remember** 42:2
44:11,19 45:21
55:10,12,20 58:25
60:16 66:9,14
69:3 72:16,18
73:16 74:3,22
75:10 79:14,14
81:22 82:20,25
83:16,17,20,21,23
90:24 91:21,22
92:3 94:4,17
95:23 96:19 99:2
99:9 100:2,3,4,9
**remind** 21:22
**repeat** 40:20
**rephrase** 6:10
**report** 45:19 49:6,7
57:3 62:4 95:18
**Reported** 1:23
**reporter** 5:25
**represent** 5:9

**request** 20:4 95:12
**requested** 95:10
**requires** 91:11
**reserved** 4:12
**respect** 64:16 70:14
88:6
**respective** 4:5
**respond** 11:12
18:13,14 24:2
46:8 63:13
**responded** 63:17
**responding** 14:19
65:4,6
**responses** 5:22
37:25
**responsible** 26:14
27:16,18,23 31:5
31:18 33:17,19
45:7
**responsive** 38:5
**result** 47:10
**resumé** 43:15 44:4
105:9
**return** 106:14
**review** 30:10 31:20
31:23 33:24
**right** 9:10 24:20
27:3,10 31:25
38:16 68:4 74:16
76:21 88:14,15,17
94:22
**right-hand** 79:7
87:5
**ring** 52:22
**robberies** 18:5
34:17,17
**robbery** 31:20
48:18
**role** 17:3 21:3 23:6
30:8 32:12 33:2
34:24 45:6,9
46:17
**roles** 17:16
**rolled** 47:23
**room** 39:25 56:7
74:7,17 75:4 84:5
86:24 92:16 93:18

**rotate** 19:11,13
25:14
**rough** 5:12 41:21
41:23
**roughly** 8:22 16:15
16:20 19:16 29:8
29:13 31:10 41:2
41:8 42:15 61:21
98:25 99:8
**RPR** 1:24
**rules** 44:18 48:9
**ruling** 38:17
**runs** 88:18

_____

**S**

**S** 3:2
**safety** 33:20
**sales** 22:8
**Salzman** 1:24 2:10
104:7,25
**saw** 98:11 100:5
**saying** 24:20 30:18
41:4 63:23 64:2,8
64:11 67:14 81:23
88:11
**says** 52:17 53:8
55:23 59:8 77:7
78:22,23,24
**scene** 67:7
**school** 34:21 47:3
60:23
**schools** 33:11,12,18
33:19,22 61:11,14
**schools/youth**
33:13,16 35:4,16
46:20
**sealing** 4:6
**search** 83:24
**second** 43:23 69:2
69:19 73:12 84:16
**sector** 63:15 65:25
66:3,5,8
**sectors** 26:22
**security** 7:12
**see** 10:4,5 43:18
44:9 52:8 68:8,10
68:12 71:20 72:13

73:3 74:25 77:2
83:14 86:8 99:23
100:6,19
**seeing** 69:8
**seen** 44:6 82:3,15
94:10 102:7
**selling** 20:9
**send** 22:6
**senior** 10:2,7,14,19
10:20 11:7 12:23
**sense** 39:13
**sent** 95:7
**separate** 89:21,22
95:2,3
**September** 16:17
53:4
**sergeant** 1:18 2:5
5:2,8 6:25 10:24
11:3,6,8 12:24
19:5 21:2 22:14
22:15,17,22,24
23:6,20,24 24:8
25:12 26:2,17,19
27:17 29:5,25
30:8,24,25 31:4
32:19 33:15 35:19
35:19 44:3 45:6,9
45:13 54:12,13
60:9 69:18 70:2
78:13 84:13 103:7
103:18 104:10
105:4 107:5
**sergeants** 15:5
25:18,21 30:22
**set** 13:2 19:10 29:3
79:6 104:12,22
**seven** 8:22 20:25
31:3,5 42:3
**sheet** 106:7,9,12,15
107:2
**shift** 20:15
**shine** 77:23 81:19
**shining** 71:6 75:16
75:20 85:4 87:6
87:24
**shirt** 24:21,23
**shone** 69:5 75:24

78:19 87:13
**show** 69:12
**shown** 103:12
**SIDDIQI** 3:19 8:5
9:24 12:14 13:4
16:11 18:21 27:21
28:23 36:7 37:9
37:23 38:18,24
39:3,17 40:17
41:11,17,22,25
42:7,11 44:21
45:23 46:22 47:14
47:19 48:14 49:19
49:22 50:9,13
52:2,13,20 53:24
55:8,14,18 56:4
57:21 58:4,9
59:14 60:12 67:23
69:23 70:15 71:13
72:4,10,23 79:10
81:21 82:18 86:6
88:25 100:7
**side** 24:25 74:16,17
77:6 79:4,7 85:24
86:2 87:5 88:19
**sidewalk** 85:16
**sign** 106:8
**Signature** 107:19
**signed** 4:15,17
**signing** 106:10
**similar** 14:11 38:21
59:19
**simulated** 48:21
**sir** 11:9 39:23
40:16
**sit** 22:19
**sitting** 99:16
**situation** 14:17
28:13 30:12,17
**situations** 28:17
**six** 13:20,22 34:25
**small** 77:6
**SNEU** 19:19,22,25
20:6,7,17,23,24
21:16,19 22:10
**soar** 78:23,24
**solution** 37:18

**somebody** 10:21
59:19 64:3 74:5
82:22
**son** 74:6
**soon** 74:18 77:4
**sorry** 6:17 15:4
21:25 47:7 56:15
60:6 80:17 86:5
88:19 90:14 91:10
97:12 98:13
**sound** 48:25
**sounds** 29:24
**SOUTHERN** 1:3
**space** 106:6
**speak** 35:8 92:14
94:14 95:5 96:17
99:10
**speaking** 70:12
74:9
**Special** 28:6
**specific** 12:8,9
14:19 18:16 31:23
40:15 41:24 65:10
65:11 72:12 97:10
97:16
**specifically** 82:15
**specifics** 14:12,13
73:16 82:21
**specified** 82:4
**split** 5:13 15:18
**spotlight** 63:19
64:20
**ss** 103:3 104:4
**standing** 70:13
71:20 81:7 85:11
85:18
**start** 5:20
**started** 60:23 61:6
89:25 90:3 93:6
**state** 2:11 69:24
103:2 104:3,8
106:5
**stated** 77:12 86:21
**statement** 95:21
97:22
**states** 1:2 59:9
**stating** 63:5

**stay** 25:15 61:2
**stayed** 84:3
**STIPULATED** 4:3
4:9,13
**STIPULATIONS**
4:2
**stole** 44:23
**stolen** 44:16,25
**stood** 82:23
**stop** 10:7 18:16
49:7
**stopped** 75:20
**Straight** 7:25
**street** 3:16 19:19
20:8 81:20 82:24
84:22 85:16,17,18
86:3
**streets** 20:10 22:9
88:12
**strips** 24:25
**stuck** 76:20
**students** 33:20
**stuff** 18:8
**subject** 5:19 35:13
37:20 39:16 42:4
42:12,21 60:10
103:11 106:10
**SUBSCRIBED**
107:21
**substantiated** 38:5
38:19 39:4,5
44:10,17 45:17
48:8 49:16 51:7
51:15,23 52:9
**sufficient** 28:20
**Suite** 3:6
**suited** 17:10
**summoned** 63:4
93:11
**summons** 54:3,20
57:16,17
**sums** 26:18
**supervise** 25:23
27:2 48:10
**supervision** 56:22
56:25
**supervisor** 25:16

26:5 27:25 28:2,5
28:9 31:15,17
32:6 36:15 60:23
60:24 61:4 62:3
66:20
**supervisors** 28:7
**supposed** 10:8
24:10,12 56:15,21
62:10
**supposedly** 97:12
**sure** 5:21 6:4 24:3
25:24 26:15 29:3
31:24 34:2,4,12
45:2 58:4 63:25
74:4 76:21 86:7
89:2 94:23 98:12
**suspects** 48:17
**suspended** 12:17
**switched** 17:6
20:13
**sworn** 4:17 5:4
104:13 107:21
**system** 34:9

_____

**T**

**T** 104:2,2
**take** 22:16 25:14
39:3 45:19 59:24
60:12 61:21 64:19
69:19 84:14,16
97:19 101:18
**taken** 35:21 47:9
**takes** 36:20,21
**take/make** 45:18
**talking** 34:14 41:15
75:13 87:9
**tally** 34:18
**target** 18:4
**teachers** 33:21
**team** 15:18 20:23
20:24 29:12,17,18
30:2,9,23 31:13
46:3 47:3 61:11
61:14
**television** 86:20
**tell** 36:11 71:25
99:21 100:13

**ten** 38:9,20 39:7
41:15,16 42:6
43:21
**terms** 38:22 67:21
76:8 88:20
**test** 22:16,20 35:24
46:2,4,5,14,21
47:6
**tested** 46:6
**testified** 5:5
**testimony** 103:9
104:14
**tests** 35:22,23 46:5
**Thank** 11:9 45:14
**thing** 43:7
**things** 12:6 16:5
18:9 37:14 39:5
50:14
**think** 25:22 36:5
40:17 41:3 45:5
50:10 53:17 54:25
58:21 88:8 94:22
**third** 69:3
**thirty** 106:16
**thought** 50:22
**three** 5:14 16:20,21
17:4,13,15 21:13
21:23 25:20 43:3
56:9
**threw** 48:23
**Throgs** 23:4
**time** 4:12 10:21
13:3 14:23 18:25
19:3 22:21 25:6
25:19 28:18 30:23
32:23 33:6 37:19
39:14 40:22,23
46:20 48:20 54:8
60:21 62:16 63:22
71:19 75:23 76:16
80:9 81:8 83:5,13
84:2 90:25 91:3
92:23 93:13 94:14
96:2,20,21,22
98:7,15 101:18
102:13
**timeframe** 72:12

**times** 22:19 26:19
28:19 35:24 39:21
40:12 96:9
**today** 5:12
**told** 17:16 61:2,23
64:24 65:3 81:4
82:21,21
**Tomlinson** 55:5
**top** 52:8,18 53:4
55:22 77:3,5
86:17 87:21
**total** 35:2 40:14
41:10 42:25
**touch** 34:10
**tough** 36:9 67:25
**tour** 25:20 61:3,7
61:13
**Tracer** 13:24 14:2
14:4,8,23 16:3,9
16:15,19 17:5
29:19,22
**track** 43:2
**tracker** 50:8
**training** 9:14,16,23
11:5,14 12:3 13:9
13:15,19 16:10
**transcript** 103:11
106:17,19 107:2
**transferred** 19:24
61:18 94:11
**transferring** 54:9
**Tremont** 86:4
88:18
**trespass** 16:7
**trespassing** 12:18
14:16
**trial** 4:12 39:24
40:6,8,13,24 41:6
47:25 49:11 51:2
51:5 55:17 56:7
57:13
**true** 103:10 104:14
**try** 5:13 6:10 10:4
18:16
**trying** 97:15
**turns** 25:14
**two** 21:25 29:8,9,10

33:7 34:19 35:2 35:24 48:17 53:11 57:19 58:6,7 73:23 85:2 97:11 97:13 101:8
**type** 77:4
**T-R-A-C-E-R** 13:25

**U**

**ultimately** 71:11,12
**underlying** 38:8
**underneath** 54:24 59:22
**understand** 6:8 25:17 44:5 46:13 80:11,11
**uniform** 15:11 21:11,12 24:18 73:21,24
**unit** 9:14,16,23 11:14,16,17 12:3 13:10,11,16,19,25 14:4,8,23 15:3 16:3,9,10,15,19 17:5,7,11,12,17 17:21 18:2,3,4,25 19:3,12,15,18,20 23:14 25:6 29:21 32:4 35:16 36:16 54:7 61:19 63:5 63:18 90:7,20 95:2,3
**UNITED** 1:2
**units** 23:15 28:6
**unmarked** 18:10 19:7,9
**unrelated** 50:15
**unsubstantiated** 38:6,21 39:6 48:7 51:6,11,12
**unusual** 96:6
**upper** 9:9
**use** 24:24 30:16
**uses** 11:15

**V**

**v** 107:3
**vacation** 53:16
**van** 21:11
**variety** 15:2
**vary** 15:23
**vehicle** 18:10 19:8 21:24 22:2,3,4 49:25 50:3,4,8,21 50:22 62:25 70:18 85:15
**vehicles** 21:14,15 21:23,25 23:16,17 23:18
**verbal** 5:23
**verify** 28:2,9,12 89:8,10
**verifying** 27:14,18 32:2
**vicinity** 81:14
**videos** 31:23
**view** 84:22 85:21 88:9
**vs** 1:8

**W**

**wait** 10:3,4
**waited** 91:18
**waived** 4:8
**walked** 80:24
**walking** 77:2
**want** 36:23 38:24 43:10 55:10 57:9 60:12 68:6 69:11 69:23 87:10
**wanted** 8:7 32:25
**wanting** 8:4
**Washington** 8:15 9:10
**wasn't** 50:23 88:9
**way** 10:8 69:6 81:2 97:17 104:19
**weapon** 48:21,22 48:25 49:4
**weapons** 18:5
**wear** 24:21,23
**week** 97:2,3
**went** 7:24 9:5,14

11:5 15:19 22:25 25:10 26:20 40:23 49:11 71:11 78:20 82:12 96:22 97:12 97:13
**weren't** 92:22 99:16
**west** 88:19
**we're** 31:24 34:14 37:3 40:17 46:24 48:4 58:20 79:3 84:18 86:8
**we've** 59:12 60:3,7
**wheel** 90:14,15
**WHEREOF** 104:21
**white** 24:21 85:15
**wife's** 50:3,22
**window** 64:22 66:25 67:12,17 68:17,23,25 69:9 71:5,5,10,21 72:3 72:13 76:3,7,11 76:18,21 82:3,5 82:17 85:5 86:14 87:4,11,12,18,23
**windows** 75:17,25
**withdrawn** 23:19 36:3 46:18 71:15 78:4
**witness** 5:3 38:3 42:13 47:18 50:15 58:12,16 60:14 103:8 104:11,15 104:21 105:3 106:2
**witnessed** 72:2
**woman** 92:9
**work** 7:12 20:10 56:23,24 61:15 66:15 97:16
**worked** 20:3 66:18 79:15,17
**working** 48:16 50:17 60:23
**wouldn't** 41:18 68:2 72:18 93:23

99:21 100:13
**wrong** 10:7 36:24 36:24 42:19 48:19 49:23

**X**

**X** 105:2

**Y**

**yards** 88:21
**yeah** 61:25 87:12 92:12
**year** 19:16 20:14 31:10 32:8 33:7 36:2
**years** 10:22 16:20 16:21 17:4,13,15 29:8,9,10 38:9,20 39:7 42:6 43:21
**York** 1:3,9,13,19 1:19 2:8,9,11 3:7 3:7,14,17,17 104:3,5,9 107:3
**youth** 35:2 36:12 37:6,16,17
**yu** 96:9

**1**

**1** 15:5 43:13,14 53:8 56:9 105:9
**1:35** 102:13
**100** 3:16
**10007** 3:17
**101** 105:13
**10279** 3:7
**11:54** 2:3
**12** 14:25 15:4
**14** 48:9 56:18
**150** 44:8
**151** 44:14
**152** 45:15,16 48:5
**153** 49:14 51:14
**154** 51:22
**155** 52:5
**16** 1:20 2:2 14:25 15:4 34:6,8,18 107:4

**16-CV-1479** 1:4
**169** 52:24
**170** 53:14 54:25
**173** 55:22 58:21
**18** 56:13,16
**1800** 3:6
**18425** 1:25
**19** 51:17 70:6

**2**

**2** 15:5 55:23 56:2,9 56:10,24 69:13,14 69:20 76:5 105:10
**2:30** 61:23,24
**20** 59:9 78:12 96:11
**2002** 7:8 8:17,19
**2003** 8:25 9:3 16:15 16:17
**2006** 16:22,23 17:18
**2007** 22:12,23 29:4 32:20 33:3 35:20
**2009** 29:14,15 44:9
**2010** 31:11 53:4
**2011** 32:9 36:2 44:10 49:17 51:17 53:15
**2012** 33:8 44:17 51:16,24
**2013** 45:18
**2014** 59:9,23
**2015** 35:15 52:11 60:18
**2017** 1:20 2:2 104:23 107:4,22
**21** 51:24 101:23
**212** 3:8,18
**22nd** 104:22
**23** 52:11
**233** 2:8 3:6
**240-9075** 3:8
**25** 53:16
**28** 53:15

**3**

**3** 53:4 56:9 78:6,7 105:11

| | | | | |
|---|---|---|---|---|
| **30** 96:12 106:16 | | | | |
| **30th** 9:5,12 14:6 16:24 17:22 19:23 20:20 | | | | |
| **303** 78:24 | | | | |
| **31** 59:23 | | | | |
| **356-2381** 3:18 | | | | |
| **39** 33:18 | | | | |
| **4** | | | | |
| **4** 84:8,9,15 105:12 | | | | |
| **4:30** 62:18 | | | | |
| **4:57** 61:16 | | | | |
| **40** 87:14 | | | | |
| **400** 89:3 | | | | |
| **43** 105:9 | | | | |
| **45th** 22:25 23:2,7 26:3 28:18 29:6 29:11 30:4 31:9 32:16 63:9 65:18 89:16 98:18 100:10 | | | | |
| **5** | | | | |
| **5** 101:13,14,25 105:5,13 | | | | |
| **6** | | | | |
| **69** 105:10 | | | | |
| **7** | | | | |
| **7** 51:16 | | | | |
| **78** 105:11 | | | | |
| **8** | | | | |
| **8** 61:8,15 | | | | |
| **84** 105:12 | | | | |
| **9** | | | | |
| **9** 35:14 60:17 | | | | |
| **911** 10:3 11:12 18:13,15 23:14 24:2,4 32:15 | | | | |
| **99** 8:18 | | | | |