

b)





