

# New York City Police Department
## Omniform System - Complaints

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| Report Cmd:<br>045 | Jurisdiction:<br>N.Y. POLICE DEPT | Record Status:<br>Final, No Arrests | Complaint #:<br>2015-045-<br>01316 | No Other<br>Legacy Blue<br>Versions | No Other<br>Complaint<br>Revisions |
|---|---|---|---|---|---|

| Occurrence Location: INSIDE OF 2801 CODDINGTON AVENUE | NYC Parks Dept. Property | Precinct: 045 |
|---|---|---|
| Name Of Premise:<br>Premises Type: RESIDENCE - APT. HO<br>Location Within Premise:<br>Visible By Patrol?: YES | Did this offense occur on NYC Parks Dept. Property?  NO<br>Command:<br>NYC Parks Dept. Property Name: | Sector: E<br>Beat:<br>Post: |

| Occurrence From: 2015-03-09 21:20 MONDAY | Aided # 000000001 |
|---|---|
| Occurrence thru: 2015-03-09   21:37<br>Reported: 2015-03-10   06:20<br>Complaint Received: PICK-UP | Accident #<br>O.C.C.B. # |

| SEALED | SEALED |
|---|---|

| Classification: ASSAULT | Case Status: CLOSED |
|---|---|
| Attempted/Completed: COMPLETED<br>Most Serious Offense Is: FELONY<br>PD Code: 109   ASSAULT 2,1,UNCLASSIFIED<br>PL Section: 12005<br>Keycode: 106   ASSAULT-FELONIOUS | Unit Referred To:<br>Clearance Code: UNIFORM ARREST<br>Log/Case #: 0<br>Clearance Arrest Id:<br>Clearance AO Cmd:<br>File #: 6<br>Prints Requested? NO |

| Is This Related To Stop And Frisk Report<br>NO | SQF Number:<br>0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed?<br>NO | Was The Victim's Personal Information Used To Commit A Crime?<br>NO |
|---|---|---|---|
| Gang Related?<br>NO | OCCB FOD Log #: | Name Of Gang: | Child Abuse Suspected?<br>NO |
| DIR Required?<br>NO | | Child In Common?<br>NO | Intimate Relationship?<br>NO |

| SEALED | SEALED |
|---|---|

| If Burglary: | Alarm: | If Arson: | Taxi Robbery: |
|---|---|---|---|
| Forced Entry?<br>Structure:<br>Entry Method:<br>Entry Location: | Bypassed?<br>Comp Responded?:<br>Company Name/Phone:<br>Crime Prevention Survey Requested?:<br>Complaint/Reporter Present?: | Structure:<br>Occupied?:<br>Damage by: | Partition Present:<br>Amber Stress Light Activated:<br>Method of Conveyance:<br>Location of Pickup: |

| Supervisor On Scene - Rank / Name / Command :<br>SGT POLANCO 045 | Canvas Conducted:<br>YES | Translator(if used): |
|---|---|---|

**DEF000004**

**NARRATIVE:**
AT T/P/O REPORTER STATES WHILE ATTEMPTING TO LAND EBM 190 AIRCRAFT FLIGHT #727AT LAGUARDIA AIRPORT UNKNOWN LASER BEAM GREEN IN COLOR DID PASS THROUGH THE COCKPIT FOUR TO FIVE TIMES CAUSING A BRIGHT FLASHING LIGHT SEVERLY BURNING THERETINA OF THE RIGHT EYE OF HIS RADIO OPERATOR. C/V WAS FLOWN TO TORONTO CANADAFOR TREATMENT. LT BOCCHIERI 03/10/2015.

| SEALED | SEALED |
|---|---|

**No NYC TRANSIT Data for Complaint # 2015-045-01316**

| SEALED | SEALED |
|---|---|

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 1 | Total Wanted: 1 |
|---|---|---|---|

| *VICTIM: # 1 of 1* | Name: KLIEMAN,DANIEL | Complaint#: 2015-045-01316 |
|---|---|---|

| | |
|---|---|
| Nick/AKA/Maiden: | Gang/Crew Affiliation: NO |
| UMOS: NO | Name: |
| Sex/Type: MALE | Identifiers: |
| Race: UNKNOWN | |
| Age: 0 | |
| Date Of Birth: UNKNOWN | |
| Disabled? NO | |
| Is this person not Proficient in English?: NO | Will View Photo: YES |
| If Yes, Indicate Language: | Will Prosecute: YES |
| N.Y.C.H.A Resident? NO | Notified Of Crime Victim Comp. Law: NO |
| Is Victim fearful for their safety / life? YES | |
| Escalating violence / abuse by suspect? NO | |
| Were prior DIR's prepared for C/V? NO | |

**LOCATION        ADDRESS CITY STATE/COUNTRY ZIP APT/ROOM**
HOME-PERMANENT

Phone #: HOME: Not Provided/Unavailable CELL: 416-575-6404 BUSINESS:Not Provided/Unavailable E-MAIL: Not Provided/Unavailable

| Action against Victim: | Actions Of Victim Prior To Incident: FLYING PLANE |
|---|---|
| Victim Of Similar Incident: NO | If Yes, When And Where |

| SEALED | SEALED |
|---|---|

| *REPORTER: # 1 of 1* | Name: BOND,WILLIAM | Complaint #: 2015-045-01316 |
|---|---|---|

| | |
|---|---|
| Nick/AKA/Maiden: | Gang/Crew Affiliation: NO |
| Sex/Type: MALE | Name: |
| Race: | Identifiers: |
| Age: 000 | |
| Date Of Birth: | |
| Is this person not Proficient in English?: NO | Relationship To Victim: |
| If Yes, Indicate Language: | |

Location Address City State/Country Zip Apt/Room

Phone #: CELL: 289-208-7312

| SEALED | SEALED |
|---|---|

| *WANTED: # 1 of 1* | Name: EGAN, FRANK J | Complaint#: 2015-045-01316 | Arrested: YES |
|---|---|---|---|

**DEF000005**

Complaint# 2015-045-01316

| | |
|---|---|
| Nick/AKA/Maiden: | Height: 5FT10IN |
| Sex: MALE | Weight: 230 |
| Race: WHITE | Eye Color: BLUE |
| Age: 36 | Hair Color: BROWN |
| Date Of Birth: 02/21/1979 | Hair Length: NORMAL |
| U.S. Citizen: YES | Hair Style: CLOSE CUT |
| Place Of Birth: USA | Skin Tone: LIGHT |
| Is this person not Proficient in English?: NO | Complexion: CLEAR |
| If Yes, Indicate Language: | |
| Accent: NO | S.S. #: 0 |

| |
|---|
| Order Of Protection: NO |
| Issuing Court: |
| Docket #: |
| Expiration Date: |
| Order of Protection Violated? NO |
| Does Suspect abuse Drugs / Alcohol? NO |
| Suspect threatened /attempted suicide? NO |
| Is the suspect Parole / Probation? NO |
| Relation to Victim: STRANGER |
| Living together: NO |
| Can be Identified: YES |

Gang/Crew Affiliation: NO
Name:
Identifiers:

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|
| HOME-PERMANENT | 2801 CODDINGTON AVENUE | BRONX | NEW YORK | 10461 | 3 | | 045 |

Phone #: CELL: 718-915-4770

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: NO   On Duty: NO
Development:        N.Y.C. Transit Employee: NO

**Physical Force:** USED

**Weapons:**

| | | |
|---|---|---|
| Gun: | | |
| Weapon Used/Possessed: NONE | Make: | Recovered: NO |
| Non-Firearm Weapon: OTHER WEAPON | Caliber: | Serial Number Defaced: |
| Other Weapon Description: LASER POINTER | Color: | Serial Number: |
| | Type: | |
| | Other/Gun Specify: | |
| | Discharged: NO | |

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | I WAS SLEEPING |
| METHOD OF FLIGHT | IN HOUSE |
| MODUS OPERANDI | ASSAULT 2 |
| ACTIONS TOWARD VICTIM | LASER POINTER |
| CLOTHING | ACCESSORIES -JEANS -BLUE |
| CLOTHING | OUTERWEAR -SWEATER OR VEST -BLUE |
| CLOTHING | FOOTWEAR -SNEAKERS -BLACK |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

| SEALED | SEALED |
|---|---|

| ARRESTS: | Complaint # 2015-045-01316 |
|---|---|

DEF000006

Complaint# 2015-045-01316                                                    Page 4 of 4

| Arrest ID | Status | Defendant Name | Sex | Race | AGE | Arrest Date |
|---|---|---|---|---|---|---|
| B15614267 | SEALED | EGAN, FRANK | MALE | WHITE | 36 | 03/09/2015 |

| SEALED | SEALED |
|---|---|

### EVIDENCE:

Complaint # 2015-045-01316

| Evidence Collected?: | Evidence Collection Team/Crime Scene Requested?: | ECT Responded?: | ECT Run#: | Crime Scene Responded?: | Crime Scene Number: |
|---|---|---|---|---|---|
| YES | NO | NO | | NO | - |

| Evidence | Invoice # |
|---|---|
| 1 BLACK 303 LASER POINTER | 2000409451 |

| SEALED | SEALED |
|---|---|

**No IMEI Data for Complaint # 2015-045-01316**

| SEALED | SEALED |
|---|---|

### NOTIFICATIONS / ADDITIONAL COPIES:

Complaint # 2015-045-01316

**Notifications to:**

| Rank/Title | Name | Unit/Agency | Log # |
|---|---|---|---|
| INS | MCGOWEN | 45 CO | |
| LT | GOMEZ | AVIATION | |
| LT | SLEVIN | JTTF | |
| SGT | WASHINGTON | INTEL | |
| PO | BENSACK | CHIE OF PATROL | |
| PO | BRENNAN | OPS | |
| DET | RUSSELL | FBI TERRORISM | |

| SEALED | SEALED |
|---|---|

| Reporting/Investigating M.O.S. Name: POM CHITTUM MELVIN | Tax #: 941547 | Command: 045 PCT | Rep.Agency: NYPD |
|---|---|---|---|
| Supervisor Approving Name: SGT LARKINBLENNAU J | Tax #: 945902 | Command: 045 PCT | Rep.Agency: NYPD |
| Complaint Report Entered By: POM CHITTUM | Tax #: 941547 | Command: 045 PCT | Rep.Agency: NYPD |
| Signoff Supervisor Name: LT BOCCHIERI | Tax #: 938079 | Command: 045 PCT | Rep.Agency: NYPD |

| SEALED | SEALED |
|---|---|

**END OF COMPLAINT REPORT**
**# 2015-045-01316**

| Print this Report |
|---|

**DEF000007**