CRIMINAL COURT OF THE CITY OF NEW YORK
BRONX COUNTY

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>v.<br><br>1.  FRANK EGAN M/36<br><br>Defendant | SUPPORTING DEPOSITION<br><br>STATE OF NEW YORK<br><br>COUNTY OF THE BRONX<br><br>Arrest# B15614267 |

I, PO MELVIN G CHITTUM of 45 PCT, Shield# 007373 say that I have read the complaint filed in the above-entitled action and attached hereto and that the facts stated in that complaint to be on information furnished by me are true upon my personal knowledge.


FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE
AS A CLASS A MISDEMEANOR PURSUANT TO P.L. 210.45



03/10/2015 (21:04)

DATE and TIME                    SIGNATURE

002338149

**DEF000065**