

# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

| ROBERT T. JOHNSON<br>DISTRICT ATTORNEY | 198 East 161ˢᵗ Street<br>Bronx, New York 10451 | (718)590-2000<br>www.bronxda.nyc.gov |
|---|---|---|

_____X

The People of The State Of New York

     -against-

B15614267 EGAN, FRANK  M/36
_____X

Notice Pursuant
To CPL 710.30(1)(a)

Please take notice that statements in the form noted below were made by the defendant (s), other than in the course of the criminal transaction, to a public servant engaged in law enforcement activity or to a person then acting under the direction or in cooperation with such a public servant. Please take further notice that the People intend to offer evidence of the below statement(s) of the defendant(s) on the People's direct case at trial of this action. A transcript of any stenographically recorded statement(s) or copy of any written statement(s) are either appended or will be made available to counsel at a mutually convenient time. A copy of any electronically recorded statement(s) will be provided to counsel following receipt of an appropriate blank medium for copying.

| | |
|---|---|
| Defendant's Name | EGAN, FRANK |
| Statement Made To | PO CHITTUM, MELVIN |
| Date & Time | 03/09/2015 23:54 |
| Location | inside of 2877 Barkley Avenue |
| Type | Oral |
| Substance of Statements | I WAS SLEEPING. I WENT TO BED AT 8:20 PM. I TEXTED MY GIRLFRIEND THAT I WAS GOING TO SLEEP. SHE SAID DON'T GO TO BED SO I SAID OKAY. I WAS TEXTING HER WHILE I WAS LAYING ON THE BED. IT WASN'T ME I DIDN'T DO IT. |
| Defendant's Name | EGAN, FRANK |
| Statement Made To | PO POLANCO, CESAR |
| Date & Time | 03/09/2015 21:37 |
| Location | inside of 2801 Coddington Avenue, Apt. 2 |
| Type | Oral |
| Substance of Statements | THAT'S MINE. |

DEF000081

## DEFENDANT'S STATEMENT

3/11/2015

| Defendant's Name | Statement Made To | Date & Time | Location | Type |
|---|---|---|---|---|
| EGAN, FRANK | P  CHITTUM, MELVIN | 03/09/2015 23:54 | inside of 2877 Barkley Avenue | Oral |
| Substance of Statements | I WAS SLEEPING. I WENT TO BED AT 8:20 PM. I TEXTED MY GIRLFRIEND THAT I WAS GOING TO SLEEP. SHE SAID DON'T GO TO BED SO I SAID OKAY. I WAS TEXTING HER WHILE I WAS LAYING ON THE BED. IT WASN'T ME I DIDN'T DO IT. | | | |
| Circumstances under which made | post-arrest, post-Miranda | | | |
| EGAN, FRANK | P  POLANCO, CESAR | 03/09/2015 21:37 | inside of 2801 Coddington Avenue, Apt. 3 | Oral |
| Substance of Statements | THAT'S MINE. | | | |
| Circumstances under which made | pre-arrest, pre-Miranda, in response to A/O investigative question | | | |

004001254

**DEF000058**