CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX:   PART FB
------------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK,


                -against-                          Docket No.

                                                  2015BX011571

FRANK EGAN,

                              Defendant(s).

------------------------------------------x

                       265 East 161st Street
                       Bronx, New York 10451
                       March 13, 2015


B E F O R E:    HONORABLE MARC J. WHITEN,
                CRIMINAL COURT JUDGE


A P P E A R A N C E S:

          ROBERT T. JOHNSON, ESQ.
          District Attorney, Bronx County
          BY: GEORGE SUMINSKI, ESQ.
          Assistant District Attorney


          FRANCIS J. O'REILLY
          Attorneys for Defendant
          10 McMahon Place
          Mahopac, New York 10541
          BY:  FRANCIS J. O'REILLY, ESQ.
                    -and-
          FRANK J. CORIGLIANO, ESQ.


          MANUEL A. SANCHEZ, JR.
          Attorney for Mr. Balaguer
          2116 Williamsbridge Road
          Bronx, New York 10461
          BY:  MANUEL A. SANCHEZ, JR., ESQ.

                                   Allison Fowler
                              Official Court Reporter

PROCEEDINGS

THE COURT OFFICER:  Number 32 on the calendar, Frank Egan.

MR. SUMINSKI:  George Suminski for the People.

THE COURT:  Counsel, your appearances, please.

MR. O'REILLY:  Good morning, your Honor.  Francis O'Reilly, attorney for defendant Frank Egan, who is with me at counsel table.

MR. CORIGLIANO:  Good morning.  Frank J. Corigliano, also attorney for Frank Egan, from the office of Francis J. O'Reilly.

MR. SUMINSKI:  Judge, I believe we wanted to approach with counsel.

THE COURT:  Your appearance, please.

MR. SUMINSKI:  George Suminski for the People, your Honor.

THE COURT:  Come up.

(Discussion held at bench.)

THE COURT:  Mr. Sanchez, I'd ask that you join the defense table.

MR. SANCHEZ:  Okay, Judge.

THE COURT:  And I understand you have an individual present in court at this time who you represent?

MR. SANCHEZ:  That's correct.  Mr. Balaguer, please come up.

THE COURT:  Mr. Sanchez, would you give your

3

PROCEEDINGS

appearance for the record?

MR. SANCHEZ:  Manuel Sanchez, 2116 Williamsbridge Road, Bronx, New York, for Mr. Balaguer.

THE COURT:  That's your client?

MR. SANCHEZ:  Yes, your Honor.

THE COURT:  And it is my understanding that you had conversations with your client and your client has come forward to make a statement in this court?

MR. SANCHEZ:  That's correct.  He called me yesterday, we spoke on the telephone, and we agreed that we would meet last night in my office.  We did, we spoke for over an hour.  He was there and the defendant's sister was there, and he told me that he, in fact, was the one with the laser and that he was willing to come into court, in open court, and make that admission.

THE COURT:  All right.  I'm going to ask that Mr. Sanchez's client be sworn at this time.

THE CLERK:  What's your name for the record, please?

MR. BALAGUER:  My name is Elehecer Balaguer.

THE CLERK:  Spell that for the reporter, please.

MR. BALAGUER:  E-L-E-H-E-C-E-R, last name Balaguer, B-A-L-A-G-U-E-R.

THE CLERK:  Sir, keep your hand raised.  Do you swear or affirm to tell the truth, the whole truth, and

PROCEEDINGS

nothing but the truth so help you God, or do you so affirm?

MR. BALAGUER:  Yes, I do, your Honor.

THE CLERK:  Thank you.  You may put your hand down.

THE COURT:  Sir, what is the reason that you're coming forward today?

MR. BALAGUER:  I'm coming in to discuss the matter that Frank Egan had nothing to do with this.  I was the one that did it.

THE COURT:  So you're saying that you were the one that was involved in this involvement with the laser?

MR. BALAGUER:  Yes.

THE COURT:  Very well.

MR. BALAGUER:  My --

THE COURT:  That's enough.  That's enough.

MR. SUMINSKI:  Your Honor, may I briefly inquire?

THE COURT:  You may.

MR. SUMINSKI:  Mr. Balaguer, I would just like to ask you some questions, briefly, regarding this past Monday, March 9, 2015.

At about 8:00 p.m., were you inside of 2801 Coddington Avenue, here in the Bronx?

MR. BALAGUER:  Yes.

MR. SUMINSKI:  Who was in that apartment building with you?