BAIL RECEIPT & NOTICE TO PERSON POSTING BAIL

1057036

| | |
|---|---|
| Date Bail $ Received (Today's Date) | Time Bail $ Received |
| 3/11/15 | 14/4 |

| Indictment # | Docket # | Defendant's Name (Last, First and M.I.) |
|---|---|---|
| | 15X011571 | People v. Egan, Frank |

| NYSID # | Book & Case # | Offense(s) |
|---|---|---|
| 299985 | P24150949 | 120.05 |

| Name of Judge/Justice Who Set Bail | County | Court | Part |
|---|---|---|---|
| Rivera | Bronx | Criminal | AR3 |

| Last Court Date Bail Was Set | Bail Amount (Numerical) | Bail Amount (Written) | |
|---|---|---|---|
| 3/10/15 | $ 5000 XX | Five thousand | DOLLAR(S) |

Check One:   Cash
Check or Money Order X   (if check(s) or money order(s), enter number(s) and name(s) of issuing organization(s)) Hudson VAlley Bank #468560

Describe any outstanding warrants or detainers, including surety examination, prohibiting defendant's immediate discharge. If none, write "NONE".   None

Having posted the bail amount listed above, and having read the information on the back of Copy 1 concerning bail refunds, and having been notified of any outstanding warrants or detainers prohibiting the immediate discharge of the defendant, I undertake that the defendant will appear in this action whenever required & will at all times render himself/herself amenable to the orders and processes of the court, and I acknowledge that the bail will be forfeited if the defendant does not comply with any requirement or order of process to appear in this action, and that his/her next scheduled court appearance is at 9:30 A.M. on the date and place written below:

| Date of Next Court Appearance | County | Court | Part |
|---|---|---|---|
| 3/13/15 | Bronx | Criminal | FB |

| OBTAIN SIGNATURE OF PERSON POSTING BAIL ON COPIES 2, 3, 4, & 5 | Name of Person Posting Bail (Printed) Tiffany Narduzzi | Occupation of Person Posting Bail Teacher |
|---|---|---|

Residential Address of Person Posting Bail (including ZIP Code)
211 Kensington oval, New Rochelle 10805

| Signature of Employee Receiving Bail $ | Title | Shield or ID # | Facility Recv'g Bail $ | Facility Housing Inmate |
|---|---|---|---|---|
| Walker | C.O. | 11902 | VCBC | VCBC |

**Distribution & Routing Instructions**

No.1 Give to person posting bail. Bail funds are deposited not later than the next business day after their receipt. Checks for refund of bail, minus the Department of Finance three percent 3% fee will be mailed according to the notice on the back of this form from the DIRECTOR OF FINANCE OF THE CITY OF NEW YORK, Room 2200, Municipal Building, 1 Centre Street, New York, NY 10007. The three percent 3% fee will not be subtracted if the case is terminated at the trial level with a dismissal or acquittal.

COPY 1

34 R (4/91)