UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK EGAN,

                    Plaintiff,

        - against -

NEW YORK CITY, POLICE OFFICER
MELVIN CHITTUM and POLICE
OFFICER CESAR POLANCO,
individually, and in their capacity as
members of the New York City Police
Department,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____9/30/19

**ORDER**

16 Civ. 1479 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Plaintiff Frank Egan brings claims under Section 1983 against the City of New York (the "City") and two officers of the New York City Police Department ("NYPD") – Officer Melvin Chittum and Sergeant Cesar Polanco – for false arrest, malicious prosecution, and denial of fair trial rights. These claims arise out of Egan's arrest on March 9, 2015, for allegedly shining a laser pointer at aircraft landing and departing from LaGuardia Airport.

Officer Chittum and Sergeant Polanco ("Defendants") have moved for summary judgment arguing, inter alia, that they had probable cause to arrest Plaintiff pursuant to the doctrine of constructive possession.[1] As the Court will explain in more detail in a subsequent opinion, (1) the doctrine of constructive possession does not supply probable cause to arrest in this case; (2) there are material issues of fact concerning Plaintiff's alleged possession or use of

---

[1] Defense counsel has represented that Plaintiff's counsel has stated that Plaintiff will move for voluntary dismissal as to the City. (Def. Br. (Dkt. No. 35) at 10 n.1) Plaintiff has not responded to this assertion, and neither side has briefed Plaintiff's claims as to the City.

the laser pointer; and (3) there are material issues of fact as to whether Defendant Polanco provided false, material information to the Bronx District Attorney's Office. For these reasons, Defendant Polanco's motion for summary judgment on Plaintiff's false arrest, malicious prosecution, and denial of fair trial claims is denied, and Defendant Chittum's motion for summary judgment on Plaintiff's false arrest and malicious prosecution claims is denied. Because Plaintiff has not argued, and has not offered evidence, that Defendant Chittum fabricated evidence that was provided to the District Attorney's Office, Defendant Chittum's motion for summary judgment is granted as to Plaintiff's denial of fair trial claim.

The Clerk of Court is directed to terminate the motion (Dkt. No. 33).

The parties are directed to comply with this Court's Individual Rules concerning the preparation of a pre-trial order. The joint pre-trial order, motions in limine, proposed voir dire, and requests to charge are due on **January 4, 2019.** Responsive papers, if any, are due on **January 14, 2019.** There will be a pretrial conference on **January 25, 2019 at 10:00 a.m.** Trial will commence on **January 28, 2019 at 9:30 a.m.** in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      September 30, 2018

SO ORDERED.

_Paul G. Gardephe_

Paul G. Gardephe
United States District Judge